1  DONALD W. SEARLES, Cal. Bar No. 135705
   SearlesD@sec.gov
2  KELLY BOWERS, Cal. Bar No. 164007
   BowersK@sec.gov
3  J. CINDY ESON, Cal. Bar. No. 219782
   EsonJC@sec.gov
4  ROBERTO A. TERCERO, Cal. Bar No. 143760
   TerceroR@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission
   Rosalind R. Tyson, Acting Regional Director
7  Andrew Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036
   Telephone: (323) 965-3998
9  Facsimile: (323) 965-3908

**ORIGINAL**



10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

14

15  SECURITIES AND EXCHANGE        Case No.: **'08 CV 0 4 00 DMS BLM**
    COMMISSION,
16                                 **DECLARATION OF KENT L. WOO IN SUPPORT
                                   OF PLAINTIFF SECURITIES AND EXCHANGE**
17              Plaintiff,         **COMMISSION'S *EX PARTE* MOTION FOR A
                                   TEMPORARY RESTRAINING ORDER AND**
    vs.                            **ORDERS: (1) FREEZING ASSETS; (2)**
18                                 **APPOINTING A TEMPORARY RECEIVER; (3)**
19  TUCO TRADING, LLC, and DOUGLAS G.  **GRANTING EXPEDITED DISCOVERY; (4)**
    FREDERICK,                     **PROHIBITING THE DESTRUCTION OF**
20                                 **DOCUMENTS; (5) REQUIRING ACCOUNTINGS;**
              Defendants.          **AND (6) ORDER TO SHOW CAUSE RE**
21                                 **PRELIMINARY INJUNCTIONS AND**
                                   **APPOINTMENT OF A RECEIVER**
22
                                   **VOLUME II**
23

24

25

26

27

28

## TABLE OF CONTENTS - EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Form BD for GLB Trading, Inc., dated January 29, 2008 | 15 |
| 2 | Certified – SEC Attestation regarding GLB Trading, Inc., dated February 6, 2008 | 35 |
| 3 | Form U4 for Douglas G. Frederick, as of November 16, 2007 | 36 |
| 4 | Certified – SEC Attestation regarding Tuco Trading, LLC, dated February 11, 2008 | 58 |
| 5 | Certified – SEC Attestations regarding Douglas G. Frederick, dated February 25, 2008 | 59-60 |
| 6 | Account opening documents for Tuco's GLB Trading, Inc. account number 2131-4075 | 61 |
| 7 | Account opening documents for Tuco's GLB Trading, Inc. account number 2131-7813 | 88 |
| 8 | Account opening documents for Tuco's GLB Trading, Inc. account number 2131-0155 | 106 |
| 9 | Accounting as of December 31, 2007 | 112 |
| 10 | Tuco's Spreadsheet of Traders' Equity Balances as of January 31, 2008 | 113 |
| 11 | E-mail from Steve Young to Roberto A. Tercero, dated February 25, 2008, attaching Tuco's Revised Spreadsheet of Traders' Equity Balances as of January 31, 2008 (with notations) | 119 |
| 12 | E-mail from Steve Young to Roberto A. Tercero, dated February 26, 2008, forwarding responses from Frederick to questions from Commission staff regarding the February 25, 2008 revised spreadsheet | 130 |
| 13 | E-mail from Steve Young to Roberto A. Tercero, dated February 26, 2008, attaching Tuco's Revised Spreadsheet of Traders' Equity Balances as of January 31, 2008 (without notations) | 135 |
| 14 | Letter from Stephen Young to J. Cindy Eson, dated February 28, 2008, forwarding responses from Frederick to follow up questions from Commission staff regarding the February 25, 2008 revised spreadsheet | 143 |
| 15 | January 2008 Statement of Account for Tuco's GLB Trading, Inc. account number 2131-4075 (pages 1, 10258, and 10264 only) and account number 2132-0155 (page 1 only) | 145 |
| 16 | Screen capture from Penson Financial Services, Inc. regarding Tuco's GLB Trading, Inc. account number 2131-7813 | 149 |
| 17 | January 2008 Account Statements for Tuco's Wedbush Morgan Securities account number 8244-9330 (page 2 only), and account number 8244-9331 (page 2 only) | 150 |
| 18 | January 2008 Account Statement for Tuco's Evolution Financial account number 11532603 (page 1 only) | 152 |
| 19 | January 2008 Statement of Account for Tuco's ViewTrade account 4936-3559 (page 1 only) | 153 |
| 20 | Daily Commodity Statement for Tuco's MF Global Inc. account number E-480-HSP1-SP404 (page 2 only), dated January 31, 2008 | 154 |

| Exhibit | Description | Page |
|---|---|---|
| 21 | January 2008 Account Statement for Tuco's Advantage Futures account number L  MH006-A0535 (page 4 only), dated January 31, 2008 | 155 |
| 22 | January 2008 Account Statement for Tuco's JPMorganChase account number 000000722923067 and account number 000000722923075 | 156 |
| 23 | Accounting as of January 31, 2008 | 171 |

**Tercero, Roberto A.**

| | |
|---|---|
| **From:** | Young, Steve [Steve.Young@kyl.com] |
| **Sent:** | Monday, February 25, 2008 11:48 AM |
| **To:** | Tercero, Roberto A. |
| **Subject:** | FW: Attachment C |
| **Attachments:** | Steve Young SEC.xls¤ |

Bob, Doug Frederick worked on this over the weekend and asked me to forward it to you. If you have questions please give me a call. Thanks, Steve

...............................................................................................................

**Steve Young**
**Keesal, Young & Logan**
400 Oceangate, Long Beach, CA 90802
562.436.2000 (office) | 562.436.7416 (fax)
steve.young@kyl.com | www.kyl.com

KYL has offices in Los Angeles/Long Beach, San Francisco, Seattle, Anchorage and Hong Kong. This e-mail contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose this message, or any information contained herein. If you have received this message in error, please advise the sender by reply e-mail and delete this message. Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or legal document. Unauthorized use of this information in any manner is prohibited.

Exhibit __11__    Page __119__

2/29/2008

| Name | Equity | |
|---|---|---|
| Dmitry Kulikov | $ | 437,727.20 |
| K Holding Account | $ | 429,358.60 |
| TTEES Halperin Family | $ | 337,172.92 |
| Craig Lavid | $ | 314,740.89 |
| Kevin Wojtowicz 2 | $ | 274,953.23 |
| Thomas Nilles | $ | 249,353.60 |
| Andrew Srebnik (Apas LLC) | $ | 247,256.93 |
| Patrick Nilles 2 | $ | 246,778.23 |
| Alexandr Mozin 1 | $ | 234,315.67 |
| Sean Quinn | $ | 225,366.44 |
| HG Trading LLC. | $ | 216,880.20 |
| William Haynes | $ | 193,777.45 |
| James Anthony Cambece | $ | 177,148.31 |
| DTA Trading (Dustin Luger) | $ | 164,810.97 |
| Kenneth Ancell | $ | 154,790.11 |
| Craig Cloud | $ | 142,226.15 |
| Jesse Sullivan | $ | 132,859.07 |
| Brad Scott Gray | $ | 121,160.63 |
| TDA Trading 1 | $ | 115,182.31 |
| Alexandr Mozin 4 | $ | 105,441.52 |
| CT TRADE, LLC | $ | 101,002.09 |
| Alexandr Mozin 3 | $ | 99,958.73 |
| John Streng | $ | 95,741.31 |
| LimitUp Holdings Ltd2 | $ | 89,082.88 |
| Kevin Wojtowicz | $ | 88,740.33 |
| Penny Peppler | $ | 87,252.86 |
| Rick Boensch Hedge Acct | $ | 84,506.04 |
| Cot Investments Group | $ | 69,578.74 |
| Kevin Wojtowicz 3 | $ | 68,638.32 |
| Darryl Porter | $ | 60,113.45 |
| Igor Voron 12 | $ | 58,369.96 |
| John Crabb | $ | 56,658.96 |
| Dmitry Kulikov 2 | $ | 53,405.49 |
| Scott Dingman | $ | 52,804.21 |
| Chad Sternke | $ | 52,039.15 |
| Brett Hessenius | $ | 51,235.98 |

Exhibit 11     Page 120

| Name | Amount |
|---|---|
| Thomas Uelmen | $ 50,269.42 |
| Franco Rovaretti | $ 50,032.27 |
| Marcos Connell | $ 49,315.10 |
| Robert W. Murphy | $ 49,264.35 |
| John Crabb 2 | $ 47,686.11 |
| Dan Shaltiel | $ 46,287.96 |
| Mabas, INC | $ 45,447.02 |
| Bryant McFarlane | $ 42,753.87 |
| Scott Herman | $ 41,120.41 |
| Stephen Sylwester | $ 37,329.04 |
| William Burgoyne | $ 36,801.90 |
| Gennadiy Iskhakov | $ 36,365.73 |
| Orange Diviner | $ 36,105.16 |
| Michael Serafin | $ 35,437.94 |
| Vadya Khaimov | $ 31,688.76 |
| Simon Amos | $ 31,153.39 |
| John Haynes | $ 30,813.54 |
| Chong Lee Minsook Lee | $ 30,015.70 |
| Alan Schmereler | $ 30,000.00 |
| Jonathan Krug | $ 29,267.33 |
| Kerem Guneri | $ 28,022.19 |
| Adam Cooper | $ 26,917.71 |
| Bob Byrne | $ 25,620.83 |
| David Reardon | $ 23,225.97 |
| Kyle Cleveland | $ 23,180.02 |
| PAI Master Account | $ 22,972.57 |
| Igor Voron | $ 21,232.33 |
| LimitUp Holdings Ltd | $ 21,210.94 |
| Tanayoos Manophinives | $ 21,068.52 |
| Paul Przelski | $ 20,964.61 |
| Michael Johnson | $ 20,491.19 |
| William Ryan Mitchell | $ 20,484.88 |
| Matthew J Gallagher | $ 20,355.24 |
| Eric Leopold | $ 20,274.37 |
| James Buchanan | $ 20,000.00 |
| Doug Frederick Sterling | $ 19,766.60 |
| Brandon Fritz | $ 19,702.23 |

Exhibit  11    Page  121

| Name | Amount |
|---|---|
| Igor Viewtrade 1 | $ 19,285.48 |
| Marc Zangari | $ 18,351.26 |
| Ashit Johri | $ 18,150.17 |
| Jacinto Garro Bonilla | $ 17,958.75 |
| Doug Frederick | $ 17,478.64 |
| Charles Mehler | $ 16,713.96 |
| Michael Feintuch | $ 16,347.51 |
| Terry Bailey | $ 15,689.93 |
| Mike Serafin Viewtrade 1 | $ 14,924.06 |
| Phillip Zirges | $ 14,857.03 |
| Mike Kestler | $ 14,212.19 |
| Jeff Gresham | $ 13,982.98 |
| Mike Hartmann | $ 13,810.27 |
| Priydarshan Shelgikar | $ 13,682.41 |
| Mohamed Osman | $ 13,178.51 |
| Keith McHugh | $ 13,030.69 |
| Robert Scott Gates | $ 12,860.88 |
| Jeff Snower | $ 12,521.71 |
| Jason Watkins | $ 12,016.19 |
| James P Wu | $ 11,584.35 |
| Mark Grossbard | $ 11,566.40 |
| David Floyd | $ 11,148.04 |
| Doug Frederick | $ 10,786.26 |
| Chris Horning | $ 10,732.80 |
| WB Capital Master Account 5 | $ 10,553.66 |
| Sandeep Goyal | $ 10,013.64 |
| Rosie Nguyen | $ 10,000.00 |
| Andrew Fine | $ 10,000.00 |
| Scott Herman | $ 9,989.16 |
| Bruce Montegani | $ 9,857.40 |
| Lucas Gregor | $ 9,807.78 |
| Abe Krieser | $ 9,790.14 |
| Matt Mecham | $ 9,757.88 |
| John Olorunsuyi | $ 9,740.79 |
| Shawn Quinney | $ 9,631.47 |
| Tuco Risk Account | $ 9,477.88 |
| Frank Scriveri | $ 9,434.68 |

Exhibit 11 Page 122

| Name | Amount | Note |
|---|---|---|
| Reginald Cheatham | $ 9,332.57 | |
| Igor Viewtrade 2 | $ 9,001.18 | |
| Jesus Dominguez | $ 8,962.86 | |
| Lisa Hyatt | $ 8,924.50 | |
| Olexander Bandurchenko | $ 8,797.96 | account closed March 2007, debit never made |
| Jorge Lopez | $ 8,715.11 | |
| John Russell | $ 8,405.57 | |
| Michael Moore | $ 8,222.59 | |
| Michael Steiner | $ 7,866.92 | |
| David Rogers | $ 7,456.30 | |
| Kevin Steigerwalt | $ 7,000.00 | |
| James Shaw | $ 6,861.70 | |
| William Dedelow | $ 6,799.41 | |
| Robert Rains | $ 6,760.24 | |
| Gary Kiebzak | $ 6,741.32 | |
| Stan Ungechauer | $ 6,674.50 | |
| Sean Kerr | $ 6,594.94 | |
| Daniel Vargas | $ 6,594.51 | |
| Abdel Waheb Khedhira | $ 6,464.15 | |
| Kevin Ciccarelli | $ 6,332.29 | |
| Ruston Youngblood | $ 5,973.03 | |
| Haggan Henderson | $ 5,902.38 | |
| Neville C. Pinto | $ 5,796.70 | |
| Joe Arena | $ 5,707.35 | |
| Harry Kao | $ 5,637.45 | |
| Sean Ahern | $ 5,577.36 | |
| Alan Hoes | $ 5,339.45 | |
| James P Stoessel | $ 5,204.67 | |
| Jorge Castro | $ 5,127.05 | |
| Joel Griffith | $ 5,119.83 | |
| Fernando Luiz de Oliveira | $ 5,045.30 | |
| Bryan Chin | $ 5,016.00 | |
| Craig Martin | $ 4,989.16 | |
| Ara Shamlian | $ 4,817.77 | |
| William Smith | $ 4,681.57 | |
| Bill Raffo | $ 4,665.21 | |
| Chris Shepherd | $ 4,627.45 | |

Exhibit 11    Page 123

| | | |
|---|---|---|
| Robert Scalese | $ | 4,608.27 |
| Steven Saltzman | $ | 4,408.00 |
| Igor Voron 3 | $ | 4,297.50 |
| Vlasta Salnikova | $ | 4,286.01 |
| William Henderson | $ | 4,106.34 |
| Phoenix Investing - Chris Jaffe | $ | 4,105.27 |
| Richard Herman | $ | 4,061.50 |
| Donald Callahan | $ | 3,958.05 |
| Justin Ceglar | $ | 3,890.81 |
| WB Capital Master Account 7 | $ | 3,865.87 |
| Joseph Haynes | $ | 3,685.29 |
| Robert Greene | $ | 3,622.95 |
| Herb Schwarz | $ | 3,598.15 |
| Nan Lin | $ | 3,503.09 |
| Robert Davis II | $ | 3,480.69 |
| WB Capital Master Account 2 | $ | 3,479.02 |
| Fathi Azzalarab | $ | 3,322.06 |
| Roman Walter | $ | 2,957.33 |
| Sebastian Acuna | $ | 2,898.23 |
| Rodrigo Motta | $ | 2,845.03 |
| Jon Bischmann | $ | 2,833.74 |
| WB Capital Master Account 4 | $ | 2,820.63 |
| David Gaetano | $ | 2,735.96 |
| Steve Braker | $ | 2,722.09 |
| Chia Hung | $ | 2,700.82 |
| Gary Rains | $ | 2,569.92 |
| Dan Raeihle | $ | 2,312.85 |
| ZhongQiang Lee | $ | 2,224.56 |
| Yongliang Zhang | $ | 2,156.12 |
| Jaime Ramirez | $ | 2,131.23 |
| Hung Van Thai | $ | 1,991.60 |
| Robert Bosler | $ | 1,903.11 |
| WB Capital Master Account 3 | $ | 1,834.01 |
| WB Capital Master Account 6 | $ | 1,680.07 |
| Avi Zimmerman | $ | 1,669.04 |
| Krupnov Mihail | $ | 1,628.57 |
| Brenton Woolworth | $ | 1,558.89 |

Exhibit 11        Page 124

| | | |
|---|---:|---|
| Michael J. Hayes | $ 1,541.26 | |
| George Ashkar | $ 1,435.70 | |
| Eric Scheldt | $ 1,360.12 | |
| Bo O'Connor | $ 1,169.16 | |
| Ken Ancell 2 | $ 1,134.51 | |
| Frank Roth | $ 1,079.23 | |
| Scott Radzik | $ 1,069.65 | |
| Richard Couts | $ 957.13 | |
| Estep Ins. | $ 914.60 | |
| Qionglong Diao | $ 821.34 | |
| Linlin Zheng | $ 724.43 | |
| Alex 1 Viewtrade | $ 699.92 | |
| Pothen Worldwide Inc. | $ 673.69 | |
| Robert Desualniers | $ 670.10 | closing account hasn't traded since 2006 |
| Bercini Inc., Daniel Maracine | $ 660.17 | |
| Daniel Lane | $ 644.09 | closed 2007 |
| Xi Chen | $ 632.18 | |
| Scott Moll | $ 584.27 | |
| Christopher Read | $ 503.00 | closed 2007 |
| Lyudmila Babayeva | $ 473.18 | closed 2007 |
| Eric Leopold 2 | $ 472.16 | |
| Scott Littlefield | $ 412.97 | closed 2007 |
| Laurence Alexander Fleet | $ 409.03 | |
| Cristina Irion | $ 289.99 | |
| Cot Investments 2 | $ 283.73 | |
| Romanov Alexandr | $ 265.98 | |
| Pamela Ombres | $ 238.65 | closed 2006 |
| Mike Landers | $ 230.11 | closed 2007 |
| Matthew Jim Cunningham | $ 203.43 | closed 2007 |
| Fernando Luis Masetto | $ 148.41 | |
| Richard W Ennis | $ 134.93 | closed 2007 |
| Vitcom Investments, LTD | $ 131.79 | closed 2007 |
| Jarrod Vrazel | $ 100.00 | closed 2007 |
| Mark Matthews | $ 78.31 | |
| James Michalik | $ 50.05 | |
| Justin Brewer | $ 48.44 | |
| William J Tobias | $ 30.00 | closed 2006 |

Exhibit 11 Page 125

| | | | |
|---|---|---|---|
| Phillip Johnson | $ | 24.45 | closed 2007 |
| WB Capital Master Account 9 | $ | 9.86 | |
| Sean Fritz | $ | 8.41 | closed 2007 |
| Nasser Zegar | $ | 3.76 | closed 2007 |
| Dave Kinkade | $ | 2.51 | closed 2006 |
| TDA Trading 2 | $ | (6.54) | Tied to TDA positive account |
| George McHugh III | $ | (7.79) | closed 2007, we need to make up |
| Kyle Morrison | $ | (10.84) | now funded and positive, hadn't funded account yet, but was charged quote fees |
| Rod Henley | $ | (10.85) | closed 2007, we need to make up |
| WB Capital Master Account 8 | $ | (11.14) | linked to T3 |
| WB Capital Master Account 10 | $ | (12.14) | linked to T3 |
| Paul Larney | $ | (16.00) | never traded, he logged on and and we were charged for quote fees, we need to make up |
| Nirupa Raj | $ | (19.00) | closed 2007, we need to make up |
| Michael Ferrare | $ | (21.50) | closed 2007, we need to make up |
| Shawn Macdonald | $ | (21.68) | closed 2007, we need to make up |
| TEST DAS Account | $ | (24.36) | we need to make up |
| Alex Mrozin 5 | $ | (25.60) | Seraffin account |
| Tom Ranglas | $ | (26.00) | closed 2005, erroneous quote fee charge, actually flat |
| Guo Jian Lu (Kevin) | $ | (30.83) | linked to K Holdings |
| Justin Brewer | $ | (45.52) | linked to his positive account |
| Rick Boensch | $ | (47.57) | linked to his positive account |
| Kwang Ho Hwang | $ | (48.73) | closed 2007, we need to make up |
| Solomon Sharbat | $ | (49.26) | negative amount due to way Penson marks options, actually positive |
| PA2 | $ | (52.00) | linked to Pisces account |
| PA3 | $ | (52.00) | linked to Pisces account |
| PA4 | $ | (52.00) | linked to Pisces account |
| Delland Bartlett | $ | (52.00) | never traded, we need to make up amount, charged for quote fees since he logged in |
| Kenneth Solecki | $ | (52.00) | closed 2007, we need to make up |
| Brandon Hill Crawford | $ | (56.60) | closed 2007, we need to make up |
| Tamara Hamideh | $ | (63.11) | closed 2007, we need to make up |
| Leeland Hrushkin | $ | (67.00) | closed, actual negative amount is $15 due to billing glitch    closed 2007 |
| Jaquoline Anton | $ | (103.90) | closed, actual negative amount is $25.90 due to billing glitch    closed 2007 |
| Beatrice Pitocco | $ | (105.22) | closed 2007, we need to make up |
| Alex Mrozin 6 | $ | (121.03) | Cot investment account, linked to a positive account |
| Pavlov Sergey | $ | (130.88) | Orange Deviner group |
| Matt Armin | $ | (142.59) | closed 2007, we need to make up |
| Alexandr Mozin 2 | $ | (181.02) | Seraffin account |

Exhibit ___11___    Page 126

| Name | Amount | Note |
|---|---|---|
| Dustin Luger LS | $ (285.35) | linked to DTA Trading |
| Nuria Sanchez Lopez | $ (345.64) | Argentina group |
| Victor Salamone | $ (365.49) | actually positive, due to way Penson quotes option prices |
| Yuke Chen | $ (366.42) | Prospect Group |
| Alejandro Marini | $ (368.79) | Argentina group |
| Chernov Evgeny | $ (385.85) | Orange Deviner group |
| Zlobin Sergey | $ (409.52) | Orange Deviner group |
| Neil Beaney | $ (514.56) | open account |
| 1Error Account | $ (620.93) | we need to make up |
| Kevin Gawle | $ (659.18) | closed May 2005, has been taken care of on taxes |
| Mishin Maxim | $ (663.90) | Orange Deviner group |
| Martin Briones | $ (752.62) | Argentina group |
| Todd McPherson | $ (799.25) | closed 2007, we need to make up, in the process of collecting |
| Igor Voron 2 | $ (834.22) | Seraffin account |
| LTSPD Test1 | $ (836.80) | we need to make up |
| Maximov Sergei | $ (845.32) | Orange Deviner group |
| Christov Dmitry | $ (898.23) | Orange Deviner group |
| Vladislav Novak | $ (944.66) | closed 2007, we need to make up |
| Lemos Gustavo Marcelo | $ (963.87) | Argentina group |
| Eric Leopold 3 | $ (1,041.56) | linked to his positive account |
| Apeav Rafael | $ (1,062.10) | Orange Deviner group |
| Dane Baron | $ (1,126.39) | closed 2007, we need to make up |
| Ivin Alexey | $ (1,141.90) | Orange Deviner group |
| Jennifer Campbell | $ (1,142.74) | closed 2007, we need to make up |
| Adam Melsek | $ (1,282.27) | closed May 2006, has been taken care of on taxes |
| Dmitry 3 | $ (1,302.01) | Seraffin account |
| Jason Reyes | $ (1,326.47) | closed 2007, we need to make up |
| Blake Jackson | $ (1,384.20) | closed account May 2006, has been taken care of on taxes |
| Lyssenko Alexandr | $ (1,519.26) | Orange Deviner group |
| Pablo Castillo Landini | $ (1,581.52) | Argentina group |
| WB Capital Master Account | $ (1,596.00) | linked to T3 |
| Federico Toma | $ (1,691.07) | Argentina group |
| David Carroll | $ (1,709.20) | closed 2007, we need to make up |
| Scott Seggerman | $ (1,829.64) | open account, he will be funding, but we need to make up at this point |
| Ryan Hoffmann | $ (2,007.22) | closed 2007, we need to make up |
| Steven Patterson | $ (2,279.67) | closed 2007, we need to make up |
| Ryan Gray | $ (2,527.98) | closed 2007, we need to make up |

Exhibit 11    Page 127

| Name | Amount | Description |
|---|---|---|
| Michael Wright | $ (2,537.78) | closed account February 2006 so has been taken care of on taxes |
| Like Sha | $ (2,547.39) | closed 2007, in process of collecting, we need to make up |
| PA1 | $ (2,713.18) | linked to Pisces positive account |
| Robert Norine | $ (3,101.81) | closed account in December 2006 so has been taken care of on taxes |
| Matt Thomas | $ (3,156.36) | closed 2007, we need to make up |
| Thijs Janssen | $ (3,684.93) | closed 2007, we need to make up |
| Randall Mrozek | $ (3,725.94) | Cot investment account, linked to a positive account |
| Christopher Weight | $ (4,014.83) | closed account January 2006, has been taken care of on taxes |
| Trent Fechter | $ (4,078.89) | closed account 2007, we need to make up |
| Potapov Evgeny | $ (4,200.39) | Orange Deviner group |
| Raul Fermanelli | $ (4,306.34) | Argentina group |
| Pablo Catillo Landini - 2 | $ (4,619.13) | Argentina group |
| John Pavidis | $ (4,669.43) | closed account April 2006, has been taken care of on taxes |
| Ben Berrens | $ (4,975.19) | closed account January 11th, 2006, has been taken care of on taxes |
| Samuel Grossman | $ (4,982.57) | closed account 2007, we need to make up |
| Robert Ornsby | $ (5,067.16) | closed account 2007, we need to make up |
| Karina Mendoza | $ (5,365.70) | Argentina group |
| Richard Matenaer | $ (5,549.77) | closed account June 2006 so has been taken care of on taxes |
| Alejo Jimenez Cornejo | $ (5,599.22) | Argentina group |
| Nicolas Anderson | $ (6,900.54) | closed account in March 2006 so has been taken care of on taxes |
| Steven Girden | $ (7,316.27) | closed account in December 2006 so has been taken care of on taxes |
| Jamie Hodge | $ (8,070.37) | closed account in 2007, we need to make up |
| Joseph C. Machado | $ (8,171.57) | lost $6512.34 in 2006 so that amount was taken care of on taxes |
| Joshua Kahan | $ (11,490.15) | this isa Cot account |
| Jason Neu 2 (Sterling) | $ (17,760.89) | this is a T3 account |
| Tuco 2007 Losses | $ (22,992.99) | we need to make up |
| Rafael Khavasov | $ (47,490.62) | we need to make up, in process of collecting          closed 2007 |
| Mike Kestler | $ (48,060.82) | counts toward Frederick/Kestler accounts so needs to be included |
| NY Advisory Group (Bae, Persaud) | $ (56,325.57) | we need to make up, in process of collecting          closed 2007 |
| Darren Singer | $ (74,411.50) | we need to make up, in process of collecting          closed 2007 |
| Johnathan Hee Bae | $ (182,882.16) | we need to make up, in process of collecting          closed 2007 |
| Master Accelerated Assets Account | $ (195,961.44) | tied to other positive accounts (Nilles) |
| Dale Spina | $ (616,732.65) | we need to make up, in process of collecting          closed 2007 |
| Serafin Group Acct | $ (652,382.83) | tied to other positive accounts |
| Title Trading | $3,608,544.07 | |
| T3 Capital | $ ($49,234.11) | need to make up, make this up every month on commission |
| Coper | 93,974.70 | |

Exhibit 11        Page 128

| | | |
|---|---|---|
| Robotic | $ | (1.50) closed account in November, need to make up |
| JC Trading | $ | 935,057.15 |
| Blackhawk | $ | (266,080.98) in process of collecting, need to make up |
| Total Positive and Negative accounts | $ | 9,946,847.31 |

Exhibit __11__ Page_129_

**Tercero, Roberto A.**

**From:** Young, Steve [Steve.Young@kyl.com]
**Sent:** Tuesday, February 26, 2008 11:01 AM
**To:** Tercero, Roberto A.; esonc@sec.gov
**Cc:** Doug Frederick
**Subject:** FW: Tuco Trading, LLC (LA-3458)

Dear Bob, Doug has provided the following answers to your questions. Regards, Steve

...................................................................................................

**Steve Young**
**Keesal, Young & Logan**
400 Oceangate, Long Beach, CA 90802
562.436.2000 (office) | 562.436.7416 (fax)
steve.young@kyl.com | www.kyl.com

KYL has offices in Los Angeles/Long Beach, San Francisco, Seattle, Anchorage and Hong Kong. This e-mail contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose this message, or any information contained herein. If you have received this message in error, please advise the sender by reply e-mail and delete this message. Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or legal document. Unauthorized use of this information in any manner is prohibited.

---

**From:** frederick.doug@gmail.com [mailto:frederick.doug@gmail.com] **On Behalf Of** Doug Frederick
**Sent:** Tuesday, February 26, 2008 8:55 AM
**To:** Young, Steve
**Subject:** Fwd: Tuco Trading, LLC (LA-3458)

1. What is the spread sheet as of? January 31, 2008? Other? Please let me and Cindy know the answer to this question today if possible.

The spreadsheets are as of January 31st, 2008.

2. Why were the large negative equity balances as of 12/31/07 - for Johnathan Hee Bae, Blackhawk, and Spina - dropped from the 1/31/08 spreadsheet? Why do they now appear back on this spreadsheet?

They weren't dropped. I originally sent Steve Young two spreadsheets to send to you. The first spreadsheet had everyone that is on our back office. The second spreadsheet was provided so you could see where the traders actual equity should have been. I took Bae, Spina, and Blackhawk off of the sheets since these are debts that Tuco is responsible for as Mr. Tercero said in our last meeting and shouldn't be counted towards reducing the actual equity. I am not sure that both spreadsheets were sent the first time. I was trying to show the two different scenarios as far as what are back office shows as a total and what should be counted as traders equity.

3. Are the accounts with negative equity that are "linked" to the T3 account already reflected in T3's positive equity (to get the net equity figure) or do the negative equity

2/29/2008                                                                    Exhibit __12__ Page __130__

balances need to be subtracted from T3's positive equity?  Same questions for accounts with negative equity that have "Serafin account" as an explanation.

These accounts are not reflected in their positive account equity.  There may be a T3 guy like Jason Neu that trades on a different software and that number needs to be added into their positive or negative equity.

4. For the closed accounts with positive equity balances, have those traders already been paid?  If so, when?

The traders with positive equity balances that have been closed have been paid out that I noted on the spreadsheet.  If there is a very low balance they actually left a small amount in the account stating that they may come back at some point or there may have been some type of late credit to their account for a software fee or possible rebate.  These numbers are very minute and I believe I noted on the spreadsheet when these small positive accounts were closed out.

5. For accounts with negative equity balances that are "tied" to accounts with positive equity balances, how are they tied (e.g., cross guarantees?)?  For the accounts that are tied, is the net equity already reflected in the positive equity number or does the negative equity have to be subtracted from the positive equity to get the net number?

The negative amounts are not already counted towards the positive amounts.  For example Serafin has approximately 4 traders.  They have a master account and each trader has two to three or more accounts.  This is a group of traders and are treated as such.  Each trader may have a a swing trading account, a scalping account, and a long term account.  If they are negative $5k in the swing account, but positive $10k in the scalping account, and negative $1k in the long term account, the net effect is positive $4k for that trader, but you need to show each account for them.  This is how they are tied together.  If as a group one trader loses the entire account balance then it will wipe out the rest of the traders.  The group gets one K-1 and they divide the taxes accordingly.  We just provide them the back office to keep their strategies and different traders balance accordingly.  The reason for a group going through us instead of by themselves is that we can offer them more competitive rates than if they went to a clearing firm on their own.  Our cost for clearing 1000 shares is approximately 16 cents.  If they went directly to a clearing firm they would probably be charged $2.00 for every 1000 shares, so there is quite a savings if you are a high volume trading group.  They would also need to negotiate with a B/D, which we have already done.  Our software or front end trading system costs are also cheaper than if they went directly to a software provider since we trade a lot of volume.

6. What accounts comprise the "Orange Deviner group," the "Prospect group" and the "Argentina group?"  What is the significance of describing accounts with negative equity as belonging to these groups?

These accounts are as of the end of yesterday so there may be a few new ones from the January 31st statement.
***Orange Deviner -***
Orange Deviner Master
Pavlov Sergey
Potapov Evgeny
Romanov Alexandr

Exhibit _12_    Page _131_

2/29/2008

Mishim Maxim
Chernov Evgeny
Aplav Rafael
Ivan Alexey
Zlobin Sergey
Krupnov Mihail
Maximov Sergei
Christov Dmitriy


*Prospect group -*
Yongliang Zhang
ZhongQiang Lee
Qionglong Diao
Linlin Zheng
Xi Cheng
Yuke Chen
Howells Wang


*Argentina Group -*
Raul Fermanelli
Raul Sanchez Lopez
Nuria Sanchez Lopez
Frederico Toma
Franco Rovaretti
Karina Mendoza
Alejandro Marini
Fernando Luis Masetto
Lemos Gustavo Marcelo
Alejo Jiminez Cornejo
Christian Torres
Eduardo Fornari
Alejandro Mariano Arroyo
Martin Briones
Pablo Castillo Landini
Pablo Castillo Landini 2
Sebastian Acuna
Dario Pelegrini
Silvian Burtovoy
Nelson Espada


It is the same principle as above.  If there are 10 traders in a group their equity is combined to come up with a positive or minus number as a whole.  You need to show each account separately though because that is what the traders log into and what the SEC asked for.

7.  The spreadsheet seems to imply that some accounts with negative equity do not have to be counted because they have "been taken care of on taxes."  What does that mean?  Why

does that allow the negative balances to be dropped?

If a trader has a negative account balance of $4000 for the tax year of 2006, it is written off at the end of the year and Tuco takes the losses in that year. In other words Tuco takes the hit. We leave these balances on the back office in case the trader ever comes back and wants to fund an account. So in the example of negative $4000. If a trader came back and bought into the LLC with $10,000, we would deduct the $4000 from his account. Leaving him with a $6000 balance and take care of it on the current tax year return as a $4000 profit for the company.

8.  "Serafin Group Acct" has the explanation "tied to other positive accounts." What accounts are being referred to? Also, are you implying that Tuco can net the positive accounts with this negative account? What legal basis do you have to do this netting?

*Serafin* -
Igor Voron 3
Mike Serafin Viewtrade 1
Alex Mrozin 5
Alex Mrozin 6
Dmitry Kulikov 4
Igor Viewtrade 1
Igor Viewtrade 2
Alex 1 Viewtrade
Dmitry Kulikov Viewtrade
Serafin Group Acct
Michael Serafin
Igor Voron 12
Dmitry Kulikov 2
Igor Voron 2
Dmitry Kulikov
Igor Voron
Alexandr Mozin 1
Alexandr Mozin 2
Alexandr Mozin 3
Alexandr Mozin 4
Dmitry 3
GLBT SERTICK3r

It isn't really Tuco netting the positive accounts with the negative accounts. It is the trading group that wants to do it this way. For Serafin, Orange Deviner, and Prospect I send one K-1 to the group and then it is up to them to divide how the taxes are taken care of. I don't do the distributions or know how the profits get split. This is the same it works for Title, T3, Coper, etc. If a trading group brings in 5 guys to trade in its group then they as a group are responsible to keep their account as a whole positive. For example, I have three accounts, fortunately they are all positive. If one of them went negative, I wouldn't be allowed to withdraw the money from the two positive accounts and leave the company negative for the one account. This would be similar to my bank account. If I was positive $100k in the operating account and negative $20,000 in the wiring account (theoretically couldn't happen). Chase wouldn't allow me to close both accounts and withdraw $100,000.

Roberto A. Tercero | Senior Counsel

Exhibit 12      Page 133

2/29/2008

Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
T/323-965-3891 | F/323-965-4513
TerceroR@sec.gov


--
Regards,

Doug Frederick
Tuco Trading, LLC
909 Prospect Street #224
La Jolla, California  92037
doug@tuco.com
(312) 286-1894

--
Regards,

Doug Frederick
Tuco Trading, LLC
909 Prospect Street #224
La Jolla, California  92037
doug@tuco.com
(312) 286-1894

Exhibit _12_    Page _134_

2/29/2008

BLUEBIRD (888) 477-0700
OFFICE SUPPLIES  www.bluebirdonline.com

**EXHIBIT 13**

**Tercero, Roberto A.**

| | |
|---|---|
| **From:** | Young, Steve [Steve.Young@kyl.com] |
| **Sent:** | Tuesday, February 26, 2008 7:57 PM |
| **To:** | Tercero, Roberto A. |
| **Subject:** | FW: Mts back office equities January 31st |
| **Attachments:** | Jan31Equity(1).xls¤ |

Bob, Doug sent this chart to me on Feb 14 to send to you and I may have dropped the ball and not sent it. Have you seen this? Regards, Steve

...........................................................................................................................

**Steve Young**
**Keesal, Young & Logan**
400 Oceangate, Long Beach, CA 90802
562.436.2000 (office) | 562.436.7416 (fax)
steve.young@kyl.com | www.kyl.com

KYL has offices in Los Angeles/Long Beach, San Francisco, Seattle, Anchorage and Hong Kong. This e-mail contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy or disclose this message, or any information contained herein. If you have received this message in error, please advise the sender by reply e-mail and delete this message. Nothing in this message should be interpreted as a digital or electronic signature that can be used to authenticate a contract or legal document. Unauthorized use of this information in any manner is prohibited.

| Name | Equity | |
|------|--------|--|
| Dmitry Kulikov | $ | 437,727.20 |
| K Holding Account | $ | 429,358.60 |
| TTEES Halperin Family | $ | 337,172.92 |
| Craig Lavid | $ | 314,740.89 |
| Kevin Wojtowicz 2 | $ | 274,953.23 |
| Thomas Nilles | $ | 249,353.60 |
| Andrew Srebnik (Apas LLC) | $ | 247,256.93 |
| Patrick Nilles 2 | $ | 246,778.23 |
| Alexandr Mozin 1 | $ | 234,315.67 |
| Sean Quinn | $ | 225,366.44 |
| HG Trading LLC. | $ | 216,880.20 |
| William Haynes | $ | 193,777.45 |
| James Anthony Cambece | $ | 177,148.31 |
| DTA Trading (Dustin Luger) | $ | 164,810.97 |
| Kenneth Ancell | $ | 154,790.11 |
| Craig Cloud | $ | 142,226.15 |
| Jesse Sullivan | $ | 132,859.07 |
| Brad Scott Gray | $ | 121,160.63 |
| TDA Trading 1 | $ | 115,182.31 |
| Alexandr Mozin 4 | $ | 105,441.52 |
| CT TRADE, LLC | $ | 101,002.09 |
| Alexandr Mozin 3 | $ | 99,958.73 |
| John Streng | $ | 95,741.31 |
| LimitUp Holdings Ltd2 | $ | 89,082.88 |
| Kevin Wojtowicz | $ | 88,740.33 |
| Penny Peppler | $ | 87,252.86 |
| Rick Boensch Hedge Acct | $ | 84,506.04 |
| Cot Investments Group | $ | 69,578.74 |
| Kevin Wojtowicz 3 | $ | 68,638.32 |
| Darryl Porter | $ | 60,113.45 |
| Igor Voron 12 | $ | 58,369.96 |
| John Crabb | $ | 56,658.96 |
| Dmitry Kulikov 2 | $ | 53,405.49 |
| Scott Dingman | $ | 52,804.21 |
| Chad Sternke | $ | 52,039.15 |
| Brett Hessenius | $ | 51,235.98 |
| Thomas Uelmen | $ | 50,269.42 |
| Franco Rovaretti | $ | 50,032.27 |
| Marcos Connell | $ | 49,315.10 |
| Robert W. Murphy | $ | 49,264.35 |
| John Crabb 2 | $ | 47,686.11 |
| Dan Shaltiel | $ | 46,287.96 |
| Mabas, INC | $ | 45,447.02 |
| Bryant McFarlane | $ | 42,753.87 |
| Scott Herman | $ | 41,120.41 |
| Stephen Sylwester | $ | 37,329.04 |
| William Burgoyne | $ | 36,801.90 |
| Gennadiy Iskhakov | $ | 36,365.73 |
| Orange Diviner | $ | 36,105.16 |
| Michael Serafin | $ | 35,437.94 |
| Vadiya Khaimov | $ | 31,688.76 |

Exhibit *13*    Page *136*

| | | |
|---|---|---|
| Simon Amos | $ | 31,153.39 |
| John Haynes | $ | 30,813.54 |
| Chong Lee Minsook Lee | $ | 30,015.70 |
| Alan Schmereler | $ | 30,000.00 |
| Jonathan Krug | $ | 29,267.33 |
| Kerem Guneri | $ | 28,022.19 |
| Adam Cooper | $ | 26,917.71 |
| Bob Byrne | $ | 25,620.83 |
| David Reardon | $ | 23,225.97 |
| Kyle Cleveland | $ | 23,180.02 |
| PAI Master Account | $ | 22,972.57 |
| Igor Voron | $ | 21,232.33 |
| LimitUp Holdings Ltd | $ | 21,210.94 |
| Tanayoos Manophinives | $ | 21,068.52 |
| Paul Przelski | $ | 20,964.61 |
| Michael Johnson | $ | 20,491.19 |
| William Ryan Mitchell | $ | 20,484.88 |
| Matthew J Gallagher | $ | 20,355.24 |
| Eric Leopold | $ | 20,274.37 |
| James Buchanan | $ | 20,000.00 |
| Doug Frederick Sterling | $ | 19,766.60 |
| Brandon Fritz | $ | 19,702.23 |
| Igor Viewtrade 1 | $ | 19,285.48 |
| Marc Zangari | $ | 18,351.26 |
| Ashit Johri | $ | 18,150.17 |
| Jacinto Garro Bonilla | $ | 17,958.75 |
| Doug Frederick | $ | 17,478.64 |
| Charles Mehler | $ | 16,713.96 |
| Michael Feintuch | $ | 16,347.51 |
| Terry Bailey | $ | 15,689.93 |
| Mike Serafin Viewtrade 1 | $ | 14,924.06 |
| Phillip Zirges | $ | 14,857.03 |
| Mike Kestler | $ | 14,212.19 |
| Jeff Gresham | $ | 13,982.98 |
| Mike Hartmann | $ | 13,810.27 |
| Priydarshan Shelgikar | $ | 13,682.41 |
| Mohamed Osman | $ | 13,178.51 |
| Keith McHugh | $ | 13,030.69 |
| Robert Scott Gates | $ | 12,860.88 |
| Jeff Snower | $ | 12,521.71 |
| Jason Watkins | $ | 12,016.19 |
| James P Wu | $ | 11,584.35 |
| Mark Grossbard | $ | 11,566.40 |
| David Floyd | $ | 11,148.04 |
| Doug Frederick | $ | 10,786.26 |
| Chris Horning | $ | 10,732.80 |
| WB Capital Master Account 5 | $ | 10,553.66 |
| Sandeep Goyal | $ | 10,013.64 |
| Rosie Nguyen | $ | 10,000.00 |
| Andrew Fine | $ | 10,000.00 |
| Scott Herman | $ | 9,989.16 |
| Bruce Montegani | $ | 9,857.40 |

Exhibit __13__    Page __137__

| | | |
|---|---|---|
| Lucas Gregor | $ | 9,807.78 |
| Abe Krieser | $ | 9,790.14 |
| Matt Mecham | $ | 9,757.88 |
| John Olorunsuyi | $ | 9,740.79 |
| Shawn Quinney | $ | 9,631.47 |
| Tuco Risk Account | $ | 9,477.88 |
| Frank Scriveri | $ | 9,434.68 |
| Reginald Cheatham | $ | 9,332.57 |
| Igor Viewtrade 2 | $ | 9,001.18 |
| Jesus Dominguez | $ | 8,962.86 |
| Lisa Hyatt | $ | 8,924.50 |
| Olexander Bandurchenko | $ | 8,797.96 |
| Jorge Lopez | $ | 8,715.11 |
| John Russell | $ | 8,405.57 |
| Michael Moore | $ | 8,222.59 |
| Michael Steiner | $ | 7,866.92 |
| David Rogers | $ | 7,456.30 |
| Kevin Steigerwalt | $ | 7,000.00 |
| James Shaw | $ | 6,861.70 |
| William Dedelow | $ | 6,799.41 |
| Robert Rains | $ | 6,760.24 |
| Gary Kiebzak | $ | 6,741.32 |
| Stan Ungechauer | $ | 6,674.50 |
| Sean Kerr | $ | 6,594.94 |
| Daniel Vargas | $ | 6,594.51 |
| Abdel Waheb Khedhira | $ | 6,464.15 |
| Kevin Ciccarelli | $ | 6,332.29 |
| Ruston Youngblood | $ | 5,973.03 |
| Haggan Henderson | $ | 5,902.38 |
| Neville C. Pinto | $ | 5,796.70 |
| Joe Arena | $ | 5,707.35 |
| Harry Kao | $ | 5,637.45 |
| Sean Ahern | $ | 5,577.36 |
| Alan Hoes | $ | 5,339.45 |
| James P Stoessel | $ | 5,204.67 |
| Jorge Castro | $ | 5,127.05 |
| Joel Griffith | $ | 5,119.83 |
| Fernando Luiz de Oliveira | $ | 5,045.30 |
| Bryan Chin | $ | 5,016.00 |
| Craig Martin | $ | 4,989.16 |
| Ara Shamlian | $ | 4,817.77 |
| William Smith | $ | 4,681.57 |
| Bill Raffo | $ | 4,665.21 |
| Chris Shepherd | $ | 4,627.45 |
| Robert Scalese | $ | 4,608.27 |
| Steven Saltzman | $ | 4,408.00 |
| Igor Voron 3 | $ | 4,297.50 |
| Vlasta Salnikova | $ | 4,286.01 |
| William Henderson | $ | 4,106.34 |
| Phoenix Investing - Chris Jaffe | $ | 4,105.27 |
| Richard Herman | $ | 4,061.50 |
| Donald Callahan | $ | 3,958.05 |

Exhibit __13__ Page __138__

| | | |
|---|---|---|
| Justin Ceglar | $ | 3,890.81 |
| WB Capital Master Account 7 | $ | 3,865.87 |
| Joseph Haynes | $ | 3,685.29 |
| Robert Greene | $ | 3,622.95 |
| Herb Schwarz | $ | 3,598.15 |
| Nan Lin | $ | 3,503.09 |
| Robert Davis II | $ | 3,480.69 |
| WB Capital Master Account 2 | $ | 3,479.02 |
| Fathi Azzalarab | $ | 3,322.06 |
| Roman Walter | $ | 2,957.33 |
| Sebastian Acuna | $ | 2,898.23 |
| Rodrigo Motta | $ | 2,845.03 |
| Jon Bischmann | $ | 2,833.74 |
| WB Capital Master Account 4 | $ | 2,820.63 |
| David Gaetano | $ | 2,735.96 |
| Steve Braker | $ | 2,722.09 |
| Chia Hung | $ | 2,700.82 |
| Gary Rains | $ | 2,569.92 |
| Dan Raeihle | $ | 2,312.85 |
| ZhongQiang Lee | $ | 2,224.56 |
| Yongliang Zhang | $ | 2,156.12 |
| Jaime Ramirez | $ | 2,131.23 |
| Hung Van Thai | $ | 1,991.60 |
| Robert Bosler | $ | 1,903.11 |
| WB Capital Master Account 3 | $ | 1,834.01 |
| WB Capital Master Account 6 | $ | 1,680.07 |
| Avi Zimmerman | $ | 1,669.04 |
| Krupnov Mihail | $ | 1,628.57 |
| Brenton Woolworth | $ | 1,558.89 |
| Michael J. Hayes | $ | 1,541.26 |
| George Ashkar | $ | 1,435.70 |
| Eric Scheldt | $ | 1,360.12 |
| Bo O'Connor | $ | 1,169.16 |
| Ken Ancell 2 | $ | 1,134.51 |
| Frank Roth | $ | 1,079.23 |
| Scott Radzik | $ | 1,069.65 |
| Richard Couts | $ | 957.13 |
| Estep Ins. | $ | 914.60 |
| Qionglong Diao | $ | 821.34 |
| Linlin Zheng | $ | 724.43 |
| Alex 1 Viewtrade | $ | 699.92 |
| Pothen Worldwide Inc. | $ | 673.69 |
| Robert Desualniers | $ | 670.10 |
| Bercini Inc., Daniel Maracine | $ | 660.17 |
| Daniel Lane | $ | 644.09 |
| Xi Chen | $ | 632.18 |
| Scott Moll | $ | 584.27 |
| Christopher Read | $ | 503.00 |
| Lyudmila Babayeva | $ | 473.18 |
| Eric Leopold 2 | $ | 472.16 |
| Scott Littlefield | $ | 412.97 |
| Laurence Alexander Fleet | $ | 409.03 |

Exhibit _13_    Page_134_

| | | |
|---|---|---|
| Cristina Irion | $ | 289.99 |
| Cot Investments 2 | $ | 283.73 |
| Romanov Alexandr | $ | 265.98 |
| Pamela Ombres | $ | 238.65 |
| Mike Landers | $ | 230.11 |
| Matthew Jim Cunningham | $ | 203.43 |
| Fernando Luis Masetto | $ | 148.41 |
| Richard W Ennis | $ | 134.93 |
| Vitcom Investments, LTD | $ | 131.79 |
| Jarrod Vrazel | $ | 100.00 |
| Mark Matthews | $ | 78.31 |
| James Michalik | $ | 50.05 |
| Justin Brewer | $ | 48.44 |
| William J Tobias | $ | 30.00 |
| Phillip Johnson | $ | 24.45 |
| WB Capital Master Account 9 | $ | 9.86 |
| Sean Fritz | $ | 8.41 |
| Nasser Zegar | $ | 3.76 |
| Dave Kinkade | $ | 2.51 |
| TDA Trading 2 | $ | (6.54) |
| George McHugh III | $ | (7.79) |
| Kyle Morrison | $ | (10.84) |
| Rod Henley | $ | (10.85) |
| WB Capital Master Account 8 | $ | (11.14) |
| WB Capital Master Account 10 | $ | (12.14) |
| Paul Larney | $ | (16.00) |
| Nirupa Raj | $ | (19.00) |
| Michael Ferrare | $ | (21.50) |
| Shawn Macdonald | $ | (21.68) |
| TEST DAS Account | $ | (24.36) |
| Alex Mrozin 5 | $ | (25.60) |
| Tom Ranglas | $ | (26.00) |
| Guo Jian Lu (Kevin) | $ | (30.83) |
| Justin Brewer | $ | (45.52) |
| Rick Boensch | $ | (47.57) |
| Kwang Ho Hwang | $ | (48.73) |
| Solomon Sharbat | $ | (49.26) |
| PA2 | $ | (52.00) |
| PA3 | $ | (52.00) |
| PA4 | $ | (52.00) |
| Delland Bartlett | $ | (52.00) |
| Kenneth Solecki | $ | (52.00) |
| Brandon Hill Crawford | $ | (56.60) |
| Tamara Hamideh | $ | (63.11) |
| Leeland Hrushkin | $ | (67.00) |
| Jaquoline Anton | $ | (103.90) |
| Beatrice Pitocco | $ | (105.22) |
| Alex Mrozin 6 | $ | (121.03) |
| Pavlov Sergey | $ | (130.88) |
| Matt Armin | $ | (142.59) |
| Alexandr Mozin 2 | $ | (181.02) |
| Dustin Luger LS | $ | (285.35) |

Exhibit 13    Page 140

| | | |
|---|---|---|
| Nuria Sanchez Lopez | $ | (345.64) |
| Victor Salamone | $ | (365.49) |
| Yuke Chen | $ | (366.42) |
| Alejandro Marini | $ | (368.79) |
| Chernov Evgeny | $ | (385.85) |
| Zlobin Sergey | $ | (409.52) |
| Neil Beaney | $ | (514.56) |
| 1Error Account | $ | (620.93) |
| Kevin Gawle | $ | (659.18) |
| Mishin Maxim | $ | (663.90) |
| Martin Briones | $ | (752.62) |
| Todd McPherson | $ | (799.25) |
| Igor Voron 2 | $ | (834.22) |
| LTSPD Test1 | $ | (836.80) |
| Maximov Sergei | $ | (845.32) |
| Christov Dmitriy | $ | (898.23) |
| Vladislav Novak | $ | (944.66) |
| Lemos Gustavo Marcelo | $ | (963.87) |
| Eric Leopold 3 | $ | (1,041.56) |
| Apeav Rafael | $ | (1,062.10) |
| Dane Baron | $ | (1,126.39) |
| Ivin Alexey | $ | (1,141.90) |
| Jennifer Campbell | $ | (1,142.74) |
| Adam Melsek | $ | (1,282.27) |
| Dmitry 3 | $ | (1,302.01) |
| Jason Reyes | $ | (1,326.47) |
| Blake Jackson | $ | (1,384.20) |
| Lyssenko Alexandr | $ | (1,519.26) |
| Pablo Castillo Landini | $ | (1,581.52) |
| WB Capital Master Account | $ | (1,596.00) |
| Federico Toma | $ | (1,691.07) |
| David Carroll | $ | (1,709.20) |
| Scott Seggerman | $ | (1,829.64) |
| Ryan Hoffmann | $ | (2,007.22) |
| Steven Patterson | $ | (2,279.67) |
| Ryan Gray | $ | (2,527.98) |
| Michael Wright | $ | (2,537.78) |
| Like Sha | $ | (2,547.39) |
| PA1 | $ | (2,713.18) |
| Robert Norine | $ | (3,101.81) |
| Matt Thomas | $ | (3,156.36) |
| Thijs Janssen | $ | (3,684.93) |
| Randall Mrozek | $ | (3,725.94) |
| Christopher Weight | $ | (4,014.83) |
| Trent Fechter | $ | (4,078.89) |
| Potapov Evgeny | $ | (4,200.39) |
| Raul Fermanelli | $ | (4,306.34) |
| Pablo Catillo Landini - 2 | $ | (4,619.13) |
| John Pavidis | $ | (4,669.43) |
| Ben Berrens | $ | (4,975.19) |
| Samuel Grossman | $ | (4,982.57) |
| Robert Ornsby | $ | (5,067.16) |

Exhibit _13_ Page _141_

| | | |
|---|---|---|
| Karina Mendoza | $ | (5,365.70) |
| Richard Matenaer | $ | (5,549.77) |
| Alejo Jimenez Cornejo | $ | (5,599.22) |
| Nicolas Anderson | $ | (6,900.54) |
| Steven Girden | $ | (7,316.27) |
| Jamie Hodge | $ | (8,070.37) |
| Joseph C. Machado | $ | (8,171.57) |
| Joshua Kahan | $ | (11,490.15) |
| Jason Neu 2 (Sterling) | $ | (17,760.89) |
| Tuco 2007 Losses | $ | (22,992.99) |
| Rafael Khavasov | $ | (47,490.62) |
| Mike Kestler | $ | (48,060.82) |
| NY Advisory Group (Bae, Persaud) | $ | (56,325.57) |
| Darren Singer | $ | (74,411.50) |
| Johnathan Hee Bae | $ | (182,882.16) |
| Master Accelerated Assets Account | $ | (195,961.44) |
| Dale Spina | $ | (616,732.65) |
| Serafin Group Acct | $ | (652,382.83) |
| **Title Trading** | | $3,608,544.07 |
| **T3 Capital** | | ($49,234.11) |
| **Coper** | $ | 93,974.70 |
| **Robotic** | $ | (1.50) |
| **JC Trading** | $ | 935,057.15 |
| **Blackhawk** | $ | (266,080.98) |
| **Total Positive and Negative accounts** | $ | 9,946,847.31 |

Exhibit 13    Page 142

LAW OFFICES
## KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
400 OCEANGATE
LONG BEACH, CA 90802
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE:
(562) 436-7416
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
CAMERON STOUT
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON

ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†
JODI S. COHEN
PHILIP R. LEMPRIERE*†
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE*
DOUGLAS R. DAVIS*†
GORDON C. YOUNG
ELIZABETH H. LINDH
KELLY J. MOYNIHAN
CARA L. MEREDITH
SARAH TONG BANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER

ESTHER E. CHO
GLEN R. PIPER
CATHARINE M. MORISSET†
CHRISTOPHER A. STECHER
AUDETTE PAUL MORALES
SCOTT E. HINSCHE
MELANIE L. RONEN
BENJAMIN W. WHITE
BENTLEY P. STANSBURY III
ATLANTIS TILLMAN LANGOWSKI
JOHN D. KIMMERLEIN*
EVELYN A. CHRISTENSEN
MARGARET A. DeCOOVER
ASHLEY YOUNG ADAMS
GARRETT R. WYNNE

JASON R. LINDSAY
JOHN COX
DAVID A. TONG
MOMO E. TAKAHASHI
TONI Y. LONG
CHARLES M. BILLY
ANGELIKI J. PAPADAKIS
STEFAN PEROVICH
AILAN LIU
NICOLAS J. VIKSTROM†
G. HANS SPERLING
SAMANTHA R. SMITH*
JAMES F. KUHNE, JR.
ANNE M. MORIARTY
NICOLE S. BUSSI

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM†
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK
RICHARD L. LANDES

SANDOR X. MAYUGA
DAVID W. TAYLOR‡
NANCY HARRIS§
FRANCES L. KEELER

† ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
† ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
* ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
‡ REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
* SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

February 28, 2008

Ms. Cindy Eson
Branch Chief, Office of Enforcement
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

        Re:   Tuco Trading
              Our File No.: 6910-10

Dear Ms. Eson:

        In response to your e mail of February 26, 2008, below are the responses of Mr. Frederick.

**QUESTION NO. 1:**

        Please let us know whether the following traders with negative equity balances as of December 31, 2007 were part of any trading group and subject to netting, as Mr. Frederick described in his response to Question 5:

| | | |
|---|---|---|
| Adam Lewensky | $ | (6,204.108) |
| Dan Gibby | $ | (37,830.053) |
| Donal Nolan | $ | (0.005) |
| Ferdinand Ledesma | $ | (51.823) |
| Frank Rose | $ | (4,339.523) |
| Heath Sims | $ | (3,402.888) |
| Jarrod Vrazel | $ | (44,360.701) |
| Joe Gilbert | $ | (0.004) |
| Jonathan Kirkland | $ | (1,185.488) |
| Manny Ramirez | $ | (20,000) |
| Mark Rosalbo | $ | (3,360.167) |

SAN FRANCISCO OFFICE
SUITE 1500
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
FACSIMILE:
(415) 981-0136 • (415) 981-7720

ANCHORAGE OFFICE
SUITE 950
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 1515
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1716
FACSIMILE: (852) 2541-6189

Exhibit 14    Page 143

J. Cindy Eson
February 28, 2008
Page 2

        Re:   Tuco Trading
               Our File No.:  6910-10

| | | |
|---|---|---|
| Sean McLaughlin | $ | (1,714.423) |
| Sergei Aleshkov | $ | (0.003) |
| Todd Combre | $ | (5,247.700) |

**RESPONSE TO QUESTION NO. 1**:

    None of the people named in the chart above were part of a group or subject to netting.

**QUESTION NO. 2**:

    We request that Mr. Frederick provide copies of the K-1s issued to traders for 2006 and 2007.

**RESPONSE TO QUESTION NO. 2**:

    Mr. Frederick will compile and produce the 2006 K-1s within a week or so. The 2007 K-1s will not be available for quite some time. The 2006 taxes were not filed until October 2007, so it is estimated that the 2007 taxes will not be completed until late 2008.

**QUESTION NO. 3**:

    What documentation, if any, does Mr. Frederick require from traders to demonstrate that they are tied together as members of a trading group whose accounts are subject to netting?

**RESPONSE TO QUESTION NO. 3**:

    There isn't any documentation required. Basically, each group opens its own master account with us. They then open sub-accounts for their respective traders. We prepare a K-1 for the master LLC and each group handles its traders' taxes accordingly.

                        Very truly yours,

                        Stephen Young
                        *stephen.young@kyl.com*

SY:slp (KYL_LB\1135273.1KYL_LB1135273)

                                      Exhibit __14__    Page __144__

**Exhibit 15**

# Statement of Account

**GLB Trading Inc.**
3333 Michelson, Suite 620
Irvine, CA 92612
(949) 955-1966

TUCO TRADING LLC
MASTER ACCT OF YU31
909 PROSPECT STREET #224
LA JOLLA CA 92037

**Statement Period**

January 1, 2008 to January 31, 2008

**Office Serving You**

3333 Michelson
Suite 620
Irvine, CA 92612
(949) 955-1966

**Account Information**

Account Number: 21314075
Financial Advisor #: YU31

Your Financial Advisor
GLOBALVEST GROUP INC HOUSE REP

## Account Value

| Asset Category | Current Value 01/31/08 | Prior Value 12/31/07 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 0.00 | 61,165.02 | 6.89% | | |
| Margin Account Balance | 479,492.39 | 1,255,596.70 | 6.89% | | |
| Money Fund Balance | 2,680,324.94 | 1,204,665.42 | 38.52% | 92,658.83 | 3.46% |
| Equities | 3,796,641.29 | 2,452,256.48 | 54.57% | 27,516.92 | 0.72% |
| Options, Rights, Warrants | 915.25 | (1,246.42) | 0.01% | | |
| **Total: Portfolio Values** | **6,957,373.87** | **4,972,437.20** | **100.00%** | **120,175.75** | **1.73%** |
| | | | | | |
| **Total Account Value** | **6,957,373.87** | **4,972,437.20** | **100.00%** | **120,175.75** | **1.73%** |
| Short Account Positions | (2,108,226.89) | (5,636,292.75) | (30.30%) | 34,139.38 | (1.62%) |
| Short Account Balance | 2,037,918.98 | 5,648,231.63 | 29.29% | | |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Taxable Dividends | 574.61 | 574.61 |
| Taxable Interest | 50.50 | 50.50 |
| Credit Interest | 18.05 | 18.05 |
| Money Fund Dividends | 1,481.05 | 1,481.05 |
| Capital Gain Distributions | (150.23) | (150.23) |
| In Lieu Dividend | (661.26) | (661.26) |
| Qualified Dividends | 243.73 | 243.73 |
| Margin Interest | (23,157.89) | (23,157.89) |
| **Total: Income** | **(21,601.44)** | **(21,601.44)** |

## Asset Allocation



EQUITIES 42.21%

CASH + MNYMKT 57.79%

Items less than 2% are not reflected on this pie chart.

Page 1 of 12140

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER FINRA AND SIPC

Exhibit 15    Page 145

# Statement of Account

**GLB Trading Inc.**
3333 Michelson, Suite 620
Irvine, CA 92612
(949) 955-1966

| | **Account Information** | |
|---|---|---|
| TUCO TRADING LLC | **Account Number:** | 21314075 |
| MASTER ACCT OF YU31 | | |

**Statement Period**
January 1, 2008 to January 31, 2008

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 01/28/08 | Margin | Bought | 100 | ZORAN CORP 43631 | 15.15 | (1,515.00) |
| 01/28/08 | Margin | Sold | -100 | ZORAN CORP RAR9L | 15.16 | 1,515.98 |
| 01/28/08 | Margin | Bought | 1,500 | ZORAN CORP RBD2R | 15.16113 | (22,746.74) |
| 01/28/08 | Margin | Bought | 1,400 | ZORAN CORP ND3AP | 14.78143 | (20,695.61) |
| 01/28/08 | Margin | Sold | -1,500 | ZORAN CORP ND3XX | 15.07133 | 22,601.28 |
| 01/28/08 | Margin | Sold | -1,400 | ZORAN CORP RBEEY | 14.84 | 20,771.42 |
| 01/28/08 | Margin | Bought | 14,800 | 3COM CORP NDPED | 4.11535 | (60,907.94) |
| 01/28/08 | Margin | Sold | -14,800 | 3COM CORP NDPJJ | 4.12196 | 60,995.78 |
| 01/28/08 | Margin | Bought | 200 | 3M CO 1BBXU | 76.12 | (15,224.30) |
| 01/28/08 | Margin | Sold | -200 | 3M CO 1BC2T | 76.26 | 15,251.45 |
| 01/28/08 | Margin | Bought | 400 | 3M CO 1BDIF | 76.1175 | (30,447.50) |
| 01/28/08 | Margin | Sold | -400 | 3M CO 1BEDL | 76.1225 | 30,448.28 |
| 01/28/08 | Margin | Journal | | 3RD PTY XFER FR 17964198 TGA | | 900,000.00 |
| 01/28/08 | Margin | Journal | | 3RD PTY XFER FR 17964222 TGA | | 900,000.00 |
| 01/28/08 | Margin | Bought | 700 | 8X8 INC NDPLD | 1.20643 | (844.09) |
| 01/28/08 | Margin | Sold | -700 | 8X8 INC NDPJN | 1.20714 | 846.25 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   •   MEMBER FINRA AND SIPC

Exhibit __15__ Page 146

# Statement of Account

**GLB Trading Inc.**
3333 Michelson, Suite 620
Irvine, CA 92612
(949) 955-1966

**Statement Period**
January 1, 2008 to January 31, 2008

**Account Information**
Account Number:    21314075

TUCO TRADING LLC
MASTER ACCT OF YU31

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 01/31/08 | Margin | Delivered | -59 | MICROSOFT CORP. FEB '08 @ 32.5 CALL 100 MULTIPLIER FLATTEN | | |
| 01/31/08 | Margin | Received | 59 | MICROSOFT CORP. FEB '08 @ 32.5 CALL 100 MULTIPLIER FLATTEN | | 6.75 |
| 01/31/08 | Margin | Cash Dividend | | MORGAN STANLEY DEAN WITTER & CO US617446486 | | |
| 01/31/08 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 18,278.93 |
| 01/31/08 | Margin | Journal | | 3RD PTY XFER FR 21318878 TGA | | 500,000.00 |
| **Total: Margin Account Balance** | | | | | | **479,492.39** |

**Short Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Short | | | OPENING BALANCE | | 5,648,231.63 |
| 12/27/07 | Short | Bought | 300 | ALTRIA GROUP INC 1ALSL | 77.01 | (23,103.71) |
| 12/27/07 | Short | Sold | -200 | ALTRIA GROUP INC 1APJD | 77.22 | 15,443.25 |
| 12/27/07 | Short | Bought | 200 | ALTRIA GROUP INC 1APQ3 | 77.12 | (15,424.30) |
| 12/27/07 | Short | Bought | 100 | ALTRIA GROUP INC 1B06G | 76.21 | (7,622.94) |
| 12/27/07 | Short | Sold | -71,285 | APPLE COMPUTER INC NC0FL | 200.99516 | 14,327,432.89 |
| 12/27/07 | Short | Bought | 70,785 | APPLE COMPUTER INC NC0NI | 201.11534 | (14,236,314.74) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER FINRA AND SIPC

Exhibit __15__   Page __147__

# Statement of Account

**GLB Trading Inc.**
3333 Michelson, Suite 620
Irvine, CA 92612
(949) 955-1966

TUCO TRADING LLC
SUB ACCT #1 OF 21314075
909 PROSPECT STREET # 224
LA JOLLA CA 92037

**Account Information**

Account Number: 21320155
Financial Advisor #: YU31

**Your Financial Advisor**
GLOBALVEST GROUP INC HOUSE REP

**Statement Period**

January 1, 2008 to January 31, 2008

**Office Serving You**

3333 Michelson
Suite 620
Irvine, CA 92612
(949) 955-1966

## Account Value

| Asset Category | Current Value 01/31/08 | Prior Value 12/31/07 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 5,106.94 | 0.00 | 0.06% | | |
| Equities | 8,744,903.36 | 15,999,863.36 | 99.94% | 202,493.01 | 2.32% |
| **Total: Portfolio Values** | **8,750,010.30** | **15,999,863.36** | **100.00%** | **202,493.01** | **2.31%** |
| Less: Margin Loan Balance | (3,675,767.57) | (13,420,758.55) | (42.01%) | | |
| **Total Account Value** | **5,074,242.73** | **2,579,104.81** | **57.99%** | **202,493.01** | **3.99%** |
| Short Account Positions | (7,178,476.22) | (10,134,569.00) | (82.04%) | 223,566.40 | (3.11%) |
| Short Account Balance | 7,027,186.78 | 10,347,115.52 | 80.31% | | |

## Asset Allocation



EQUITIES
55.45%

CASH + MNYMKT
44.57%

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Taxable Dividends | 6,277.44 | 6,277.44 |
| Taxable Interest | 35.43 | 35.43 |
| Capital Gain Distributions | (1,624.46) | (1,624.46) |
| In Lieu Dividend | (29,543.54) | (29,543.54) |
| Qualified Dividends | 8,444.48 | 8,444.48 |
| Margin Interest | (37,362.25) | (37,362.25) |
| **Total Income** | **(53,772.90)** | **(53,772.90)** |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER FINRA AND SIPC

Exhibit __15__   Page __148__

PASSPORT

File  Edit  View  Communication  Options  Transfer  Macro  Help

```
INFOCUS      PHASE-3 INQUIRY ACCOUNT MASTER - CUSTOMER        02/15 18:47

ADRNL NEXT     KEY  A  OFF/RR VU19 PLANNER              CLOSE  N
ACCOUNT  213178813  SSN/TAX-ID T 42171487  IRS CNTRL TUCO MULT RR N
SHORT NAME TUCO TRADI  REL PARTY LLC    CONTROL      SCRATCH PAD Y DLC NBR
NAME & TUCO TRADING LLC                              RESTR UNTIL        RSN
ADDRESS   909 PROSPECT STREET #224                   PHONE
                                                     FAX    B 949 249 1899
ADR END A1                                           OLD ACCT

CITY  LA JOELLA         STATE  CA  POST 92037   ISSUER N PRIMBKR N
NO DELIVER S PAYMENT HEDIVID C PRINC  C MATURE  C FEE SCHD     ANU STM
A/C CAT C CMH-3 CD N SEG CD S IRS CD F NDBO CD Y FEE P/CD C FRM DEL
RA/KED  BAL-REF  CR SHP C MF SHP N  NY-TAX N IR WAIVE N   ITF FREE
ST TAX  TNL ADR H-8 CD N FND DIV  MH SHP  DRYTDR P SPL FREQ N M 1
FEE CD N FED TYP PORTF  N DISCR  N SUP CNF N PRNT STM  SUP STM Y
NET  Y NET SOC  SYS  N LOI   N ACH BRD N ENTITY   QSP

PTC         GSCC    BLC            CR          INFO
ACCOUNT-NATURE  18 LIMITED LIABILITY CO   TYPE: CSH Y MGN Y OPT Y DVP
ICMA     COUNTRY  DIV TAX    INT TAX   STMT 12/31/07 ST OF RES
OPT3 VWL  EXP  ETHNISP   OPT       FWD    USER
LD NBR    DIR              AGENT   CUST             SIC
OPN 03/23/07 CHG 10/01/07 ACT 02/11/08 TRD 02/15/08 H9/8 08/23/07 B-DI

NO ADDITIONAL NAME AND ADDRESS                    R-5  C 46  T074044
```

Connected to T7014 32 8.3-3007                          NUM 15, 46 T074044

Exhibit  16   Page  149