# WEDBUSH MORGAN SECURITIES

TUCO TRADING LLC
C/O DOUG FREDERICK

ACCOUNT NUMBER: 8244-9330    01-01-08 THRU 01-31-08    PAGE 2 OF 2

## ACCOUNT SUMMARY

|  | PRIOR PERIOD | 01-31-08 |
|---|---|---|
| (Unpriced Securities Excluded) |  |  |
| CASH & CASH EQUIVALENTS | 7,044.54 | 7,067.24 |
| ACCOUNT NET WORTH | 7,044.54 | 7,067.24 |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | CURRENT PRICE | CURRENT VALUE | COST BASIS | UNREALIZED GAIN OR LOSS | ESTIMATED ANNUAL INCOME | CURRENT YIELD % | T Y P E |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 7,067 |  |  |  |  |  |

**MONEY BALANCE: CREDIT**

The cost basis shown on this statement is for informational purposes only. Please refer to actual purchase documentation to confirm its accuracy. You are urged to consult with your own tax advisor regarding the taxable status of any realized gain or loss.

## INCOME/PRINCIPAL SUMMARY

|  | CURRENT MONTH | YEAR TO DATE |
|---|---|---|
| CREDIT INTEREST | 22.70 | 22.70 |
| TOTAL INCOME/PRINCIPAL | 22.70 | 22.70 |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | T Y P E |
|---|---|---|---|---|---|---|---|
|  |  |  | OPENING BALANCE |  |  | 7,044.54 |  |
| 01-30-08 | CREDIT INT |  | INTEREST AT APPROXIMATE RATE OF 3.564% ON WEIGHTED AVERAGE BALANCE OF $ 7,044 FOR 33 DAYS FROM 12/28/07 THRU 01/29/08 |  |  | 22.70 |  |
|  |  |  | CLOSING BALANCE |  |  | 7,067.24 |  |

00162178-0137985

Exhibit 17    Page 150

# WEDBUSH MORGAN SECURITIES

ACCOUNT NUMBER: 8244-9331    01-01-08 THRU 01-31-08    PAGE 2 OF 2

TUCO TRADING LLC
INCOME AND EXPENSE ACCT
C/O DOUG FREDERICK

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | PRIOR PERIOD | 01-31-08 |
|---|---|---|
| CASH & CASH EQUIVALENTS | 1.37- | 1.37- |
| ACCOUNT NET WORTH | 1.37- | 1.37- |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | CURRENT PRICE | CURRENT VALUE | COST BASIS | UNREALIZED GAIN OR LOSS | ESTIMATED ANNUAL INCOME | CURRENT YIELD % |
|---|---|---|---|---|---|---|---|---|
| MONEY BALANCE: DEBIT | | | | | | | | |

INCOME/PRINCIPAL SUMMARY    CURRENT MONTH    YEAR TO DATE

The cost basis shown on this statement is for informational purposes only. Please refer to actual purchase documentation to confirm its accuracy. You are urged to consult with your own tax advisor regarding the taxable status of any realized gain or loss.

Exhibit _17_ Page _151_

**Evolution Financial**
70 Wood Avenue South, 4th Floor
Iselin, NJ 08830

# Statement of Account

**Statement Period**
January 1, 2008 to January 31, 2008

**Office Serving You**
70 Wood Avenue South
4th Floor
Iselin, NJ 08830

**Account Information**
Account Number: 11532603
Financial Advisor #: PV04

**Your Financial Advisor**
EVOLUTION FINANCIAL HOUSE REP

TUCO TRADING LLC
ATTN DOUGLAS FREDERICK
19 REDONDO
LAGUNA NIGUEL CA 92677

## Account Value

| Asset Category | Current Value 01/31/08 | Prior Value 12/31/07 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Money Fund Balance | 36,090.60 | 36,000.80 | 100.00% | 1,343.65 | 3.72% |
| Total: Portfolio Values | 36,090.60 | 36,000.80 | 100.00% | 1,343.65 | 3.72% |
| Total Account Value | 36,090.60 | 36,000.80 | 100.00% | 1,343.65 | 3.72% |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Money Fund Dividends | 113.80 | 113.80 |
| Total: Income | 113.80 | 113.80 |

## Asset Allocation



CASH + MNYMKT
100.00%

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER FINRA AND SIPC

Page 1 of 3

Exhibit 18   Page 152

**Exhibit 19**

ViewTrade
*Trust & Excellence*

525 Washington Blvd., Suite 2403
Jersey City, NJ 07310
201-217-4422

TUCO TRADING LLC
909 PROSPECT ST #224
LA JOLLA CA 92037

# Statement of Account

**Statement Period**
January 1, 2008 to January 31, 2008

**Office Serving You**
525 Washington Boulevard
Suite 2403
Jersey City, NJ 07310
(201) 217-4422

**Account Information**

Account Number:       49363559
Financial Advisor #:  V002

**Your Financial Advisor**
VIEWTRADE ONLINE ACCOUNTS

## Account Value

| Asset Category | Current Value 01/31/08 | Prior Value 12/31/07 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 0.56 | 0.22 | | | |
| Margin Account Balance | 6,148.52 | 1,264.11 | 2.99% | | |
| Money Fund Balance | 199,723.30 | 125,448.76 | 97.01% | 7,361.80 | 3.69% |
| **Total: Portfolio Values** | **205,872.38** | **126,713.09** | **100.00%** | **7,361.80** | **3.69%** |
| **Total Account Value** | **205,872.38** | **126,713.09** | **100.00%** | **7,361.80** | **3.69%** |
| Short Account Balance | (15,165.01) | 0.00 | (7.37%) | | |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 0.56 | 0.56 |
| Money Fund Dividends | 494.03 | 494.03 |
| **Total: Income** | **494.59** | **494.59** |

## Asset Allocation

CASH + MNYMKT
100.00%

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER FINRA AND SIPC

Exhibit ___19___   Page _153_

MF Global Inc.
9th Floor
New York, NY 10022-8101

# Daily Commodity Statement

nterested Party: IDFP319

ACCOUNT NUMBER: E 480  HSP1 SP422
STATEMENT DATE: JAN 31, 2008

INTRODUCED BY:
FUTUREPATH TRADING LLC

TUCO TRADING LLC     (MGD E/S)
909 PROSPECT ST #224
LA JOLLA CA 92037

DISCRETIONARY

PAGE     2

| TRADE | SETTL | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | TRADE PRICE | CC | DEBIT/CREDIT |
|-------|-------|-----|-----|------|----------------------|-----|-------------|-----|--------------|
| 1/31/8 | | F1 | | 5 | MAR 08 EMINI S&P 500 GLOBEX TRADE | 16 | 1353.00 | US | |
| 1/31/8 | | F1 | 10 | | MAR 08 EMINI S&P 500 GLOBEX TRADE | 16 | 1361.25 | US | |
| | | F1 | 35* | 35* | | | GROSS PROFIT OR LOSS | US | 750.00DR |
| | | F1 | | | | | NET PROFIT OR LOSS FROM TRADES | US | 750.00DR |

|  | *USD-SEG 1.25(F1)* | ** CONVERTED TOTAL * |
|--|--------------------|----------------------|
| BEGINNING BALANCE | 57,260.18DR | 57,260.18DR |
| COMMISSION | 58.80DR | 58.80DR |
| CLEARING/PROCESSING FEES | 27.30DR | 27.30DR |
| EXCHANGE FEES | 52.50DR | 52.50DR |
| NFA FEES | .70DR | .70DR |
| TOTAL FEES | 80.50DR | 80.50DR |
| GROSS PROFIT OR LOSS | 750.00DR | 750.00DR |
| NET PROFIT/LOSS FROM TRADES | 889.30DR | 889.30DR |
| ENDING BALANCE | 58,149.48DR | 58,149.48DR |
| TOTAL EQUITY | 58,149.48DR | 58,149.48DR |
| ACCOUNT VALUE AT MARKET | 58,149.48DR | 58,149.48DR |
| MARGIN DEFICIT/EXCESS | 58,149.48DR | 58,149.48DR |

MFGLOBAL INC.'S PARENT COMPANY HAS AN OWNERSHIP INTEREST IN THE UNITED
STATES FUTURES EXCHANGE ( USFE ). MFGLOBAL INC.'S ASSOCIATED
PERSONS MAY RECEIVE ADDITIONAL COMPENSATION FOR TRANSACTIONS ON
USFE. THIS ADDITIONAL COMPENSATION WILL NOT RESULT IN ANY ADDITIONAL
CHARGE TO YOUR ACCOUNT.
EFFECTIVE JANUARY 1, 2008, MF GLOBAL LTD. (NYSE:MF) WILL MERGE TWO (2)
OF ITS U.S. SUBSIDIARIES, MF GLOBAL INC. AND MF GLOBAL SECURITIES INC.
THE COMBINED ENTITY WILL BE KNOWN AS "MF GLOBAL INC."

Exhibit _20_   Page _154_

E. & O.E.

RETAIN FOR TAX RECORDS.

Member CBOE/FINRA/SIPC

SUBJECT TO TERMS AND CONDITIONS
ON REVERSE SIDE.

*CODED SYMBOLS ARE EXPLAINED
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS
STATEMENT IS CORRECT AND RATIFIED.

Exhibit 21

ADVANTAGE FUTURES LLC                           ACCOUNT NUMBER: 4U KU096 A0535

30 S. WACKER DRIVE - SUITE 2020                 STATEMENT DATE: JAN 31, 2008

CHICAGO, ILLINOIS 60606

(312) 756-6300

TUCO TRADING LLC - MSTR
19 REDONDO
LAGUNA NIGUEL CO 92677

PAGE      4

|                              | ** US DOLLARS ** | ** US NON-REG$ ** | ** REG EURO ** | ***** EURO ***** |
|------------------------------|------------------|-------------------|----------------|------------------|
| BEGINNING BALANCE            | 55,865.83        | 85,834.46         | 37,268.20DR    | 1,044.79         |
| COMMISSION                   | .00              | 134.40DR          | .00            | .00              |
| CLEARING FEES                | .00              | 161.28DR          | .00            | .00              |
| EXCHANGE FEES                | .00              | 940.80DR          | .00            | .00              |
| TOTAL FEES                   | .00              | 1,102.08DR        | .00            | .00              |
| GROSS PROFIT OR LOSS         | .00              | 3,025.00          | .00            | .00              |
| NET PROFIT/LOSS FROM TRADES  | .00              | 1,788.52          | .00            | .00              |
| ENDING BALANCE               | 55,865.83        | 87,622.98         | 37,268.20DR    | 1,044.79         |
| TOTAL EQUITY                 | 55,865.83        | 87,622.98         | 37,268.20DR    | 1,044.79         |
| ACCOUNT VALUE AT MARKET      | 55,865.83        | 87,622.98         | 37,268.20DR    | 1,044.79         |
| EXCESS EQUITY                | 55,865.83        | 87,622.98         | .00            | 1,044.79         |
| MARGIN DEFICIT               | .00              | .00               | 37,268.20DR    | .00              |
| MTD COMM.                    | .00              | 2,024.80DR        | .00            | .00              |
| CURRENCY CONVERSION RATE TO US | 1.00000000     | 1.00000000        | 1.48620000     | 1.48620000       |
| CONVERTED ACCOUNT VALUE AT MKT | 55,865.83      | 87,622.98         | 55,388.00DR    | 1,552.77         |

|                              | **CONVERTED TOTAL** |
|------------------------------|---------------------|
| BEGINNING BALANCE            | 87,865.05           |
| COMMISSION                   | 134.40DR            |
| CLEARING FEES                | 161.28DR            |
| EXCHANGE FEES                | 940.80DR            |
| TOTAL FEES                   | 1,102.08DR          |
| GROSS PROFIT OR LOSS         | 3,025.00            |
| NET PROFIT/LOSS FROM TRADES  | 1,788.52            |
| ENDING BALANCE               | 89,653.57           |
| TOTAL EQUITY                 | 89,653.57           |
| ACCOUNT VALUE AT MARKET      | 89,653.58           |
| EXCESS EQUITY                | 145,041.57          |
| MARGIN DEFICIT               | 55,387.99DR         |
| MTD COMM.                    | 2,024.80DR          |
| CURRENCY CONVERSION RATE TO US | .00000000         |
| CONVERTED ACCOUNT VALUE AT MKT | 89,653.58         |

Exhibit 21    Page 155

Exhibit 22

# CHASE ◒

JPMorgan Chase Bank, N.A.
Michigan/Florida Markets
P O Box 260180
Baton Rouge, LA 70826 - 0180

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001527 DDA 021 MB 03608 - NNN T  1  000000000 D2 0000
TUCO TRADING LLC
OPERATING ACCOUNT
909 PROSPECT ST
SUITE 224
LA JOLLA CA 92037-4131

PLEASE SEE THE IMPORTANT NOTICE ON THE LAST PAGE OF THIS
STATEMENT IF YOU HAVE OVERDRAFT PROTECTION.

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Chase BusinessPlus Extra 000000722923067 | $92,025.57 | $6,204.05 |
| Chase BusinessClassic 000000722923075 | 28,578.77 | 65,480.77 |
| **Total** | **$120,604.34** | **$71,684.82** |
| | | |
| **TOTAL ASSETS** | **$120,604.34** | **$71,684.82** |
| | AVAILABLE CREDIT | BALANCE |
| **CREDIT CARDS, LOANS & LINES OF CREDIT** | | |
| **Credit Cards** | | |
| Mastercard  ***********4115 | $8,000.00 | $0.00 |
| **Total** | **$8,000.00** | **$0.00** |
| | | |
| **TOTAL CREDIT CARDS, LOANS & LINES OF CREDIT** | **$8,000.00** | **$0.00** |

All Summary Balances shown are as of January 31, 2008 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information
for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its
completeness or accuracy.

Exhibit __22__    Page 156

 **CHASE**

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                     **Step 1 Balance:  $**_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                      **Step 2 Total:  $**_____

3. Add Step 2 Total to Step 1 Balance.                      **Step 3 Total:  $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                      **Step 4 Total:  -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

**Exhibit** _22_    **Page** _157_

 **CHASE** ⬡

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## CHASE BUSINESSPLUS EXTRA

TUCO TRADING LLC
OPERATING ACCOUNT

Account Number: 000000722923067



## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$92,025.57** |
| Deposits and Additions | 22 | 10,449,056.70 |
| Checks Paid | 59 | - 268,485.02 |
| Electronic Withdrawals | 49 | - 10,265,549.20 |
| Other Withdrawals, Fees & Charges | 1 | - 844.00 |
| **Ending Balance** | **131** | **$6,204.05** |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Online Transfer From  Chk Xxxxx3075 Transaction#: 105987716 | $53,500.00 |
| 01/02 | Online Transfer From  Chk Xxxxx3075 Transaction#: 106023343 | 52,500.00 |
| 01/03 | Online Transfer From  Chk Xxxxx3075 Transaction#: 106287272 | 710,000.00 |
| 01/04 | Deposit     295615473 | 400.00 |
| 01/04 | Deposit     295615477 | 100.00 |
| 01/07 | Online Transfer From  Chk Xxxxx3075 Transaction#: 106935398 | 256,700.00 |
| 01/08 | Online Transfer From  Chk Xxxxx3075 Transaction#: 107163686 | 1,554,500.00 |
| 01/09 | Deposit     148047900 | 2,543.00 |
| 01/11 | Online Transfer From  Chk Xxxxx3075 Transaction#: 107776225 | 199,900.00 |
| 01/14 | Book Transfer Credit B/O: Cb Funds Trans Previous Day Tampa FL 33610- Org: Aba/321180748 Washington Mutual Bank Ref: Reversal of Entry Dd01/11/08 Trn0089200011Bnbecause UT Need Fullbnf Name And Acct Nbr/Bnf/Our Ref.Jpm1071814Jan08 JPMorgan Chaseref0240313014Ff Refpes of 08/01/11 Trn: 1129300014II | 25,000.00 |
| 01/15 | Book Transfer Credit B/O: Penson Financial Services Inc Dallas TX 75201- Org: Penson Financial (21314075) Tuco Trading Llc Trn: 3965700015Jo | 1,500,000.00 |
| 01/15 | Book Transfer Credit B/O: Douglas G Frederick Brighton MI 48114-4973 Trn: 0080000015Bn | 500,000.00 |
| 01/15 | Online Transfer From  Chk Xxxxx3075 Transaction#: 108540972 | 53,220.00 |
| 01/16 | Book Transfer Credit B/O: Canadian Imperial Bank of Commtoronto Ontario Canada M5E 1-G4 Org: Canadian Imperial Bank of Comm33 Yonge Street, 3Rd Floor Ref:/Bnf/Our Ref.Jpm2972-16Jan08 Reversing Entry Dtd 16-Jan-08 Trn 00884 00015Bn For Amt 15,000.00/USD Cdt Adv Uta Bnf Bk Info M Issing. Trn: 1179300016II | 15,000.00 |
| 01/18 | Online Transfer From  Chk Xxxxx3075 Transaction#: 109235347 | 79,000.00 |
| 01/24 | Online Transfer From  Chk Xxxxx3075 Transaction#: 110056846 | 1,581,800.00 |
| 01/25 | Deposit | 800.00 |

Exhibit _22_____  Page _158_

# CHASE 

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/25 | Online Transfer From  Chk Xxxxx3075 Transaction#: 110319660 | 17,570.00 |
| 01/28 | Online Transfer From  Chk Xxxxx3075 Transaction#: 110710401 | 2,218,354.37 |
| 01/29 | Online Transfer From  Chk Xxxxx3075 Transaction#: 110936395 | 1,500,000.00 |
| 01/30 | Online Transfer From  Chk Xxxxx3075 Transaction#: 111131840 | 128,150.00 |
| 01/30 | ADP Payroll Fees ADP - Fees 13F1S  6944142 CCD ID: 9659605001 | 19.33 |

**Total Deposits and Additions** | | **$10,449,056.70**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 1994 | 01/11 | $49.00 | 2037 | 01/15 | 368.97 |
| 2002 * | 01/09 | 1,065.45 | 2038 | 01/22 | 350.00 |
| 2003 | 01/09 | 2,400.00 | 2039 | 01/17 | 120.34 |
| 2004 | 01/04 | 250.00 | 2040 | 01/14 | 850.36 |
| 2007 * | 01/04 | 4,500.00 | 2041 | 01/17 | 154.87 |
| 2008 | 01/04 | 250.00 | 2042 | 01/14 | 10,847.47 |
| 2010 * | 01/04 | 350.00 | 2043 | 01/14 | 1,128.57 |
| 2012 * | 01/04 | 58.00 | 2044 | 01/18 | 1,546.44 |
| 2013 | 01/03 | 2,300.00 | 2045 | 01/22 | 41.10 |
| 2014 | 01/08 | 1,000.00 | 2046 | 01/22 | 196.66 |
| 2016 * | 01/08 | 1,000.00 | 2047 | 01/30 | 1,980.00 |
| 2017 | 01/07 | 1,500.00 | 2048 | 01/25 | 28.41 |
| 2018 | 01/22 | 50,000.00 | 2049 | 01/25 | 41.10 |
| 2019 | 01/11 | 25,000.00 | 2050 | 01/28 | 49.83 |
| 2020 | 01/07 | 441.66 | 2053 * | 01/29 | 901.33 |
| 2021 | 01/22 | 1,500.00 | 2054 | 01/25 | 3.19 |
| 2023 * | 01/08 | 18,844.83 | 2055 | 01/29 | 148.86 |
| 2024 | 01/09 | 2,000.00 | 2056 | 01/29 | 988.00 |
| 2025 | 01/08 | 50,000.00 | 9999 * | 01/07 | 3,772.00 |
| 2026 | 01/16 | 750.00 | 9999 * | 01/08 | 1,200.00 |
| 2027 | 01/09 | 1,000.00 | 9999 * | 01/08 | 974.69 |
| 2028 | 01/14 | 8,417.88 | 9999 * | 01/14 | 2,000.00 |
| 2029 | 01/22 | 102.50 | 250000 * | 01/03 | 1,451.00 |
| 2030 | 01/29 | 5,000.00 | 250001 | 01/08 | 455.75 |
| 2031 | 01/14 | 44.00 | 250002 | 01/09 | 3,500.00 |
| 2032 | 01/08 | 15,000.00 | 250004 * | 01/17 | 1,451.01 |
| 2033 | 01/15 | 4,945.24 | 250005 | 01/16 | 867.25 |
| 2034 | 01/14 | 524.46 | 250006 | 01/24 | 5,358.75 |
| 2035 | 01/18 | 27,836.16 | 250008 * | 01/16 | 1,500.00 |
| 2036 | 01/15 | 79.89 | | | |

**Total Checks Paid** | | **$268,485.02**

Exhibit *22*  Page *159*



**CHASE**

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

\* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ELECTRONIC WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: Mabas Inc Imad: 0102B1Qgc01C006858 Trn: 0088800002Bn | $30,000.00 |
| 01/02 | Fedwire Debit Via: Pnc Bk; KY Inc/083000108 A/C: William Haynes Imad: 0102B1Qgc04C006815 Trn: 0089200002Bn | 23,000.00 |
| 01/02 | Chips Debit Via: Bank of America N.A./0959 A/C: David Halperin Ssn: 0291045 Trn: 0089500002Bn | 20,000.00 |
| 01/02 | ADP TX/Fincl Svc ADP - Tax E7F1S 010253A01 CCD ID: 1223006057 | 772.58 |
| 01/03 | Book Transfer Debit A/C: JC Trading Llc Bloomfield Hills, MI 483011315 Trn: 0084700003Bn | 400,000.00 |
| 01/03 | Fedwire Debit Via: F121000358/121000358 A/C: Acelerated Access Ref:/Time/17:02 Imad: 0103B1Qgc03C006299 Trn: 0084900003Bn | 166,000.00 |
| 01/03 | Basic Online Payroll Payment 106018326 To #####6049 | 1,213.25 |
| 01/04 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Wells Fargo Bk NA Fremont CA Ben: Kerem Guneri Imad: 0104B1Qgc08C001956 Trn: 0010200004Bn | 2,000.00 |
| 01/07 | Online Wire Transfer Via: Bk West Wal Crk/121100782 A/C: David Rabie Fullerton CA 92837 USA Imad: 0107B1Qgc02C005240 Trn: 0818100007Es | 2,760.04 |
| 01/07 | Online Transfer To Brc Xxxxxxxx7001 Transaction#: 106935512 | 437.37 |
| 01/08 | Book Transfer Debit A/C: Penson Financial Services Inc Dallas TX 75201- Ref: Ffc Tuco Trading Llc Act 21314075 Trn: 0060900008Bn | 1,500,000.00 |
| 01/09 | Fedwire Debit Via: Citibank Nyc/021000089 A/C: Eric Leopold Imad: 0109B1Qgc01C005670 Trn: 0078100009Bn | 3,500.00 |
| 01/09 | Book Transfer Debit A/C: Spartan Technologies Llc New York NY 10006 Trn: 0391800009Es | 2,044.79 |
| 01/09 | Basic Online Payroll Payment 107136982 To #######1738 | 100,000.00 |
| 01/09 | ADP Payroll Fees ADP - Fees 13F1S 5606397 CCD ID: 9659605001 | 76.50 |
| 01/09 | ADP Payroll Fees ADP - Fees 13F1S 5606396 CCD ID: 9659605001 | 25.00 |
| 01/10 | Book Transfer Debit A/C: Canadian Imperial Bank of Commtoronto Ontario Canada M5E 1-G4 Ref:/Acc/Canada, Transit 05031 BC010 Trn: 0076900010Bn | 16,000.00 |
| 01/10 | Basic Online Payroll Payment 107318285 To #######1738 | 33,675.23 |
| 01/11 | Fedwire Debit Via: Pnc Bk, KY Inc/083000108 A/C: Billy William Haynes Imad: 0111B1Qgc07C007952 Trn: 0086600011Bn | 130,000.00 |
| 01/11 | Fedwire Debit Via: RBS Citizens, N.A./241070417 A/C: Woncey Inc Imad: 0111B1Qgc01C006739 Trn: 0087800011Bn | 56,823.46 |
| 01/11 | Fedwire Debit Via: Wash Mut Bank/322271627 A/C: Tencell Ref:/Time/17:09 Imad: 0111B1Qgc01C006740 Trn: 0089200011Bn | 25,000.00 |
| 01/14 | Fedwire Debit Via: Wash Mut Bank/322271627 A/C: Ken Ancell Dba Ancell Financiaref: Benf: Advisors/Time/14:30 Imad: 0114B1Qgc04C004882 Trn: 0058700014Bn | 25,000.00 |
| 01/14 | ADP TX/Fincl Svc ADP - Tax E7F1S 011402A01 CCD ID: 1223006057 | 987.99 |
| 01/15 | Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: T3 Capital Llc Imad: 0115B1Qgc01C006956 Trn: 0093200015Bn | 1,500,000.00 |
| 01/15 | Chips Debit Via: Bank of America N.A./0959 A/C: T 3 Capital Llc Ssn: 0372247 Trn: 0084200015Bn | 500,000.00 |
| 01/15 | Book Transfer Debit A/C: Canadian Imperial Bank of Commtoronto Ontario Canada M5E 1-G4 Ref:/Acc/Bank Code 010 Transit No 05031 Trn: 0088300015Bn | 15,000.00 |
| 01/15 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Wells Fargo Bk NA Fremont CA Ben: Kerem Guneri Imad: 0115B1Qgc08C008001 Trn: 0085900015Bn | 5,000.00 |

Exhibit *22*    Page *1160*

## CHASE 🔵

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/15 | Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Rich Couts Imad: 0115B1Qgc06C006090 Trn: 0085600015Bn | 2,000.00 |
| 01/16 | Chips Debit Via: Bank of America N.A./0959 A/C: David Halperin Ssn: 0296584 Trn: 0034700016Bn | 18,000.00 |
| 01/16 | Book Transfer Debit A/C: Canadian Imperial Bank of Commtoronto Ontario Canada M5E 1-G4 Trn: 0086400015Bn | 15,000.00 |
| 01/16 | Chips Debit Via: Bank of America N.A./0959 A/C: David Halperin Ssn: 0295471 Trn: 0033100016Bn | 2,000.00 |
| 01/17 | Book Transfer Debit A/C: Penson Financial Services Inc Dallas TX 75201- Ref: Ffc To Tuco Trading Account #49363559 Trn: 0015400017Bn | 35,000.00 |
| 01/18 | Book Transfer Debit A/C: Rietumu Banka Riga Latvia Lv-18-73 Ben:/0000607806628 Vitcom Investments Ltd Ref: Ergashev Ulugbek Trn: 0087900018Bn | 101,000.00 |
| 01/22 | Book Transfer Debit A/C: Justin Brewer Chicago, IL 60614 Trn: 0106600022Bn | 5,160.76 |
| 01/23 | Chips Debit Via: Bank of America N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: Coper Trade Inc Ssn: 0361218 Trn: 0065900023Bn | 35,998.70 |
| 01/23 | Book Transfer Debit A/C: Canadian Imperial Bank of Commtoronto Ontario Canada M5E 1-G4 Trn: 0066400023Bn | 20,000.00 |
| 01/24 | Book Transfer Debit A/C: Penson Financial Services Inc Dallas TX 75201- Ref: Ffc To Tuco Trading Llc A/C # 21314075 Trn: 0064200024Bn | 1,500,000.00 |
| 01/24 | Fedwire Debit Via: Lasalle Natl Bk/071000505 A/C: Kier Robinson Imad: 0124B1Qgc07C007341 Trn: 0078200024Bn | 100,000.00 |
| 01/24 | ADP Payroll Fees ADP - Fees 13F1S   6681799 CCD ID: 9659605001 | 78.26 |
| 01/28 | Fedwire Debit Via: Wash Mut Bank/322271627 A/C: Brandon Fritz Ref:/Time/16:51 Imad: 0128B1Qgc07C007113 Trn: 0078900028Bn | 3,500.00 |
| 01/28 | Online Transfer To Chk Xxxxx3992 Transaction#: 110710368 | 2,218,354.37 |
| 01/29 | Book Transfer Debit A/C: Douglas G Frederick Brighton MI 48114-4973 Trn: 0083000029Bn | 1,500,000.00 |
| 01/29 | Chips Debit Via: Bank of America N.A./0959 A/C: David Halperin Ssn: 0370667 Trn: 0083300029Bn | 20,000.00 |
| 01/30 | Fedwire Debit Via: Lasalle Natl Bk/071000505 A/C: Kier Robinson Imad: 0130B1Qgc08C007098 Trn: 0061600030Bn | 100,000.00 |
| 01/30 | Fedwire Debit Via: Commerce Bk NA/026013673 A/C: Benchmarq Trading Llc Ref:/Time/15:20 Imad: 0130B1Qgc01C005332 Trn: 0061300030Bn | 416.39 |
| 01/31 | Book Transfer Debit A/C: Ofac Legal Susp Trn: 0095400025Bn | 10,000.00 |
| 01/31 | Fedwire Debit Via: F121000358/121000358 A/C: Bank of America,National Hollywood CA 90028-7364 Ben: Robert A Lechman Ref:/Time/16:08 Imad: 0131B1Qgc01C006743 Trn: 0100300031Bn | 5,200.00 |
| 01/31 | ADP TX/Fincl Svc ADP - Tax  680011845621F1S CCD ID: 9333006057 | 12,473.42 |
| 01/31 | ADP TX/Fincl Svc ADP - Tax  E7F1S 020104A01 CCD ID: 1223006057 | 2,051.09 |
| **Total Electronic Withdrawals** | | **$10,265,549.20** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/04 | Service Charges For The Month of December | $844.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$844.00** |



January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | $124,252.99 | 01/17 | 210,815.67 |
| 01/03 | 263,288.74 | 01/18 | 159,433.07 |
| 01/04 | 255,536.74 | 01/22 | 102,082.05 |
| 01/07 | 503,325.67 | 01/23 | 46,083.35 |
| 01/08 | 469,350.40 | 01/24 | 22,446.34 |
| 01/09 | 356,281.66 | 01/25 | 40,743.64 |
| 01/10 | 306,606.43 | 01/28 | 37,193.81 |
| 01/11 | 269,633.97 | 01/29 | 10,155.62 |
| 01/14 | 244,833.24 | 01/30 | 35,928.56 |
| 01/15 | 270,659.14 | 01/31 | 6,204.05 |
| 01/16 | 247,541.89 | | |

## SERVICE CHARGE SUMMARY



| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $685.00 | |
| **Total Service Charges** | **$685.00** | Will be assessed on 2/5/08 |

Your monthly maintenance fee of $46.00 has been waived because you maintained an average balance of $12,000 in checking and a combined average balance of $100,000 in linked business and personal checking, savings, credit, and investment balances.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 104 |
| Deposits / Credits | 9 |
| Deposited Items | 4 |
| **Total Transactions** | **117** |

Chase BusinessPlus Extra allows up to 500 checks, deposits, and deposited items per statement cycle. Your transaction total for this cycle was 117.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| Account Maintenance | 0 | | | $46.00 | $0.00 |
| Transactions | 117 | 500 | 0 | $0.00 | $0.00 |
| Cash Deposited | | | | | |
| Post Verif/Night Drop | $0 | $20,000 | $0 | $0.0000 | $0.00 |
| Immediate Verif | $0 | $20,000 | $0 | $0.0000 | $0.00 |
| Outgoing Wire - Domestic Online | 2 | 4 | 0 | $0.00 | $0.00 |
| Outgoing Wires - Domestic Manual | 23 | 4 | 19 | $25.00 | $475.00 |
| Stop Payments - Manual | 0 | 4 | 0 | $0.00 | $0.00 |
| ODP Transfers | 0 | 4 | 0 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$475.00** |
| Other Fees | | | | | |
| Outgoing Wires - International Manual | 5 | 0 | 5 | $40.00 | $200.00 |
| Online - Payroll Maintenance | 1 | 0 | 1 | $10.00 | $10.00 |

Exhibit _22_    Page _162_



**CHASE** ◆

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

| SERVICE CHARGE DETAIL | (continued) | | | | | |

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| Total Service Charge (assessed on 2/5/08) | | | | | **$685.00** |

Exhibit *22*    Page *163*

 **CHASE** ⭘

January 01, 2008 through January 31, 2008

Primary Account: **000000722923067**

---

## CHASE BUSINESSCLASSIC

TUCO TRADING LLC                                          Account Number: 000000722923075

TUCO WIRE ACCOUNT



## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$28,578.77** |
| Deposits and Additions | 74 | 8,442,474.37 |
| Electronic Withdrawals | 13 | - 8,405,194.37 |
| Other Withdrawals, Fees & Charges | 31 | - 378.00 |
| **Ending Balance** | 118 | **$65,480.77** |

Cash bonuses paid to this account during 2007 totaled $25.00. This amount will be added to any interest paid during 2007 for tax reporting purposes.

Your monthly service fee was waived because you maintained an average checking balance of $4,000 or more during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Book Transfer Credit B/O: Douglas G Frederick Brighton MI 48114-4973 Trn: 0059100002Bn | $37,500.00 |
| 01/02 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Michael Y Feintuch Far Rockaway NY 11691-5319 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=0108010200348Nn Bbi=/Acc/Ffc Michael Feintuch/Time/13:02 Imad: 0102B6B7Hu3R003146 Trn: 0486801002Ff | 25,000.00 |
| 01/02 | Fed Wire Credit Via: Branch Banking & Trust CO./053101121 B/O: Scott G Wickard Vonore TN 37885-5324 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=Scott Wickard Obi=Attn: Dan Sahltiel Bbi=/Time/15:14 Imad: 0102E3Qp021C001424 Trn: 0737307002Ff | 15,000.00 |
| 01/03 | Book Transfer Credit B/O: Penson Financial Services Inc Dallas TX 75201- Org: Penson Financial (21314075) Tuco Trading Llc Trn: 3487300003Jo | 650,000.00 |
| 01/03 | Fed Wire Credit Via: Wells Fargo NA/121000248 B/O: Jesse Lee Sullivan + Tina Marine WA 99203 Ref: Chase Nyc/Ctr/Bbk=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Bnf=Jesse Sullivan Spokane; WA 99203-0000 US/Ac-721443 Rfb=000077Imad: 0103I1B7031R002179 Trn: 0619408003Ff | 60,000.00 |
| 01/03 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Ara C Shamlian San Diego CA 92123 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=0108010301009BNn Obi=Please Deposit Into Acct 721096 Forara Simad: 0103B6B7Hu6R004249 Trn: 0692514003Ff | 10,500.00 |
| 01/04 | Fed Wire Credit Via: East Boston Savings Bank/211070120 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B East Boston Bbi=/Bnf/DDA/Crac722923075 Tuco Trading Llc 909 Prospect St Ste 224 LA J Olla CA 92037 Ffc: James Anthony Cambece Jimad: 0104Qmgft002003372 Trn: 0599201004Ff | 123,000.00 |

Exhibit _22_ Page _164_

# CHASE ◯

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/04 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Chris R. Shepherd White Rock, BC, CA Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=To060104B9354300 Obi=C.Shepherd - 90721388 Bbi=/Chgs/USD10,00Imad: 0104B6B7Hu8R004603 Trn: 0712801004Ff | 4,990.00 |
| 01/04 | Deposit 295615474 | 50,000.00 |
| 01/04 | Deposit 295615476 | 50,000.00 |
| 01/04 | Deposit 295615475 | 10,000.00 |
| 01/04 | Deposit 295615478 | 7,800.00 |
| 01/04 | Deposit 295615479 | 500.00 |
| 01/07 | Book Transfer Credit B/O: Laurie Shaltiel OR Daniel Shalriverwoods, IL 60015 Org: Daniel Shaltiel Trn: 0145300007Fe | 49,500.00 |
| 01/08 | Book Transfer Credit B/O: Douglas G Frederick Brighton MI 48114-4973 Trn: 0036200008Bn | 1,500,000.00 |
| 01/08 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: George Castro Aliso Viejo CA 92656 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=01080108002323Nn Bbi=/Time/11:52 Imad: 0108B6B7Hu4R001520 Trn: 0229503008Ff | 5,000.00 |
| 01/09 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Michael Y Feintuch Far Rockaway NY 11691-5319 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=01080109001972Nn Bbi=/Time/11:39 Imad: 0109B6B7Hu4R001516 Trn: 0216509009Ff | 22,000.00 |
| 01/09 | Deposit 148047899 | 10,000.00 |
| 01/09 | Deposit 148047901 | 10,000.00 |
| 01/09 | Deposit 148047896 | 5,000.00 |
| 01/09 | Deposit 148047897 | 3,000.00 |
| 01/09 | Deposit 148047898 | 3,000.00 |
| 01/10 | Fed Wire Credit Via: Rbc Centura Bank/053100850 B/O: Tda Trading Corp Wilmington,NC 28409-3118 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Rbc Centura Bbi=/Time/12:43 Imad: 0110E3B7262C000374 Trn: 0330003010Ff | 100,000.00 |
| 01/10 | Fed Wire Credit Via: Wells Fargo NA/121000248 B/O: John H Crabb Austin TX 78703-1725 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=Fw03361010649210 Bbi=/Bnf/JPMorgan Chase Bank, NA Detroi T/Tiimad: 0110I1B7032R002804 Trn: 0680708010Ff | 50,000.00 |
| 01/10 | Fed Wire Credit Via: Citibank/021000089 B/O: Suhas K Shelgikar + Sadhana S T River Hills WI 53217 Ref: Chase Nyc/Ctr/Bbk=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Bnf=Priydarshan Shelgikar River Hills WI 53217 US/Ac-233042 Rfb=Oimad: 0110B1Q8022C006445 Trn: 0665709010Ff | 8,000.00 |
| 01/11 | Fed Wire Credit Via: Lakeland Bank/021205376 B/O: Matthew Gallagher Ridgewood, NJ, 07450 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Lakeland Sta Obi=/F/C: Matthew Gallagher #721451 Bbi=/Timeimad: 0111Qmgft006001986 Trn: 0432613011Ff | 25,000.00 |
| 01/11 | Deposit 168263008 | 10,000.00 |
| 01/11 | Deposit 168263011 | 10,000.00 |
| 01/11 | Deposit 168263006 | 5,000.00 |
| 01/11 | Deposit 168263009 | 4,000.00 |
| 01/11 | Deposit 168263010 | 3,000.00 |
| 01/15 | Fed Wire Credit Via: First Community Bank/284170510 B/O: Gary Dean Watkins Jonesboro AR 72404-8449 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B First.Com Bk Obi=To Fund Payment Bbi=/Time/15:54 Imad: 0115Qmgft010003436 Trn: 0655908015Ff | 6,000.00 |

Exhibit 22    Page 165


**CHASE** ○

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/16 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Ara C Shamlian San Diego CA 92123 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=01080116008906Nn Bbi=/Acc/Please Deposit Into Acct 72109 6 Foimad: 0116B6B7Hu1R003916 Trn: 0577208016Ff | 9,900.00 |
| 01/16 | Fed Wire Credit Via: Harris Trust & Savings Bank/071000288 B/O: Rj Obrien And Assoc:Cust Seg Fchicago, IL 60606 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Harris Bank Obi=Excess 210-5768E,Ffc: Robert & Carol Scalimad: 0116G1Qg750C003090 Trn: 0498801016Ff | 3,600.00 |
| 01/17 | Fed Wire Credit Via: Citibank/021000089 B/O: Victor E Salamone 208 Dolphin Lane Holbrook NY 11741 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Citibank Nyc Obi=Fcc: Victor Salamone Account Acct 907211Imad: 0117B1Q8023C002642 Trn: 0106009017Ff | 8,000.00 |
| 01/17 | Fed Wire Credit Via: Wells Fargo NA/121000248 B/O: Suhas K Shelgikar + Sadhana S T River Hills WI 53217 Ref: Chase Nyc/Ctr/Bbk=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Bnf=Priydarshan Shelgikar River Hills WI 53217 US/Ac-233042 Rfb=0Imad: 0117I1B7031R001153 Trn: 0334314017Ff | 5,000.00 |
| 01/17 | 01/16/2008 Deposit    295262799 | 25,000.00 |
| 01/18 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Chris R. Shepherd White Rock, BC, CA Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=To080117B3158500 Bbi=/Chgs/USD10,00/Bnf/Chase Bank.9858 East Imad: 0118B6B7Hu6R001220 Trn: 0085014018Ff | 3,990.00 |
| 01/18 | Fed Wire Credit Via: California Bank & Trust/122232109 B/O: William J Henderson Escondido CA 92025-3426 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Cal Bk Trst Bbi=/Time/14:45 Imad: 0118L4B74B1C000231 Trn: 0512502018Ff | 2,700.00 |
| 01/18 | Deposit    168263016 | 10,000.00 |
| 01/18 | Deposit    168263014 | 7,000.00 |
| 01/18 | Deposit    168263018 | 6,500.00 |
| 01/18 | Deposit    168263017 | 5,000.00 |
| 01/18 | Deposit    168263013 | 3,500.00 |
| 01/18 | Deposit    168263012 | 1,800.00 |
| 01/18 | Deposit    168263015 | 1,500.00 |
| 01/22 | Deposit    168263029 | 30,000.00 |
| 01/22 | Deposit    295262673 | 8,000.00 |
| 01/22 | Deposit    168263028 | 3,000.00 |
| 01/24 | Book Transfer Credit B/O: Douglas G Frederick Brighton MI 48114-4973 Trn: 0045600024Bn | 1,500,000.00 |
| 01/24 | Fed Wire Credit Via: Washington Mutual Bank/321180748 B/O: Michael Y Feintuch Far Rockaway NY 11691-5319 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=3038912596010 Obi=Ffc Michael Feintuch Bbi=/Time/13:19 Imad: 0124L1B7815R000329 Trn: 0361503024Ff | 10,000.00 |
| 01/24 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Ara C Shamlian San Diego CA 92123 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=01080124007606Nn Bbi=/Acc/Deposit Money Into Acct 721096 For Imad: 0124B6B7Hu5R003563 Trn: 0526413024Ff | 9,800.00 |
| 01/24 | Fed Wire Credit Via: UBS Ag Stamford Branch/026007993 B/O: Clifford Mark Matthews Austin TX 78733-6326 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=0069432008012 4Pw Bbi=/Time/16:06 Imad: 0124B6B7Ik2C003587 Trn: 0578114024Ff | 3,300.00 |
| 01/28 | Book Transfer Credit B/O: Penson Financial Services Inc Dallas TX 75201- Org: Penson Financial (21314075) Tuco Trading Llc Trn: 3439600028Jo | 2,218,354.37 |



Exhibit **22**    Page **116**

CHASE ⬭

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | Book Transfer Credit B/O: The Cyprus Popular Bank Ltd Nicosia Cyprus Cy 1598 Org:/Cy87003001160000011633020981 DE Oliveira Fernando Luiz Ogb: The Cyprus Popluar Bank Ltd 39 Arch Makarios III Avenue Ref:/Rfb/For Further Credit To Fernandoluiz DE Oliveira - Tucflo/Ocmt/USD5140,00/ Trn: 8214900024Js | 5,140.00 |
| 01/28 | Fed Wire Credit Via: Washington Mutual Bank/321180748 B/O: Joel Griffith Laguna Hills CA 92653-1101 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=3050809171508 Bbi=/Time/16:17 Imad: 0128L1B7812R000697 Trn: 0629103028Ff | 2,500.00 |
| 01/29 | Book Transfer Credit B/O: Penson Financial Services Inc Dallas TX 75201- Org: Penson Financial (21314075) Tuco Trading Llc Trn: 4148400029Jo | 1,500,000.00 |
| 01/29 | Fed Wire Credit Via: Washington Mutual Bank/321180748 B/O: Michael Y Feintuch Far Rockaway NY 11691-5319 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=6913819190765 Obi=Ffc Michael Feintuch Bbi=/Time/14:26 Imad: 0129L1B7813R000411 Trn: 0449203029Ff | 5,000.00 |
| 01/29 | Fed Wire Credit Via: Indiana University Employees F/274972744 B/O: Jennifer Jaffe Bloomington IN 47403 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Ind CU Blomi Obi=For Phoenix Investing Acct 721409 Bbi=/Timad: 0129Qmgft003002076 Trn: 0464414029Ff | 3,900.00 |
| 01/29 | Fed Wire Credit Via: Washington Mutual Bank/321180748 B/O: Joel Griffith Laguna Hills CA 92653-1101 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=2428828204216 Bbi=/Time/16:50 Imad: 0129L1B7812R000610 Trn: 0647313029Ff | 1,500.00 |
| 01/29 | Fed Wire Credit Via: California Bank & Trust/122232109 B/O: William J Henderson Escondido CA 92025-3426 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Cal Bk Trst Bbi=/Time/14:21 Imad: 0129L4B74B1C000168 Trn: 0447302029Ff | 700.00 |
| 01/30 | Book Transfer Credit B/O: National Financial Services Llboston MA 02109-3614 Org:/Z422476771 Craig D Cloud Ogb: National Financial Services Cobank Reconciliation D-7 Ref: Ffc Sub Account Name Trn: 6524700030FT | 100,000.00 |
| 01/30 | Fed Wire Credit Via: Citibank/021000089 B/O: Victor E Salamone 208 Dolphin Lane Holbrook NY 11741 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=O/B Citibank Nyc Obi=Fcc: Victor Salamone Account Acct 907211Imad: 0130B1Q8022C001668 Trn: 0072009030Ff | 9,500.00 |
| 01/30 | Deposit    323803040 | 25,000.00 |
| 01/31 | Fed Wire Credit Via: Bank of America N.A./026009593 B/O: Richard N Herman Chandler AZ 85248-3685 Ref: Chase Nyc/Ctr/Bnf=Tuco Trading Llc LA Jolla CA 92037-/Ac-000000007229 Rfb=01080131008577Nn Obi=Sub Acct 721643 Bbi=/Time/15:50 Imad: 0131B6B7Hu2R004988 Trn: 0719503031Ff | 4,000.00 |
| 01/31 | Deposit    168263026 | 10,000.00 |
| 01/31 | Deposit    317425814 | 9,000.00 |
| 01/31 | Deposit    168263022 | 4,000.00 |
| 01/31 | Deposit    168263027 | 4,000.00 |
| 01/31 | Deposit    168263021 | 3,500.00 |
| 01/31 | Deposit    168263020 | 3,000.00 |
| 01/31 | Deposit    168263024 | 1,500.00 |
| 01/31 | Deposit    168263025 | 1,000.00 |
| 01/31 | Deposit    168263023 | 500.00 |
| **Total Deposits and Additions** | | **$8,442,474.37** |

Exhibit 22    Page 167



January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Online Transfer To Chk Xxxxx3067 Transaction#: 105987716 | $53,500.00 |
| 01/02 | Online Transfer To Chk Xxxxx3067 Transaction#: 106023343 | 52,500.00 |
| 01/03 | Online Transfer To Chk Xxxxx3067 Transaction#: 106287272 | 710,000.00 |
| 01/07 | Online Transfer To Chk Xxxxx3067 Transaction#: 106935398 | 256,700.00 |
| 01/08 | Online Transfer To Chk Xxxxx3067 Transaction#: 107163686 | 1,554,500.00 |
| 01/11 | Online Transfer To Chk Xxxxx3067 Transaction#: 107776225 | 199,900.00 |
| 01/15 | Online Transfer To Chk Xxxxx3067 Transaction#: 108540972 | 53,220.00 |
| 01/18 | Online Transfer To Chk Xxxxx3067 Transaction#: 109235347 | 79,000.00 |
| 01/24 | Online Transfer To Chk Xxxxx3067 Transaction#: 110056846 | 1,581,800.00 |
| 01/25 | Online Transfer To Chk Xxxxx3067 Transaction#: 110319660 | 17,570.00 |
| 01/28 | Online Transfer To Chk Xxxxx3067 Transaction#: 110710401 | 2,218,354.37 |
| 01/29 | Online Transfer To Chk Xxxxx3067 Transaction#: 110936395 | 1,500,000.00 |
| 01/30 | Online Transfer To Chk Xxxxx3067 Transaction#: 111131840 | 128,150.00 |
| **Total Electronic Withdrawals** | | **$8,405,194.37** |



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Incoming Domestic Wire Fee | $12.00 |
| 01/02 | Incoming Domestic Wire Fee | 12.00 |
| 01/03 | Incoming Domestic Wire Fee | 12.00 |
| 01/03 | Incoming Domestic Wire Fee | 12.00 |
| 01/04 | Incoming Domestic Wire Fee | 12.00 |
| 01/04 | Incoming Domestic Wire Fee | 12.00 |
| 01/08 | Incoming Domestic Wire Fee | 12.00 |
| 01/09 | Incoming Domestic Wire Fee | 12.00 |
| 01/10 | Incoming Domestic Wire Fee | 12.00 |
| 01/10 | Incoming Domestic Wire Fee | 12.00 |
| 01/10 | Incoming Domestic Wire Fee | 12.00 |
| 01/11 | Incoming Domestic Wire Fee | 12.00 |
| 01/15 | Incoming Domestic Wire Fee | 12.00 |
| 01/16 | Incoming Domestic Wire Fee | 12.00 |
| 01/16 | Incoming Domestic Wire Fee | 12.00 |
| 01/17 | Incoming Domestic Wire Fee | 12.00 |
| 01/17 | Incoming Domestic Wire Fee | 12.00 |
| 01/18 | Incoming Domestic Wire Fee | 12.00 |
| 01/18 | Incoming Domestic Wire Fee | 12.00 |
| 01/24 | Incoming Domestic Wire Fee | 12.00 |
| 01/24 | Incoming Domestic Wire Fee | 12.00 |
| 01/24 | Incoming Domestic Wire Fee | 12.00 |
| 01/28 | Incoming Foreign Wire Fee | 15.00 |
| 01/28 | Incoming Domestic Wire Fee | 12.00 |
| 01/29 | Incoming Domestic Wire Fee | 12.00 |
| 01/29 | Incoming Domestic Wire Fee | 12.00 |
| 01/29 | Incoming Domestic Wire Fee | 12.00 |
| 01/29 | Incoming Domestic Wire Fee | 12.00 |

Exhibit _22_    Page _168_

**CHASE ◑**

January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 01/30 | Incoming Foreign Wire Fee | 15.00 |
| 01/30 | Incoming Domestic Wire Fee | 12.00 |
| 01/31 | Incoming Domestic Wire Fee | 12.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$378.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|
| 01/02 | $54.77 | 01/17 | 72,344.77 |
| 01/03 | 10,530.77 | 01/18 | 35,310.77 |
| 01/04 | 256,796.77 | 01/22 | 76,310.77 |
| 01/07 | 49,596.77 | 01/24 | 17,574.77 |
| 01/08 | 84.77 | 01/25 | 4.77 |
| 01/09 | 53,072.77 | 01/28 | 7,617.77 |
| 01/10 | 211,036.77 | 01/29 | 18,669.77 |
| 01/11 | 68,124.77 | 01/30 | 24,992.77 |
| 01/15 | 20,892.77 | 01/31 | 65,480.77 |
| 01/16 | 34,368.77 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|----------------------:|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 74 |
| Deposited Items | 39 |
| **Transaction Total** | **113** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|-------:|
| Service Fee | $7.00 |
| Service Fee Credit | $-7.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



January 01, 2008 through January 31, 2008
Primary Account: **000000722923067**

This Page Intentionally Left Blank

Exhibit _22_     Page _170_

## Tuco Trading, LLC - Accounting as of January 31, 2008

| | |
|---|---|
| **Traders' Equity** | |
| Sub-account net positive equity balance | **11,395,934** |
| | |
| **Tuco's Master Accounts** | **Value as of 1/31/08** |
| GLB Trading account #  2131-4075 | 6,887,065 |
| GLB Trading account #  2132-0155 | 4,922,952 |
| GLB Trading account #  2131-7813 | 86,534 |
| Subtotal | 11,896,551 |
| Loan proceeds | (2,300,000) |
| *Total equity in Tuco's Master Accounts at GLB Trading* | **9,596,551** |
| | |
| **Tuco's Other Accounts** | **Value as of 1/31/08** |
| Wedbush Morgan Securities account #  8244-9330 | 7,067 |
| Wedbush Morgan Securities account # 8244-9331 | (1) |
| Evolution Financial account # 1153-2603 | 36,090 |
| ViewTrade account # 4936-3559 | 190,707 |
| MF Global account # E-480-HSP1-SP404 | 58,149 |
| Advantage Futures account # L  MH006-A0535 | 89,653 |
| JP Morgan Chase account # 000000722923067 (Operating Account) | 6,204 |
| JP Morgan Chase account #000000722923075 (Wire Account) | 65,480 |
| *Total assets in Tuco's Other Accounts* | **453,349** |
| | |
| *Total value of Tuco's net assets* | **10,049,900** |
| | |
| **Tuco's Shortfall** | |
| Sub-account net positive equity balance | 11,395,934 |
| Total value of Tuco's net assets | (10,049,900 ) |
| *Tuco's total shortfall* | **1,346,034** |

Exhibit 23   Page 171