1 | DONALD W. SEARLES, Cal. Bar No. 135705
SearlesD@sec.gov
2 | KELLY BOWERS, Cal. Bar No. 164007
BowersK@sec.gov
3 | J. CINDY ESON, Cal. Bar No. 219782
EsonJC@sec.gov
4 | ROBERTO A. TERCERO, Cal. Bar No. 143760
TerceroR@sec.gov
5
6 | Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
7 | Andrew Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
8 | Los Angeles, California 90036
Telephone: (323) 965-3998
9 | Facsimile: (323) 965-3908



FILED

MAR 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

10

11                UNITED STATES DISTRICT COURT

12               SOUTHERN DISTRICT OF CALIFORNIA

13

14

15 | SECURITIES AND EXCHANGE         Case No.: '08 CV 0400 DMS BLM
COMMISSION,
16
                                    DECLARATION OF ROBERTO A. TERCERO IN
17 |          Plaintiff,            SUPPORT OF PLAINTIFF SECURITIES AND
                                    EXCHANGE COMMISSION'S *EX PARTE*
18 |    vs.                         MOTION FOR A TEMPORARY RESTRAINING
                                    ORDER AND ORDERS: (1) FREEZING ASSETS;
19 | TUCO TRADING, LLC, and DOUGLAS G.  (2) APPOINTING A TEMPORARY RECEIVER;
FREDERICK,                          (3) GRANTING EXPEDITED DISCOVERY; (4)
20                                   PROHIBITING THE DESTRUCTION OF
            Defendants.             DOCUMENTS; (5) REQUIRING ACCOUNTINGS;
21                                   AND (6) ORDER TO SHOW CAUSE RE
                                    PRELIMINARY INJUNCTIONS AND
22                                   APPOINTMENT OF A RECEIVER
23                                   VOLUME I
24
25
26
27
28

1    I, ROBERTO A. TERCERO, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

2    1.    I am an attorney admitted to practice law by the State Bar of California.  I am

3    employed by the United States Securities and Exchange Commission (the "Commission") as

4    Senior Counsel in the Office of Enforcement in the Los Angeles Regional Office.  I make this

5    declaration in support of the Commission's *Ex Parte* Motion for Temporary Restraining Order

6    And Orders:  (1) Freezing Assets; (2) Appointing a Temporary Receiver; (3) Granting Expedited

7    Discovery; (4) Prohibiting the Destruction of Documents; (5) Requiring Accountings; and (6)

8    Order to Show Cause Re: Preliminary Injunctions and Appointment of a Permanent Receiver.  I

9    have personal knowledge of the matters set forth herein and, if called as a witness, could and

10    would competently testify under oath hereto.

11    2.    In the course of my duties with the Commission, I conduct inquiries and

12    investigations into possible violations of the federal securities laws.  My responsibilities include:

13    (1) obtaining and analyzing documents; (2) subpoenaing witnesses and taking testimony; (3)

14    applying statutes and regulations promulgated by the Commission; and (4) representing the

15    Commission before United States District Courts and administrative courts.  In my capacity as a

16    Senior Counsel for the Commission, I am required to be, and have become, personally familiar

17    with the manner in which the Commission's documents, books and records are prepared and

18    made.  The Commission maintains records of its investigatory activities in the ordinary and

19    regular course of its business, and it is the ordinary and regular course of business of the

20    Commission to make and keep such records.  It is the regular course of business of the

21    Commission staff with knowledge of an investigatory activity to make or receive a record of the

22    activity or to transmit information thereof to be included in such record, and the record was made

23    at or near the time of the activity or reasonably soon after.

24    3.    In the course of the Commission's investigation in this matter, I and other

25    members of the Commission staff received information indicating that, from at least November

26    2006 to the present, Defendant Douglas G. Frederick ("Frederick"), a registered representative

27    associated with registered broker-dealer GLB Trading, Inc. ("GLB Trading"), may be operating

28    an unregistered broker-dealer, Defendant Tuco Trading, LLC ("Tuco"), through GLB Trading.

1    In the course of the Commission's investigation in this matter, I and other members of the

2    Commission staff sought and obtained documents, sworn testimony, and other materials

3    regarding the activities of the individuals and entities named as Defendants in this action.  The

4    Commission staff kept records of the investigation in the ordinary and regular course of business,

5    and it was the ordinary and regular course of business to make and maintain such records.

6        4.    During this investigation, my office obtained from the Nevada Secretary of State

7    certified copies of Tuco's Certificate of Existence with Status in Good Standing, Articles of

8    Organization, and Annual List of Managers or Managing Members, true and correct copies of

9    which are attached hereto as Exhibit 1.  According to the Articles of Organization, Frederick

10   formed Tuco as a limited liability company in August 2006.  According to the Annual List of

11   Managers or Managing Members, dated July 8, 2007, Frederick is Tuco's sole managing

12   member.

13       5.    During this investigation, Frederick voluntarily appeared, on February 13, 2008,

14   for sworn testimony before the Commission staff and was represented by counsel.  Attached

15   hereto as Exhibit 2 is a true and correct copy of Frederick's testimony transcript ("Frederick

16   TR").  The following documents were marked as exhibits during Frederick's testimony and

17   authenticated by Frederick:

18       a.    SEC Supplemental Information Form 1662, a true and correct copy of which is

19           attached hereto as Exhibit 3.  [Acknowledged by Frederick at Frederick TR 7-8.]

20       b.    Printout of Tuco's website (www.tuco.com), a true and correct copy of which is

21           attached hereto as Exhibit 4. [Authenticated at Frederick TR 79:5 to 80:3.]

22       c.    Tuco's New Account Package, a true and correct copy of which is attached hereto

23           as Exhibit 5. [Authenticated at Frederick TR 92:25 to 94:7.]

24       d.    November 2006 through November 2007 settlement statements for Frederick's

25           commissions from GLB Trading, a true and correct copy of which is attached

26           hereto as Exhibit 6. [Authenticated at Frederick TR 162:20 to 163:15.]

27       e.    December 2007 bank account statement for Tuco's JPMorganChase account

28           number 000000722923067 and account number 000000722923075, a true and

correct copy of which is attached hereto as Exhibit 7. [Authenticated at Frederick TR 179:23 to 180:22.]

f.   December 2007 account statement for Tuco's Advantage Futures LLC account number L MH006 A0535, a true and correct copy of which is attached hereto as Exhibit 8. [Authenticated at Frederick TR 180:23 to 181:6.]

g.   December 2007 Statement of Account for Tuco's Evolution Financial account number 11532603, a true and correct copy of which is attached hereto as Exhibit 9. [Authenticated at Frederick TR 181:7 to 181:15.]

h.   Portions of December 2007 Statement of Account for Tuco's GLB Trading account number 2131-4075, account number 2132-0155, and account number 2131-7813, a true and correct copy of which is attached hereto as Exhibit 10. [Authenticated Frederick TR at 181:16 to 181:25.]

i.   December 2007 Monthly Commodity Statement for Tuco's MF Global Inc. account number E 480 HSP1 SP404, a true and correct copy of which is attached hereto as Exhibit 11. [Authenticated at Frederick TR 182:1 to 182:12.]

j.   December 2007 Account Summary for Tuco's ViewTrade account number 49363559, a true and correct copy of which is attached hereto as Exhibit 12. [Authenticated at Frederick TR 182:13 to 183:8.]

k.   December 2007 Account Summary for Tuco's Wedbush Morgan Securities account number 8244-9330 and account number 8244-9331, a true and correct copy of which is attached hereto as Exhibit 13. [Authenticated at Frederick TR 183:9 to 183:22.]

l.   E-mail from Frederick to Kent L. Woo, dated February 4, 2008, attaching a spreadsheet of Tuco's traders' equity balances as reflected in Tuco's back office system as of December 31, 2007, a true and correct copy of which is attached hereto as Exhibit 14. [Authenticated Frederick TR 183:22 to 184:18.]

m.   E-mail from Frederick to Kent L. Woo, dated February 12, 2008, attaching a revised spreadsheet of Tuco's traders' equity balances as reflected in Tuco's back

office system as of December 31, 2007, a true and correct copy of which is attached hereto as Exhibit 15. [Authenticated at Frederick TR 184:19 to 185:7.]

n.  E-mail from Frederick to Kent L. Woo, dated February 12, 2008, attaching spreadsheets noting revisions to Tuco's traders' equity balances as reflected in Tuco's back office system as of December 31, 2007, a true and correct copy of which is attached hereto as Exhibit 16. [Authenticated at Frederick TR 185:8 to 185:20.]

o.  Wires transfers from GLB Trading to Frederick for the period November 15 to December 28, 2007, a true and correct copy of which is attached hereto as Exhibit 17. [Authenticated at Frederick TR 205:18 to 206:5.]

p.  Wire transfers to Frederick on January 8 and January 15, 2008, a true and correct copy of which is attached hereto as Exhibit 18. [Authenticated at Frederick TR at 210:15 to 211:19.]

q.  Tuco's back office system snapshot for trader Rick Boensche for the period January to December 2007, a true and correct copy of which is attached hereto as Exhibit 19. [Authenticated at Frederick TR 211:24 to 212:18.]

r.  E-mail from Frederick to Kent L. Woo, dated November 26, 2007, attaching Lending Agreement between Tuco and Frank McDonald, a true and correct copy of which is attached hereto as Exhibit 20. [Authenticated at Frederick TR 215:1 to 216:14.]

s.  March 30, 2007 authorization from Frederick to Penson Financial Services, Inc. to journal funds from Tuco's GLB Trading account number 21314075 to Caledonia Trading, LLC and Worldwide Trader Capital, a true and correct copy of which is attached hereto as Exhibit 21. [Authenticated at Frederick TR 216:15 to 217:15.]

t.  E-mail from Frederick to Kent L. Woo, dated February 7, 2008, summarizing conversation, a true and correct copy of which is attached hereto as Exhibit 22. [Authenticated Frederick TR 226:13 to 227:2.]

u.  January 2008 bank account statement for Tuco's JPMorganChase account number 000000722923067 and account number 000000722923075, a true and correct copy of which is attached hereto as Exhibit 23. [Authenticated Frederick TR 226:13 to 227:2.]

v.  Frederick's business card, a true and correct copy of which is attached hereto as Exhibit 24. [Authenticated at Frederick TR 228:1 to 228:14]

6.    On March 3, 2008, I accessed Tuco's website (www.tuco.com) through the Internet. Tuco's website remains on the Internet in the same form as Exhibit 4 attached hereto.

7.    During the course of the Commission's examination of GLB Trading, the Commission's staff received a copy of Tuco's account statements for December 2007. A true and correct copy of page 4,225 of the December 2007 statement for account number 2131-4075 is attached hereto as Exhibit 25.

8.    On March 3, 2008, at 10:03 a.m., and pursuant to CivLR 83.3(h), I provided notice ("Notice") by telephone to Stephen Young, counsel for Tuco and Frederick ("Counsel"), to advise him of the Commission's *Ex Parte* Motion for a temporary restraining order and other relief, and an order to show cause re preliminary injunction. I informed Counsel of the substance of the Motion, and the relief that the Commission would seek, that the Commission would file it on March 4, 2008, and that the Commission would file it in the Clerk's Office in the United States Court for the Southern District of California, 880 Front Street, Suite 4290, San Diego, California 92101-8900. I further informed Counsel that the Commission would immediately inform him of the Judge assigned and the Judge's courtroom once the Commission obtained that information and that the courtroom would be located at United States Courthouse, 940 Front Street, San Diego, California 92101-8900. I also informed Counsel that the Commission would provide copies of the Commission's Complaint, Motion, and related papers as soon as the papers were finished. Finally, I asked if Counsel opposed the Motion, whether he would appear, and, if he did not oppose the Motion, whether he would stipulate the relief sought by the Motion. Counsel responded that he would discuss the matter with his clients and then contact me.

///

9.    On March 3, 2008, at 10:12 a.m., I followed up my telephone conversation with a written Notice in the form of a letter to Counsel, which I sent by e-mail and by facsimile at 10:19 a.m. I provided the same information in the letter. True and correct copies of letter, e-mail, and facsimile transmission sheet are attached hereto as Exhibit 26.

10.    On March 3, 2008, beginning at 12:40 p.m., I provided Counsel with copies of the Commission's Complaint, Motion, and related papers in this action.

11.    As of the signing of this declaration, at 1:50 p.m., the Commission has received no response from Counsel regarding the Commission's Motion.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2008, at Los Angeles, California.



Roberto A. Tercero

-6-



**SECRETARY OF STATE**

**STATE OF NEVADA**

# CERTIFICATE OF EXISTENCE
## WITH STATUS IN GOOD STANDING

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **TUCO TRADING, L.L.C.**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since August 9, 2006, and is in good standing in this state.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 8, 2008.

ROSS MILLER
Secretary of State

By

Certification Clerk

Exhibit 1      Page 9

# STATE OF NEVADA



**ROSS MILLER**
*Secretary of State*

**SCOTT W. ANDERSON**
*Deputy Secretary
for Commercial Recordings*

**OFFICE OF THE
SECRETARY OF STATE**

## Certified Copy

February 8, 2008

**Job Number:**        C20080207-1825
**Reference Number:**  00001723717-98
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| 20060510262-14 | Articles of Organization | 1 Pages/1 Copies |
| 20070480887-34 | Annual List | 1 Pages/1 Copies |



Respectfully,

ROSS MILLER
Secretary of State

By

Certification Clerk

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

Exhibit __1__    Page __10__

08/09/2006  14:01    3127500782          CT CORP                    PAGE  01/01



**DEAN HELLER**
Secretary of State
204 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: secretaryofstate.biz

| Filed in the office of | Document Number |
|---|---|
| *Dan Heller* | 20060510262-14 |
| Dean Heller | Filing Date and Time |
| Secretary of State | 08/09/2006 1:30 PM |
| State of Nevada | Entity Number |
| | E0591032006-7 |

## Articles Of Organization
## Limited-Liability Company
### (PURSUANT TO NRS 86)

ABOVE SPACE IS FOR OFFICE USE ONLY

| | | | | |
|---|---|---|---|---|
| 1. Name of Limited-Liability Company: | TUCO TRADING, L.L.C. | | | Check box if a Series Limited-Liability Company ☐ |

| | | | | |
|---|---|---|---|---|
| 2. Resident Agent Name and Street Address: | Name: The Corporation Trust Company of Nevada | | | |
| | 6100 Neil Road Suite 500 Physical Street Address | Reno City | NEVADA 89511 Zip Code |
| | Additional Mailing Address | City | State Zip Code |

| | |
|---|---|
| 3. Dissolution Date: | Latest date upon which the company is to dissolve (if existence is not perpetual): N/A |

| | |
|---|---|
| 4. Management: | Company shall be managed by ☐ Manager(s) OR ☒ Members |

| | | | |
|---|---|---|---|
| 5. Names, Addresses of Manager(s) or Members: | DOUG FREDERICK | | |
| | Name | | |
| | 1807 MORGAN LAKE COURT | BRIGHTON | MI 48114 |
| | Address | City | State Zip Code |
| | JONATHON KIRKLAND | | |
| | Name | | |
| | 6444 EAST GELDING DRIVE | SCOTTSDALE | AZ 85254 |
| | Address | City | State Zip Code |
| | MICHAEL KESTLER | | |
| | Name | | |
| | 2020 CAMINO DEL RIO NORTH #802 | SAN DIEGO | CA 92108 |
| | Address | City | State Zip Code |

| | | | |
|---|---|---|---|
| 6. Names, Addresses and Signatures of Organizers: | DOUG FREDERICK | *Doug Frederick, by Carl Eller, his attorney in fact* | |
| | Name | Signature | |
| | 1807 MORGAN LAKE COURT | BRIGHTON | MI 48114 |
| | Address | City | State Zip Code |

| | |
|---|---|
| 7. Certificate of Acceptance of Appointment of Resident Agent: | I hereby accept appointment as Resident Agent for the above named limited-liability company. |
| | *signature* Robert S. Caine Assistant Secretary |
| | Authorized Signature of R.A. or On Behalf of R.A. Company    Date    8-9-06 |

This form must be accompanied by appropriate fees.

Reset

Nevada Secretary of State Form LLC AM 15 2003
Revised on 12/18/03

Exhibit ___ Page _11_

## ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND RESIDENT AGENT OF:

TUCO TRADING, L.L.C.
FOR THE PERIOD AUG 2007 TO 2008. DUE BY AUG 31, 2007.



The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon
whom process can be served is:

E0591032006-7

THE CORPORATION TRUST COMPANY OF NE
6100 NEIL ROAD, SUITE 500
RENO NV 89511

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20070480887-34 |
| | Filing Date and Time 07/12/2007 2:29 PM |
| | Entity Number E0591032006-7 |

** PLEASE NOTE: YOU MAY NOW FILE YOUR ANNUAL
LIST ONLINE AT WWW.SECRETARYOFSTATE.BIZ **

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND
A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Include the names and addresses, either residence or business, for all managers, or if none, its managing members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a managing member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00    PENALTY: $75.00

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| DOUGLAS G FREDERICK | | ☐ MANAGER  ☒ MANAGING MEMBER |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|---|---|---|---|---|
| 1807 MORGAN LAKE CT. | | BRIGHTON | MI | 48114 |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| MICHAEL KESTLER | | ☒ MANAGER  ☐ MANAGING MEMBER |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP 92108 |
|---|---|---|---|---|
| 2020 CAMINO DEL RIO NORTH #802 | | SAN DIEGO | CA | ~~48114~~ |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| ~~JONATHON KIRKLAND~~ *Remove* | | ☒ MANAGER  ☐ MANAGING MEMBER |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|---|---|---|---|---|
| ~~P. O. BOX 7148~~ | | ~~LAGUNA NIGUEL~~ | ~~CA~~ | ~~48114~~ |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| | | ☐ MANAGER  ☐ MANAGING MEMBER |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|---|---|---|---|---|
| | | | | 48114 |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) (Mark one) |
|---|---|---|
| | | ☐ MANAGER  ☐ MANAGING MEMBER |

| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
|---|---|---|---|---|
| | | | | 48114 |

declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that
pursuant to NRS 239.330 it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

*signature*

7/8/07    Exhibit ___1___    Page 12

( Signature of Manager or Managing Member         Date

01C5SA2
(Rev 02/07)

In the Matter of:

TUCO TRADING, LLC,                    No.  LA-3458

---

INVESTIGATIVE TESTIMONY UNDER OATH OF

DOUGLAS FREDERICK

Los Angeles, California

Wednesday, February 13, 2008

Reported by:
BETH A. FELIX
CSR No. 12766
JOB NO. 82667

Exhibit _2_ Page _13_

Page 2

```
1
2
3
4
5    In the Matter of:
6    TUCO TRADING, LLC,          No.  LA-3458
7
8
9
10
11
12    _____
13
14
15        Investigative testimony under oath of
16    DOUGLAS FREDERICK, taken on behalf of United
17    States Securities and Exchange Commission, at
18    5670 Wilshire Boulevard, 11th Floor, Los Angeles,
19    California, beginning at 10:22 a.m.
20    and ending at 6:00 p.m. on Wednesday,
21    February 13, 2008, before BETH FELIX, Certified
22    Shorthand Reporter No. 12766.
23
24
25
```

Page 3

```
1    APPEARANCES:
2    For United States Securities and Exchange Commission:
3        UNITED STATES SECURITIES AND EXCHANGE COMMISSION
         BY:  ROBERTO A. TERCERO
4        BY: J. CINDY ESON
         BY: DONALD SEARLES
5        Attorneys at Law
         5670 Wilshire Boulevard, 11th Floor
6        Los Angeles, California  90036
         (323) 965-3891
7
     For Witness:
8
         KEESAL, YOUNG & LOGAN
9        BY: STEPHEN YOUNG
         Attorney at Law
10       400 Oceangate
         Long Beach, California  90801
11       (562) 436-2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                       INDEX
2    WITNESS                     EXAMINATION
3    DOUGLAS FREDERICK
4
5        BY MR. TERCERO              7
6
7
8                    EXHIBITS
9    GOVERNMENT                       PAGE
10   1   Commission supplemental forms (retained by    9
         counsel)
11
     2   Tuco's Web site (retained by counsel)      79
12
     3   Tuco Trading form (retained by counsel)    93
13
     4   November claim statement (retained by      162
14       counsel)
15   5   December bank statement (retained by counsel)  179
16   6   Advantage futures account (retained by     180
         counsel)
17
     7   Broker statement (retained by counsel)     181
18
     8   Tuco account from Penson (retained by      181
19       counsel)
20   9   Mann Financial futures account (retained by  182
         counsel)
21
     10  Tuco Trading futures account (retained by   182
22       counsel)
23   11  Tuco Trading account with Wedbush (retained  183
         by counsel)
24
     12  Back-office account equity (retained by     183
25       counsel)
```

Page 5

```
1              INDEX (Continued):
2                    EXHIBITS
3    GOVERNMENT                       PAGE
4    13  E-mail (retained by counsel)            184
5    14  E-mail (retained by counsel)            185
6    15  GLB wires (retained by counsel)         205
7    16  GLB wires (retained by counsel)         210
8    17  Snapshot of Tuco's back office (retained by   211
         counsel)
9
10   18  E-mail (retained by counsel)            215
11   19  Journal (retained by counsel)           216
12   20  E-mail (retained by counsel)            226
13   21  Bank statement (retained by counsel)    227
14   22  Copy of business card (retained by counsel)   228
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit _2_____ Page_14_____

Page 6

1  Los Angeles, California, Wednesday, February 13, 2008
2       10:22 a.m. - 6:00 p.m.
3
4       DOUGLAS FREDERICK,
5  having been first duly sworn, was examined and
6  testified as follows:
7
8       MR. TERCERO:  We are on the record at 10:22
9  a.m. on Wednesday, February 13th, 2008.  I'm Robert
10 Tercero, and the individuals sitting next to me are
11 Cindy Eson and Donald Searles.  We're members of the
12 staff of the United States Securities and Exchange
13 Commission in the office of enforcement in the Los
14 Angeles regional office.  Counsel, do you consent to
15 both Ms. Eson and Mr. Searles being here in addition to
16 me?
17      MR. YOUNG:  Yes.
18      MR. TERCERO:  Your testimony today has been
19 requested by the staff as part of a form inquiry in
20 which your testimony has been requested voluntarily in
21 the matter of Tuco Trading, LLC, Matter Number LA-3458,
22 to determine whether there have been violations of
23 certain provisions of the Federal Securities Laws;
24 however, the facts developed during the course of the
25 investigation may constitute violations of other

Page 7

1  federal or state or civil or criminal laws.  Your
2  testimony is not pursuant to subpoena.  Accordingly,
3  you should understand your appearance is voluntary.
4  There is no formal order of investigation in this
5  matter.  Mr. Frederick, do you understand that you need
6  not answer any question and that you may leave at any
7  time that you wish?
8       THE WITNESS:  I do.
9       MR. TERCERO:  Do you consent to being placed
10 under oath?
11      THE WITNESS:  Yes.
12      MR. TERCERO:  Will the court reporter, please,
13 identify herself for the record, state the jurisdiction
14 in which you are commissioned as a notary public, when
15 the commission expires and then swear in the witness.
16      THE REPORTER:  Okay.  I'm Beth Felix.  I'm
17 commissioned by the state of California, and my license
18 expires January of 2009.
19      (Witness sworn.)
20      EXAMINATION
21 BY MR. TERCERO:
22      Q  Please, state and spell your full name.
23      A  Douglas Glen Frederick, D-o-u-g-l-a-s, Glen,
24 G-l-e-n F-r-e-d-e-r-i-c-k.
25      MR. TERCERO:  Mr. Frederick, prior to the

Page 8

1  opening of the record, you were provided with a copy of
2  the commission supplemental forms, which is SEC Form
3  1662.  That's been marked as Government Exhibit 1.
4       (Government Exhibit 1 was marked for
5       identification by the court reporter.)
6  BY MR. TERCERO:
7       Q  Have you had an opportunity to read Exhibit
8  Number 1?
9       A  Yes.
10      Q  Do you have any questions concerning the
11 exhibit?
12      A  No.
13      Q  Are you represented by counsel?
14      A  Yes.
15      MR. TERCERO:  Would counsel, please, identify
16 himself?
17      MR. YOUNG:  Stephen Young.  Stephen with a
18 p-h, and my law firm is Keesal, Young & Logan.
19      MR. TERCERO:  Mr. Young, are you representing
20 Mr. Frederick as his counsel here today?
21      MR. YOUNG:  I am.
22 BY MR. TERCERO:
23      Q  I will be asking a number of questions today,
24 Mr. Frederick.  Everything each of us says in this room
25 will be recorded by the person sitting to my right, the

Page 9

1  court reporter, and later reduced to a written
2  transcript.
3       In order to have a clear transcript, please,
4  follow the following ground rules:  Please, respond
5  verbally.  The court reporter cannot take down anything
6  said by virtue of the shrug of the shoulders, a nod of
7  the head.  If you could use words, that would be good
8  too because the court reporter cannot clearly record
9  the phrase "uh-huh" even though it is common.  Do you
10 understand?
11      A  Yes.
12      Q  Second, please, let me finish my question
13 before you respond, and I will let you finish your
14 answer before I ask my next question.  The court
15 reporter cannot record two people at the same time.  Do
16 you understand?
17      A  I do.
18      Q  If you do not understand a question, please,
19 let me know.  I will either rephrase it or explain it.
20 If, however, you do, in fact, respond to the question,
21 I'm going to assume that you understood it and
22 responded truthfully.  Do you understand?
23      A  Yes.
24      Q  If you do not know the answer to a question,
25 it is completely appropriate for you to say so;

Exhibit ___2___  Page _15_

3  (Pages 6 to 9)

Page 10

1  however, we are seeking your best recollection of
2  events and understanding of facts. Do you understand?
3      A   Yes.
4      Q   Since this is a fact-finding inquiry, there is
5  nothing wrong with providing estimates, approximations
6  when answering questions. Similarly, you should
7  provide information that you believe to be true even if
8  you are not absolute that your belief is correct. If
9  you state you believe or understand something, I will
10 then ask you the basis of your belief or understanding.
11 Do you understand?
12     A   Yes.
13     Q   Under no circumstances today should you guess.
14 Do you understand?
15     A   Yes.
16     Q   Even though we are in a conference room today,
17 the oath you have taken is the same as the one used in
18 court. As a result, do you understand there are
19 criminal penalties for providing untruthful testimony
20 here today?
21     A   Yes.
22     Q   Is there any reason why you cannot testify as
23 required by your oath?
24     A   No.
25     Q   Has anything occurred in the last 72 hours

Page 11

1  that would impair your ability to recall events?
2      A   No.
3      Q   Couple of other things. I want to advise you
4  and counsel that the court reporter will only go off
5  the record with my instruction. Please, keep in my
6  mind, until I say off the record, any statements you
7  make will be recorded and appear in the transcript of
8  your testimony. Do you understand?
9      A   Yes.
10     Q   This is not an endurance test. If you need to
11 stretch your legs or communicate with counsel or for
12 some other reason, please, let me know, and we will
13 take a break as soon as possible given the line of
14 questioning. Do you understand?
15     A   Yes.
16     Q   Are you known by any other names other than
17 the name you stated at the beginning of the testimony
18 today?
19     A   No.
20     Q   What is your date of birth?
21     A
22     Q   What is your place of birth?
23     A   Corning, Iowa.
24     Q   What is your home address?
25     A   5123 -- I just moved. We're leasing a house.

Page 12

1  5123 Los Altos Court, San Diego, California 92109.
2      Q   Do you have a business address?
3      A   909 Prospect Street, Suite 224, La Jolla,
4  California 92037.
5      Q   Do you have any other business addresses?
6      A   No.
7      Q   Do you have an e-mail address?
8      A   Yes.
9      Q   What is your e-mail address?
10     A   Doug@tuco.com.
11     Q   Do you have any other e-mail addresses?
12     A   Frederick.doug@gmail.com.
13     Q   The first one -- how long has that been your
14 e-mail?
15     A   Since August or September 2006.
16     Q   Is that your best recollection?
17     A   Yes.
18     Q   And the other one, the gmail.com e-mail
19 address, how long has that been your e-mail?
20     A   August or September 2006.
21     Q   Other than those two, do you have any other
22 e-mail addresses?
23     A   I have to have one for the broker-dealer.
24 Doug@glbtrading.com.
25     Q   How long has that been your e-mail address

Page 13

1  there?
2      A   April 2006.
3      Q   Do you have any other e-mail addresses?
4      A   No.
5      Q   Do you work in the securities industry?
6      A   Yes.
7      Q   How did you get started?
8      A   I started -- I sold mutual funds, annuities
9  and insurance in 1992, started trading in 1997. In
10 2001 -- 2002, I got into this side of the business as
11 far as getting a license trying to bring people in to
12 make money off of commissions.
13     Q   You said you sold mutual funds until you
14 became involved in trading. When you say "trading,"
15 what do you mean?
16     A   Day trading. I traded my own account, started
17 that in 1997, I believe, and quit trading in 2002,
18 couldn't make money anymore.
19     Q   I see. During that time, were you associated
20 with any brokerage firm?
21     A   When I traded in 2001, I believe I took my
22 Series 7, 55 and 63, so, yeah, I guess I would have
23 been associated with Hold Brothers at that time.
24     Q   What's it called again?
25     A   Hold Brothers from New Jersey.

Exhibit ___2___ Page _16_

Page 14

1    Q  At that time in 2001, was that the first time
2  you received a series license?
3    A  I had my Series 6 and 63 from '92 to '95. I
4  needed those licenses to sell insurance and mutual
5  funds. I never had my 7. No.
6    Q  So it was in 2001 that you first received a
7  Series 7?
8    A  Yes, and 55.
9    Q  When you went to Hold Brothers, how long did
10  you stay there?
11    A  I started with Block Trading in '96 or '97,
12  and then the office I was trading in in '98 was bought
13  by Hold Brothers. I was with Hold Brothers from '98 to
14  2001 or 2002. I'm not sure exactly when.
15    Q  When you say "Block Trading," what do you
16  mean?
17    A  Block Trading was a day-trading firm.
18    Q  I see.
19    A  They sort of went out of business, so Hold
20  Brothers came in and bought them.
21    Q  At any brokerage firm, once you began day
22  trading, did you ever have customers?
23    A  At GLB, yeah, I have customers. There's
24  retail accounts that the broker-dealer pays me
25  commission on.

Page 15

1    Q  Before that time, did you have any customers?
2    A  Huh-uh. No.
3    Q  When did you begin working for GLB?
4    A  April 2006.
5    Q  Why did you go there?
6    A  I went there -- I had some business partners
7  in Chicago, Titan Trading Services. I resigned as one
8  of the owners of the company and joined up with Tuco
9  Trading. Basically, it was -- Evolution Capital was
10  the name of the company. I joined up with them, and
11  that's how I got involved in this business.
12    Q  I see. Now, you mentioned Titan Trading.
13  When did you begin in association with them?
14    A  2003. I started working with Titan Trading --
15  I joined with up Mark deSouza, Jim Murphy. That's how
16  I really started getting into this business. I was
17  associated at that time with -- after Hold Brothers,
18  Spike Financial picked up my licenses. I worked with
19  them. We tried to facilitate the same type of
20  business. I worked -- I lived in Michigan, and I
21  traveled to Chicago five days a week and lived over
22  there. At the end of 2005, the ultimatum from my
23  partners was move to Chicago or find a different job.
24    Q  I see. Now, you said, "this business," in
25  your response. What business are you referring to?

Page 16

1    A  The same type of business where we're somewhat
2  a broker trying to get customers.
3    Q  That's at Titan Trading?
4    A  Yes. I started this type of business, like,
5  the brokerage business where I am licensed and tried to
6  bring customers in with Titan in the fall 2003.
7    Q  When you were with Titan, how did Titan try to
8  bring in business?
9    A  We went through Spike Financial as a
10  broker-dealer. I traveled around. Since I day traded
11  in the past, I traded in the Miami office, New York
12  office, Chicago. I tried to get them to go through our
13  company for commission purposes.
14    Q  You mentioned offices in other cities. Were
15  those, also, with the brokerage firm? You were
16  associated firms at that time?
17    A  Yes.
18    MR. YOUNG: Go a little slower. You're
19  anticipating the end of his question before he asks the
20  question. It will make the court reporter's life
21  easier.
22  BY MR. TERCERO:
23    Q  Now, you said that Titan Trading was a broker
24  trying to get customers. When you say "broker," what
25  do you mean?

Page 17

1    A  Titan Trading Services was an LLC much like
2  Tuco is, and we went through Spike Financial -- Spike
3  Trading. They were the broker dealing much like GLB is
4  now in the arrangement. I was a licensed with Spike
5  Trading.
6    Q  I see. Other than as you've testified so far,
7  how else did Titan try and get customers?
8    A  I was the only one that ever brought business
9  in.
10    Q  What kind of customers did you bring in?
11    A  We would try to find prop trading firms, DVP
12  business, institutional business, option business,
13  equity business, anyone that traded.
14    Q  I see. When you say "prop trading," what do
15  you mean?
16    A  A firm that functions much like Tuco does now
17  where there might be one person that runs the business,
18  and they might have 20 traders that trade underneath
19  their LLC.
20    Q  What do you mean by DV -- actually, other than
21  you described, do you mean anything else by "prop
22  trading business"?
23    A  No.
24    Q  Is prop trading known as anything else?
25    A  I don't believe so.

Exhibit _2_   Page _17_          5 (Pages 14 to 17)

Page 18

1    Q  Does it stand for proprietary trading?
2    A  Yes.
3    Q  You, also, mentioned that you were looking for
4  DVP business.  When you say "DVP business," what do you
5  mean?
6    A  DVP business is when a hedge fund may call an
7  order desk to put trades in for them, and they would
8  execute the trades and clear the trades through our
9  clearing relationship.  And we would make money off of
10  the commissions from executing and clearing trades
11  for a hedge fund, a mutual fund.
12    Q  This is Titan Trading taking the order?
13  .  A  No.  It could be a hedge fund desk in New
14  Jersey, New York, Chicago, Texas, wherever the
15  broker-dealer was licensed to do business.
16    Q  With regard to DVP business, what precisely
17  did Titan do?
18    A  We never did any DVP business, so Titan,
19  basically, would facilitate the clearing -- the
20  clearing part of the DVP business.
21    Q  Now, hedge funds, typically, have overage
22  accounts?
23    A  Correct.
24    Q  Was Titan trying to be an executing broker?
25    A  No.

Page 19

1    Q  It was taking care of the clearing business?
2    A  Correct.
3    Q  From where would it get the information with
4  regard to clearing that there was a trade, in fact, to
5  clear?
6    A  A hedge fund desk would execute a trade on a
7  trading platform, Sterling, Light Speed, and that trade
8  gets sent to Penson.  Penson would clear the trade and
9  DVP it back to the prime brokerage account.  We would
10  charge the account a per-thousand price.  Our cost was
11  less than that.
12    Q  Per thousand shares traded?
13    A  Right.
14    Q  You've mentioned prop trading.  You've, also,
15  mentioned DVP.  With regard to Titan only, was there,
16  actually, any business, other than prop trading, that
17  Titan was involved with?
18    A  There were a few customers that had retail
19  accounts that traded through us.
20    Q  The customers -- where did they, actually,
21  have their accounts?
22    A  At Penson.  They would get the Penson
23  paperwork, open an account at Penson.  That's where
24  they would deposit that money.
25    Q  How would Titan then get involved?

Page 20

1    A  Titan would negotiate a clearing relationship.
2  The broker-dealer has to negotiate the clearing
3  relationship.  They would go to Penson and tell them we
4  want a dollar per thousand for clearing.  We would
5  charge the customers $2 per thousand.
6    Q  Now, what steps did Titan take to, actually,
7  clear a trade?
8    A  We don't take any steps to clear the trade.
9  Penson would clear the trade.  At the end of the month,
10  we would get a statement saying you did X amount of
11  shares.  This is what you charged the customers.  This
12  is your cost.  This is your profit.
13    Q  If the account is opened at Penson by the
14  customer and Penson is doing the clearing, what is it
15  that Titan is doing?
16    A  We were facilitating the broker-dealer part of
17  this.
18    Q  How?
19    A  We were the LLC that went out and solicited
20  the customer.
21    Q  Did Titan do anything else?
22    A  No.  Maybe, watch risk.
23    Q  How?
24    A  Each trading platform has a risk platform, so
25  we had two guys that would sit in the office and watch

Page 21

1  the risk.
2    Q  Okay.  Whose risk?
3    A  Whoever is trading through us, whether it
4  would be a customer or a DVP account, which we didn't
5  have at the time, whether it's a prop trading firm
6  account because the protocol is the prop trading firm
7  or customer, if they have $100,000 in their account and
8  there was some way to lose $105,000, Titan would be on
9  the hook for the $5,000.  The broker-dealer would
10  expect them to pay this money.
11    Q  So you were with Titan until when?
12    A  Until January 3rd of 2006.
13    Q  Then what happened?
14    A  I sent a letter of resignation to my partner
15  that I was leaving Titan, and I joined up with
16  Evolution Capital.
17    Q  Why did you leave Titan?
18    A  I was given an ultimatum to move to Chicago.
19    Q  You didn't want to do that; is that correct?
20    A  Yes.
21    Q  Was there any other reason?
22    A  I couldn't stand my partner.
23    Q  I'm sorry?
24    A  I didn't get along with one of my partners.
25    Q  I see.  Any other reason?

Exhibit _____2_____ Page _18_

6 (Pages 18 to 21)

**Page 22**

1    A  No.
2    Q  You then say you moved to Evolution Capital?
3    A  Yes.
4    Q  What is Evolution Capital?
5    A  Evolution Capital was an LLC that facilitated
6  business through Titan Trading Services.
7    Q  Who started Evolution?
8    A  The owners were Mike Kestler and Jonathan
9  Kirkland.
10    Q  Did you have an ownership interest in
11  Evolution Capital?
12    A  No, not before that.
13    Q  What was your position there?
14    A  Sales.
15    Q  Okay.  And by that, do you mean obtaining your
16  customers?
17    A  Yes.
18    Q  Now, once a customer is obtained, how does a
19  customer open up an account at Evolution Capital?
20    A  A customer would get the paperwork to fill out
21  that I've sent to Kent, same as the Tuco paperwork.  It
22  would have the operating agreement for the LLC, market
23  data agreement that they agree to pay for the market
24  data, that they agree to pay whatever price they're
25  willing to pay for the commission on a trade.

**Page 23**

1    Q  And is that paperwork between Evolution
2  Capital and the customer?
3    A  Yes.  Actually, it's not a customer.  It is a
4  member.
5    Q  I see.  Did the member have it's own account
6  within Evolution Capital?
7    A  Yeah.  They would have a subaccount within
8  Evolution Capital.
9    Q  How is that created?
10    A  It is created on the back office MTS system
11  that Penson owns.
12    Q  I see.  Now, did Evolution Capital have any
13  type of back-office system?
14    A  No.  They used MTS, the same system that Tuco
15  uses now.
16    Q  Did Evolution Capital have any ability to
17  enter transaction data into the MTS system?
18    A  They have the opportunity to do debits or
19  credits into the trader account.  If the trader has
20  $10,000 in equity and he wants $2,000 out to pay bills,
21  he sends a wire request or check request the first of
22  every month.  The owners of Evolution at that time
23  would go into and make a request for whatever the wire
24  request would be or credit.
25    Q  And credit?

**Page 24**

1    A  Or credit.
2    Q  Did Evolution Capital have any ability to
3  enter transactions into the MTS system?
4    A  No.
5    Q  How long did you stay at Evolution Capital?
6    A  I joined them January 15th of 2006.  It was a
7  transition over to them.  Since they were clearing with
8  my old partner, they were still doing business with
9  Titan Trading Services.  We had to find a new
10  broker-dealer to facilitate business through, which
11  took us until April to finish a deal with Tuco Trading.
12    Q  April what year again?
13    A  2006.  In April 2006, the business interest
14  moved from Spike Trading and Titan Trading Services
15  over to GLB Trading, and during the process of 2006,
16  one of the partners, Jonathan Kirkland, moved to China
17  and no longer wanted to be involved in the business.
18  In August, I, basically, said, "Look, I'm forming Tuco
19  Trading.  I'm going to be 100 percent owner of this.
20  Do you want to move your business over to Tuco
21  Trading?"  Since then, that's been my company.
22    Q  While you were at Evolution Capital, you had
23  no ownership interest?
24    A  Right.
25    Q  Why did you start Tuco?

**Page 25**

1    A  The business was changing from what Evolution
2  had done in the past.  I would guess we have ten
3  traders left from Evolution.  The way they traded was
4  coming to an end, and they were mainly focused on prop
5  trading.  That is it -- not focused on trying to get
6  customer accounts or institutional business.
7    Q  The individual who was moving to China, did
8  he, actually, put any business of Evolution Capital
9  into Tuco?
10    A  Yes.
11    Q  How much?
12    A  As far as all of the traders that were in
13  Evolution Capital that were still trading in August,
14  they moved over to Tuco Trading.
15    Q  How much money, actually, moved from Evolution
16  Capital to Tuco?
17    A  I couldn't answer that.  I could answer.  I
18  don't know what the number is.
19    Q  Can you provide an estimate?
20    A  Approximately, $800,000.
21    Q  Is that your best recollection?
22    A  Yes.
23    Q  Other than as you've already --
24        MR. YOUNG:  When you're estimating, be sure to
25  label it as an estimate or approximation.

Exhibit 2        Page 19        7  (Pages 22 to 25)

Page 26

1  BY MR. TERCERO:
2      Q  Other than as you've already testified, is
3  there any other reason why you started Tuco?
4      A  No.
5      Q  What is Tuco Trading?
6      A  It is an LLC that facilitates equity, option
7  and future trading.
8      Q  Does it do anything else?
9      A  No.
10     Q  When you say "facilitate," what do you mean?
11     A  We allow traders to trade through GLB Trading
12 and clear at Penson, and we are provided commission
13 dollars for doing that.
14     Q  Now, when did you become associated with GLB?
15     A  August of 2006 -- I'm sorry.  April of 2006.
16     Q  Did you solely start Tuco?
17     A  Yes.  I'm the only owner on the LLC and have
18 been since day one.
19     Q  Do you run the business?
20     A  Yes.
21     Q  Now, you said that Tuco facilitates equity,
22 option and future trading.  How does it facilitate
23 equity trading?
24     A  A trader will come in, open an account through
25 us by filling out the paperwork, and we provide him a

Page 27

1  software to trade on, and we provide him a clearing
2  relationship with Penson.
3      Q  Anything else by which you mean by "facilitate
4  equity trading"?
5      A  No.
6      Q  Now, what do you mean when you say "facilitate
7  option trading"?
8      A  We provide much the same as the equities.  We
9  provide a front-end platform for them to trade on.  We
10 provide them clearing through Penson.
11     Q  You did not mention a platform when you
12 responded with regard to facilitating equity trading.
13 Is a platform provided with respect to equity trading?
14     A  Yes, we provide software.
15     Q  Providing software --
16     A  Same thing as equity, platform or an option
17 platform to trade on.
18     Q  Okay.  What, if any, differences are there
19 between facilitating equity trading and facilitating
20 option trading?
21     A  There aren't any differences -- a different
22 product to trade.
23     Q  Anything else?
24     A  No.
25     Q  And facilitating futures trading -- what did

Page 28

1  you mean when you say that?
2      A  We provide them a front-end platform to trade
3  on and a clearing firm to clear their trades through.
4      Q  Now, in future trading, does the trader,
5  actually, open an account with Tuco?
6      A  The trader would open an account with Tuco.
7      Q  Is that the same for option trading?
8      A  Yes.
9      Q  Is that the same -- you already testified
10 about equity trading.
11        Now, you say you provide software.  What software
12 does Tuco provide?
13     A  Sterling, Light Speed, View Trade, Hydra,
14 Direct Access, InstaQuote, TT, Future Path -- Photon
15 Trader.  I'm sorry.
16     Q  TT and Photon Trader?
17     A  Yes.
18     Q  Okay.  Anything else?
19     A  Bond Trade.
20     Q  Anything else?
21     A  I believe that's it.
22     Q  Which -- why so many different types of
23 software?
24     A  Traders are picky, so if they're going to come
25 trade with us, they may already want to trade on Hydra,

Page 29

1  or they might want to trade on Light Speed.  We can't
2  force them to trade on a platform.
3      Q  It's the choice of the trader to determine
4  what software they're going to use?
5      A  Yes.
6      Q  Is any trading software that you've mentioned
7  specific to equity trading?
8      A  Sterling, Light Speed, View Trade, Hydra,
9  Direct Access, InstaQuote.
10     Q  Is --
11     A  And Bond Trade.
12     Q  Bond Trade is equity?
13     A  Yep.
14     Q  Is any software exclusive to option trading?
15     A  Sterling and Bond Trade.  It's available.
16     Q  Does Tuco, actually, facilitate the trading of
17 option trading through either Sterling or Bond Trade?
18     A  Sterling, yes.
19     Q  But Bond Trade?
20     A  No, but it's available.
21     Q  Thank you.  Of the software that you have
22 identified, is there any that is exclusive for futures
23 trading?
24     A  TT and Photon Trader.
25     Q  I see.  So the only one that can accommodate

8 (Pages 26 to 29)

Exhibit  2    Page 20

Page 30

1  both options and equity trading is Sterling; correct?
2      A  Yes.  Well, Bond Trade can.  We don't have
3  anyone trading on it.
4      Q  Thank you for the clarification.  You said
5  provide the software.  How does that work if the trader
6  is asking to use some software, but you provide the
7  software?
8      A  We are the ones that have the relationship
9  with the software companies, so if Bill Johnson wants
10  to trade on Sterling, we contact Sterling, give them
11  the trader's information, his name, tell them what rate
12  he should be trading at.  They send us a demo, if he's
13  trying a demo, or they send us a live log-on and, we
14  forward it on to him.  He downloads it onto his
15  computer.
16      Q  What information do you provide with regard to
17  traders?
18      A  I don't understand.
19      Q  What information do you provide to the
20  software provider?
21      A  We'll call the software provider and say, "We
22  need to get a demo for Jim Johnson.  He's going to be
23  trading at $3 per thousand plus or minus ECNs," and
24  they send a demo.
25      Q  You said $3 per thousand.  What does that

Page 31

1  mean?
2      A  That's the commission he'll be charged on
3  every trade -- every thousand shares he trades.
4      Q  How is the commission rate determined?
5      A  How much volume a trader trades, how much
6  equity a trader has in the account, how long the trader
7  has traded with us.
8      Q  If it's a new trader, how is that determined?
9      A  We, normally, would start a new trader at $5
10  per thousand and tell him everyone tells you they do a
11  lot of business.  Once you do the business, we'll lower
12  your commission.
13      Q  How frequently does Tuco review whether or not
14  the commission rate should be changed?
15      A  We don't review it.  The trader calls, and
16  let's us know I'm doing a lot of business.  I would
17  like my rate lowered.
18      Q  How does Tuco determine whether or not to
19  lower the commission rate?
20      A  We look at the capital in the account, what
21  type of leverage is in the account that he requires,
22  and we look at how much risk is in the account.
23      Q  Who makes the decision at Tuco to keep or
24  change the commission rate?
25      A  Myself or Mike Kestler.  Mike Kestler is in

Page 32

1  charge of the traders.  If the trader has a complaint,
2  it, usually, goes to Mike Kestler and comes to me, and
3  Mike and I will talk about it.
4      Q  I see.  You've mentioned both you and
5  Mr. Kestler.  Do you, actually, have a name for the
6  position that you hold?
7      A  No.  Managing member is what, I believe, my
8  business cards say.  I can look.
9      Q  Thank you.
10      A  Mike Kestler would be head trader.  Managing
11  partner, I guess.
12      Q  The witness has showed me his business card.
13  I appreciate that.  So in your position as managing
14  partner, what do you do?
15      A  I negotiate clearing arrangements.  I
16  negotiate software arrangements, try to bring new
17  business in, somewhat business development, also.  I
18  deal with wires, checks going out to traders, paying
19  bills.
20      Q  With regard to negotiating clearing
21  arrangements, who are the parties to the arrangement
22  that you're referring to?
23      A  Tuco Trading and the clearing firm.
24      Q  Now, you mentioned that the clearing firm --
25  one is Penson Financial Services; is that correct?

Page 33

1      A  Yes.
2      Q  Are there any others?
3      A  Mann Financial and Advantage Futures.  Both of
4  those are futures firms.
5      Q  Any others?
6      A  Do you want current, or do you want who we've
7  dealt with in the last year?
8      Q  How about who you've dealt with in the last
9  year.
10      A  We've worked with Jeffries and Wedbush.
11      Q  When did you stop working with Wedbush?
12      A  Early fall.
13      Q  2007?
14      A  Correct.
15      Q  When did you stop working with Jeffries?
16      A  One day.  September -- September 2007 we
17  traded with them for one day.
18      Q  With regard to Wedbush, how long did that
19  relationship last?
20      A  February of 2007 until, approximately,
21  September of 2007.
22      Q  When did the Penson arrangement begin?
23      A  When I was with GLB so April of 2006 and the
24  gentleman before with Evolution Capital was -- they
25  were with Penson at the time, also.

Exhibit  2    Page 21    (Pages 30 to 33)

**Page 34**

1    Q   Since the inception of Evolution Capital?
2    A   Yes.
3    Q   How do you know that?
4    A   Because they were at Assent before I met them
5    at Titan Trading Services. I got them to move from
6    Assent to go with Titan Trading Services. They left
7    Assent, who is a clearing firm. They came to CCS,
8    Computer Clearing Services, and Penson has bought
9    Computer Clearing Services in the fall of 2006. Since
10   I've known them, they have done business at Computer
11   Clearing Services, which was bought by Penson.
12   Q   What about Mann Financial?
13   A   We've had an account with them since October
14   2007.
15   Q   And Advantage?
16   A   Since March of 2007.
17   Q   You say you negotiate the clearing
18   arrangement. What are the components of the
19   negotiation? What terms?
20   A   Cost of what they're going to charge me to
21   clear a trade.
22   Q   Is the cost determined on a per-trade basis?
23   A   Yes.
24   Q   What is the arrangement with Penson Financial
25   Services?

**Page 35**

1    A   Currently?
2    Q   Yes.
3    A   I'm charged 16 cents a thousand.
4    Q   16 cents a thousand of what?
5    A   16 cents for every thousand shares I trade.
6    Q   How long has that been the arrangement?
7    A   Since September 1st, 2007.
8    Q   Before that, what was it?
9    A   I had two different prices. One was 30 cents
10   a thousand, and one was $6 per stock per trade. I have
11   an account that trades a lot of volume and trades very
12   few stock. I was charged $6 per stock.
13   Q   The arrangement is what you referred to as
14   what is currently going on as 16 cents per thousand.
15   Is there, also, a per-stock charge?
16   A   No. Penson removed that December 1st. They
17   no longer continue to give us that rate.
18   Q   Now, the per-stock rate, how long had that
19   been in effect?
20   A   Since, approximately, April of 2006.
21   Q   I see. Now, the 35 cents per thousand, how
22   long was that in effect?
23   A   Since I've -- 2004 that was our rate with CCS,
24   and the rates got moved over to Penson.
25   Q   I see.

**Page 36**

1    A   Since I've done business, whether it's Titan
2    Trading Services or Tuco, it's been 35 cents a
3    thousand.
4    Q   I see. Does that, also, include Evolution
5    Capital? So Titan, Evolution Capital and Tuco?
6    A   Right. That would have been the cost for all
7    of them. Yes.
8    Q   With whom do you negotiate the clearing
9    arrangement?
10   A   The sales reps from Penson.
11   Q   Who?
12   A   At the time, I didn't have to negotiate. The
13   rate I negotiated with Tan Anas, A-n-a-s, from CCS.
14   Our rate rolled over to Penson. Since they bought the
15   firm in December 1st, 2007, Phil Pendergraph, who is
16   the president of Penson -- they took our per-stock deal
17   away. He came back and said, "I know this is going to
18   affect you financially. I will lower your 35 cents a
19   thousand to 16 cents a thousand."
20   Q   Is the clearing arrangement documented?
21   A   No.
22   Q   It's a handshake deal?
23   A   Yes.
24   Q   You said you, also, negotiate the software
25   arrangements. What do you do in that regard?

**Page 37**

1    A   Same type of situation. I try to get the
2    cheapest transaction possible. Sterling charges me a
3    per-terminal fee. Every individual that sits in front
4    of Sterling either costs me, or I pass the cost on to
5    them. It's $230 a month. There's no transactional
6    fee.
7    Q   It's a flat rate?
8    A   Yes.
9    Q   You, also, said you bring in new business.
10   How do you go about doing that?
11   A   Try to find trading groups that would trade
12   with us.
13   Q   How do you do that?
14   A   Mostly, by word of mouth.
15   Q   When you say "word of mouth" --
16   A   Customer retail accounts may refer people to
17   me or members in our LLC may, possibly, refer business
18   to me.
19   Q   Any other ways as far as word of mouth is
20   concerned?
21   A   No.
22   Q   You said trading group in a previous answer.
23   What do you mean when you say that?
24   A   I try to bring in trading groups. In other
25   words, I'm not really going out trying to find

Exhibit ___2___ Page ___22___    10 (Pages 34 to 37)

Page 38

1  individual traders one at a time. I'll try to recruit
2  from Assent, who is a big firm. They might have 20
3  different offices in the U.S. Each group has 10, 15,
4  20 traders. I try to bring in larger groups instead of
5  just individuals one at a time.
6     Q  How do you go about doing that?
7     A  I call the owners, or the owner may call me.
8  He'll say, "This is my rate. Can you give me a better
9  rate if I move my business to you?"
10    Q  What rates do you discuss?
11    A  The clearing and software rates.
12    Q  Any other rates?
13    A  We may talk about credit, debit rates on the
14 actual account as far as the interest they get paid,
15 but I really can't negotiate on that. Penson pays me a
16 flat fee. I can't negotiate with them for a better
17 interest rate.
18    Q  When you say "interest rate," what do you
19 have?
20    A  There's a credit, debit spread. If I have a
21 million dollars, currently, I would much make 1.25
22 percent on the million dollars. If I borrow money for
23 them overnight, they would charge me almost 8 percent.
24 It's a great business for them. That's where they make
25 their money.

Page 39

1     Q  So do you provide any kind of interest rate to
2  the trading groups?
3     A  No.
4     Q  Other than the interest rate, the clearing fee
5  and the software fee, are there any other terms that
6  you negotiate with trading groups?
7     A  No.
8     Q  You said you've been doing marketing. How do
9  you go about doing that?
10    A  I don't know if I said -- I don't recall
11 saying I do marketing. I go to trade shows. If
12 there's a stat conference, security industry
13 conference, I try to go to the conference and meet
14 people at the conferences.
15    Q  What trade shows do you go to by type?
16    A  Traders expo. They have four shows a year.
17 One in New York is this weekend. There is one in San
18 Diego, not anymore. It was poorly attended. There's a
19 San Diego one. There's always a Las Vegas one. Pretty
20 much, there's always New York, Las Vegas. The other
21 two rotate.
22    Q  When you go to the shows, what do you do?
23    A  I will go to the vendor booths, talk to the
24 vendors. I know whether it's a software firm, whether
25 it's a clearing firm, introduce myself, see if there's

Page 40

1  any way we might be able to do business.
2     Q  Do you do anything else at the trade shows?
3     A  We'll host an event. We'll host a cocktail
4  party and try to invite the vendors to talk to them.
5  It's hard to talk to them during the show. They have
6  15, 20 people coming to the booth every 10 minutes to
7  see what product they offer.
8     Q  You said, "them." Who is "them"?
9     A  Vendor owners, clearing firm, salespeople.
10    Q  Anyone else?
11    A  Potential traders but traders don't put a
12 booth up.
13    Q  You said that you host events, and I'm trying
14 to determine who attends those events.
15    A  Vendors, clearing firms. Clearing firms will
16 come to the events, sales -- salespeople from the
17 clearing firms, salespeople from the software vendors.
18 People will come to our event that want us to do
19 business with them. They'll try to explain why their
20 product is better than what we're using.
21    Q  Does anyone else attend the events?
22    A  Individual traders may attend the event.
23    Q  Are they, actually, invited?
24    A  Yes.
25    Q  What is the purpose of these events that you

Page 41

1  host?
2     A  Find new business.
3     Q  From traders?
4     A  Yes, for the most part from traders. If there
5  is a vendor I want to do business with, I try to invite
6  him.
7     Q  You, also, stated, as part of your job, you
8  deal with wires and checks. What do you do in that
9  regard?
10    A  For traders, we only try to do wires once a
11 month on the first of the month. We ask they send a
12 distribution form in, try to get it to us two days
13 before the first. When I wire money out, if there's
14 $200,000 going out, I have to call Penson, request a
15 wire for 200,000. We don't keep money in the bank
16 account sitting there. They'll wire money to me. I'll
17 send checks or wires depending on the trader requests.
18    Q  You mentioned a distribution document. What
19 is that?
20    A  It has the trader's name, bank information, if
21 they want a wire, has their home information, if they
22 want a check, has their account number with us, and the
23 trader needs to sign on the document. If they come
24 back and say "I never requested this. You never sent
25 this," we have the check number or wire number on the

Exhibit ___2___  Page___23___      11 (Pages 38 to 41)

Page 42

```
 1  document.
 2      Q  I see.  And do you exercise any discretion as
 3  to whether to pay an account holder or trader the funds
 4  that the account holder wants?
 5      A  No.  If he only has a thousand dollars, I'm
 6  not going to send more than a thousand dollars.  If
 7  someone is closing their account, I may use discretion
 8  as far as I'm not going to send this out tomorrow.  I
 9  want to make sure all the bills, software fees,
10  everything are paid before I send the wire out.
11      Q  Other than you just described, do you use
12  discretion in any other way with regard to debits?
13      A  No.
14      Q  You mentioned that the money comes from
15  Penson; is that correct?
16      A  Yes.
17      Q  Okay.  What is the process of, actually,
18  getting that money?
19      A  I have to put a wire request to the
20  broker-dealer.
21      Q  That's Penson?
22      A  No.  The broker-dealer is GLB Trading.
23      Q  I see.
24      A  All requests have to go through the
25  broker-dealer.  I put a request in to the broker-dealer
```

Page 43

```
 1  requesting X amount of dollars.  The broker-dealer puts
 2  the request into Penson, and Penson will wire the money
 3  to Tuco Trading, LLC, to our bank account.  If it's an
 4  individual that opens just a regular retail account,
 5  they don't trade in our prop account.  I will notify
 6  the broker-dealer that Individual A wants $10,000.  He
 7  puts the -- Gus Katsafaros, who runs the broker-dealer,
 8  would put the request into Penson, and Penson sends it
 9  directly to them.
10      Q  Otherwise, if I have this right, you put a
11  request in to GLB for money to be wired into Tuco's
12  bank account.  From there, you make payments to the
13  traders in accordance with their requests for
14  distributions; is that correct?
15      A  Correct.
16      Q  You said you, also, pay bills.  What bills do
17  you pay?
18      A  Rent, employees, electricity, travel expenses.
19      Q  Anything else?
20      A  Office expenses, paper, computers.
21      Q  Anything else?
22      A  That pretty much sums up everything we write
23  checks for.
24      Q  Now, you mentioned that you put in a request
25  for funds to be wired.  Do you put the request in to
```

Page 44

```
 1  GLB?  Does Tuco have an account at GLB?
 2      A  Yes.
 3      Q  How many?
 4      A  Three.
 5      Q  Who is the broker of record on those?
 6      A  I am.
 7      Q  So is it correct to say that, when a debit
 8  is -- a debit request is made by a trader, Tuco gets
 9  the money from one of its brokerage accounts at GLB?
10      A  Correct.
11      Q  Other than getting money at GLB, is there any
12  other source of money from which to pay debit requests?
13      A  The only other place would be the Mann
14  account, View Trade account or the Advantage account
15  because those don't run through the broker-dealer.  Two
16  of them are future accounts, and View Trade is a BD
17  themselves.
18      Q  I see.  Have debits been made out of the
19  futures account?
20      A  No.
21      Q  Have any debits been made out of the View
22  Trade account?
23      A  No.  I should -- we had a Jeffries account
24  with View Trade.  We traded for one day.  We had money
25  in the account.  I closed the account, so I pulled it
```

Page 45

```
 1  out.  It wasn't a distribution to traders.  It was just
 2  closing of the account.
 3      Q  You've mentioned that Tuco has accounts at GLB
 4  Trading?
 5      A  Uh-huh.
 6      Q  Who controls those brokerage accounts?
 7      A  I would because I'm the owner of the LLC.
 8      Q  Does anyone else have control over the
 9  accounts?
10      A  No.
11      Q  Who can deposit funds into that account?
12      A  Anyone can deposit funds into the account.
13      Q  Who can withdraw funds?
14      A  I'm the only one that can withdraw funds.
15      Q  So no one else has that authority as far as
16  GLB is concerned?
17      A  Correct.
18          MR. YOUNG:  Be sure you let him finish his
19  question.  Your answer is ending up in the middle of
20  his question in the transcript.
21  BY MR. TERCERO:
22      Q  Is there any check-writing capability on any
23  of those accounts at GLB?
24      A  I don't know if there is or not.  We've never
25  done it.
```

Exhibit ___2___ Page___24___          12 (Pages 42 to 45)

**Page 46**

1    Q  And who has authority to trade in the GLB
2  accounts of Tuco?
3    A  Class B members.
4    Q  Other than class B members, who has authority
5  to trade in the account?
6    A  No one.
7    Q  When you say "class B members," what do you
8  mean?
9    A  All individuals that join our LLC to trade are
10  considered class B members.
11    Q  Have we been referring to the class B members
12  as traders up until now?
13    A  Yes.
14    Q  Other than GLB, does Tuco have any other
15  brokerage accounts?
16    A  View Trade, Mann Financial and Advantage.
17    Q  Okay.  Now, Mann and Advantage are commodities
18  accounts; correct?
19    A  Correct.
20    Q  Let's just stick with the brokerage accounts
21  for right now.  You said View Trade.  Is that still an
22  account of Tuco?
23    A  Yes.
24    Q  Since when?
25    A  December 2007.

**Page 47**

1    Q  Why did you start the View Trade account?
2    A  To try their software and because they had
3  better pricing than I could get through Penson myself
4  on the clearing side.
5    Q  Any other reason?
6    A  No.
7    Q  Who can withdraw funds from the View Trade
8  account?
9    A  Me.
10    Q  Anyone else?
11    A  No.
12    Q  Is there any check-writing capability for the
13  View Trade account?
14    A  I don't know, but we've never written checks
15  on the View Trade account.
16    Q  Who has authority to trade in the View Trade
17  account?
18    A  Class B members.
19    Q  Have class B members, in fact, traded through
20  the View Trade account?
21    A  Yes.
22    Q  What component -- let me start over.
23        What percentage of the business of class B
24  member trades occurs through the Tuco accounts at GLB
25  Trading?

**Page 48**

1    A  99 percent.
2    Q  Is the balance View Trade?
3    A  Yes.
4    Q  Other than GLB and View Trade, does Tuco have
5  any other brokerage accounts?
6    A  We have one with Evolution Capital.  We
7  started it in April of 2006 and never facilitated a
8  trade in the account.  We were going to, possibly,
9  trade through them, and we never -- we never traded
10  through them.  The account has been closed.
11    Q  You said Evolution Capital.  Is it, actually,
12  Evolution Financial?
13    A  Yes, Evolution Technology.  EFT, I believe, is
14  the letters of their company.
15    Q  Okay.  Has Tuco Trading had any other
16  brokerage accounts?
17    A  No.  We had an account with MB Trading in,
18  maybe, 2007 for currency trading -- no, 2006 for
19  currency trading.  We deposited 15,000 and traded,
20  maybe, for a month in the account.
21    Q  That's M, as in Mary, and B, as in Bob?
22    A  Yes.
23    Q  Has that account since been closed?
24    A  Yes.
25    Q  Has Tuco ever had an account at Wedbush

**Page 49**

1  Securities?
2    A  Yes.
3    Q  During what period of time?
4    A  April of 2007 and we quit trading in it
5  September of 2007.  There's $7,000 left in it.  I
6  requested for it to be closed.  It still hasn't been
7  closed.
8    Q  During the time that's been in operation, who
9  has been able to withdraw funds from that account?
10    A  Me, Doug Frederick.
11    Q  Anyone else?
12    A  No.
13    Q  Is there any check-writing capability on that
14  account at Wedbush?
15    A  Not that I know of but checks have never been
16  written on it.
17    Q  Who has the authority to trade in that count?
18    A  Class B members.
19    Q  Anyone else?
20    A  No.
21    Q  During what period of time did class B members
22  trade in the Wedbush account?
23    A  April 2007 to September 2007.
24    Q  During that time what was the percentage of
25  trading in the brokerage accounts we discussed, which

Exhibit __2__  Page __25__  13  (Pages 46 to 49)

1  are GLB, View Trade, Wedbush and, at least, for some
2  period of time, MB?
3     A  99 percent GLB and 1 percent divided between
4  the three of us or four of them.
5     Q  Now, does Tuco have any bank accounts?
6     A  Yes.
7     Q  How many?
8     A  They have three bank accounts.
9     Q  Where are the bank accounts located?
10    A  Chase.
11    Q  Since when?
12    A  August of 2006 -- August of 2006.
13    Q  What are the names -- what are the names of
14 the account holders on each of the accounts?
15    A  Tuco Trading, LLC, are two of them.  The other
16 one is Lanai Ltd., L-a-n-a-i.
17    Q  You have haven't spoken about Lanai.  What is
18 that?
19    A  They are a class B member of our LLC.  They
20 told me the only way they can receive a wire is if it
21 comes from Lanai to Lanai.  I opened a Lanai Chase
22 account.  Every month, I pay this class B member.  I
23 will wire money from Penson to Tuco Trading, LLC, and I
24 journal money over to the Lanai account and send the
25 wire to them.

1     Q  With regard to Lanai, you put a request in for
2  a wire into GLB.  The money is then wired through its
3  clearing firm to Penson to an account called Lanai?
4     A  No.  It is sent to Tuco Trading --
5     Q  Tuco Trading?
6     A  -- LLC at Chase.  It goes into -- 722923075 is
7  the account number.  That's where all wires go.  I
8  journal money to the Lanai account and send the wire to
9  Lanai out of that account.
10    Q  Where does the wire go?
11    A  It goes to HSBC Bank in Canada.  Just to
12 clarify, a wire cannot go out of the Tuco Trading
13 account unless is goes to a Tuco bank account.  I
14 cannot ask Penson to send a wire to anyone except to a
15 Tuco Trading bank account, just kind of explains the
16 Lanai.  In other words, Penson would never wire money
17 from Tuco directly to an account with the name of Lanai
18 on it.
19    Q  Other than the three accounts that you've
20 discussed, does Tuco have any other bank accounts?
21    A  No.
22    Q  Other than -- does Tuco have control of any
23 bank accounts even though the name of the account is --
24 let me start over.
25       Does Tuco have control over any bank accounts

1  even though Tuco's name may not be on the account?
2     A  Lanai, Ltd., which is one of the three.
3  Outside that, no.
4     Q  Does Tuco have funds in any bank account other
5  than the three accounts at J.P. Morgan Chase that
6  you've just described?
7     A  No.
8     Q  Now, other than the brokerage accounts that
9  you've discussed to us so far today, does Tuco have
10 control over any other brokerage accounts including
11 those not in its name?
12    A  No.
13    Q  Does Tuco have assets in any other brokerage
14 account?
15    A  No.
16    Q  Now, Tuco has commodities accounts as well?
17    A  Correct.
18    Q  Which commodities accounts does it have now?
19    A  Mann Financial and Advantage.
20    Q  With regard to the Tuco bank accounts, who
21 controls those bank accounts?
22    A  Doug Frederick.
23    Q  Anyone else?
24    A  No.
25    Q  Does that mean that only you can withdraw

1  funds?
2     A  Correct.
3     Q  Does anyone else deposit funds?
4     A  Anyone could deposit funds.
5     Q  Does that, in fact, happen?
6     A  Once in a while, we have a few traders in
7  Chicago that will deposit directly to a Chase account,
8  let me know what their deposit was; otherwise, they
9  have send the check to me, and I have to turn around
10 and send it back to Chase because there's no Chase in
11 California.  It becomes a tedious process.
12    Q  Back to the commodities accounts.  You said
13 there was Advantage?
14    A  Yes.
15    Q  And that there was, also, Mann Financial.  How
16 long has Tuco had the Advantage account?
17    A  March 2007.
18    Q  And who controls that account?
19    A  Doug Frederick.
20    Q  Anyone else?
21    A  Tuco Trading, LLC, in essence, Doug Frederick.
22    Q  Okay.
23    A  No.
24    Q  And do you, also, have complete control of
25 whether a withdrawal is to be made?

Exhibit ___2___  Page ___26___  14  (Pages 50 to 53)

Page 54

1   A   Correct.
2   Q   With regard to Mann Financial, who controls
3   the Mann Financial account?
4   A   Tuco Trading, in essence, Doug Frederick.
5       MR. YOUNG: When you're at an appropriate
6   stopping point may, we take five minutes?
7       MR. TERCERO: Of course. Let's go off the
8   record at 11:30.
9       (Recess.)
10      MR. TERCERO: Let's go back on the record at
11  11:38. During the course of the break, there were no
12  communications with the staff and commission, on the
13  one hand, and the witness, on other the hand. Would
14  you agree, Counsel?
15      MR. YOUNG: Yes, sir.
16  BY MR. TERCERO:
17      Q   Mr. Frederick, you mentioned various expenses
18  Tuco pays. Does Tuco pay for those expenses in the
19  same way for each of them?
20      A   I don't understand.
21      Q   Sure. You mentioned that Tuco has certain
22  expenses. You've listed them out, rent, employees,
23  electricity, office expenses, travel expenses. How
24  does Tuco pay for each of those expenses?
25      A   Writes a check for all of them.

Page 55

1   Q   From where does it write a check?
2   A   From the Tuco operating account.
3   Q   When you say "the Tuco operating account,"
4   what do you mean?
5   A   Chase Bank account ending in 3067.
6   Q   Where does the Tuco operating account at J.P.
7   Morgan Chase get the funds in which to pay the
8   expenses?
9   A   They get the funds from the commission profits
10  that we make on a monthly basis.
11  Q   When you say "commission profits that we make
12  on a monthly basis," who is "we"?
13  A   Tuco Trading.
14  Q   Other than the commission profits that Tuco
15  Trading makes, is there any other source of funds from
16  which Tuco pays its expenses?
17  A   No.
18  Q   Does Tuco, actually, recoup the expenses that
19  it pays from its members? Does it, actually, pass
20  along the cost or the expenses to its members?
21  A   When you say "costs," the travel
22  expenses? The rent?
23  Q   You gave me a list of rent, employees
24  electricity --
25  A   No, we do not pass that along.

Page 56

1   Q   And does Tuco pay those expenses directly, or
2   does someone or some entity first pay them, and then
3   Tuco reimburses that person or entity?
4   A   For travel expenses, it would be put on a
5   credit card. Everything else is paid by Tuco.
6   Q   Okay. So Tuco has a credit card account?
7   A   Doug Frederick has a credit card account.
8   Q   Okay. And then you get reimbursed out of the
9   Tuco operating account?
10  A   Correct.
11  Q   You mentioned that Tuco pays for its expenses
12  out of its commission profits. How does Tuco make
13  commission profits?
14  A   We have a cost of doing business, and we
15  charge class B members X amount above our cost.
16  Q   Okay. Now, cost of doing business is
17  different from the expenses; is that correct?
18  A   Correct. To clear a trade -- every trade we
19  have to pay to clear the trade, and we have to pay for
20  the software.
21  Q   Other than the clearing and software, is there
22  any other cost of doing business?
23  A   If we borrow money to provide leverage for the
24  account, that would be another cost.
25  Q   When you say "borrow money to provide

Page 57

1   leverage," what do you mean?
2   A   I have an individual, Frank McDonald, in
3   Boise, Idaho, that, if I need to borrow money for a
4   margin call or to have money in the account to allow
5   class B members to trade, I borrow money and pay him an
6   interest rate.
7   Q   Are there any other costs of doing business?
8   A   I don't believe so.
9   Q   Now, these costs of doing business -- they are
10  passed along to Tuco traders, meaning, the members?
11  A   All of -- all of those costs are taken into
12  account when I price what I'm going to price a trader
13  to trade at.
14  Q   When you say "price a trader to trade at" --
15  A   Charge them commission.
16  Q   Okay. Now, the costs of doing business --
17  this is something that Tuco pays; is that correct?
18  A   Correct.
19  Q   What is the source of the money that Tuco uses
20  to pay these costs of doing business? And, of course,
21  if they're different sources or different ways in which
22  these are paid, you're, certainly, more than welcome to
23  go through each of them.
24  A   The source of paying for that is the trading
25  account.

Exhibit ___2___ Page 27

15 (Pages 54 to 57)

Page 58

```
1      Q   And when you say "trading account," do you
2   mean Tuco's trading account at GLB?
3      A   Correct.
4      Q   All three of them?
5      A   Yes.
6      Q   Where does Tuco's trading account get the
7   funds to pay for the cost of doing business?
8      A   They get the funds from the trader.
9      Q   How does Tuco get the funds from the trader?
10     A   A class B member joins our LLC.  He pays money
11  to become a class B member.  If I charge him $5 a
12  trade, $5 comes out of the account that day.  My cost
13  maybe is a dollar on the trade.  $5 comes out of the
14  account, goes to the clearing firm, Penson, then gets
15  paid to GLB.  GLB will pay me the $4 margin that I put
16  on the trade.
17     Q   I see.  Tuco gets money out of its trading
18  account to pay for its cost of doing business, and the
19  source is the member; correct?
20     A   Correct.
21     Q   The member, essentially, puts the money in
22  Tuco's trading account through the commissions that it
23  pays?
24     A   Correct.
25     Q   Other than commissions, is there any other
```

Page 59

```
1   source from the member that the member uses to fund the
2   trading account so that Tuco can, in turn, pay for its
3   cost of doing business?
4      A   No.
5      Q   You mentioned that Tuco charges its members a
6   commission rate; correct?
7      A   Correct.
8      Q   That is something you set; correct?
9      A   Correct.
10     Q   And you set it a little bit higher than the
11  commission or than the amount that you have to pay --
12  you, Mr. Frederick, have to pay?
13     A   Correct.
14     Q   That's the amount that you, Mr. Frederick,
15  have to pay to the brokerage firm where Tuco has it's
16  accounts?
17     A   Correct.
18     Q   And that's GLB Trading?
19     A   Correct.
20     Q   Now, does GLB pay for its costs of doing
21  business as those costs are incurred?
22     A   No.
23     Q   How does it, in fact, pay for those costs of
24  doing business?
25     A   End of month.
```

Page 60

```
1      Q   So each month there will be a transfer of
2   funds from GLB's trading account at GLB --
3        MS. ESON:  You said GLB again.
4        MR. TERCERO:  I'm sorry.
5      Q   Each month there will be a transfer from
6   Tuco's accounts at GLB to whom to pay for the cost of
7   doing business?
8      A   At the end of the month, there is X amount of
9   dollars generated in commission.  For round numbers,
10  let's say $500,000.  At the end of the month, the
11  broker-dealer has -- GLB has $500,000 in commission
12  dollars.  GLB, in turn, has to turn around and pay the
13  commissions to Penson.  I would get $500,000 less
14  whatever the commission cost is from Penson, and GLB
15  would, also, pay for one of the trading platforms we
16  use, Sterling.  All of those expenses would be taken
17  out of what I receive before they make a payment to me.
18     Q   That payment is to you individually?
19     A   Yes.
20     Q   So every month, GLB and you settle up?
21     A   Correct.
22     Q   When you settle up with GLB, they have a
23  certain pot of money, which are the commissions
24  generated off of the Tuco accounts at GLB; is that
25  correct?
```

Page 61

```
1      A   Correct.
2      Q   From -- now, those commissions are commissions
3   that you earned; correct?
4      A   Correct.
5      Q   Then before GLB pays you your commissions,
6   they take out various costs; is that correct?
7      A   Correct.
8      Q   And the costs that they take out are what?
9      A   ECN costs, clearing costs, software costs.
10  Trading platform is the same thing.
11     Q   Okay.
12     A   Blue sheets.
13     Q   Anything else?
14     A   FederalExpress, if they've had to overnight
15  anything.
16     Q   To you?
17     A   Yeah, to me or if they needed to overnight
18  anything, any legal fees they've incurred for us.
19     Q   Anything else?
20     A   NSCC fees.
21     Q   Anything else?
22     A   Office expense, if we cost them any money for
23  the office.
24     Q   What expenses are those?
25     A   We have some traders in their Chicago office,
```

Exhibit _____2_____   Page_____28_____   16 (Pages 58 to 61)

**Page 62**

1  so we pay part of the rent there.
2     Q   Anything else?
3     A   I believe that's about it.
4     Q   Now, those costs are assessed monthly?
5     A   Yes.
6     Q   And are they, actually, taken out of your
7  commission monthly?
8     A   Yes.  So if I have a billing discrepancy with
9  a trading platform, an ECN, clearing firm, they still
10  pull the money out of what I'm owed and required to
11  deal with that.  I have to take it up with that
12  individual billing person.  From what I understand, the
13  broker-dealer has to do that because they can only have
14  accounts payable for so many months.
15     Q   I see.  GLB is going to pay those costs, but
16  whether Tuco should, actually, be paying them or not is
17  left for Tuco to deal with?
18     A   Correct.
19     Q   How soon after the close of a month does GLB,
20  actually, pay the costs that you've just identified?
21     A   I have no idea.  I don't have any access to
22  what bills they, actually, pay and don't pay.
23     Q   Or when?
24     A   Or when.
25     Q   But the money is debited out of your

**Page 63**

1  commissions?
2     A   Correct.
3     Q   Is that money, also, debited out of Tuco's
4  accounts at GLB?
5     A   The money has already been debited out of our
6  account because that money has flowed from our Tuco
7  Trading account to Penson.  Penson sends that money to
8  the broker-dealer, so everything that we owe has
9  already been debited out of what GLB is getting.  So
10  they get this $500,000 number, whatever it is, and they
11  have to go through and say here's the ECN bill.  This
12  ECN bill was given to us from Penson.  That's why every
13  month we have to hope we get more money back from them
14  than we owe them.
15     Q   So out of the list, let's figure out which
16  ones are per trade.  Are the ECN fees per trade?
17     A   Yes.
18     Q   What about the clearing costs?
19     A   Per trade.
20     Q   What about the software?
21     A   Sterling is a set fee.  All the other
22  platforms -- Das is a set fee.  Future Paths is a set
23  fee.  TT is a set fee.  All the other platforms charge
24  per trade.
25     Q   Such as Light Speed?

**Page 64**

1     A   Correct, Light Speed, Sterling, Hydra.
2     Q   Blue Sheets -- is that a per trade or not?
3     A   A Blue Sheet is an investigation that, I
4  believe, NASD may conduct -- an investigation on IBM.
5  It costs $100 per account for -- if I had a trader
6  trade IBM for that whole month they're questioning, GLB
7  has to give them the reports of IBM of every trade that
8  was done on our account.  That costs me $100 per stock.
9  That they call -- you have no idea what that is.  It
10  can range from 3,000 a month to 9,000 a month.
11     Q   And the FedEx fees are per FedEx?
12     A   Right.  Correct.
13     Q   Okay.  And legal fees are, I guess, as
14  they're -- just whatever they're billed?
15     A   Right, whatever they're billed.
16     Q   What about the NSCC fees?
17     A   Those are per trade.
18     Q   What about the office expenses?  Is that per
19  month?
20     A   Yeah, pretty much set.  It may vary by 2 to
21  $300 a month.
22     Q   So all of these costs with -- or all of these
23  fees are, actually, debited out of Tuco's accounts at
24  GLB, is that correct, or just the ones that are per
25  trade?

**Page 65**

1     A   All of these fees are deducted out of whatever
2  commission GLB receives from us, so if they receive
3  500,000 from Penson, they go through and start
4  deducting all these fees.  If my ECN bill is 100,000
5  for the month from GLB, theoretically, $100,000 should
6  have come out of the Tuco Trading account as the trade
7  has happened, goes to Penson, goes back to GLB.  There
8  should be $100,000 that gets uploaded as commission,
9  ECN fees.  If it's a perfect world, which it isn't, GLB
10  gets a bill for 100,000.  The 100,000 that I wish I got
11  come out of there.  Does that make sense?
12     Q   I think so.
13     A   NSCC fees are the same.  They get charged per
14  trade.
15     Q   The per-trade charges -- those are taken out
16  of Tuco's GLB account as the trade occurs?
17     A   Right.  That money goes to Penson and
18  accumulates until the end of the month until they
19  settle up with GLB, and then GLB settles up with me.
20     Q   That's money that's already been paid?  That's
21  money that Tuco doesn't have to pay for again; correct?
22     A   Right.
23     Q   And is that money -- the per-trade charge --
24  is that money that is, actually, taken out of your
25  commission check from GLB?

Exhibit ___2___  Page ___29___          17 (Pages 62 to 65)

**Page 66**

1    A  Yes, because the total trade, maybe, costs the
2  trader $8, if you add the SEC fees, the ECN fees and
3  the software fees.  The $8 leaves the Tuco Trading
4  account, goes to Penson for that $8 trade.  Penson
5  uploads that $8 at the end of the month to GLB.  GLB
6  looks at this and says $8 of this 3 cents was NSCC fee.
7  $2 was ECN fees.  16 cents was a clearing fee.  They
8  don't go trade by trade.  They have got to pay a bill
9  for everyone.  You get down to it.  Maybe on that $8
10  trade, GLB is, actually, paying me $3 after they deduct
11  and pay for all these bills because, even though it's
12  deducted out of my account real time, you don't get the
13  actual bill until the end of the month for the ECNs,
14  the NSCC fee and the clearing fee.
15    Q  When you say "my account," you mean --
16    A  Tuco Trading.
17    Q  But if the money is deducted for the per-trade
18  fees on a per-trade basis, isn't the money being
19  deducted, at least, daily, and then that money is,
20  actually, over at Penson; correct?
21    A  Correct.
22    Q  So Penson has got its money; correct?
23    A  Yes.
24    Q  GLB, actually, doesn't have to pay Penson.
25  Penson is already paid; correct?

**Page 67**

1    A  In theory, yes.
2    Q  What, actually, happens?
3    A  Penson already has the money.  I don't know
4  how it works.  I don't run a broker-dealer.  I'm
5  guessing.
6    Q  No guessing.
7    A  I really couldn't tell you how it works with
8  Penson and GLB as far as -- Penson definitely is
9  holding the money, and Penson knows when they're going to
10  get paid.  Penson is going to get paid before anyone.
11  They're the clearing firm.  They're going to release
12  the money to GLB, and it's GLB's problem -- they better
13  make sure they have money to pay for the ECN, the NSCC
14  fee, any software fees.
15    Q  Then the question becomes, if GLB has the
16  money to pay the ECN fees and all the other per-trade
17  fees, it does what it does, but if it doesn't have that
18  money, does it still pay you, or does it wait until it
19  gets the money?
20    A  It has paid me so far.  If I'm owed 100,000
21  for the month after everything, I get paid the 100,000.
22  I don't know if GLB pays their bills or pays the ECNs
23  or not.
24    Q  The commissions you, as broker on the Tuco
25  accounts at GLB -- how often are you, in fact, paid

**Page 68**

1  your portion of the commissions?  How frequently does
2  the check hit your account?
3    A  It varies.
4    Q  What is the range?
5    A  It should work that I get paid on the 15th of
6  every month following trading activity.  It hasn't
7  happened once.
8    Q  Typically, what happens?
9    A  There's an ECN billing situation.  They can't
10  figure it out with Penson.  I know Penson has paid
11  them, but they have to figure this ECN billing
12  situation out.
13    I'll give you an example.  For September, I
14  was paid a partial payment October 28th and a
15  partial -- I'm sorry -- November 28th, and the
16  remaining amount was paid December 3rd.  For my October
17  billing, I received a statement December 28th.  For
18  November's billing, I received a statement of what I
19  was owed, on, approximately, December 2nd or 3rd.  For
20  my December billing, I still have not seen the
21  statement.
22    Q  So what is the range from the time -- what is
23  the range from the end of the month for which you're
24  supposed to get commissions to when you, actually, get
25  paid?  What is the range of time that it takes?

**Page 69**

1    A  One month to three months.
2    Q  In that time frame, for that month, Tuco's
3  accounts are -- the money to pay for these per-trade
4  fees -- it's not there.  It's some place else; correct?
5    A  Correct.
6    Q  Now, does anything go into the account,
7  meaning, the Tuco, GLB accounts -- does anything go
8  into the account during that period from the time of
9  the end of the month to when you're, actually, paid for
10  that month your commissions?
11    A  As far as the trading account or bank account?
12    Q  Let's take the trading account.  Then let's
13  take the bank account.
14    A  As far as the trading account, nothing goes
15  in.  I may have to borrow more money from Frank
16  McDonald so I can provide leverage and keep the account
17  up.  Outside of that, occasionally, if we get a new
18  class B member that comes in or a class B member makes
19  a decent-size deposit, we would wire money into the
20  Tuco account.  That's held at GLB for the trading
21  purposes.
22    Q  Okay.  Now, let's talk about the bank account.
23  While there's this period from the end of the month for
24  a given month to the time that you are paid your
25  commissions, is any money put into the J.P. Morgan

18  (Pages 66 to 69)

Exhibit ___2___   Page 3̃8

Page 70

1   Chase account of Tuco?
2      A   Even the trading account is J.P. Morgan Chase
3   for clarification.  For the operating Tuco Trading
4   account, for 3067, yeah.  Maybe a member makes a
5   contribution.  There could be money coming in that way.
6   Outside of that, we do not receive a commission or
7   anything from anyone else.  This is what has been made.
8   It is hard to run a business when a lot of times you're
9   two months behind on getting paid.
10     Q   Okay.  But Tuco has already taken out the
11  commission that has to be paid over to GLB, and that
12  has to be paid to you, and it is, also, taking out the
13  commission that has to be paid to Tuco itself?
14     A   Absolutely.  Whatever that trader gets charged
15  and we have a margin on from our cost up, comes out of
16  the account on a daily basis.  The longer it takes for
17  me to get money from GLB -- theoretically, our trading
18  account should go down, down because commissions keep
19  coming out.  We have good traders.  Our traders make
20  more money on a daily basis on average than comes out
21  on commission.  If we had bad traders, I would be out
22  of business.
23     Q   Now, once you, actually, get your check one to
24  three months later, what do you do with the money?
25     A   Money will go into the Tuco Trading account.

Page 71

1      Q   Where?
2      A   At Penson.
3      Q   Okay.  So --
4      A   Or the money could be used if a trader is
5   asking for -- we made a million dollars this month.  We
6   want to pull a million dollars out.  If I get paid
7   money from the broker-dealer, I'm not going to take
8   that money from the broker-dealer, put it in the Penson
9   account then call Penson up and request the money back
10  so I can pay the trader.
11     Q   Let's take this step by step.  You get your
12  commission check.  Where does the commission check come
13  from?
14     A   The commission goes from GLB to Doug Frederick
15  because I'm the licensed individual on the account.
16  Every wire or check that comes to me goes directly to
17  the Tuco Trading operating account, 3067.  It does not
18  go directly into the trading account.  At that point,
19  we look at this.  I say when are traders going to be
20  pulling money out.  Does this money need to be held to
21  pay the traders, or do I need to send this to the Tuco
22  Trading trading account at GLB?  It depends on the
23  month.  It depends on when they pay me.  It varies.
24     Q   Okay.  So GLB wires money into your personal
25  account?

Page 72

1      A   They have to do it that way.
2      Q   Okay.  Where is your personal account located?
3      A   Chase.
4      Q   And is the money that GLB pays you for
5   commission always sent to your personal account at J.P.
6   Morgan Chase?
7      A   It has to be.
8      Q   Why?
9      A   Because there has to be -- they have to pay a
10  registered individual.  You can't register an LLC, so
11  they have to pay a registered individual for
12  commissions -- a licensed individual.
13     Q   When you say "licensed," what do you mean?
14     A   You have to have your Series 7.  I'm not sure
15  if you need the 55 or 63.  I have them, but you need
16  your Series 7.  I know that.
17     Q   All right.  So once the money is deposited by
18  GLB into your personal account at J.P. Morgan Chase,
19  what happens to that money?
20     A   That money is wired to the Tuco Trading wiring
21  account, the 3075.
22     Q   Why?
23     A   Because that's where we run the business out
24  of and that's where the money needs to go.  It has to
25  go from Tuco Trading to the Tuco Trading account.

Page 73

1      Q   So that's the goal, but it goes through -- is
2   that right?  The goal is to get the money that you get
3   from your commissions from GLB, to take that money and
4   to put it into Tuco's account at GLB?
5      A   The trading account or into Tuco to pay bills
6   to facilitate the business, whether it's rent, whatever
7   it is.
8      Q   Once the money is in your individual account
9   at J.P. Morgan Chase, you then transfer that money to
10  the wiring account of Tuco at J.P. Morgan Chase?
11     A   Yes.
12     Q   That is the 3075 account?
13     A   Correct.
14     Q   From there, where does the money go?
15     A   To the operating account.  We use the 3075.
16  That way anyone who makes a deposit or wires money into
17  that account -- that's all that account is used for.
18     Q   Including you?
19     A   Correct.  Whoever is wiring money, it goes
20  into there for recordkeeping purposes.  If money is
21  sent out for bills, really even to Penson, we take that
22  money.  We move it to 3075 -- I'm sorry -- 3067, which
23  is the operating account.  We pay bills out of there.
24  We wire money out of there to Penson for our Tuco
25  Trading account.  That's the way we flow everything.

19 (Pages 70 to 73)

Exhibit ___2___ Page _31_

**Page 74**

1  It goes into a wiring account, if it's trader money or
2  commission money. It gets moved to the 67 for
3  accounting purposes.
4      Q  I see. From there, you pay what we've called
5  your expenses, or you provide the money to Tuco's
6  Trading account at GLB; is that correct?
7      A  Correct.
8      Q  You need to make a decision as to where the
9  money should go; is that correct?
10     A  Correct.
11     Q  How do you make that decision?
12     A  If GLB -- if the broker-dealer would pay me
13  November 28th, I'm, probably, not going to move the
14  money until I know the 28th or 29th of November how
15  many traders are going to request distributions for the
16  month. If I receive $100,000 and there's $100,000 of
17  distributions, I move the money to 3067 and wire the
18  money out as distributions. If they pay me on the 5th,
19  more than likely, I'm going to move it to the 3067
20  account, and then I'm going to send it to the trading
21  account.
22     Q  One of the factors as to whether it goes to
23  3067 or if it goes to -- or the Tuco Trading account
24  is, what, the amount of distributions you need to make?
25     A  Correct.

**Page 75**

1      Q  And is another factor the amount of expenses
2  you need to pay?
3      A  Absolutely.
4      Q  Are there any other factors?
5      A  No.
6      Q  Now, the loans -- do you -- how do you think
7  of it? As a cost of doing business or as an expense?
8      A  It's definitely an expense.
9      Q  Why?
10     A  Because if I borrow a million dollars, I have
11  to pay interest. It costs me money to borrow a million
12  dollars, so there is an expense to me -- to Tuco
13  Trading for doing business.
14     Q  The arrangement -- the lending arrangement
15  between Mr. McDonald and the other party -- is that
16  between Tuco Trading and Mr. McDonald or between you
17  and Mr. McDonald?
18     A  Tuco Trading and Mr. McDonald.
19     Q  How long has that lending arrangement been in
20  effect?
21     A  With Tuco Trading, since August or September
22  of 2006.
23     Q  And how much under this arrangement can Tuco
24  Trading borrow?
25     A  The most money Frank ever has is 1.8 million.

**Page 76**

1      Q  And how frequently do you borrow money from --
2  how frequently does Tuco borrow money from
3  Mr. McDonald?
4      A  Every Monday.
5      Q  How is the amount of the borrowing determined?
6      A  The amount of the borrowing is what month is
7  it. Do I feel there's going to be good trading for the
8  month? If it's June, July, maybe it's a million
9  dollars. If it's September, October, November, it's,
10  probably, 1.8 million. Those are the months to trade.
11  We need money in the account for them to trade.
12  January, February, March are good. June, July or
13  August are, usually, rotten, slow months. Last year
14  was different. They were the best months in, probably,
15  two years.
16     Q  After August, how is it, typically?
17     A  Typically, September through early December
18  are the best months of the year as well as January
19  through March. March until September 1st, it's,
20  normally, fairly slow. People are on vacation. That's
21  what I've seen in the 15 years I've been in the
22  business.
23     Q  Now, you've said that Tuco borrows money every
24  Monday. What is the range of money that Tuco borrows?
25     A  500,000 to 1.8 million.

**Page 77**

1      Q  How long does Tuco keep the money before Tuco
2  pays it back to Mr. McDonald?
3      A  Every Friday.
4      Q  And what is the reason why the loan doesn't
5  cover the weekend?
6      A  So Mr. McDonald can make more money over the
7  weekend on interest. The original arrangement was
8  whatever I borrow I borrow for the month, and after
9  about a month, it changed to I can only do this Monday
10  through Friday.
11     Q  Who said that?
12     A  Mr. McDonald. That's my source of borrowing.
13  I can't argue with him. I assume. I don't understand
14  interest rates. I assume he gets credited Friday,
15  Saturday, Sunday and, probably, Monday. He waits until
16  the end of the day on Monday.
17     Q  At the end of the day on Monday?
18     A  At some point. It's always there at the end
19  of the day Monday. I don't know when he really sends
20  it in.
21     Q  Does Mr. McDonald loan Tuco the money himself
22  or other entities?
23     A  He has three other LLCs, Schiller, LLC,
24  Worldwide Trader Capital. I'm not sure the spelling
25  and Caledonia.

Exhibit __2__ Page 32

Page 78

1    Q   It's through those entities that Mr. McDonald
2  provides funds that Tuco borrows?
3    A   Correct.
4    Q   Now, where does Mr. McDonald through these
5  entities wire the money to?
6    A   He has accounts at Penson for these three
7  entities.  He will journal money into our account on
8  Monday.  I have to sign a document, have it notarized,
9  overnight it to Penson to release the money back to him
10 on Friday.  They don't care about the money going in,
11 but any money going out I have to sign off on, and
12 Penson, also, has signed off on this document.
13   Q   So the money comes from these three entities
14 of Mr. McDonald's and goes into Tuco Trading's accounts
15 at GLB; correct?
16   A   Through GLB as a broker, yes.
17   Q   You said Mr. McDonald's entities have accounts
18 at Penson.  Penson is the clearing broker who is the
19 introducing broker for those accounts?
20   A   GLB because GLB, also, signs off on the
21 lending arrangement.
22   Q   That's the basis for your belief?
23   A   Yes.
24   Q   Do you have any basis from which to say you
25 are certain those three accounts of Mr. McDonald are at

Page 79

1  GLB?
2    A   No, I don't.
3    Q   You're not broker of record on those?
4    A   No.
5        MR. TERCERO:  Sir, let me now hand you what
6  today has been marked as Government Exhibit 2.  I'll
7  provide copies to everybody.
8        (Government Exhibit 2 was marked for
9        identification by the court reporter.)
10 BY MR. TERCERO:
11   Q   Please, take a look at it, and let me know if
12 you recognize it.
13   A   It's our Web site.
14   Q   Tuco Trading's Web site?
15   A   Yes.
16   Q   When did Tuco Trading first have a Web site?
17   A   The fall of 2006.
18   Q   And has it had a Web site since that time?
19   A   Yes.
20   Q   Who is responsible for the content that is on
21 Tuco's Web site?  Who is responsible for the content?
22   A   We have an IT department in Dallas that does
23 all of the Tuco Trading Web site, modifications,
24 changes.
25   Q   Now, is that a contractor or actual employees

Page 80

1  of Tuco?
2    A   One of them is an employee.  The other is a
3  contractor.
4    Q   That employee -- does that employee do
5  anything else other than deal with the Web site?
6    A   No.
7    Q   Who, actually, prepares what's written
8  there?  Who drafts the language?
9    A   Jared Vrazel, who works for us in our La Jolla
10 office, or Mike Kestler, who is the head trader.
11   Q   Anyone else?
12   A   Nope.
13   Q   Does anyone have the authority to approve the
14 text?  Meaning, it doesn't get on the Web site until a
15 particular individual, actually, approves the text.
16   A   That would be Jared or Mike.
17   Q   Do you have any role in reviewing the text
18 that appears on the Web site?
19   A   I definitely have -- I see any changes they
20 make.
21   Q   Do you approve them?  Can it get onto the Web
22 site before you say it can go onto the Web site?
23   A   Yes.
24   Q   You said Jared Vrazel and Mr. Kestler.  Of
25 those two individuals, who needs to approve the text

Page 81

1  before it's placed on the Web site?
2    A   The two of them and I do approve it.  I get
3  the new text.  I look over it.  If I don't respond
4  "Don't put this on there," and Mike doesn't respond, "I
5  don't think this should go on the Web site," it gets
6  put on there.  Jared deals with our IT guys in Dallas.
7    Q   Has Tuco ever had any other Web site?
8    A   No.
9    Q   Has Tuco ever had a link to any other Web
10 site?
11   A   I would have to look at this.  I don't know.
12 A trading platform -- we may have had a link to them.
13   Q   But do you have an actual recollection, or is
14 that just your speculation?
15   A   It's my speculation.
16   Q   No guessing.  No speculation.  Okay.  Thank
17 you for trying.  Has anyone ever approached Tuco to
18 have its Web site linked to Tuco's Web site?
19   A   Trade Ideas in Carlsbad has.
20   Q   Anyone else?
21   A   Not that I know of.
22   Q   Did Trade Ideas, actually, get a link to Tuco?
23   A   I don't know.
24   Q   Who would?
25   A   Jared Vrazel.

Exhibit  2    Page  33

Page 82

1    Q  Anyone else?
2    A  Mike Kestler.
3    Q  Look at the first page of Exhibit 2.
4  Underneath Tuco Trading, LLC, the top corner at the
5  right-hand side, it says, "Trading solutions for the
6  active trader." What does that mean?
7    A  It means our company is geared towards active
8  traders.
9    Q  What are active traders? What does that mean?
10   A  To me, it means someone that trades a relative
11  decent amount of shares.
12   Q  What is the range of the number of shares
13  traded?
14   A  More than 150,000 shares a month.
15   Q  Okay. Active trader -- does that, also, mean
16  the frequency with which trades are placed?
17   A  Correct.
18   Q  Is it fair to say that Tuco holds itself out
19  as a place that facilitates trading by day traders?
20   A  Yes.
21   Q  Is that how you present the business when you
22  solicit new business from these trading groups you
23  mentioned earlier?
24   A  I wouldn't say that's how I hold it out. The
25  business -- the groups I try to attract are high-volume

Page 83

1  traders.
2    Q  Are they day traders?
3    A  They could be day traders. A majority of the
4  business I try to bring in is, probably, yes, all day
5  trading or automated trading.
6    Q  When you say "automated trading," what do you
7  mean?
8    A  Completely done by a computer. There's no
9  human intervention.
10   Q  If you look at the second page of Exhibit
11  Number 2, it says, "Tuco Trading is a private equity
12  trading firm with 20 years of experience." What's your
13  understanding of what a private equity trading firm is?
14   A  It's an LLC, so it's a private company, and
15  we -- we really -- our business is based on equity
16  trading. It's not based on options trading or futures
17  trading. Our company is really for active equity
18  trading.
19   Q  So the private means that Tuco Trading is a
20  private company?
21   A  Correct.
22   Q  And the equity trading -- is that the type of
23  business that it's in?
24   A  Right.
25   Q  As opposed to options or futures?

Page 84

1    A  Or four X, yes.
2    Q  What percentage of Tuco's business is equity
3  trading?
4    A  99 percent.
5    Q  The rest is spent among futures and
6  commodities?
7    A  And options.
8    Q  If you look a little bit further, I think it's
9  the fifth page, it says, "Education," at the top, and
10  it mentions some training. What kind of training does
11  Tuco provide?
12   A  We allow people to sit behind profitable
13  traders. We give seminars on different routes for
14  traders to use, maybe, once a week. We'll do a seminar
15  with people that trade in a trading room about what
16  they see in the market. They call out trades while
17  they're trading. I'm buying 100 shares of IBM. I like
18  IBM.
19   Q  You say traders can shadow a professional
20  trader. Where does that occur?
21   A  In the La Jolla office. They sit behind him
22  and watch what he does.
23   Q  So this person is simply observing?
24   A  Correct.
25   Q  The observation you just described -- how

Page 85

1  frequently has that happened?
2    A  Every day.
3    Q  Is it a new trader each day?
4    A  Not always. It can be an experienced trader
5  that wants to go sit by another guy and watch -- sit by
6  another profitable trader and see what he's doing.
7    Q  Per day, how many people are observing a
8  professional trader?
9    A  Some days none. Some days one, two. It
10  varies.
11   Q  Okay.
12   A  It's not an everyday event.
13   Q  Per month, how many observation trainings go
14  on?
15   A  I wouldn't call it training. It just allows
16  you to come in and see how we trade and gives you an
17  idea if you really want to open an account with us. Is
18  this the type of trading that you're interested in
19  doing with us?
20   Q  Is the observation -- is this only for
21  potential new traders?
22   A  Can be a potential new traders. It can be my
23  mom, my dad, whoever wanted to sit by them. They have
24  friends that come in that don't trade that maybe are in
25  the real estate market. It's slow. They want to come

Exhibit ___2___ Page __34__        22  (Pages 82 to 85)

Page 86

1  in and see what they're doing.
2      MS. ESON: Is it a condition of joining that
3  someone agrees they will permit another person to
4  observe their trading?
5      THE WITNESS: Absolutely not. There's few
6  people that like them to watch them trade. Some of our
7  best traders will rarely allow someone to sit behind
8  them.
9  BY MR. TERCERO:
10     Q  Per month, how many observations take place?
11     A  20, 30, every day because one guy will get up
12 out of his seat and go watch another guy trade. It
13 could be someone already trading there. It might be
14 three, four new people a month that come in and try to
15 figure out if this is something they're interested in
16 doing.
17     Q  The seminars that you referred to -- how
18 frequently are those held?
19     A  Twice a month.
20     Q  Where are they held?
21     A  In the office. It's after trading. Everyone
22 will crowd around one of the guy's monitors, and they
23 will talk about what they did for the day, what they've
24 been looking at trading-wise.
25     Q  Is it formalized training or informal?

Page 87

1      A  Very informal.
2      Q  Is it regularly held?
3      A  No. There's no regular meeting. It happens
4  more so when the market is not doing too well. They
5  try to get the morale of the office up.
6      Q  Is this just out of the La Jolla office?
7      A  Yes.
8      Q  Any other office?
9      A  No.
10     Q  You mentioned something about calling out.
11 What is that?
12     A  I just bought 5,000 shares of Intel. They'll
13 call their trades out. I bought 5,000 shares of Intel,
14 and I'm down on it. It kind of gives other people an
15 idea that I don't want to buy Intel right now. He's
16 losing money on it.
17     Q  Who has the ability to call out?
18     A  Anyone that trades in our office.
19     Q  It could be a member who is an individual or
20 somebody who is a very experienced trader?
21     A  Right. You have to pick and chose who you are
22 going to listen to. After a while, you learn who is
23 worthwhile to listen to.
24     Q  After the education page, if you go six more
25 pages, you'll see a page that says, "Contact us," and

Page 88

1  then it says, "For more information e-mail or call,"
2  and then it provides a number. What information can
3  somebody get if they either e-mail or call? Let's take
4  e-mail first.
5      A  If they e-mail, they -- the normal trader will
6  say I trade X amount of shares a month. What software
7  systems do you have to trade on? If I do this many
8  shares a month, what type of commission would you
9  charge me?
10     Q  Is that the same type of communication that
11 happens if someone calls the number listed on the page?
12     A  Correct.
13     Q  Who fields the calls at that number?
14     A  Ben Ball, Jared Vrazel, Mike Kestler, myself
15 or Adam Coreson, whoever happens to pick the phone up.
16     Q  The people that you just mentioned -- are they
17 all located in the La Jolla office?
18     A  Yes.
19     Q  Are there any other Tuco Trading staff other
20 than those people that you've mentioned?
21     A  No. The IT -- I have three IT people in the
22 Dallas -- it's not a Tuco office. It's a Tuco IT
23 office. That's all they do is IT. There's no traders
24 in there.
25     Q  Any other staff?

Page 89

1      A  No.
2      Q  You mentioned earlier that sometimes rent is
3  paid to GLB for Chicago office space?
4      A  Uh-huh.
5      Q  Who is there?
6      A  I have, approximately, six traders in their
7  office. I believe the -- one of the principals of the
8  broker-dealer is located there. They have a
9  receptionist there. GLB has a place for a
10 receptionist, and they, also, have one other operations
11 person that answers phones. GLB has three employees in
12 that office. I have, approximately, six traders.
13     Q  What other offices does Tuco have?
14     A  That's the only office that we pay rent for.
15     Q  What about the ones Tuco doesn't pay rent for?
16     A  We have affiliations. We have two traders
17 that trade through us in Austin. We have an office
18 that trades through us in New York. New York we don't
19 pay rent. We make commissions off of their Web site.
20 We do put them on our Web site. That way, if anyone
21 calls up and says, "I'm in Austin, Texas. I see you
22 have an Austin office," we'll refer them to the Austin
23 office.
24     Q  If you have traders in a particular city, if
25 they're willing to have other traders come in, then

Exhibit ____2____ Page __35__      23  (Pages 86 to 89)

**Page 90**

1 that's an office of Tuco?
2    A Right. Theoretically, it's not an office. If
3 we can help the other offices, it comes back to us
4 because we're making commission off of it.
5    Q If you go about -- if you flip two pages,
6 you'll see what -- what you go to if you click on the
7 link that says, "To open an account, click here," and
8 then you'll see it says, "Contact us," and then there's
9 this box with little white rectangles in it to fill in
10 information. Do you see that?
11    A Yes.
12    Q Various pieces of information are asked for in
13 order to open up an account. There's one towards the
14 middle that says, "Average monthly volume." What does
15 that mean?
16    A How many shares a month do you trade.
17    Q The next is trading experience. What does
18 that mean?
19    A How many years have you traded.
20    Q It says, "Referred by." How often does
21 somebody put something in there?
22    A .1 percent of the time.
23    Q If you look, it says, "I am most interested
24 in," which is one white rectangle up from the bottom.
25 There are various choices. You can flip through each

**Page 91**

1 page. They are superior software. If you go another
2 two pages, you get to trading opportunities and another
3 two pages you get to convenient locations. Another two
4 pages, you get to remote trading, and then another two
5 pages, you get, excellent trader support, and another two pages,
6 you get low commissions. Those pieces of
7 information -- how does Tuco use them?
8    A As a sales tool. If someone comes to me and
9 says "I'm interested in low commissions," I immediately
10 know the individual is, probably, a high-volume trader.
11 If it's superior software, I figure out what software
12 they're on to compare it to what software they would
13 like to trade on if they open an account with us.
14    Q Who takes this information once it has been
15 submitted?
16    A I do.
17    Q What do you with it?
18    A I call them or send an e-mail to them.
19    Q Do you negotiate an arrangement with the
20 people that submit the form?
21    A Yes.
22    Q How many traders have you gotten in this
23 method through the Web site?
24    A Two to five, approximately.
25    Q And you've mentioned how you get the other

**Page 92**

1 traders. I take it that's the 98 percent balance?
2    A Right.
3    Q What's the most popular way for you to get --
4 what is the most common way for you to get a new
5 trader?
6    A A referral from a current trader.
7    Q What percentage of the time are referrals --
8 what percentage of Tuco's members are referrals?
9    A 75, 80 percent, approximately.
10    Q Then the remainder, other than the Web site,
11 how many -- how do you get them?
12    A I guess I'd have to say 99.9 percent is all
13 referrals. Outside our Web site, no one knows who we
14 are. It could be a software vendor for a referral.
15 It's not necessarily just a referral from a trader, or
16 a friend could refer them to me. I've been in business
17 quite sometime now.
18    Q How long?
19    A The stock business since '92, not necessarily
20 day trading all day. My first job out of college was
21 selling mutual funds, annuities and insurance.
22    Q You've been in the business working with Titan
23 and Evolution Capital and Tuco since when?
24    A 2002, 2003.
25    MR. TERCERO: Let me now hand you what's been

**Page 93**

1 marked today as Government Exhibit 3.
2    (Government Exhibit 3 was marked for
3    identification by the court reporter.)
4 BY MR. TERCERO:
5    Q Could you take a look at it, and let me know
6 if you recognize it?
7    A Yes, I do.
8    Q What is it?
9    A It's a form a trader will fill out to open an
10 account at Tuco Trading.
11    Q Is that the first page?
12    A Yes.
13    Q What about the entire package? What is that?
14    A I believe the operating agreement, a fees
15 list. They need to check and tell us what they want
16 for quote fees on the platform. There's an ECN rate
17 schedule, which we try to get updated. There's a
18 market data agreement that they have to sign off on
19 with the software company and limited trading
20 authorization. If someone were to -- his mother is
21 opening an account, and he's going to trade on his
22 mother account. They both need to sign off on the
23 limited trading authorization, a new account
24 notification form and a trader information sheet. That
25 gives the information on the trader.

24 (Pages 90 to 93)

Exhibit 2 Page 36

Page 94

1    Q  As a whole, are these the new account
2  documents for a trader?
3    A  Correct.
4    Q  Who sends these packages out?
5    A  Ben Ball, Adam Coreson, Jared Vrazel, myself,
6  whoever is available to send the packet out at the
7  time.
8    Q  On the very first page, new account
9  notification form, who -- what is the purpose of this
10  form?
11    A  This is a fairly new form we started using.
12  It's for the file for the trader.  That way the
13  commission rate -- we know what the commission rate is,
14  and there's no argument when they sign up that, look,
15  we filled this out.  You said it's $3 per thousand, and
16  now, you're telling us $2.  Why did you send this with
17  the paperwork?
18    Q  Okay.  So who, actually, fills in the lines of
19  the new account notification form?
20    A  Sometimes I will; otherwise, the individual
21  trader.
22    Q  And then once it's filled out, do you,
23  actually, provide a copy to the trader?
24    A  No.
25    Q  This is something that's maintained at Tuco?

Page 95

1    A  Correct.  We've just recently started using
2  this for the fact that, if I quote someone -- if I
3  quote someone $3 per thousand and I write it on the
4  sheet and I give it to Ben or Adam and the person calls
5  back and says -- traders do this all the time -- "Doug
6  told me it's $2 per thousand."  He will go to the file
7  and pull it out and say, "No.  It's $3 per thousand.
8  You need to call Doug.  Take it up with Doug."  It
9  happens, probably, every other day.
10    Q  Since when has the new account notification
11  form been used by Tuco?
12    A  September, October 2007.
13    Q  Of all the software that you've previously
14  testified about, what's the most popular one?
15    A  Sterling.
16    Q  What percentage of the traders use that?
17    A  Right now, a little over two-thirds.
18    Q  And the balance -- the other thing -- what
19  software do the traders use?
20    A  Mostly, Light Speed.
21    Q  We've got about 66 to 67 percent using
22  Sterling and what percentage using Light Speed?
23    A  23 percent.  So about 10 percent of the rest
24  of the people use the other random softwares that they
25  have to have to trade with us.

Page 96

1    Q  Now, the larger traders that Tuco has -- what
2  do they use?
3    A  Light Speed or Sterling.
4    Q  Who determines the commission rate?
5    A  I do.
6    Q  Who determines the software fee?
7    A  The software vendor.  We don't upcharge the
8  software fee.  Whatever our cost is is our cost on the
9  software.  We just have this page so that, if I were to
10  give this form to Ben, he knows what software they're
11  looking to get a demo on, whether it's Light Speed or
12  Sterling.
13    Q  A new trader, actually, gets to try out the
14  software -- the trading capabilities Tuco offers
15  before, actually, signing up?
16    A  Correct.
17    Q  How long do they get?
18    A  As long as they want.
19    Q  But at some point, they can say, "Sign me up"?
20    A  Normally, after two weeks, they'll have to
21  call in and get a new demo.
22    Q  Why?
23    A  The software vendors don't like to give a lot
24  of demos out.
25    Q  I see.  And then the next page is the sign

Page 97

1  up -- actually, before we get there, what is the range
2  of commission rates that Tuco Traders are charged?
3    A  20 cents a thousand to $8 per thousand,
4  approximately.
5    Q  What's the average?
6    A  It's hard to give you an average because we
7  have business outside the U.S.  That is pretty much
8  all at 20 cents a thousand.  A thousand of our traders
9  are at 20 cents a thousand.  The other 400 are at,
10  approximately, 2.50 per thousand.
11    Q  Now, you mentioned the 20 per thousand -- or
12  20 cent per thousand are outside of the country?
13    A  Right.
14    Q  Where?
15    A  Canada, China.
16    Q  What kind of trading do these people do?
17    A  Rebate trading.  They trade for rebates -- the
18  ECN rebates.  They sit on the bid and offer.  They
19  trade stocks, normally, that never move that are less
20  than $10.
21    Q  And those are the people that are in Canada
22  and China.  The rest that are at about 2.50 per
23  thousand shares -- what do they trade?
24    A  Trade news place, trade whatever.  If the
25  banking industry -- they trade the banking stocks, if

25  (Pages  94 to 97)

Exhibit ___2___ Page __37__

Page 98

1  that's hot for the day.  It depends on what's moving
2  for the day.
3      Q  These are the day traders?
4      A  Yeah.
5      Q  Now, since the commission rates vary, how does
6  Tuco determine how much in commissions the trader owes?
7      A  When they sign up, they're given a commission
8  rate.
9      Q  How does Tuco keep track of that?
10     A  We have a back office that keeps track of all
11  of that.
12     Q  How does the back office, actually, get the
13  information?
14     A  They get it from the software vendor every day
15  of what they paid in commission.
16     Q  How does the software vendor know what
17  commission Tuco is charging?
18     A  To open an account, for any subaccount, we
19  have to give them a price for commission.
20     Q  When you say "subaccount," what do you refer
21  to?
22     A  Our account is set up as one large retail
23  account.  There are many subaccounts underneath that
24  account.  Trader A could be 2345.  Trader B could be
25  2346 as far as a subaccount that falls underneath that

Page 99

1  master account.
2      Q  Now, you said that there's this large master
3  account, that it's a retail account.  Where is that
4  account located?
5      A  Penson.
6      Q  That's the clearing firm.  What's the
7  introducing broker?
8      A  GLB.
9      Q  These are the three Tuco accounts at GLB we've
10  been referring to?
11     A  Correct.
12     Q  Are those three accounts considered one
13  separate master account, or is it a combined account?
14     A  21314075 is the master account that everything
15  is uploaded to at the end of day.
16     Q  Even from the other two accounts?
17     A  Correct.
18     Q  So you said that, when a new subaccount is
19  opened, you have to tell the software vendor.  What
20  information do you have to Tuco provide the software vendor?
21     A  We provide them with the trader's name and the
22  commission he's going to be charged.
23     Q  With that information, what does the software
24  vendor do?
25     A  Gives them a live log-in and gives them an

Page 100

1  I.D. for their log-in to the software, and they put in
2  whatever commission we tell them to put in.
3      Q  The software enables the trader to place
4  trades?
5      A  Correct.
6      Q  Each time a trade is executed, how is the
7  commission calculated?
8      A  The software company calculates it, so if
9  they're paying $5 per thousand, $5 per thousand gets
10  calculated.  If they trade 500 shares, they're getting
11  2.50.  If they trade 100 shares, they get charged 50
12  cents.
13     Q  With the information from Tuco, the software
14  company can, actually, calculate what the subaccount
15  commission charge is?
16     A  Correct.
17     Q  You mentioned that there was an upload of
18  information.  How frequently does the upload occur?
19     A  Currently, end of day file.  So at the end of
20  the day, each software vendor uploads all this
21  information to our back office and the clearing firm.
22     Q  The clearing firm for the --
23     A  Penson.
24     Q  That's the clearing firm for those Tuco, GLB
25  trading accounts?

Page 101

1      A  Correct.
2      Q  Master accounts.
3         MR. YOUNG:  Are we going to take a lunch break
4  pretty soon?
5         MR. TERCERO:  Sure.  Why don't with go off the
6  record at 12:55.
7         (Lunch recess.)
8         MR. TERCERO:  All right.  We are back on the
9  record at 2:03, and during the course of the lunch
10  break, there were no communications of substance
11  between the staff of the commission, on the one hand,
12  and the witness, on the other; is that correct,
13  Counsel?
14        MR. YOUNG:  That's correct.
15  BY MR. TERCERO:
16     Q  Sir, we were talking about the new account
17  package, and we were, also, talking about the software
18  that traders use.  And just to zero in a little bit
19  further, we were discussing how the commission rate is
20  set by Tuco Trading, and then that information is
21  provided to the software company so that they can
22  calculate the commission rate each time a trader places
23  a trade.  What other calculations does the software
24  make besides just the commission?
25     A  ECN pricing, NSCC pricing and SEC pricing.

Exhibit ___2___ Page __38__    26  (Pages 98 to 101)

**Page 102**

1      MS. ESON:  ECN?
2      THE WITNESS:  NSCC and SEC.
3   BY MR. TERCERO:
4      Q   You, also, mentioned the software has a
5   per-trade charge; is that correct?
6      A   Uh-huh.  Yes.
7      Q   Is that, also, calculated into the software's
8   calculation on this trade?
9      A   Yes.
10      Q   Okay.  Any others?
11      A   No.
12      Q   You, also, testified that that information is
13   provided one file to Tuco, and then that same file is,
14   also, sent to Penson, which is GLB's clearing firm;
15   correct?
16      A   Correct.
17      Q   When is the file sent to Tuco?
18      A   End of day, same time the file is sent to
19   Penson.  It could vary.  It has to be in by 7:30
20   central time in the evening.
21      Q   Has to be in where?
22      A   It has to be in to the clearing firm for them
23   to process it.
24      Q   Now, you said that the file was sent to Tuco.
25   Where is the information from the software vendor

**Page 103**

1   placed at Tuco?
2      A   It is sent to our IT department in Dallas.  It
3   doesn't -- it doesn't, actually, come to Tuco.  That's
4   where our Web site is hosted, and that's where our back
5   office is hosted.
6      Q   I see.  That's the back-office system?
7      A   Right.
8      Q   So is the file downloaded into the back-office
9   system?
10      A   I don't know how it's done.
11      Q   Okay.  But it's, also, sent to Penson?
12      A   Correct.
13      Q   Who would know how the file sent to Tuco's IT
14   department is, actually, downloaded?
15      A   Anthony Lee -- he runs the IT department.
16   He's the one that designed our back office.
17      Q   Does the back-office system at Tuco have any
18   similarities to the back-office system of the clearing
19   firm, Penson?
20      A   Yes.
21      Q   What is the similarity?
22      A   At the end of the day, however much money is
23   in the account, profit or loss for the day should match
24   up.  If I went onto Penson's Web site, looked at Tuco
25   Trading's account, it would say plus 200,000 for the

**Page 104**

1   day.  Our back office should say the same thing.  On
2   all the traders' profits, you should come up with the
3   same exact number.
4      Q   Net profits?
5      A   Correct.
6      Q   Do the fees, also, match up?
7      A   Yes.
8      Q   Does someone check at Tuco whether the
9   information available from Penson and the information
10   in the back-office system match?
11      A   Yes.
12      Q   Who?
13      A   Gus Katsafaros, not someone from Tuco, but he
14   is the principal.
15      Q   At GLB?
16      A   Correct.
17      Q   How do you know he does that?
18      A   That's his job.  The broker-dealer gets paid
19   to make sure the accounts are correct on a daily basis.
20      Q   And other than the commission rate, is any
21   other information provided by Tuco to the software
22   vendor in order to do the calculations per trade?
23      A   No.
24      Q   If you look back at Exhibit 2, specifically,
25   the few pages -- I'm sorry -- Exhibit 3, specifically,

**Page 105**

1   the second page, it says, "Sign-up checklist."  What is
2   this form used for?
3      A   It's used by the member joining to make sure
4   he's filled out everything before he sends it back to
5   us.
6      Q   Who prepared the form?
7      A   Ben Ball.
8      Q   Who approved the form?
9      A   Doug Frederick.
10      Q   The second entry with a little box by it on
11   the top says, "I provided an AOL instant messenger name
12   on the trader information sheet."  Why is that
13   information to be provided?
14      A   We try to demand that each member has an
15   instant message that is always up and functioning in
16   case their system goes down or we have a problem with
17   one of the routes.  We can send an IM instead of trying
18   to call each individual on the phone.  If the trader is
19   having a bad day and he's close to his loss limit for
20   the day, we can send an instant message and make sure
21   everything is all right, make sure the trader is
22   sitting at his desk, and it wasn't an erroneous trade.
23      Q   Is there any other reason why the trader is to
24   provide an instant message address?
25      A   No.

27 (Pages 102 to 105)

Exhibit ___2___  Page 39

Page 106

1    Q   The next page says, "Limited trader
2    authorization." You, briefly, discussed what this is.
3    Do you recognize the page?
4    A   Yes.
5    Q   How is it you recognize it?
6    A   This is a limited trading authorization form
7    for Light Speed Trading. If you open an account with
8    Tuco, you become a class B member. If you want to use
9    the Light Speed Trading platform, you have to fill this
10   out. It's required by Light Speed. It's really
11   someone trading in the Tuco account. We're giving them
12   limited authorization to trade in that account.
13   Q   It is Tuco who is authorizing whoever is in
14   the blank at the top of the page?
15   A   Correct. I have to sign this form for each
16   trader who starts under Light Speed.
17   Q   Who gets a copy of the signed form?
18   A   We get a copy of the signed form.
19   Q   Anyone else?
20   A   We don't send the forms back to the trader,
21   so, no, it goes to Light Speed. They would, also, see
22   it. We cannot open an account and let someone trade on
23   Light Speed unless they fill this form out.
24   Q   Does it go to Penson?
25   A   No.

Page 107

1    Q   GLB?
2    A   No.
3    Q   You mentioned open an account. Where is the
4    account, actually, opened that you're referring to?
5    A   It's opened through Tuco Trading. You fill
6    this paperwork out to open a subaccount in Tuco
7    Trading, LLC's, to become a class B member. You open
8    this account, and we create a subaccount inside of Tuco
9    Trading's master account. You're assigned a subaccount
10   number, and you're, also, given a Web site to log into
11   to see how you do on a daily basis trading.
12   Q   What is that Web site?
13   A   Titans.
14   Q   Titans.com?
15   A   To log on -- it's MST.Tuco.com. We've changed
16   the name to have Titan. MTS was the Penson product.
17   We changed the colors of it, and we now call it Titans.
18   Q   You said a new account or a subaccount is
19   opened within the master account. What technically
20   happens? Does somebody open up a file in a computer
21   some place?
22   A   Yes. We would call Anthony Lee, who runs the
23   Titans back office, tell him we're opening this account
24   with this person. He would assign a subaccount number.
25   We would call Sterling or Light Speed and let them know

Page 108

1    all the trades need to go to this master account and
2    this subaccount for this class B member.
3    Q   So the account is opened in Titans?
4    A   Correct.
5    Q   And is Titans another way to say Tuco's
6    back-office system?
7    A   Correct.
8    Q   Then you notify the software vendor?
9    A   Right.
10   Q   And somehow is the information provided by the
11   software vendor? All the trades -- that file we were
12   talking about is that put into Titans?
13   A   Correct. That is our back office.
14   Q   What other information goes into Titans?
15   A   Each trader's name, address, contact
16   information.
17   Q   Can any other transactions be entered into
18   Titans?
19   A   Yes.
20   Q   What?
21   A   If there's a trade break, we would -- the next
22   day we find out there's a trade break. We have to put
23   that trade into the trader's account, or we put it in
24   our account. The trade has to go somewhere.
25   Q   What other information can be input into the

Page 109

1    back-office system -- Titans?
2    A   You input debits, credits. If someone takes a
3    distribution out of their account, if someone wants a
4    distribution of 10,000, we would go to their account
5    and put a debit in their account for $10,000. We can
6    go in, theoretically, and put anything we wanted. We
7    could put a debit or credit in there for software fees
8    or dinner fee. You got dinner on us somehow. I'm
9    trying to give you an idea. Obviously, the trader is
10   going to log in. If we're putting screwy debits and
11   credits, they're going to be calling us all day long.
12   Q   Who has the authority to put in debits and
13   credits?
14   A   Ben Ball and Adam Coreson are 99 percent of
15   the time the people who put the debits and credits in
16   the accounts.
17   Q   They're in the La Jolla office?
18   A   Yes.
19   Q   Other than the trading information provided by
20   the software vendor on a daily basis, the debits and
21   credits and trade rates, what, if anything, else is put
22   into the Titans back-office system?
23   A   I believe that's it.
24   Q   The next page of Exhibit 3 is the trader
25   information sheet. Is this something that the trader

Exhibit ___2___ Page __40__ 28 (Pages 106 to 109)

Page 110

1 provides?
2    A  Correct.
3    Q  I see there's Internet messaging at the
4 bottom.  It says, "AIM and MSN and Yahoo."  Is this
5 different from instant messaging?
6    A  No.  It's the same thing.  It, probably,
7 should have one line, and they can tell us if it's AIM
8 or MSN or Yahoo.
9    Q  Who prepared that form by the way?
10    A  Ben Ball.
11    Q  What is the purpose of the form?
12    A  So we have all of the information on the
13 trader.
14    Q  Why do you ask for the tax information on the
15 trader?
16    A  Because we have to send a K-1 at the end of
17 the year.
18    Q  Any other reason?
19    A  No.  Actually, Light Speed -- if you're going
20 to trade on Light Speed, you have to give them their
21 social security number because they do a background
22 check on every trader.
23    Q  The next document is training confidentiality
24 nonsolicitation and noninterference agreement.  Do you
25 recognize that?

Page 111

1    A  Yes.
2    Q  Who came up with this document?
3    A  It's a boilerplate document.
4    Q  Where did you get it from?
5    A  It came from Evolution Trading, which came
6 from Assent, which came from Hold Brothers.  It's
7 pretty much a boilerplate agreement.  I changed the
8 name on it from Evolution to Tuco.
9    Q  That's Evolution Capital?
10    A  Correct.
11    Q  And what's the purpose of the agreement?
12    A  The purpose of the agreement is for the trader
13 to understand definitions, rules, how our company
14 functions.  If your account equity gets to a certain
15 amount, we can decide to close the account at any time.
16    Q  Any other purpose?
17    A  The purpose of it is that we may provide
18 confidential information.  We don't expect -- we expect
19 every member that comes in not to solicit our traders.
20 If we have Joe Johnson that comes in and trades for a
21 day, he signs this.  Legally, is anything binding?
22 Probably not but he is, at least, signing something
23 saying I'm not going to solicit your traders.
24    Q  Who has the authority to sign the agreement
25 for Tuco?

Page 112

1    A  I do.
2    Q  Anyone else?
3    A  No.
4    Q  Have you, in fact, signed such agreement for
5 each trader?
6    A  Yes.
7    Q  The next document says, "Acknowledgement," on
8 the top.  Do you recognize that document?
9    A  What page?
10    Q  Just before the trader agreement.  Do you
11 recognize that?
12    A  Yes.
13    Q  How is it that you recognize it?
14    A  It's what every trader signs to open an
15 account.
16    Q  Who prepared the acknowledgement form?
17    A  It's a hand-me-down from Evolution, from
18 Assent.  It's a boilerplate agreement.  Pretty much all
19 the trading firms out there have the same agreement.
20 They have the acknowledgement.  They give everyone the
21 operating agreement.  It's the same nonsolicit.
22 Everyone runs the business the same way.
23    Q  What's the purpose of the acknowledgement?
24    A  Just that they understand what they're signing
25 up for.

Page 113

1    Q  And anything else?
2    A  No.
3    Q  There's a reference to affiliates on the
4 fourth line of the acknowledgement.  Who are the
5 affiliates?
6    A  We don't have any.  It was put together by an
7 attorney.
8    Q  Who?
9    A  Assent.  This is, probably, five to six years
10 old.
11    Q  How do you know it was put together by an
12 attorney?
13    A  It's -- I can't guarantee it's put together by
14 an attorney.
15    Q  Next document, it says -- the next document is
16 the next page.  Do you recognize it?
17    A  Yes.
18    Q  How do you recognize it?
19    A  It's the trader agreement that traders sign.
20    Q  Who prepared it?
21    A  Boilerplate.  It came from Evolution Trading,
22 Assent.
23    Q  You keep saying, "Evolution Trading."
24    A  Evolution Capital.
25    Q  What's the purpose of this agreement?

Exhibit ___2___  Page ___41___        29 (Pages 110 to 113)

Page 114

1    A   That the trader agrees to all of these points.
2    Q   Anything else?
3    A   Nope.
4    Q   If you look at the end of the agreement,
5  there's something called Schedule A.  Who prepares
6  that?  I'm sorry.  Who fills that in?
7    A   We would fill it in.
8    Q   Before the trader gets this part of the new
9  account package or afterwards?
10   A   Afterwards.  It's somewhat irrelevant for the
11  fact that we don't take a percentage pay out from
12  traders.
13   Q   What is a pay-out percentage?
14   A   If a trader were to come trade with me, I
15  charge commission and take part of his profit.  It's,
16  maybe, a 70, 30 percent.  At the end of the month, if
17  he makes 10,000, he gets 7,000.  I get 3,000.
18   Q   Is that the commissions you're referring to or
19  the pay-out?
20   A   The profit the trader makes after commissions.
21  Everything said and done at the end of the month, he
22  made 10,000.  After all expenses, he gets 7,000.  We
23  get 3,000.
24   Q   I see.  But, in fact, there is no pay-out
25  percentage?

Page 115

1    A   No.
2    Q   Has there ever been?
3    A   Not while at Tuco, no.
4    Q   The pay-out percentage is separate from
5  commission?
6    A   Correct.
7    Q   Who signs the trader agreement on behalf of
8  Tuco?
9    A   I do.
10   Q   Anyone else?
11   A   No.
12   Q   Does anyone else have the authority to sign
13  it?
14   A   No.
15   Q   Have you signed a trader agreement for each
16  trader?
17   A   No.
18   Q   How many have you signed?
19   A   Five, six.
20   Q   Why not the rest?
21   A   I'm not signing it -- if a trader asks me to
22  send it back to him signed, I sign it and send it back
23  to him.
24   Q   Why don't you sign?
25   A   There's no reason.  There's no reason why I

Page 116

1  haven't signed it.  We bring in so many people.  It's
2  hard to keep up with who all is coming in.
3    Q   Any other reason?
4    A   No.
5    Q   If you take a look at paragraph 8, which is on
6  the second page of the document, it says -- I'm sorry.
7  I think you go -- let me just show the witness.  It's
8  not a numbered page.  I'm now showing the witness where
9  paragraph 8 of the trader agreement is located.  This
10  says, quote, the trader hereby agrees that she/he will
11  comply with all statutes, laws, rules, regulations and
12  promulgations of the SEC, NASD, all applicable
13  Securities Exchanges and all other applicable federal,
14  state and local agencies and authorities, as well as
15  internal rules, regulations and procedures established
16  by the company from time to time, and that you will
17  promptly notify company in the event she or he becomes
18  aware of any violation or noncompliance with any of the
19  same or the commencement of any action, suit,
20  proceeding or investigation involving the trader's
21  performance of his or her securities trading business."
22  Why is paragraph 8 part of the trader agreement?
23   A   The trader signing this is, basically, stating
24  that, if he is being investigated by the SEC, the NASD
25  regarding insider trading, any issues he had in the

Page 117

1  past, that he will notify us of this.  He needs to
2  follow all of the rules of the SEC and the NASD.
3    Q   Is this provision part of the trader agreement
4  for any other reason?
5    A   No.
6    Q   What does Tuco do, if anything, to monitor
7  trader compliance with regard to all of the provisions
8  referred to in paragraph 8?
9    A   If the SEC calls us or NASD calls us regarding
10  a trader, we give them whatever information is needed.
11   Q   Do you take any affirmative steps to make sure
12  a trader is in compliance with all the statutes, laws,
13  rules, regulations, promulgations that are set forth in
14  paragraph 8?
15   A   Outside Light Speed checking out any new
16  people signing up, checking with a background check,
17  no.
18   Q   The paragraph refers to internal rules,
19  regulations and procedures by the company, and the
20  company has been defined earlier as Tuco Trading, LLC.
21  Are there any internal rules, regulations and
22  procedures?
23   A   There aren't any.  If we come up with new
24  ones, they're signing off saying they're agreeing to
25  any rules we come up with.

Exhibit  2    Page 42    30  (Pages 114 to 117)

Page 118

1    Q  But Tuco doesn't have any now; correct?
2    A  No.
3    Q  Has it ever had any?
4    A  No.
5    Q  Please, take a look at paragraph 15 of the
6  trader agreement. It says, "All disputes hereunder
7  shall be settled by arbitration under the rules and
8  auspices of the National Association of Securities
9  Dealers, Inc. Such arbitration to be conducted in
10  Orange County, California. The award of the
11  arbitrators or the majority of them shall be final, and
12  judgment upon the award rendered may be entered in any
13  court, state or federal, having jurisdiction." Why is
14  this provision part of the agreement?
15    A  We have traders all over the country. If they
16  want to take us to arbitration, they're signing off
17  saying they're coming to Orange County, and that's
18  where they're going to pursue court or legal action.
19    Q  Why are disputes settled by arbitration under
20  the rules and auspices of the National Association of
21  Securities Dealers?
22    A  I would say 99 percent of every trading firm
23  out there has the same type of stipulations in it as
24  far as settling it through arbitration trying to limit
25  costs.

Page 119

1    Q  Is there any other reason?
2    A  No.
3    Q  Has Tuco made any provisions with the NASD to
4  allow for arbitrations between it and one of its
5  traders?
6    A  No.
7    Q  How do you know then that the NASD would, in
8  fact, take such a case?
9    A  We don't know for a fact. It's totally
10  unenforceable in the first place.
11    Q  Why?
12    A  Because they're a member of an LLC.
13  Theoretically, yes, they can sue us, but we can't go
14  after them for losses. They're a member of an LLC.
15  That's our fault they lost the money.
16    Q  If they lose money, the loss is attributable
17  to Tuco?
18    A  Correct. If they're a customer, we could
19  legally go after them. They're not a customer.
20  They're a class B member. There's a difference.
21    Q  What is your understanding of the difference?
22    A  A customer signs up. It is his money. We're
23  not providing leverage. He is just a regular retail
24  customer. As a customer, you're responsible. You can
25  be taken to court over this. As a member of an LLC

Page 120

1  class B member, from what I've been told, you cannot
2  pursue legal action against a member of the LLC for
3  losing money.
4    Q  Who has told you that?
5    A  I've spoken to lawyers about it before.
6    Q  Who?
7    A  Carol O'Shawna in Chicago.
8    Q  When?
9    A  Probably, a year and a half ago.
10    Q  Did you ask her questions, or did she just
11  provide you information?
12    A  Provide --
13        MR. YOUNG: There's an attorney-client
14  privilege. It seems like you shouldn't be going
15  into what he discussed with an attorney.
16        MR. TERCERO: Here's a question: If there is
17  an advice of counsel position on the part of Tuco or
18  Mr. Frederick, then I do think it's appropriate. Is
19  there such an advice of counsel position?
20        MR. YOUNG: I'm not sure there's anything
21  controversial about this paragraph, but I think he has
22  identified where he got the advice, who he got the
23  advice from and the date he got the advice. That seems
24  to me to be the limit on how far you can go with that.
25        MR. TERCERO: The question is, however, if

Page 121

1  there is an advice of counsel position on the part of
2  the witness and/or Tuco with regard to the conduct of
3  their business. So if there is an advice of counsel,
4  then the privilege is waived. If there's an advice of
5  counsel position, the privilege is in place, so what is
6  the position?
7        MR. YOUNG: Go ahead and testify.
8        MR. TERCERO: There is an advice of counsel
9  position?
10        MR. YOUNG: Yes.
11  BY MR. TERCERO:
12    Q  What did you ask the lawyer in Chicago?
13    A  I've asked her. I've asked several other
14  lawyers. I asked them, if this trader goes into my
15  money for $5,000, can I sue him. Can I take legal
16  action? I've been told it's a waste of time and waste
17  of money. You can't go after a class B member. If he
18  was a customer of yours, it's a different story. I
19  don't have any customers. It doesn't affect me. Do
20  traders go into my money? Yeah, maybe 5,000, $6,000.
21  I'm not going to hire an attorney to chase after
22  someone for 5 or $6,000. It's somewhat a moot point
23  for me.
24    Q  Other than the female attorney that you've
25  already identified, who else have you asked

Exhibit _____2_____  Page____43____    31 (Pages 118 to 121)

Page 122

1  attorney-wise whether or not you can go after a member?
2      A   I've spoken to Assent's attorney.
3      Q   Whose attorney?
4      A   Assent.  They, basically, said, according to
5  your operating agreement, you cannot go after one of
6  your members for losing money.
7      Q   Okay.  Anyone else other than Assent's
8  attorney?
9      A   No.
10     Q   You testified that there were differences
11 between members and customers.  What other differences
12 are there other than as you've testified?
13     A   Customers are completely -- opening a customer
14 account, you get specific insurance.  Opening a
15 customer account, you get 4-to-1 leverage.  In a
16 customer account, you need to keep a minimum $25,000 of
17 equity in a customer account.
18     Q   Any other differences?
19     A   Those are the major ones I know of.
20     Q   Are there any minor ones you know of?
21     A   Those are the only ones I know of.
22     Q   When you say "4-to-1 leverage," what do you
23 mean?
24     A   If a trader has $100,000, he can only buy
25 $400,000 worth of equities per day.

Page 123

1      Q   Why?
2      A   Those are the rules.
3      Q   Which rules?
4      A   I don't know whose rules they are.  They're
5  worldwide.  You can't go over the 4-to-1 if you open a
6  regular retail account, and you can go 2-to-1
7  overnight.
8      Q   How do you know that rule?
9      A   Because, if I go through and open a Penson
10 account, it states on the paperwork when you sign off
11 on the margin page.
12     Q   Are you familiar with any NASD regulations
13 that place limitations on the leverage?
14     A   No, I'm not.
15     Q   Are you familiar with any New York Stock
16 Exchange rules regarding the amount of leverage?
17     A   No.
18     Q   You said that a -- with a customer account,
19 there is a $25,000 minimum equity requirement.  How do
20 you know that?
21     A   If you are considered a pattern day trader,
22 which I don't know what the -- if you're considered a
23 pattern day trader and your account drops below 25,000,
24 the account is shut off until you fund it above 25,000
25 or you quit.

Page 124

1      Q   How do you know that?
2      A   Because I've seen it happen several times.
3      Q   Any other way?
4      A   No.
5      Q   Are you familiar with NASD Rule 2520?
6      A   No.
7      Q   Have you ever heard it?
8      A   No.
9      Q   Have you ever heard about it?
10     A   No.  If you told me what the rule was instead
11 of the number, I might be able to --
12     Q   Apparently, it is the 25,000 minimum equity
13 requirement.  Does Tuco require a $25,000 minimum
14 equity?
15     A   Nope.
16     Q   Why?
17     A   Because our account is already a regular
18 customer account, we already keep $25,000 minimum in
19 the account.
20     Q   When you say "our account," do you mean the
21 master account?
22     A   Correct.
23     Q   Is there any other reason why Tuco does not
24 require minimum equity for the subaccounts of, at
25 least, $25,000?

Page 125

1      A   The reason is some traders can't come up with
2  $25,000 to trade with to open an account.
3      Q   So this provides them the ability to engage in
4  pattern day trading?
5      A   Correct.
6      Q   Why are you providing them with the
7  opportunity to pattern day trade through Tuco?
8      A   That's our business.  It's a commission
9  business.
10     Q   So it's for the commissions?
11     A   Right.
12     Q   Is there any other reason?
13     A   No.
14     Q   You mentioned 4-to-1 leverage as you
15 understood it from the Penson account application
16 material.  What type of leverage does Tuco provide to
17 its members?
18     A   It could vary.  It depends on the trading
19 experience.  It could be 10-to-1, could be 20-to-1.  It
20 depends on how much money they have in the account.
21 Our account as a whole cannot go over 4-to-1 -- the
22 master account.
23     Q   Who determines the amount of leverage the day
24 trader can have -- let me say that again.
25         Who determines the amount of leverage a trader

Exhibit _____2_____ Page_____44_____        32 (Pages 122 to 125)

Page 126

1  can have?
2     A  Doug Frederick.
3     Q  What is the range of leverage that Tuco
4  provides to its members?
5     A  0-to-1 to 20-to-1.  1-to-1.  I guess you can't
6  say zero.
7     Q  When a new member becomes a trader of Tuco,
8  what is the leverage provided to that trader?
9     A  It depends on his original buy in into the LLC
10 to become a member and his experience.  If he's a
11 brand-new trader that's never traded before, we would
12 start him out at 6-to-1, maybe, 10-to-1 on the amount
13 of money that he has in the account.
14    Q  What percentage of Tuco's traders are at
15 10-to-1 leverage or higher?
16    A  80 percent.
17    Q  What percentage of Tuco traders are at 20-to-1
18 leverage or higher?
19    A  1 percent.
20    Q  What is the highest leverage that Tuco
21 provides a trader?
22    A  We provide 20-to-1 to several traders.  They
23 can go over 20-to-1.  They're large traders.  They do
24 well.  They can have open orders that would go beyond
25 20-to-1, so once a quarter, maybe, they go beyond

Page 127

1  20-to-1.
2     Q  But they're not supposed to?
3     A  No, they aren't.
4     Q  Is the leverage a negotiated term between the
5  trader and Tuco?
6     A  Correct.
7     Q  Who does the negotiation on behalf of Tuco?
8     A  Doug Frederick.
9     Q  Does the leverage amount appear as part of any
10 of the new account documents?
11    A  No.
12    Q  Why?
13    A  The new form -- that's what it was created for
14 so the very first form --
15    Q  The witness is looking at Exhibit Number 3 and
16 the very first page.
17    A  New account notification form.
18    Q  Okay.  So where would the leverage appear?
19    A  Special considerations.
20    Q  So a member trader does not, actually, sign
21 off on that, but you assign a leverage amount?
22    A  Correct.
23    Q  How do they know what the leverage amount is?
24    A  When they sign up, they ask me, "What's my
25 leverage?  What are you willing to give me?"

Page 128

1     Q  Why not make that part of the new account
2  agreements?  Why don't you do that?
3     A  Because we have no reason.
4     Q  Just to finish off on paragraph 15 of the
5  trader agreements, have there, in fact, been any
6  arbitrations?
7     A  Never.
8     Q  Now, do I have this right?  The attorney in
9  Chicago is the only person -- does that person
10 represent you?
11    A  Occasionally.  If I wanted to open an LLC, she
12 opened the Tuco Trading, LLC for me.
13    Q  Does she ever represent Tuco?
14    A  No.  Opening LLCs is the only thing she's ever
15 done for Tuco Trading.
16    Q  But as part of her representation of you, you
17 asked whether or not Tuco could take a member trader to
18 arbitration if there's a dispute?
19    A  Correct.
20    Q  She said that you could not?
21    A  That's what I was told.  Yes.
22    Q  She told you?
23    A  Yes.  I, probably, had 15 of our traders tell
24 me the same thing.  Every trader thinks they know
25 everything.  They ran it by their lawyer.  The guys --

Page 129

1  they think know everything, and there's 20 marks on
2  this when I get it back that they want changed.
3     Q  What is the attorney in Chicago's name again?
4     A  Carol O'Shawna.
5     Q  Have you ever asked her whether or not the
6  member traders are customers of Tuco?
7     A  No.
8     Q  How come?
9     A  It's never crossed my mind.
10    Q  So she's never told you one way or another
11 whether they are customers?
12    A  No.
13    Q  Have you ever asked any other counsel?
14    A  No.
15    Q  The next document following the trader
16 agreement is the operating agreement, so it says at the
17 top.  Do you recognize the document?
18    A  Yes, I do.
19    Q  Who prepared it?
20    A  The same lawyers who prepared all this
21 paperwork.
22    Q  Okay.  It's part of the boilerplate?
23    A  Yeah.
24    Q  What is the purpose of the operating
25 agreement?

Exhibit __2__  Page __45__

Page 130

1  A  For a trader to look at this and see that Tuco
2  Trading is a limited liability company, how it was
3  organized. From my understanding, you should have an
4  operating agreement to for any LLC opened.
5      Q  Is there any other purpose for the agreement?
6      A  No.
7      Q  Who has the authority to sign the agreement?
8      A  Doug Frederick.
9      Q  Anyone else?
10     A  No.
11     Q  Have you, in fact, signed an operating
12  agreement for each member?
13     A  No.
14     Q  Why?
15     A  Because I don't turn around and send it back
16  to them.
17     Q  Is it your understanding, if you don't sign
18  the agreement, the agreement is not binding on Tuco?
19     A  Absolutely not.
20     Q  You consider the agreement binding on Tuco?
21     A  Correct.
22     Q  With respect to each member trader that signed
23  the agreement?
24     A  Yes.
25     Q  After the operating agreement is an incidental

Page 131

1  fees list. Do you recognize that?
2      A  Yes.
3      Q  How is it that you recognize it?
4      A  This is the form each trader needs to fill out
5  for what quote fees they want from the software
6  provider.
7      Q  This is all from the software provider?
8      A  Yes. The check mailed first-class fee, FedEx
9  overnight, wire fees, all that, that's from us.
10     Q  Other than the distribution fees, everything
11  is from software?
12     A  Correct.
13     Q  Who prepared the form?
14     A  Brad Phillips prepared it.
15     Q  And is it the choice of the -- of the member
16  trader to sign up for any of these fees?
17     A  Yes.
18     Q  And they signify it by initialing?
19     A  Right.
20     Q  They sign it and send it back to you?
21     A  Right.
22     Q  Now, for the optional fees, there are four
23  listed, NYSE Open Book, Sterling Trading Platform,
24  Trade the News Reader, ARCA Book/Quotes. Who collects
25  each of those fees?

Page 132

1  A  The software provider charges us for those
2  fees.
3      Q  Per trader?
4      A  Correct.
5      Q  So do you get a bill from the software
6  provider?
7      A  Yes.
8      Q  And then Tuco pays it?
9      A  Correct.
10     Q  Out of what funds?
11     A  Out of the trader's accounts. We debit the
12  account. Then we will pay the fee. For example, if a
13  trader has New York Stock Exchange Open Book at $60 a
14  month, at the first of the month, their account gets
15  debited. At the end of the month, we get a bill for
16  Sterling or Light Speed for $60 for each person using
17  the open book fee.
18     Q  But the amount is debited from the subaccount
19  of each trader?
20     A  Correct.
21     Q  Where does the money that is debited go? It's
22  debited from their subaccount, but where does it go?
23     A  It stays in the master account.
24     Q  Now, the money that Tuco pays the fees under
25  optional fees -- is that, also, paid out of the Tuco

Page 133

1  master account?
2      A  Yes.
3      Q  And is there any other source, other than the
4  master account, for the payment of those fees?
5      A  Everything, theoretically, is paid out of the
6  master account. Even if it's a subaccount of a trader,
7  it's really coming out of the master account. In the
8  end, each subaccount is billed individually, so a
9  trader can go on every month and see that the quote
10  fees or open book fees -- I paid $80 this month.
11     Q  The fees under optional fees -- this is what
12  the member trader is charged?
13     A  Correct.
14     Q  Is there any markup by Tuco on any of the
15  fees?
16     A  Possibly, Trade the News Reader but I don't
17  think anyone uses it anymore.
18     Q  For Trade the News Reader, what is the amount?
19     A  Of the markup?
20     Q  Yes.
21     A  I don't even know.
22     Q  Now, you already testified that Tuco is
23  charged monthly for the optional fees. How frequently
24  are the trader members charged?
25     A  The first of every month.

Exhibit ___2___  Page___46___  34 (Pages 130 to 133)

**Page 134**

1    Q   Regarding trading fees, how are those fees
2  collected by the customer?  If you need to go through
3  each one, that's fine.
4    A   The Hydra fee data fees are subtracted on the
5  first of every month.  The SEC fees are subtracted on a
6  trade-by-trade basis.  The NASD tab fees are subtracted
7  on the trade-by-trade basis.  The Essex subfees are
8  subcontracted on a trade-by-trade basis.
9    Q   Okay.  Now, for the Hydra trade data fees, is
10  Tuco billed monthly?
11    A   Yes.
12    Q   Again, for these monthly charges, does Tuco
13  pay that out of the master account?
14    A   No.  It comes out of the operational account.
15  We can't pay anything out of the master account.
16    Q   I see.  It's paid out of the operational
17  account.  What is the source of the money from the
18  operational account that's used to pay the fees?
19    A   The money comes from one of three ways.  It
20  comes from commission that was in the account at the
21  time paid by GLB.  It could come from -- if there's
22  members that have deposited money to be put into that
23  account and that money is used to pay bills.  It can be
24  used for that.  There's three sources where the money
25  would come from that it gets paid by.

**Page 135**

1    Q   Is that true for each of the optional fees?
2    A   Yes.
3    Q   So that fees that Tuco pays is always out of
4  the operational account?
5        Yeah.  All the Sterling fees are subtracted by
6  the broker-dealer from our monthly statement because
7  Sterling has the -- the broker-dealer negotiated the
8  Sterling software fees.  Whatever they charge me,
9  that's what I have to pay.  They want to make sure they
10  collect the money, they've signed the agreement with
11  Sterling.  If I get 500,000 for the month -- I'm using
12  that number for round numbers.  The Sterling fees for
13  the month were 30,000.  The broker-dealer -- that's on
14  my reconciliation.  The 30,000 comes out of 500,000.
15  They turn around, and I hope they pay the bills.
16    Q   They take it out of your gross commission?
17    A   Correct.
18    Q   When you say "Sterling fees," what fees are
19  you referring to?
20    A   The Sterling Trading Platform and any other
21  quote fees.  If someone wanted Open Book or ARCA Book,
22  they would initial that.  If someone were trading on
23  Sterling, they would pay the $240 monthly fee.  If he
24  wanted Open Book, there would be another $60 fee.  If
25  he wanted ARCA Book, there would be another $10 fee.

**Page 136**

1  The broker-dealer will take that out of my
2  reconciliation before he pays me commission money.
3    Q   Do you get reimbursed by Tuco for those
4  charges?
5    A   The money goes to Tuco anyway.  I just gave
6  you an example of $310 that the trader should have been
7  charged for the month.  The money gets debited from his
8  subaccount.  In the master account, there's $310
9  subtracted from his account.  That sits in the master
10  account, so in theory, we've been paid by the trader.
11  At the end of the month when GLB goes to pay me, that
12  $300 gets subtracted from what they pay out to me, so
13  with GLB, I'm not writing a check for these Sterling
14  fees.  It comes out of the commissions they pay to me,
15  which then goes to Tuco.  If I use Light Speed or any
16  other platform, I get a bill every month that says you
17  owe X amount, and I have to send a check or wire.
18    Q   You send the check or wire from the
19  operational account?
20    A   Correct.
21    Q   Where does Tuco get the money to pay that?
22    A   From the commissions that are paid -- from all
23  three sources I told you about, if we need to pull
24  money out of the trader account, we can.  If there's
25  capital in from a trader joining the LLC and there's a

**Page 137**

1  contribution of $10,000 and the bill is $10,000, I pay
2  it out of there instead of sending the money from the
3  operational account to Penson and requesting the
4  $10,000 back.
5    Q   What's the third way?
6    A   The third way would be pulling out of the
7  trader account, getting paid commission dollars from
8  GLB.  We receive money into the account from them, or
9  if the trader made a contribution of $10,000, instead
10  of moving it from the wiring account to the operational
11  account to the Penson account and requesting a wire
12  from Penson to GLB back to me, we would use the money
13  in there.  We've already collected $10,000 for these
14  from the master account.
15    Q   The source to pay those kinds of fees is
16  either out of the commission check you get, or it comes
17  out of funds that have been placed into the Tuco
18  operating bank account through deposits by member
19  traders; correct?
20    A   Correct.
21    Q   Or it just comes out of the master account?
22    A   By request to wire, it comes out.
23    Q   So now, the trade-by-trade fees are assessed
24  trade by trade, and then is each account debited for
25  each member trader -- each of the subaccounts?

Exhibit ____2____  Page __47__    35 (Pages 134 to 137)

Page 138

1   A   Correct.
2   Q   So the fees are, actually, reflected?
3   A   Correct.
4   Q   Okay. For the -- for the member trader?
5   A   Correct.
6   Q   That is because of the file that's provided by
7   the software vendor over to Tuco's back-office system?
8   A   Correct.
9   Q   Then the distribution fees are just fees that
10   Tuco is going to -- that Tuco charges, and how are
11   those accounted for?
12   A   They're debited from their trader subaccount.
13   If a trader requests $10,000 from us and he wants the
14   money wired to him, we either wire him 10,000 and debit
15   his account $30 for the wire fee -- I believe that's
16   what it is, or we'll send him $9,970. Same thing with
17   the FedEx overnight.
18   Q   Now, are the distribution fees on the
19   incidental fees list of Exhibit 3 -- are they debited
20   as they take place?
21   A   Yes. If I wire someone money today, there
22   will be a distribution in their account, and they are
23   debited less that amount on the day the wire goes out
24   or the check is written.
25   Q   So the source of the fees for the distribution

Page 139

1   fees is the master account but, more specifically, the
2   subaccount of the member trader?
3   A   Correct.
4   Q   Mr. Frederick, how does the staff of Tuco get
5   paid?
6   A   The staff of Tuco gets paid out of the
7   operating account.
8   Q   What's -- are they on salary or something
9   else?
10   A   We have some consultants and salary.
11   Q   How many consultants?
12   A   Two.
13   Q   Who?
14   A   Jared Vrazel and Anthony Lee in Dallas. He's
15   the IT.
16   Q   What does Tuco pay them?
17   A   Dollars-wise?
18   Q   Yes.
19   A   Jared makes $3,000 a month. Anthony Lee makes
20   7500 a month.
21   Q   Do they have any other compensation?
22   A   Not from Tuco, no.
23   Q   What about the staff members rather than the
24   consultants? What does Tuco pay every month to those
25   individuals?

Page 140

1   A   Ben Ball makes 3600 a month. Adam Coreson
2   makes 3,000 a month. Chi-Shau Lu -- I don't know his
3   correct first name. He's made 3,000 a month too. He's
4   in the IT department in Dallas.
5   Q   Any other staff members?
6   A   We, once in a while, pay a consultant, Charles
7   Pang, in the IT department. At the most, we've paid
8   him a thousand dollars a month.
9   Q   How much do you get?
10   A   10,000 a month and then in September, 15,000.
11   I raised it to 15,000.
12   Q   What is the source of those funds?
13   A   The commissions.
14   Q   Are these the commissions that are paid to you
15   by GLB?
16   A   Correct.
17   Q   These are the ones that are one to three
18   months late?
19   A   Yes.
20   Q   Other than the 10 to $15,000 per month that
21   you receive, what other compensation do you receive for
22   your work at Tuco?
23   A   Nothing.
24   Q   What other -- what other income, other than
25   from Tuco, do you get?

Page 141

1   A   Nothing.
2   Q   So you get no commissions from any other
3   accounts that you have as broker of record at GLB?
4   A   I do receive commissions from Light Speed
5   Trading, but that has to be paid to GLB because it's a
6   broker-to-broker agreement.
7   Q   How much do you get from Light Speed?
8   A   It's never broken down. I get a gross
9   commission from GLB, divide it between this is what
10   Light Speed sent us for your commission. This is what
11   we're paying for your commission. You guys have seen
12   the recs. It's one gross commission at the top of the
13   rec. They don't divide it.
14   Q   Other than the payments that you get, the 10
15   to 50,000 monthly from Tuco, the Light Speed stuff
16   comes to you, but you immediately pay all of it back to
17   GLB; is that correct?
18   A   No. It goes to GLB. I don't see it. It's a
19   broker-to-broker agreement. They have to pay GLB as a
20   broker-dealer. Whatever that number is, they lump it
21   into one gross commission number. Then they subtract
22   any fees that are owed. Then they pay Doug Frederick.
23   Q   Do you get any money that Light Speed pays to
24   GLB?
25   A   Sure, I do. This is a gross commission that

Exhibit __2__   Page __48__   36 (Pages 138 to 141)

Page 142

1 all of your accounts earned this month. There's a few
2 retail accounts that I get paid commission on. Then
3 there's my account.
4   Q  When you say "my account," what do you mean?
5   A  Tuco Trading, LLC.
6   Q  If I have this right, you get paid monthly by
7 Tuco; is that correct?
8   A  Correct.
9   Q  And then you get some commissions that are not
10 related to Tuco but related to other accounts where
11 you're broker of record at GLB; is that correct?
12   A  Right. Even the Light Speed is the -- all of
13 that information goes into my master account. Light
14 Speed won't allow you to use anyone's MPID, but there's
15 they're executing broker of all the trades all the
16 trades settle at GLB in my account.
17   Q  What is MPID? What is that?
18   A  If I wanted to buy 100 shares of Intel, I push
19 the button. There's an MPID that goes to the floor so
20 everyone knows where the broker is coming from. Light
21 Speed is LSPD.
22   Q  Charles Schwab is CHAS?
23   A  Right. Light Speed will not allow us, because
24 they want to go public, it looks a lot better if
25 they're executing all the trades, even though they're

Page 143

1 not clearing on Light Speed.
2   Q  They make money on the execution?
3   A  Right, and it makes them look like a bigger
4 company.
5   Q  Trading firms like Tuco are valuable to Light
6 Speed?
7   A  Absolutely.
8   Q  Can you figure out how much they pay you?
9   A  Yeah. I can figure it out to the dollar
10 because they give me a statement at the end of the
11 month.
12   Q  As to how much they are paying you via -- hold
13 on. As to how much they're paying you via GLB?
14   A  Correct.
15   Q  Now, if you know that, how much per month do
16 you get from Light Speed?
17   A  I have no idea. I haven't separated them. I
18 can go onto my back office and log onto the Light Speed
19 account, and it tells me dollar for dollar.
20   Q  You say you get a statement?
21   A  All the statements you have seen.
22   Q  You get a statement from Light Speed?
23   A  I get a bill from Light Speed. Yes.
24   Q  Okay. On that bill, is there some -- you
25 know, is there an entry about commissions to you?

Page 144

1   A  On the bill, it tells me what I owe them for
2 execution for the month. It, also, tells me how much
3 the ECN cost was for the month, and it tells me if
4 someone had to pay for hard-to-borrow stocks. It tells
5 me on the statement what quote fees cost me for the
6 month. I debit the trader's account, but with Light
7 Speed, I always have to turn around and pay them for
8 the quote fees at the end of the month. If I log onto
9 our back office for the traders that trade on Light
10 Speed, it will tell me this is the net commission you
11 collected for the month. If I add the net commission,
12 the ECN costs and what Light Speed charged me for
13 executing the trade, I can come up with a number.
14   Q  But does Light Speed, actually, provide gross
15 commission numbers?
16   A  Light Speed doesn't, no. Our back office
17 does.
18   Q  I see. I mean, just the money from Light
19 Speed?
20   A  No. They don't send me -- I never get a bill
21 from them. It wouldn't be a bill. I never get
22 anything from them saying we sent GLB $600,000 this
23 month.
24   Q  I thought you said you did some kind of
25 document from Light Speed?

Page 145

1   A  I get a document. I have to pay them for how
2 much the execution charges are for them and the ECNs.
3 We go down to Light Speed to the market. They are the
4 ones that pay the ECNs.
5   Q  What are the ECNs?
6   A  Price-wise?
7   Q  No. What does that mean?
8   A  If I trade on ARCA, there's a charge. If I
9 trade on I-net, there's a charge to trade on I-net
10 above the commission charge. It's the I-net, ARCA,
11 Direct Edge.
12   Q  But do you get -- ECN stands for electronic
13 communication network?
14   A  Correct.
15   Q  But on this document that you get from Light
16 Speed, does it say in any way how much Light Speed is
17 paying you?
18   A  No.
19   Q  Does it say how much it's paying GLB because
20 of the trading through the Tuco master account?
21   A  No. Light Speed would never pay me. They
22 charge me. There would be no reason to pay me
23 anything.
24   Q  You are getting money from them; right?
25   A  Absolutely.

Exhibit   2    Page  4937 (Pages 142 to 145)

Page 146

```
1    Q  What is that?
2    A  That's commission upcharge.  If I pay Light
3  Speed a dollar a trade, my traders get charged $3 a
4  trade.  There's $2 profit that needs to be sent to GLB.
5    Q  From?
6    A  From Light Speed because they're executing the
7  trade.
8    Q  What is the spread between what you charge the
9  traders and what Light Speed charges?
10   A  Every trader pays a different commission.  One
11 may pay $2.  One may pay 3.  One may pay 4.
12   Q  We talked about commissions and how they were
13 set and what the ranges were.  That is included under
14 Exhibit 3 on the first page under the commission rate.
15 Is that the rate you're talking about as the commission
16 rate that includes the ECN?
17   A  Commission rate -- that's what you're paying
18 for, commission.
19   Q  Whose commission?
20   A  If a trader -- if I tell them your commission
21 rate is $3 per trade, SEC fees, NSCC fees and ECN fees
22 are on top of that.
23   Q  The ECNs charge you per trade to use their
24 system?
25   A  They charge you, and they, also, rebate you.
```

Page 147

```
1  If you sit on the bid or offer, you get paid to use the
2  ECN.
3    Q  They do charge you?
4    A  Yes.  They charge you and rebate you.
5    Q  Let's stick with the charges.  How much do
6  they charge you?
7    A  That's what this list is right here.  It tells
8  you every ECN rate for adding liquidity, moving
9  liquidity.  These are published rates.
10   Q  You're referring to the ECN fees?
11   A  Yeah, and it changes on a monthly basis.
12   Q  So you get charged by the ECN a certain
13 amount.  As far as what you -- as far as what the
14 member trader pays, does the member trader just pay
15 that amount, or do you charge a little extra?
16   A  They pay that amount.  We don't upcharge ECNs,
17 software platforms, NSCC fees or SEC fees.  This ECN
18 rate is published everywhere.  I shouldn't say no one.
19 99 percent of the people don't upcharge ECNs.  The ECNs
20 could be off because the software provider doesn't
21 label them correctly.
22   Q  Oh, so then the ECN charges appear on the ECN
23 rate schedule; correct?
24   A  Correct.
25   Q  Do rebates, also, appear here?
```

Page 148

```
1    A  Yes.
2    Q  So as I understand it, the ECN charges -- do
3  those come out of your gross commissions?
4    A  The ECN -- on what GLB pays me, yes.
5    Q  But you get credit for rebates; is that
6  correct?
7    A  Correct.
8    Q  So that comes out of your commissions.  The
9  charges -- what do you do with the rebate money?
10   A  The rebate goes to the trader.  They're a
11 pass-through.
12   Q  So you get your individual commission check,
13 and then you deposit that check into your bank account,
14 which goes to the wire account of Tuco Trading at J.P.
15 Morgan, which goes to the operational account of Tuco
16 at J.P. Morgan, which then goes to the Tuco master
17 account at GLB?
18   A  Correct.
19   Q  All of it?
20   A  Not all of it.  Some of it will go to pay
21 bills.
22   Q  But the rebate amount?
23   A  The rebate is paid every single day.  The
24 charge is charged to the trader every single day on a
25 daily basis.  If there's ECN charges of $4,000, that
```

Page 149

```
1  comes out of our account, goes to Penson.  That $4,000
2  for that day goes to GLB.  At the end of the month, GLB
3  has to pay the $4,000 to the ECNs.
4    Q  What about the rebates?
5    A  The same thing.
6    Q  So Tuco's master account is debited daily for
7  all the ECN charges; correct?
8    A  Correct.
9    Q  Tuco's master account at GLB is credited all
10 the ECN rebates; correct?
11   A  No.  The ECN rebates are given to the trader
12 every day.  If a trader trades a thousand shares of
13 Microsoft and he's adding liquidity, he gets a $2
14 credit.
15   Q  I understand, but I'm trying to get the
16 structure down.  The rebate goes to the master account,
17 and then, more specifically, it then goes to the
18 subaccount of the member trader?
19   A  Correct.
20   Q  If the member trader is entitled to a rebate?
21   A  He's always entitled to a rebate.
22   Q  I'm sorry.  If that particular trader earned a
23 rebate, each day it gets credited to that member
24 trader; correct?
25   A  Correct.
```

Exhibit _2_    Page _50_    38 (Pages 146 to 149)

Page 150

1  Q  How does the ECN fee information get to the
2  back-office system of Tuco?
3  A  The front-end software sends it the same way
4  they send the commission, sends the commission, sends
5  the ECN, sends the NSCC fee and the SEC fee on every
6  single trade.
7  Q  Now, once a member trader begins to trade, can
8  they see the performance of their trading?
9  A  Every day.
10  Q  How can they see that?
11  A  They have the Titans back office to log into.
12  That's the Tuco back office. They log in. They have
13  an account number, and then they put in a password. It
14  shows what they charged on the trades, how much they
15  paid on the ECN fees, SEC fees, everything. If he
16  makes a thousand dollars for the day, it is going to
17  break it down. How did I make a thousand dollars? I
18  made 2,000. I paid 500 commission, however it works
19  out. Everything is broken down for them.
20  Q  At the end of the day, the trader can see that
21  trader's information. As of what date is that
22  information?
23  A  They can see it the next morning. If they
24  want to log in at 10 o'clock central time, it's,
25  probably, on there. Normally, most traders log in the

Page 151

1  next morning. All these trades have to get uploaded
2  from the software company to our back office and the
3  clearing firm by 7:30 central. They process the trades
4  and put this out for general information.
5  Q  When a member trader logs in, can the member
6  trader see what trades the trader did?
7  A  Correct.
8  Q  How far back?
9  A  From the first day they started trading.
10  Q  They can see their entire trading history?
11  A  Correct.
12  Q  They can see what else? They can see all the
13  commission charges?
14  A  Correct.
15  Q  And can they see that on a per-trade basis?
16  A  They can see it on a bunch-trade basis. Let's
17  say they traded 5,000 shares of Intel for the day.
18  They traded 100 shares, 200 shares, 100 shares. They
19  add up. It's going to give you for that day Intel.
20  You traded 5,000 shares. There was $10 in commissions.
21  There was $4 in ECN fees. There was $3 in SEC fees, 3
22  cents in NSCC fees. The trades get bunched into
23  whatever stock they're trading.
24  Q  Now, all of the per-trade fees that we've
25  discussed up until this point -- is that something that

Page 152

1  the member trader can see when logging onto Titans?
2  A  Correct.
3  Q  So we've got the trade history. We've got the
4  commissions. We've got all the fees on a per-trade
5  basis. Can they, also, see what their deposits have
6  been?
7  A  Yes.
8  Q  All of them?
9  A  Every one of them.
10  Q  Can they see their withdrawals?
11  A  Yes.
12  Q  All of them?
13  A  Every one of them.
14  Q  What other information are they given?
15  A  The one other thing that would be on there is
16  whatever fees they paid for quote fees that get
17  deducted on a monthly basis or the Sterling Platform
18  fee. They'll be able to see every month the first day
19  of the month there's a charge for that.
20  Q  Anything else?
21  A  That's it.
22  Q  Can they see their equity?
23  A  Absolutely.
24  Q  How does Tuco calculate a member trader's
25  equity?

Page 153

1  A  If he has 10,000 in his account and he made
2  $1,000, it's now 11,000. The Titans back office does
3  that.
4  Q  What about the deposits and withdrawals? How
5  is that accounted for in equity, if at all?
6  A  You've seen the sheets that can Kent has
7  provided you. There's a net cash movement column. It
8  shows you for this month or this year these are all the
9  cash movements made in your account, whether it's a
10  distribution, whether it's a trading fee, the Sterling
11  fee, so you have gross P&L for the year. You have
12  total equity, and you have cash movements. So they can
13  go back and see every cash movement that went in or out
14  of their account from the day they started.
15  Q  But is -- are the debits and credits
16  calculated into equity that appears on Titans per
17  member trader?
18  A  Absolutely. Yes.
19  Q  Who does the calculation?
20  A  It's done on a daily basis. Ben Ball or Adam
21  Coreson -- if they make a distribution, I give them the
22  form. They go on. Jim Johnson withdrew $10,000 on the
23  1st of June, and they put the check number or the wire
24  reference number.
25  Q  Sometimes, though, Tuco has to pay various

Exhibit __2__  Page __51__    39 (Pages 150 to 153)

Page 154

1  charges, you know, cost of doing business -- I'm
2  sorry -- has to pay various expenses. You mentioned
3  that one source is the trader account -- I'm sorry --
4  is the master account. Are those debits from the
5  master account reflected in each individual member
6  trader's subaccount?
7     A  Yes.
8     Q  How is it done?
9     A  If a trader withdraws $10,000, Adam Coreson
10 goes in, and he puts a $10,000 deduction on June 1st
11 and puts the check number and wire number in the
12 subaccount. He doesn't do it for the master account.
13    Q  I understand that, but sometimes, I believe
14 you testified -- tell me if I'm right or not -- that
15 some money Tuco uses out of its master account to pay
16 for bills?
17    A  Correct.
18    Q  Its bills?
19    A  Correct.
20    Q  When it does that, is that reflected in each
21 member trader's equity?
22    A  No.
23    Q  Why?
24    A  Because we're not taking $10,000 from Jim
25 Johnson.

Page 155

1     Q  How do you know, though?
2     A  Because I know. I sent Ken -- we're $1.7
3  million in our company above trader's equity, so if GLB
4  doesn't pay me for two months, I know I have the money
5  coming in.
6     Q  Okay. But at that point, you don't have the
7  money?
8     A  Correct.
9     Q  Why isn't that reflected in the equity number
10 that a member trader can see?
11    A  I don't know why I would need to put that in
12 there.
13    Q  The equity is the readily available amount?
14 That is the readily available amount?
15    A  Right.
16    Q  If the member trader wanted to take their
17 money, that's what they would take; correct?
18    A  Correct.
19    Q  Would you let a member trader take out the
20 equity number that they've seen even though Tuco has
21 paid a bill?
22    A  If they want the money out, they get their
23 money out. If we have a million dollars of excess --
24 so if I'm looking at what you're saying, if we have a
25 million dollars of our own money in our account, we

Page 156

1  should go through and add that to each member trader.
2  If he has $10,000, I should go to Joe Johnson and say
3  you now have 12,000.
4     Q  Do you?
5     A  No.
6     Q  Why not?
7     A  Because it's not their money.
8        MS. ESON: The million is not their money?
9        THE WITNESS: Right. Correct.
10 BY MR. TERCERO:
11    Q  But isn't a member trader responsible for
12 paying the expenses of Tuco? I mean, Tuco pays them.
13 Isn't Tuco entitled to get reimbursement?
14    A  It's not -- a member of the LLC is not
15 responsible for paying Tuco's rent.
16    Q  Tuco is; correct?
17    A  Correct.
18    Q  Does Tuco then charge the member for that?
19    A  No. The member gets charged by a commission
20 upcharge.
21    Q  Then everything else Tuco is responsible for?
22    A  Correct.
23    Q  Out of the commissions?
24    A  Right.
25    Q  Anything else other than the commissions?

Page 157

1     A  No.
2        MR. YOUNG: Can we break pretty soon?
3        MR. TERCERO: Sure. Let's go off the record
4  at 3:28.
5        (Recess.)
6        MR. TERCERO: Why don't we get started. We
7  are back on the record at 20 of 4:00. During the
8  course of our break, there were no communications of
9  substance between counsel of the commission, on the one
10 hand, and the witness, on the other. Do you agree,
11 Counsel?
12       MR. YOUNG: Yes.
13 BY MR. TERCERO:
14    Q  Mr. Frederick, what are the overall expenses
15 every month for Tuco?
16    A  Approximately, we're talking rent and so forth
17 like that. I assume that software fees associated with
18 the trading -- that comes out of commissions and stuff
19 anyway.
20    Q  For the stuff that doesn't come out of
21 commissions, how much do you spend every month?
22    A  100, 120,000.
23    Q  What are your average net commissions?
24    A  250,000.
25    Q  So that's after you take into account all

Exhibit _2_ Page _52_   40 (Pages 154 to 157)

Page 158

1   these per-trade fees?
2     A  Yes.
3     Q  And whatever other fees are figured in at the
4   brokerage firm?
5     A  Right.
6     Q  Tuco is running in the black 130,000 a month?
7     A  Approximately.
8     Q  Okay.  What happens to that money?
9     A  It goes in the trading account, or it goes to
10  paying legal bills unexpected.
11    Q  Okay.  Anything else?
12    A  No.
13    Q  Now, is there a tracking of some kind of this
14  Tuco money in the master account?
15    A  As far as how much money Tuco has?
16    Q  Yes.
17    A  No.
18    Q  How come?
19    A  As long as -- as long as the company has
20  enough money above trader's capital, that's my concern.
21    Q  Any other reason?
22    A  No.
23    Q  So there's no subaccount for Tuco?
24    A  No.  Every month I, basically, say we have, at
25  least, 200,000 in here.  There's no Tuco subaccount,

Page 159

1   but I always guess that we have, at least, $200,000 of
2   our own equity in the account.  There's no set amount.
3   There's no set Tuco account or anything like that.
4     Q  There's no Tuco account that, actually, says
5   this is how much money is, actually, Tuco's and nobody
6   else's?
7     A  No.
8     Q  Just to backtrack, we were talking about what
9   the member trader can see on Titans.  Can they see what
10  their commission rate is?
11    A  Yes.  Actually, they don't see -- it's, like,
12  I pay a dollar per thousand or whatever.  They would
13  have to look and say, "I traded a thousand shares.  I
14  was charged a dollar."  If you can do basic math, you
15  can figure it out, or I traded a thousand shares today.
16  I was charged a dollar.  It's very simple for them to
17  figure out.
18    Q  So there's not a little box that says, "Hi,
19  your commission rate is"?
20    A  No, not commission rate, but every day it
21  totals what your commission is.
22    Q  What about buying power?  Is that on the --
23    A  No.
24    Q  It's not on?
25    A  No.

Page 160

1     Q  How does somebody know what their buying power
2   is?
3     A  We, normally, set their buying power.
4     Q  How do they know?
5     A  If they have $10,000 in equity, if I give them
6   10-to-1, they know their buying power is $100,000 for
7   the day.
8     Q  How do they know it's 10-to-1?
9     A  If that's the deal I negotiated with them when
10  they came in.
11    Q  Any other way they know?
12    A  No.
13    Q  If you changed it, how would they know?
14    A  If we gave them less buying power, if they,
15  normally, are used to getting a certain amount of
16  buying power and you can't get that, they will tell us
17  right away.
18    Q  You don't tell them, but you're pretty sure
19  they'll call you?
20    A  I know they'll call me.
21    Q  Why don't you just tell them?
22    A  I do tell them.
23    Q  Why don't you tell them, "I changed your
24  buying power"?
25    A  If I change someone's buying power saying,

Page 161

1   I'll send a message saying, "Your account value is now
2   $3,000.  I'm not going to give you 10-to-1 anymore.
3   You're down to $20,000 buying power."
4     Q  How much does Mr. Kestler make?
5     A  He makes 10 to 15,000 a month as a head
6   trader.
7     Q  What does he do in the capacity of head
8   trader?
9     A  People are allowed to sit around him, watch
10  what he trades.  He runs a chat room where people can
11  listen to what people in the room are trading if they
12  trade remote.
13    Q  Anything else that he does?
14    A  Helps out with as much of the business as he
15  can.  He deals with traders.  If they have complaints,
16  they don't talk to me.  They talk to him.
17    Q  Does he do anything else?
18    A  Currently, no.
19    Q  How is it determined to be 10 to 15,000?  How
20  is his monthly salary calculated?
21    A  It was 10,000.  Him and Jonathan Kirkland
22  owned the business before.  Jonathan moved to China.  I
23  moved out here.  He was making $10,000 before.
24    Q  Who is "he"?
25    A  Mike Kestler when he was a partner in

Exhibit _2_  Page _53_  41 (Pages 158 to 161)

**Page 162**

1  Evolution. That's somewhat how it continued.
2      Q  You said 10 to 15,000?
3      A  He got paid 10,000 up until September and then
4  in September started getting 15,000.
5      Q  You, also, started getting $15,000 in
6  September 2007?
7      A  Approximately. I believe it was September.
8      Q  Okay. And the $120,000 a month expenses
9  reflects the 15,000 that you and Mr. Kestler now make?
10     A  Correct.
11     Q  The 250,000 is your average net commissions
12  over, what, the last year or the last three months?
13  The last ten months?
14     A  The last two months.
15     Q  How do you know what they were the last two
16  months?
17     A  Because I have the statements from the
18  broker-dealer. I don't have January. I have December
19  and November.
20         MR. TERCERO:  Let me now hand you what has
21  been marked as Government Exhibit 4. Please, take a
22  look at it, and let me know if you recognize it.
23         (Government Exhibit 4 was marked for
24         identification by the court reporter.)
25         THE WITNESS:  Yes, I do.

**Page 163**

1  BY MR. TERCERO:
2      Q  How do you recognize it?
3      A  It's the November claim statement from GLB.
4      Q  There are no years on this particular
5  document. If you look towards the end, you'll see the
6  most recent ones. If you look at the last two pages,
7  you'll see that it's got years for that and so on. The
8  last two pages for November 2007 -- it says that you've
9  got $2 million -- well, 2,950,000 and change in total
10  gross commissions, but your net commissions are $1.9
11  million. Do you see that?
12     A  Yes.
13     Q  Okay. And that net number is after the
14  clearing costs are taken out; is that correct?
15     A  Correct, the 1.910.
16     Q  Right, so you pay -- or GLB makes -- deducts
17  185,000?
18     A  Correct.
19     Q  Then you have ECN fees. We've been talking
20  about these ECNs. When it's a positive number, what
21  does it mean? When it's negative number, what does it
22  mean?
23     A  When it's a positive number, people were
24  paying to use those ECNs.
25     Q  Who paid who?

**Page 164**

1      A  The individual traders. It's $177,168.77.
2  That's what we were charged by my fix for using their
3  routing system.
4      Q  So the member traders have to pay?
5      A  That's the -- the idea is, yes.
6      Q  Those amounts are to be debited on a daily
7  basis?
8      A  Correct.
9      Q  They are debited on a daily basis as you
10  understand it?
11     A  Correct.
12     Q  Are they debited by the software provider?
13     A  Yes.
14     Q  When the number is negative, what does that
15  mean, for instance, ARCA, Sterling?
16     A  That means there was a rebate, so cumulative
17  for the month on the Sterling Platform for ARCA, there
18  was an $86,327.34 rebate cumulative to the account.
19     Q  All right. So then at the bottom, you've got
20  total actual ECN fees and then the amount over rebated
21  fees, which is 3 million -- I'm sorry -- $335,000. Do
22  you see that?
23     A  Yes.
24     Q  So that takes us up to commissions of $2.2
25  million?

**Page 165**

1      A  Correct.
2      Q  Now, there's a net fees section. What happens
3  there?
4      A  The net fees would be the total amount of ECN
5  fees collected for the month.
6      Q  Collected by whom from whom?
7      A  They were taken out of the Tuco Trading
8  account by the software vendors, uploaded to Penson.
9  Penson gave them -- wired GLB the money, and now, GLB
10  -- it is up to them to take care of these ECN fees as
11  far as pay the bills or distribute the money correctly
12  to me.
13     Q  Those ECN fees that it has to pay is $1
14  million?
15     A  The total fees collected were a million
16  dollars.
17     Q  Collected from whom?
18     A  From the traders.
19     Q  Okay. So their accounts have been debited
20  that amount of money?
21     A  Correct. Then the total actual ECN fees were
22  6 -- according to this statement were $675,386.32. In
23  other words, I collected $335,930.86 more than what I
24  should have according to this statement.
25     Q  You collected $335,000 more?

Exhibit _____2_____   Page _____54_____   42 (Pages 162 to 165)

Page 166

1    A   That's what this statement is saying.
2    Q   Is that what, actually, happened?
3    A   This statement doesn't take into account Light
4  Speed ECN charges.
5    Q   I see.  So the $335,000 is added to the amount
6  of commissions you're to receive?
7    A   Right.
8    Q   It is not, in fact, sent over to the
9  customers -- to the member traders?
10    A   No.
11    Q   Why?
12    A   The $335,000 has been subtracted out of our
13  account.
14    Q   Which account?
15    A   Out of Tuco Trading, LLC, trading account by
16  Light Speed.
17    Q   What amount has been taken out?
18    A   300-some thousand dollars.  I don't have the
19  Light Speed bill in front of me.  That's included in
20  this number up here as far as what Light Speed sends to
21  GLB.
22    Q   And you're referring to the total gross
23  commission numbers when you say "this number here"?
24    A   Right.
25    Q   All right.  I'm still not quite sure of

Page 167

1  something.  You have total gross commissions.  Then
2  you've got these ECN fees.  After the clearing costs
3  are taken out, you get from 2 million to 1.9.  Then
4  you've got the ECN fees.  The amount of the fees over
5  rebated fees is $335,000.  That amount is, actually,
6  added to your commissions, so aren't the rebates going
7  to you, as broker of record?
8    A   Correct, and I have to turn around and write a
9  check or send a wire to Light Speed for that amount.
10  Light Speed has been debited those ECN amounts.
11    Q   How do you find out that Light Speed -- that
12  you have to pay Light Speed?
13    A   Light Speed sends me a bill.
14    Q   The bill is going to match the over rebated
15  amount?
16    A   It's never going to match.  Every ECN on here
17  is plus or minus, on average, $10,000 my way or against
18  me every single month dollar for dollar.  I'm saying
19  it's not going to match exactly.
20    Q   So nothing with regard to Light Speed appears
21  in the statements?
22    A   Correct.
23    Q   Yet you, in your commissions do, in fact, get
24  rebates?
25    A   Correct.

Page 168

1    Q   So that money has to go into the subaccount
2  holder, who is entitled to the rebate?
3    A   Correct.
4    Q   How does the money get from you, as far as the
5  commissions are concerned, to the member trader account
6  holder?
7    A   As far as commission is concerned, if a trader
8  is charged $3 a trade.
9    Q   I'm, actually, not asking about commissions.
10  I'm asking about the rebate specifically.
11    A   They both go together.  You can't separate the
12  two of them.  If you listen to my explanation, it will
13  make sense.  If a trader makes a trade for $3 and the
14  ECN fee on that is $3, the trader is charged $6.  The
15  $6 comes out of his account, goes to Penson, goes to
16  GLB and comes back to me.  That $3 of ECN fee is
17  subtracted here.  If a trader is charged $3 a trade and
18  he's adding liquidity, he's not charged $3.  There's
19  only a dollar that gets upload, so the trader is not
20  paying -- if he gets charged, he's paying $6.  If he
21  pays $3 a trade, if he adds liquidity and gets a
22  rebate, he's only paying a dollar.  Only a dollar comes
23  out of his account, and that gets uploaded to Penson.
24    Q   Then why are you getting this rebate money
25  from GLB?

Page 169

1    A   You talked to GLB for an hour on this.  You've
2  got me as confused as anything.  If there's a rebate, I
3. should get paid the rebate because, in essence, I'm
4  getting less money up here.  I'm charging the trader
5  $3.  Now, I'm only charging him a dollar.  A dollar
6  comes out of the account.  $3 should come out of
7  account.  I'm only getting a dollar back.  I want my $2
8  back here.  They're rebating the money back to me.
9    Q   But if you're charging the guy $3 and he's
10  only getting charged a dollar, then what you're saying
11  is you're owed --
12    A   $2.
13    Q   And you're saying that the rebate is you
14  getting replenished the money that you're owed or that
15  Tuco is owed?
16    A   Right.
17    Q   But shouldn't the commission that's charged
18  according to this software that's being used -- should
19  it not only charge whatever commission rate you've set
20  that they're calculating and, also, include the rebate?
21    A   And it does, so they're charging $3.  Then
22  they give them a rebate for $2.  There's a net fee that
23  gets uploaded of a dollar.
24    Q   The next page are miscellaneous expenses, so
25  we talked about the NSCC fees.  Are any of these per

Exhibit  *2*   Page  *55*   43  (Pages 166 to 169)

1 trade?

2    A  Yes.  NSCC fees are per trade.

3    Q  What about all the fees below that from Bond
4 Trade all the way to Essex?

5    A  No.  None of those are per trade.  Those are
6 fees charged by software vendors.

7    Q  Are those passed along to the member traders?

8    A  Yes.

9    Q  Is that done on a monthly basis?

10    A  Yes, on the first of every month.

11    Q  Although, there might be a couple months' lag;
12 is that correct?

13    A  Oh, sure.

14    Q  Then the Blue Sheet charge -- is that charged
15 once a month?

16    A  Yes.

17    Q  And so if I've got it right, the miscellaneous
18 expenses are passed along to the member traders?

19    A  Yes.

20    Q  The Blue Sheet charges are, also, passed along
21 to the member traders?

22    A  No.  We have to eat those.

23    Q  Why?

24    A  It's part of doing the business.  No one in
25 the business charges traders for Blue Sheets.

1    Q  Then there's this total of other charges.  Do
2 you have an understanding as to what that is?

3    A  You add the miscellaneous expenses and Blue
4 Sheets up, and it comes to 85,000.

5    Q  Then there's the GLB cut?

6    A  Yes.

7    Q  So they take that out as well?

8    A  Yes.  I pay them $15,000 a month.

9    Q  That's just a flat rate?

10    A  My deal with GLB is I pay $15,000 a month, and
11 I'm supposed to get cost on everything whatever -- if
12 they get a new software platform, I want to use that.
13 I think it is worthwhile.  I'm supposed to get the
14 cost.  If it cost to them is $200, the original deal
15 was that they can't charge me over 200.

16    Q  Then below the GLB cut, they debit out of your
17 gross commissions some -- well, various monies for the
18 office, phone, apparently, a Christmas party.  They
19 take out for this month $3300, and then there are these
20 adjustments.  What are the adjustments?

21    A  DVP.  I have a few DVP accounts with GLB, and
22 we split the profit on those.  I'm the licensed person
23 on the DVP accounts.  Blink Box is a black box
24 automated trade account that trades with us.  I split
25 the costs on that with GLB.  Registrations are, if one

1 of my traders gets registered, I have to pay for that.
2 Desk software is a front-end software.  We use
3 Hazelwood.  That's a software platform that we pay for.
4 Sprint phones -- I have my line.  Bob Lechman and Gus
5 Katsafaros are on the same Sprint line so we don't get
6 charged for talking to each other.

7    Q  All of these charges from DVP Doug all the way
8 through Sprint phones -- those are charges that reduce
9 your gross commission?

10    A  No.  They increase gross commission.  Anything
11 with a negative is fees that are getting debited from
12 my gross commission.

13    Q  Now, when you get down to all of it, it says
14 the total net is $2.1 million, and the net payable is
15 $2.1 million.  Explain something to me, please.  You
16 said your net commissions were $250,000 a month?

17    A  Uh-huh.

18    Q  What's the difference?

19    A  The difference really is part of the trading
20 profits that go to title trading because I give them a
21 cost deal, and part of these go towards them.  I've got
22 to pay a bill to Light Speed for $500,000.  That
23 includes the ECNs.

24    Q  Are you giving me average numbers or a
25 particular month?

1    A  That's October, November, December, January.
2 It's between 400 to 550 now is my bill to them.

3    Q  You make in net commissions a couple million
4 dollars a month.  You said the title trading you have
5 an arrangement with.  What is the nature of the
6 arrangement?

7    A  He gets cost commissions, and then there's a
8 profit split on whatever his company makes.

9    Q  Okay.  So you don't charge a greater
10 commission than what you would get just by being broker
11 of record on the master account?

12    A  Correct.  Those are the guys at 20 cents a
13 thousand that we spoke about earlier.

14    Q  The title people?

15    A  Correct, all the business outside the U.S.

16    Q  So you don't get any commission off of that --
17 or I'm sorry.  Tuco doesn't get any additional
18 commission off of that?

19    A  Right.

20    Q  And so why does that eat into your $2.1
21 million?

22    A  That's part of our deal.  Mainly, our New York
23 group eats into our commission.  They make about $1.9
24 million in commissions.

25    Q  Who is this New York group?

44  (Pages 170 to 173)

Exhibit ___2___ Page ___56___

1    A  T-3.
2    Q  So the $1.9 million goes to an entity named
3  T-3?
4    A  Right.
5    Q  How is it that $1.9 million of the commissions
6  paid to you go to you to pay to T-3?
7    A  They have 150 traders in their office in New
8  York.  They make a lot of money.  They trade 200
9  million shares a month.
10    Q  What commission do they pay?
11    A  They pay, on average, around $3 per thousand
12  -- 3 to $4, probably.
13    Q  It sounds like they're making money for Tuco
14  off of commissions?
15    A  Correct.  They do make money off of Tuco on
16  commissions.
17    Q  Why do you take out $1.9 million from your net
18  commissions that you're, actually, getting paid?  I'm
19  trying to understand, sir.  You're saying you make
20  about $250,000 in your net commissions.  I've looked at
21  these sheets, and a lot of them are multimillion dollar
22  net commissions.  I'm trying to figure out what
23  accounts for the difference.
24    A  Two of them are.  The T-3 group in New York --
25  they are the largest group.  We do a 10 percent

1  ownership deal with them on the commissions made on
2  that group of guys.
3    Q  Okay.  Let's talk about how that works.  I'm
4  not quite sure I understand.  It is a lot of the
5  commission money.
6    A  I understand.  I don't know what the exact
7  number is.  I'm approximating.  I can look at the back
8  office and tell you exactly what the numbers are.
9    Q  Given the disparity between 250,000 and 2.1,
10  approximations might get us where we need to go.  Tell
11  me the arrangement between T-3 and Tuco.
12    A  We own 10 percent of their company.  They just
13  moved into a space into New York.  They left Schonfeld,
14  and the other group they left was -- I can't think of
15  the name.  These two groups left, came over to us,
16  moved into their own office space downtown, had a
17  $600,000 build-out in the office space, and they
18  started around September or October.  They get cost
19  commission, and we're 10 percent owner with them.
20    Q  When you say T-3 gets cost commission, you
21  mean that Tuco doesn't charge anything more than the
22  commission that you get as broker for the master
23  account?
24    A  Correct.
25    Q  So that should be a wash; should it not?

1    A  No, because if our cost is 16 cents a thousand
2  and they're charging -- we're charging our New York
3  guys 3, 4, 5, 6, $7 per thousand, it adds up to a lot
4  of commission dollars.
5    Q  For whom?  Who is making that money?
6    A  We make 10 percent of it.
7    Q  Where are those commission dollars going?  Who
8  is making a commission on a per-trade basis for T-3's
9  trades?
10    A  Tuco gets paid the money, and Tuco pays T-3
11  for the commission dollars.
12    Q  It sounds like T-3 has to pay the commission
13  dollars, and then Tuco is paying it back the commission
14  dollars?
15    A  T-3 traders pays the commission dollars.
16  Whoever is in the subaccounts in T-3 are paying from $3
17  to $7 per thousand shares.  They pay zero in
18  commission.  16 cents a thousand is what they pay in
19  commissions.
20    Q  T-3 is another day-trading firm?
21    A  That we own 10 percent of.
22    Q  They have a subaccount with Tuco?
23    A  Right.
24    Q  What they're doing is that they have sub, sub
25  accounts for their member traders; is that right?

1    A  Right.
2    Q  So the member traders of T-3 are charged what
3  commission-wise?
4    A  Anywhere from $3 to $7 per thousand.
5    Q  Okay.  So that sounds like it's making T-3 a
6  lot of money?
7    A  Yes.
8    Q  Okay.  How much does Tuco charge T-3?
9    A  The cost of the commission, 16 -- 50 cents a
10  thousand when you add in software and commission.
11    Q  So you're charging T-3 50 cents a thousand,
12  but T-3 is charging 3 or $4?
13    A  $3 to $7.
14    Q  Per thousand?
15    A  Correct.
16    Q  And then how much -- you're allowed to set the
17  commissions charged for T-3; correct?
18    A  Correct.
19    Q  So then the money goes -- you're charging
20  16 cents per thousand, and then that money gets
21  generated, and you get paid; correct?
22    A  Right.
23    Q  And then you have to take those funds, which
24  you testified before you take your commission funds.
25  They go to you in your J.P. Morgan account.  Then they

Exhibit ___2___ Page __57__

Page 178

1  go to a wire account of J.P. Morgan of Tuco; correct?
2      A  Correct.
3      Q  Then they go to the operating account?
4      A  Correct.
5      Q  Then they go to Tuco's master account?
6      A  If I need to put money in the master account,
7  they would go there.  If I need to pay for the
8  commissions generated, they would go to T-3 because
9  we're 10 percent owners.  Basically, we would square up
10  every quarter, every six months on what our 10 percent
11  ownership is in T-3.
12      Q  You get a quarter of the net commission
13  revenue on T-3?
14      A  Yes.
15      Q  You, also, have to do what?  You have to pay
16  them money.  You get the 2 million bucks, and then it
17  just goes into Tuco -- the member traders, I mean,
18  including T-3.  They're already charged their
19  commission charge?
20      A  Correct.
21      Q  Why do they have to be paid anything?  It's
22  going to Tuco's account.
23      A  Correct.  It comes out of Tuco's account.
24  Let's say it's $6 per thousand they charge people.
25  They trade 200 million shares for the month.  That's

Page 179

1  1.4 million in commission revenue.  It comes out of the
2  trading account, goes to Penson, goes to GLB, comes
3  back to me and gets paid to T-3 as commission.  When
4  they collect enough money back for their build-out, for
5  any expenses, then we get a profit split of the 10
6  percent of the business.
7      Q  So you're not getting a profit split yet?
8      A  No.  We haven't seen a penny yet.
9      Q  For all intents and purposes, you are loaning
10  money to T-3?
11      A  In theory, we feel we're making an investment
12  in T-3.  We're not losing money on the deal.  Are we
13  making any right now?  No.
14      Q  Let's take a break and go off the record at
15  4:17.
16      (Recess.)
17      MR. TERCERO:  We're back on the record at 4:18
18  p.m.  During the course of our break, there were no
19  communications of substance between the staff of the
20  commission, on the one hand, and the witness and
21  counsel, on the other.  Would you agree, Counsel?
22      MR. YOUNG:  Correct.
23      MR. TERCERO:  Let me now hand you what today
24  has been marked as Government Exhibit 5.
25      (Government Exhibit 5 was marked for

Page 180

1      identification by the court reporter.)
2  BY MR. TERCERO:
3      Q  Can you take a look at it and let me know if
4  you recognize it?
5      A  It's December's bank statement.
6      Q  For whom?
7      A  For Tuco Trading, LLC.
8      Q  You mentioned two accounts.  Is this the
9  statement for both?
10      A  I don't know.  It's for 3067.
11      Q  I think, if you'll look at the front, you'll
12  see something business planning extra, and the other
13  one is business classic.
14      A  Okay.
15      Q  When you get bank statements of Tuco, is it,
16  usually, the two accounts together?
17      A  I printed these off of the Web site, so I get
18  everything on the Internet instead of getting papers.
19      Q  When you get it on the Internet, are both
20  accounts together?
21      A  Yes.  I can go to either account.  If I want
22  to go to 75, I can look it up there.
23      MR. TERCERO:  I now hand you Government
24  Exhibit 6.
25      (Government Exhibit 6 was marked for

Page 181

1      identification by the court reporter.)
2  BY MR. TERCERO:
3      Q  Let me know if you recognize it.
4      A  Yes.
5      Q  How do you recognize it?
6      A  It's our Advantage futures account in Chicago.
7      MR. TERCERO:  Let me now hand you what's been
8  marked today as Government Exhibit 7.
9      (Government Exhibit 7 was marked for
10      identification by the court reporter.)
11  BY MR. TERCERO:
12      Q  Can you take a look at it, and let me know if
13  you recognize it?
14      A  Yes.  It's a broker statement for Tuco Trading
15  for Evolution Financial.
16      MR. TERCERO:  Let me now hand you the next
17  exhibit.  I'll now hand you Government Exhibit 8.
18      (Government Exhibit 8 was marked for
19      identification by the court reporter.)
20  BY MR. TERCERO:
21      Q  Can you let me know if you recognize it?
22      A  I've never seen it.  It's the GLB Tuco
23  Trading, LLC, account from Penson.
24      Q  Is that what we call the master account today?
25      A  Correct.

Exhibit  2    Page 58   46  (Pages 178 to 181)

Page 182

1    MR. TERCERO: Let me now hand you what today
2  has been marked as Government Exhibit 9. Please, take
3  a look at that, and let me know if you recognize it.
4       (Government Exhibit 9 was marked for
5       identification by the court reporter.)
6       THE WITNESS: Yes.
7  BY MR. TERCERO:
8    Q  What is it?
9    A  Mann Financial futures account statement.
10   Q  That's one of your commodities accounts for
11 Tuco; is it not?
12   A  Correct.
13      MR. TERCERO: Let me now hand you what has
14 been marked as Government Exhibit 10.
15      (Government Exhibit 10 was marked for
16      identification by the court reporter.)
17 BY MR. TERCERO:
18   Q  Please, look at it, and let me know if you
19 recognize it.
20   A  Yes.
21   Q  How is it you recognize it?
22   A  It is Tuco Trading's View Trade equity
23 account.
24   Q  We talked about that one earlier today, did we
25 not, that you control it?

Page 183

1    A  Yes.
2    Q  You control all the accounts that we talked
3  about?
4    A  Yes, I do.
5    Q  Let me say that again. You control all the
6  accounts with the statements you have before, Exhibit 5
7  through 10; is that right?
8    A  Yes.
9       MR. TERCERO: Let me now hand you what today
10 has been marked as Government Exhibit 11.
11      (Government Exhibit 11 was marked for
12      identification by the court reporter.)
13 BY MR. TERCERO:
14   Q  Please, take a look at it, and let me know if
15 you recognize it.
16   A  Yes, I do.
17   Q  What is it?
18   A  A Tuco Trading account with Wedbush.
19   Q  That is another account that you control on
20 behalf of Tuco?
21   A  Correct.
22      MR. TERCERO: Let me now hand you what today
23 has been marked as Government Exhibit 12.
24      (Government Exhibit 12 was marked for
25      identification by the court reporter.)

Page 184

1  BY MR. TERCERO:
2    Q  Could you let me know if you recognize it?
3    A  Yes.
4    Q  What is Government 12?
5    A  This is our back-office account equity
6  balances.
7    Q  Okay. At the top, there is an e-mail?
8    A  Yes.
9    Q  Do you recognize the e-mail?
10   A  Yes. This was e-mailed to Kent Woo from
11 myself.
12   Q  Did you, actually, send it yourself?
13   A  Yes, I did.
14   Q  Did you write it?
15   A  I wrote the e-mail attached to this.
16   Q  Did you send it on or about February 4th,
17 2008?
18   A  Yes, I did.
19      MR. TERCERO: Let me now hand you what will be
20 marked as Government Exhibit 13.
21      (Government Exhibit 13 was marked for
22      identification by the court reporter.)
23 BY MR. TERCERO:
24   Q  Please, take a look at it, and let me know if
25 you recognize it.

Page 185

1    A  Yes, I do.
2    Q  How is it you recognize Government 13?
3    A  This is an e-mail I sent to Kent regarding our
4  back-office year-end summary.
5    Q  Did you send it to Mr. Woo on or about
6  February 12th?
7    A  Yes, I did.
8       MR. TERCERO: I now hand you what's been
9  marked today as Government Exhibit 14.
10      (Government Exhibit 14 was marked for
11      identification by the court reporter.)
12 BY MR. TERCERO:
13   Q  Let me know if you recognize it?
14   A  Yes, I do.
15   Q  What is Government 14?
16   A  This explains the differences in accounts from
17 what Kent was originally sent.
18   Q  Did you send this e-mail to Mr. Woo on or
19 about February 12th?
20   A  Yes, I did.
21   Q  Mr. Frederick, if you take a look at all of
22 these records, you will see, particularly, in
23 Government Exhibit Number 13, if you were to add up all
24 the positive equity balances, you would see there's
25 $10.8 million in positive equity. If you were to add

47  (Pages 182 to 185)

Exhibit __2__ Page __59__

Page 186

1  up all the negative equity balances, that would be for
2  about $2 million. This is as of December 31st, 2007.
3  If you take a look at the GLB account, which we marked
4  as Government Exhibit 8, you'll see that for the 4075
5  account, which is one of the master account, and,
6  apparently, the overall master account that
7  incorporates everything, the total portfolio value is
8  $4.9 million, approximately. There are short account
9  positions of $5.6 million. That's in parentheses, and
10  then there's a short account balance of $5.6 million.
11     A  Uh-huh.
12     Q  That comes to, along with all of the other
13  accounts, a balance of $7.8 million. If you look at
14  the last page of the exhibit, you'll see that on
15  12/31 --
16     A  Is this on Exhibit 8?
17     Q  Yes, last page of Exhibit 8. You'll see that
18  on 12/31 there's transfers in. Is that a loan from
19  Mr. McDonald's entities?
20     A  Which page? I'm sorry.
21     Q  The very last page of Government exhibit 8.
22  You'll see here, showing the witness the second column
23  in the middle on that page, which would be the
24  right-hand column, there are three transfers or three
25  journals in there of $1.766 million. Is that a loan

Page 187

1  from Mr. McDonald?
2     A  Yes. I thought the amount was, actually, 1.5,
3  but, yes, it is the loan from Mr. McDonald.
4     Q  If you take these three accounts -- the three
5  Tuco accounts at GLB and add them up taking into
6  account the short account positions and balances, you
7  come up with $7.8 million. You back out or subtract
8  the loan monies from Mr. McDonald's entities of $1.76
9  million. That's $6,090,000 -- 95,000. If you take a
10  look at each and every one of the other account
11  statements, including the J.P. Morgan bank statements
12  of Tuco, there's a balance of -- an equity balance of
13  $490,000 from them, so total assets would be $6.5
14  million. So we've got positive equity, according to
15  the document you provided yesterday, Exhibit 13, of
16  $10.8 million. The assets available in all of Tuco's
17  accounts are $6.5 million. If you add up all the
18  negative account balances in Government Exhibit 13,
19  which is the back-office system listing of each member
20  and what their equity is, that's $2 million. Then
21  you've got a $2 million shortfall that you plug in. So
22  as I understand it, if a member trader has an account
23  that is negative, that's something that's on Tuco?
24     A  Uh-huh.
25     Q  They owe that money?

Page 188

1     A  Yes.
2     Q  So to summarize, positive equity balance of 10
3  million. There's only 6 and a half million dollars in
4  the various bank, brokerage and commodities accounts,
5  and the negative equity balances are 2 million.
6  There's another $2 million that is not accounted for,
7  so we have a $4,200,000 and change shortfall. Where is
8  the money?
9     A  There's 800 -- I came up with a little
10  different number. Not off by a lot. I had $8,093,702
11  total in the Penson accounts.
12     Q  Is that both positive and negative?
13     A  That's from the GLB statement.
14     Q  Right, but does that --
15     A  From the GLB statements.
16     Q  You had how much?
17     A  $8,093,702.44. I had McDonald as 1.5. I'm
18  not sure about the 266. Evidently, it is in there. I
19  only realized that Frank had 1.5 million in our
20  account. That's how I came up with the total in Penson
21  of 6,393,702.
22     Q  All right.
23     A  What I have in our back office minus the
24  negative -- well, total on Titans, if you add the
25  negative accounts, I have $8,754,221.40.

Page 189

1     Q  7 million?
2     A  8 million.
3     Q  Okay.
4     A  They're fairly -- I mean, if it was my bank
5  account or your bank account, it's a different story.
6  So Penson I have -- I have $6.3 million in total
7  missing, not counting the negative accounts. I hadn't
8  taken that into consideration. The total missing is
9  $2,360,518.96. That's counting the 200 difference,
10  approximately.
11     Q  So you're saying 2.3 million?
12     A  Approximately, yes.
13     Q  We're saying 2.1 million, according to the
14  math that we did.
15     A  Okay.
16     Q  Let's even go with either number. Where is
17  the money?
18     A  That's what I haven't got there yet.
19     Q  I'm sorry.
20     A  The NY-Fix bills that I've been billed for GLB
21  -- they say it's a million to million and a half. It's
22  819,000 that they're holding of my money. GLB for the
23  month of December I hadn't been paid on that money yet.
24  I was owed $2,064,553.
25     Q  Okay.

48 (Pages 186 to 189)

Exhibit __2__ Page _60_

Page 190

1    A   Westland is the deposit I have on the place
2   I'm renting.  The company put the deposit down.  That's
3   9,000.  I have a billing discrepancy with Penson on the
4   interest of $109,627.03.  I have Rod Henley negative of
5   $121,390.47 for the futures account.  When I add all of
6   these accounts payable up with title trading, it comes
7   to $3,740,866.90.  I think your number was around --
8    Q   4.2 million.
9    A   Okay.
10   Q   That's because, if there's a negative equity
11  balance of a member trader --
12   A   I understand where you're coming up with that.
13   Q   Where is the money?
14   A   The money is negative in the account.  We
15  haven't collected any of the negative money from
16  Jonathan Bay that you're asking about.  That is
17  $800,000.  We're in the process of collecting that.
18  Jonathan Kirkland stuck us for $250,000 at the end of
19  the year.  We had to pay the Sterling fees from June
20  until November because the broker-dealer is the company
21  that has the account with Sterling, and he had signed a
22  contract to pay Sterling exclusively straight, not
23  through the broker-dealer, and he never paid the bill.
24  The broker-dealer is not going to let us skip on the
25  bill.

Page 191

1    Q   So far, the numbers you've given us in your
2   last response, Sterling, the Kirkland issue, I think
3   you mentioned Mr. Bay as well?
4    A   Yes.
5    Q   Let's leave him aside.
6    A   Okay.
7    Q   So far, those are business expenses of Tuco;
8   are they not?
9    A   Correct.
10   Q   Why are those business expenses not reflected
11  in the account equity balances of the member traders?
12   A   Because it's not -- it's not their money
13  that's negative.  It's Tuco's money.
14   Q   But the money isn't in the account, sir?
15   A   I understand that, and that's why, when we're
16  getting 125 or 250,000, I'm not taking 150,000 or
17  250,000 of commission.  That's why the money is going
18  back into the company to make up for Jonathan Bay and
19  Black Hawk and the other bills I've gotten hit on by
20  traders going negative.
21   Q   Do I have this right?  If you look at
22  Government Exhibit Number 13, which is the first of the
23  two e-mails from February 12th of this year, this says,
24  "This is the revised MTS back office for end of year
25  2007"; correct?

Page 192

1    A   Correct.
2    Q   That means that this is the equity that
3   each -- of each member trader whether positive or
4   negative?
5    A   Correct.
6    Q   Are these the numbers that, when a member
7   trader logs on Titans, they would see?
8    A   Correct.
9    Q   You've just mentioned that a fair amount of
10  the money that is not in the accounts as of December
11  31st is not reflected in these numbers.  Why?
12   A   I guess my question is, let's say we were
13  negative 2 million or whatever -- the 500,000 we're
14  sitting here talking about right now.  So would you
15  expect us to go through and figure out the total equity
16  is 8 million, and Jim Johnson has $100,000 on the back
17  office of equity in the account.  So would you suggest
18  we go through and say, okay, $100,000 of $8 million is
19  X percent?  It's -- I don't know what percent it would
20  be.  1 percent, 12 percent.  Do you suggest that we
21  should go into Jim Johnson's account and put his equity
22  to $92,000?
23   Q   I'm not allowed to give any advice, nor will
24  I.  I am asking why you don't do it.  If you look at
25  the operating agreement, the charges that -- well,

Page 193

1   let's leave that aside.  That money isn't there.
2    A   Understood.
3    Q   So has not Tuco used money out of it's
4   accounts to pay business expenses, and, therefore, does
5   it not need to reflect that in the member traders'
6   equity numbers?
7    A   Tuco Trading hasn't taken money to pay
8   business expenses.  It's traders have lost money in the
9   accounts.  Tuco didn't take $2 million or $500,000 and
10  pay their bills for the year.  The reason the account
11  is negative -- we're talking about $500,000 right now.
12   Q   I'm giving you credit, actually, in my
13  analysis.
14   A   $800,000.
15   Q   What I'm saying is, if you add up all the
16  positive equity balances, what people think they have,
17  that's $10.8 million.
18   A   Right.
19   Q   There is only $6.5 million in all of Tuco's
20  accounts.  There's a shortfall.  So where is the money?
21   A   The money -- the money is not there because
22  traders have gone negative.  I've just gone through and
23  showed you where everything -- even counting your
24  negative balances, we were off by 500, $600,000.
25   Q   Well, if you add up all the negative balances,

Exhibit ___2___ Page ___61___        49 (Pages 190 to 193)

Page 194

1  that's $2 million.
2      A  Understood.
3      Q  There's still -- but that's on Tuco; correct?
4      A  Correct.
5      Q  Tuco owes that money?
6      A  Correct.
7      Q  They have to put that money back into the
8  master account?
9      A  Correct.
10     Q  In addition to that, even if you take into
11 account the negative equity, there's still $2.1 million
12 that's not there?
13     A  I understand that. I've showed GLB I have an
14 account payable -- I haven't been paid for December --
15 of $2 million. I have Westland. I have $9,000.
16 Penson interest is 109,000. Rod Henley is 121,000.
17 The NY-Fix builds is 819,000. The title bill was
18 150,000 that I got paid in January. That's how I'm
19 showing you. We're sitting here talking. You want to
20 clip us for $2 million because it is our loss. That's
21 how I'm saying we're 3 to $500,000 apart. What I'm
22 coming up to you saying is, yeah, the reason we're 300
23 to $500,000 apart is one trader hit us for almost a
24 million dollars.
25     Q  I'm already adding the number into my negative

Page 195

1  equity number. It's already there, already reflected
2  even on the numbers you gave yesterday.
3      A  So we're off to 3 to $500,000. That's what
4  you're saying. 3 to $500,000 and prorate it --
5      Q  I'm not telling you to do anything. I'm
6  trying to figure out where the money went, and so I'm
7  trying to figure out how do you get from a positive
8  equity of 10.8 million but only 6 and a half million is
9  in the accounts? Tuco has to have spent some of that
10 money. Now, 2 million is the negative equity balance.
11     A  Uh-huh.
12     Q  It's just not reflected in all of the members'
13 equity. Okay. What about the other $2.1 million? Did
14 you pay expenses of the business with that, or did you
15 use it for some other purpose?
16     A  There's $3.7 million is what I'm trying to
17 explain to you. I know there's 650,000 in the GLB,
18 Tuco, Penson account.
19     Q  There's how much?
20     A  I'm sorry. I think you said $6.5 million.
21     Q  Yes.
22     A  There's $6.5 million in the Tuco, GLB account.
23     Q  6 million there?
24     A  Okay. If I take $500,000 off my accounts
25 payable, there's $3.2 million.

Page 196

1      Q  So you're saying add in the accounts payable,
2  and then the $4 million deficit goes away?
3      A  Right, very close.
4      Q  But today, you don't have that money?
5      A  100 percent.
6      Q  Okay. Now, for the money that isn't there,
7  where did it go?
8      A  It's a good question. I haven't gone through
9  everything. If I went through and took the accounts
10 payable, where is the 300 to $500,000 -- as of last
11 Wednesday, I had no idea this was the issue I was
12 looking at. Kent asked me to send the information. He
13 wanted to talk to me briefly 2 o'clock last Wednesday.
14 I didn't know he was looking for me to go through and
15 do an accounting for the whole year. Yesterday, I
16 spent some time going through this. You were very
17 adamant you wanted to meet as soon as possible. I
18 tried to come up with the basics of where is the money.
19 I've come to 300 to $500,000 off. Is the money
20 missing? Yes. Can I find it? I don't know.
21     Q  Other than paying for Tuco's business expenses
22 out of the accounts, including the compensation for the
23 staff including yours, where else could the money have
24 possibly gone?
25     A  ECN billing with title trading and dealing

Page 197

1  with them. I'm still dealing with them on $150,000
2  bill.
3      Q  You're using money out of the master account
4  to pay for that?
5      A  I have to because I get billed by the ECNs on
6  a monthly basis from GLB. If GLB bills me 300,000, I
7  only collected 100,000 for that month. I've got to
8  figure out where is $200,000 at. I have to go back
9  through all of the ECNs. When I get my September
10 statement on December 3rd, I have to go back and try to
11 figure out September. When I get my October statement
12 December 28th, I'm trying to do year-end
13 reconciliation. I have to figure out how come the ECNs
14 don't match up. When I get my November statement on
15 January 3rd or 4th or 5th, then I have to go back and
16 try to figure out where are these ECN bills off. I
17 still haven't seen December's.
18     Q  Is it fair to say that the shortfall is
19 attributable, at least, in part, to Tuco Trading using
20 the funds in its account to pay for its expenses?
21     A  Absolutely.
22     Q  Okay. And then the other part is now why
23 aren't those amounts, since they're coming out of the
24 Tuco accounts -- why isn't that reflected in the Titans
25 MTS listing that you provided yesterday or even

Exhibit  2      Page  62      50  (Pages 194 to 197)

## Page 198

1  beforehand in Exhibit 13? Why not reflect those?
2     A  As far as if there's 6 million in the account
3  and I pull out a million?
4     Q  Yes.
5     A  I don't see the need for it.
6     Q  Is it possible -- a Tuco member trader can
7  only trade so much correct?
8     A  Correct.
9     Q  If there's only $6.5 million in there as of
10  December 31st but the members believe they have $10.8
11  million --
12     A  Uh-huh.
13     Q  -- then aren't you telling them that they have
14  a lot more in their accounts than they, actually, do?
15     A  If you look at it that way, yes, we are.
16     Q  Why do that?
17     A  Because that's what their balance is. If we
18  had a run on the bank, yeah, we're going to be short
19  $300,000.
20     Q  Do you tell the member traders that?
21     A  No. I don't sit there and tell all the
22  traders that.
23     Q  How come?
24     A  I don't see the need to tell the member
25  traders that.

## Page 199

1     Q  Is there any other reason?
2     A  No other reason.
3     Q  Do you, in any way, disclose the difference
4  between what the amount is that a member trader sees as
5  their equity and what is, actually, in the account of
6  Tuco Trading -- the master account?
7     A  If a member trader came and asked me how much
8  money is in the account, I would tell them how much
9  money is in the account. If a guy has $10,000, I would
10  say $6 and a half million. Would I go to every trader
11  and tell every trader this guy has 20,000, this guy has
12  $10,000, the amount adds up to this amount? No, I
13  wouldn't do that.
14     Q  Not what the account adds up as a whole but
15  what that person has less their percentage interest in
16  the shortfall. Would you tell them that?
17     A  I can tell them this is where the account
18  should be, and this is where it is. I wouldn't tell
19  them you have $10,000. If we go out of business today
20  and every guy wants cash in their hand, then that means
21  you only have $67,800, no, I wouldn't do that. Nobody
22  has ever asked me.
23     Q  Any other reason other than nobody has ever
24  asked you?
25     A  No.

## Page 200

1     Q  How does Tuco monitor whether somebody is
2  using the amount of buying power that they have been
3  given?
4     A  On our back office for administrative
5  purposes, we can go in and check on a daily basis. We
6  can check on each trader. We can find how much buying
7  power each single trader uses on a daily basis. We
8  could do it as a group.
9     Q  How do you manage for whether or not -- you --
10  strike that.
11       Tuco Trading can trade up using 4-to-1
12  leverage; correct?
13     A  Correct.
14     Q  Yet you offer as much as 20-to-1 leverage to
15  the members traders?
16     A  Uh-huh.
17     Q  Is that a yes?
18     A  Yes.
19     Q  How do you manage the trader's activities so
20  that they do not go over the 4-to-1 leverage of the
21  master account?
22     A  They do go over the master account. The
23  master account -- I'll get a margin call. I'll put
24  money in the account to cover the margin call.
25     Q  Is that the money you get from Mr. McDonald?

## Page 201

1     A  Yes.
2     Q  Is there any other way you make up the
3  shortfalls?
4     A  No. That's the only way. We've been trying
5  to get approved for a portfolio margin account, which
6  gives you 10-to-1 leverage. Then we wouldn't be as
7  concerned about getting a margin call and, probably,
8  wouldn't have to borrow money from Frank.
9     Q  The portfolio margin account -- would that,
10  also, be at GLB?
11     A  Yes.
12     Q  Now, how does -- does Tuco monitor the
13  member -- I'm sorry.
14       Does Tuco monitor the member trader's trading
15  during the trading hours?
16     A  Yes.
17     Q  How?
18     A  Each system they trade on has a risk system.
19  It's up on Adam, Ben and my desk. It's on Mike
20  Kestler's desks and, also, Jared. They're watching
21  risk for Sterling, Light Speed and Hydra.
22     Q  Each of the software providers has a
23  monitoring system that is called a risk system?
24     A  Correct.
25     Q  How does that work?

Exhibit __2__  Page __63__  51 (Pages 198 to 201)

Page 202

1    A  It will show the P&L of each trader. On some
2  of the risk systems, you can organize it from most
3  profitable trader for the day to the most negative
4  trader for the day.
5    Q  Is that what Tuco does?
6    A  Yes. I'm more concerned about the negative
7  guys than the guys making too much money.
8    Q  Meaning, the guys who, if you stop the music,
9  would have a losing position?
10    A  Right.
11    Q  So you monitor with an emphasis on the people
12  with losing positions. At some point, does the loss --
13  does the losing position get to so much of a losing
14  position Tuco takes action?
15    A  Absolutely.
16    Q  Under what circumstances does it do so?
17    A  Depending on how much equity they have in
18  their account, we'll call them. We don't want anyone
19  below 3 or $4,000 in their account.
20    Q  Do you mean equity?
21    A  Yes.
22    Q  If we were to use, again, Exhibit 13, if you
23  pick Pamela Ombres, she's got positive 238. You
24  wouldn't let her trade anymore?
25    A  She hasn't traded in over year.

Page 203

1    Q  Let's go to DTA Trading, Dustin Lugar
2  (phonetic), 73,000. So if that account -- if that
3  73,000 went down to 3 or 4,000, you would stop them?
4    A  We would be calling him if he got down under
5  20,000.
6    Q  Down from 73?
7    A  Down to where he is 20, 30,000, we would IM or
8  give him a call and say, "Dustin, is everything okay?
9  Any problems today?"
10    Q  And you have how many people monitoring the
11  member traders trading this way?
12    A  Five people.
13    Q  Including you?
14    A  Yes.
15    Q  Do you give any of the other parameters, other
16  than as we've already discussed, down 20,000, only 3 or
17  $4,000 in equity left? Anything else?
18    A  Anyone that trades on Sterling or Light Speed
19  is set on a limit for how much they can lose for the
20  day or how many trades they can be in. If you trade on
21  Hydra, Das, Bond Trade, their risk system is not that
22  great. Any time we sign a trader up, he has to give a
23  limit. Dustin Lugar may say, if I lose 20,000, then
24  his system gets locked up. He'll have to call us and
25  say, "Hey, I know what I'm doing."

Page 204

1    Q  Is that information Tuco gets from the member
2  trader when the account is opened?
3    A  Yes.
4    Q  Can the member trader change that number?
5    A  The member trader can't change it. We can. A
6  lot of these guys, if they have $20,000, they'll say,
7  "Put me at $5,000 loss limit." They'll hit that and
8  say, "I'm okay. Give me $2,000 more today." We'll
9  upgrade to a total of $7,000 for the day that he can
10  lose.
11    Q  But if they ask to the change limit, will you
12  change the limit in the vendor's software?
13    A  Yeah.
14    Q  No matter what they say?
15    A  I don't understand.
16    Q  No matter what limit they set -- strike that.
17     If a trader says "Please, change my limit," do
18  you let them change it to any figure that they want, or
19  do you have your own limits?
20    A  We have our own limits.
21    Q  What are they?
22    A  I don't want them to lose or get down to where
23  they are at 3 or 4,000. If have they have 10,000 and
24  lose 3,000, they're, probably, going to get a call and
25  saying, "Hey, is everything okay today?"

Page 205

1     MS. ESON: Is that based on a percentage?
2     THE WITNESS: We had two girls in China that
3  really ran our risk department. It would be at 10
4  percent. They would send an IM to me. Everyone gets
5  the IM and the e-mail. Dustin Lugar 73,000 equity,
6  down $7,000. Five minutes later he loses another 500.
7  Dustin Lugar is down $7,500. It got to be annoying.
8  We tried to raise the limit. I tell my guys, "If it's
9  a 25 percent loss in the account, you better be
10  calling." Obviously, if they have a thousand dollars,
11  they're not trading. If someone has 5,000 or 10,000 or
12  more, if it's a 25 percent loss, normally, Ben, Jared
13  or Adam are going to call.
14     MR. TERCERO: Let me now hand you, sir, what's
15  been marked today as Government Exhibit 15. Please,
16  take a look at that time, and let me know if you
17  recognize it.
18     (Government Exhibit 15 was marked for
19     identification by the court reporter.)
20     THE WITNESS: Yes, I do.
21  BY MR. TERCERO:
22    Q  What is it?
23    A  The wires that GLB Trading has sent to me.
24    Q  And these wires cover from November 15th of
25  2007 through December 28th of 2007?

Exhibit 2      Page 64    52 (Pages 202 to 205)

Page 206

1    A   Uh-huh.
2    Q   These funds are transferred to your account,
3  apparently, at J.P. Morgan Chase. Do you have any
4  other bank accounts in your name other than this one?
5    A   No.
6    Q   Do you have control over any other bank
7  accounts other than Tuco's accounts?
8    A   No.
9    Q   Do you have assets in any other accounts?
10    A   No.
11    Q   All of these funds, if you then compare them
12  to the J.P. Morgan account statement, which is
13  Government Exhibit 5, essentially, the money goes into
14  one of the accounts of Tuco and J.P. Morgan, and then
15  it is sent where?
16    A   Now, you're talking when it goes to the Doug
17  Frederick J.P. Morgan account?
18    Q   These wire transfers in the exhibit I just
19  showed you, Number 15, which we just marked.
20    A   Right.
21    Q   Those go to Doug Frederick's individual J.P.
22  Morgan account?
23    A   Correct.
24    Q   Then the money, if you look at Exhibit 5, go
25  from the account that you have in your name to one of

Page 207

1  the accounts in Tuco's name?
2    A   Right.
3    Q   Okay. What happens to the money then?
4    A   The money is -- he paid me early for, I
5  believe, September. I didn't get paid until December.
6  He knew he owed some money. He started paying some
7  money. He started paying me for October and November
8  too. He knew I was up money -- GLB.
9    Q   Who is he?
10    A   Robert Lechman, who owns GLB, he knew they
11  weren't going to get the recs done in time. He knew I
12  needed the money to pay traders or whatever I needed.
13  He knew I was up this money. He needed to send the
14  money to me. These were used for paying out traders,
15  or it was used to pay bills, or it was used to pay
16  whatever was needed to be paid.
17    Q   Okay.
18    A   So in other words, if he wires me $500,000, I
19  may be paying out traders $500,000. He wired money to
20  me. I wired into the wiring account, then the
21  operating account. Then I wire money to day traders
22  because I'm not pulling money out of the trading
23  account to pay the trader.
24    Q   That's the master account?
25    A   Right.

Page 208

1    Q   Why does a member trader go to open up a
2  subaccount at Tuco rather than just open up an account
3  at GLB or some other brokerage firm?
4    A   Word of mouth. They like one of the platforms
5  we offer, whether it's a Light Speed platform or
6  Sterling platform. They can get competitive rates
7  through us compared to going to a different broker.
8  There's four choices in the business, Assent, Genesis,
9  Hold Brothers, Tuco, Bright Trading. Pretty much I
10  would say 99 percent of the firms that facilitate
11  business the way we do goes through one of those four
12  to five.
13    Q   Why not open an account at a regular brokerage
14  firm?
15    A   Because Charles Schwab doesn't have a
16  professional platform to trade on. It's a piece of
17  junk. It's slow, not fast. They don't want to pay the
18  commissions Charles Schwab is going to offer.
19    Q   Who is "they"?
20    A   An individual trader. If he comes to us, he
21  knows he can trade in our office any time. He knows
22  he's going to get good customer service. He knows he
23  doesn't have to open with $25,000. We'll give him
24  leverage and word of mouth. If we're supposed to pay
25  traders, we pay traders on time.

Page 209

1    Q   I see. If I've got the reasons right, the
2  value Tuco is providing as opposed to a regular
3  brokerage firm member, NYSE, whatever it might be, the
4  platform is faster, the service is good, somebody with
5  less than $25,000 can get leverage for purposes of day
6  trading. Anything else?
7    A   The value of being in a trading room.
8    Q   The value of being in a trading room.
9    A   Being able to listen to the chat room, what
10  everyone is trading for the day.
11    Q   And there's, also, the leverage component as
12  well?
13    A   Correct. If they don't have $25,000 to open
14  the account and we'll provide them leverage, that's the
15  reason why they would open an account with us instead
16  of Charles Schwab. You can't go to Penson directly.
17  Wedbush is one of the few firms that allow you to clear
18  through them without using a broker-dealer. Southwest
19  is a clearing firm. They won't allow you to open an
20  account unless you go through a broker-dealer. If you
21  want a professional trading firm that has good quotes,
22  fast execution, you'll go through one of the four or
23  five trading companies.
24    Q   With regard to one of the reasons someone
25  might go to Tuco as opposed to Charles Schwab or some

Exhibit   2    Page 65   53  (Pages 206 to 209)

Page 210

1  other similar type of firm, the leverage they get will
2  be more than the 4-to-1 ratio?
3      A  If they had $25,000.
4      Q  Not only will they get leverage, they get more
5  than 4-to-1 at Tuco; whereas, they can't at Charles
6  Schwab?
7      A  Right.
8      Q  Okay.  Now, if you look at Exhibit 15, these
9  wires from GLB to your personal account, what months
10  did those cover?
11      A  That covered September, October, November.
12      Q  But it did not cover December?
13      A  No.
14      Q  Okay.
15          MR. TERCERO:  Now, let me show you what has
16  been marked today as Government Exhibit 16.
17          (Government Exhibit 16 was marked for
18          identification by the court reporter.)
19  BY MR. TERCERO:
20      Q  Can you let me know if you recognize it?
21      A  Yes.
22      Q  Okay.  Now, these are wires from GLB to your
23  account at J.P. Morgan Chase?
24      A  Correct.
25      Q  Meaning, your individual account?

Page 211

1      A  Right.
2      Q  Okay.  Now, what does -- what do the wires
3  represent?  On January 8th, there was a $1.5 million
4  wire.  On January 15th, there's a $500,000 wire.
5      A  That was part of the payment for December.
6  Although, I haven't received the rec to reconcile
7  everything.  He knows he owes me over $2 million.
8      Q  Is that what Mr. Lechman has represented to
9  you?
10      A  Mr. Lechman and Gus Katsafaros, who is a
11  principal.
12      Q  Now, do you have -- independent of them, do
13  you keep track of what your commissions are?
14      A  Yes.
15      Q  How do you do that?
16      A  I look at the back office.  I'll go to T-3.
17  I'll look at their's, see what commission is generated.
18  I'll look at the Tuco account and see what commission
19  is generated for the month.
20      Q  If I understand it -- well, we'll get there in
21  a second.
22          MR. TERCERO:  Let me know show you what has
23  been marked as Government Exhibit 17.
24          (Government Exhibit 17 was marked for
25          identification by the court reporter.)

Page 212

1  BY MR. TERCERO:
2      Q  Please, take a look at it, and let me know if
3  you recognize it.
4      A  Yes, I do.
5      Q  What is Government 17?
6      A  It is a snapshot of our back office for Rick
7  Bench's account.
8      Q  Actually, two accounts?
9      A  Yes.
10      Q  One is Rick Bench, and the other one is called
11  Rick Bench pitch account?
12      A  Yes.
13      Q  How is the snapshot prepared?
14      A  Pull up Rick Bench's -- we log into our back
15  office.  You click on Rick Bench's name.  This will pop
16  up.  We say we want a yearly rundown for 2007 of
17  tickets, and it -- basically, this is the sheet that it
18  pulls up.
19      Q  Okay.  Just to take an example, if you take
20  the trade date for January 2007, it says -- there are
21  columns the far left reading to the right, "Tickets."
22  What does "tickets" mean?
23      A  That's how many tickets it took to trade this
24  many shares for the day.  Total shares buys and sells
25  was, approximately, 800,000 shares for the month.  It

Page 213

1  took him 734 tickets to get 800,000 shares.  In other
2  words, one ticket is 100 shares.  Then if he buys 5,000
3  shares on one trade, that's the second ticket.
4      Q  I see.  Then gross P&L represents what?
5      A  Gross P&L is his P&L, what he made before
6  commissions, SEC fees for that month.
7      Q  So the profit and loss before that?
8      A  Correct.
9      Q  Then total c-o-m-m?
10      A  Total commissions for the month.
11      Q  The SEC fee -- is that a charges when a trader
12  sells a stock?
13      A  Yes.
14      Q  What is the NASD fee?
15      A  It's, approximately, I believe, around 3 cents
16  per thousand shares.  It can vary.
17      Q  It says, "ECN take."  Is that how much the
18  trader member, Mr. Bench, has to pay for ECN?
19      A  Yes.
20      Q  Then you have the ECN add.  Is that how much
21  is being rebated?
22      A  Yes.
23      Q  Then there's an NSCC fee.  Then there's a net
24  profit and loss.  Does that mean you take the gross
25  profit and loss column and take into account all the

Exhibit ___2___  Page.66  54 (Pages 210 to 213)

Page 214

1  columns in between that until you get net P&L?
2    A  Yes.
3    Q  Then there's the net cash amount.  What does
4  that represent?
5    A  If he was charged any fees for the month, if
6  he took $5,000 out for the month, that would appear in
7  that column.
8    Q  For January 2007, Mr. Bench did not put in or
9  take out any money?
10    A  Correct.
11    Q  The equity difference represents what?
12    A  He's negative $5,666.61 in this account.
13    Q  If you look down to the January 2007 figure,
14  the equity difference is $81,614.81, so he has a
15  positive equity?
16    A  Right.
17    Q  Now, is all this information available to
18  Mr. Bench himself?
19    A  Yes.
20    Q  He can log onto Titans?
21    A  Uh-huh.
22    Q  Is that a yes?
23    A  Yes.
24    Q  He can do it by month?
25    A  By month, by day, by year.

Page 215

1       MR. TERCERO:  Let me now show you what has
2  been marked today as Number 18.
3       (Government Exhibit 18 was marked for
4        identification by the court reporter.)
5  BY MR. TERCERO:
6    Q  Could you take a look at it, and let me know
7  if you recognize it?
8    A  Yes.  It's an e-mail I sent to Kent regarding
9  the lending agreement I have, I believe, with Frank
10  McDonald.
11    Q  So you prepared the e-mail?
12    A  Yes.
13    Q  You sent it to Mr. Woo on or about November
14  26, 2007?
15    A  Yes.
16    Q  You attached the lending agreement?
17    A  Correct.
18    Q  This is between Tuco and Frank McDonald?
19    A  Right.
20    Q  Is there a lending agreement still in effect
21  with Mr. McDonald?
22    A  Yes.
23    Q  If you look at this one, it says under 1.1
24  that it's effective from November 20th, 2006, until
25  October 31st, 2008.  That's what you guys have

Page 216

1  negotiated?
2    A  I don't know why he put that date on there.
3    Q  Do you, actually, have a signed copy some
4  place?
5    A  I can get one from Frank.  I sent him the
6  signed copy.
7    Q  Okay.
8    A  It's more to protect him.
9    Q  And the purpose of the agreement is what?
10    A  To outline him lending money and how the
11  process works.
12    Q  You've already discussed that today; have
13  you not?
14    A  Correct.
15       MR. TERCERO:  Let me now hand you today what
16  has been marked as Government Exhibit 19.
17       (Government Exhibit 19 was marked for
18        identification by the court reporter.)
19  BY MR. TERCERO:
20    Q  Please, take a look at it, and let me know if
21  you recognize it.
22    A  Yes, I do.
23    Q  What is it, sir?
24    A  It's a journal to borrow money from Frank
25  McDonald.

Page 217

1    Q  This is a journal from you?
2    A  Frank McDonald sends the journal to me.  I
3  sign it, get it notarized and send it to Penson.  This
4  is the document I receive on Mondays from Frank, and
5  then I sign it, notarize it, overnight it to Penson.
6    Q  Now, it says here that your branch manager is
7  Gus Katsafaros.  Is that his signature?
8    A  Yes.
9    Q  Are you familiar with it sufficiently that you
10  recognize it?
11    A  Yes.
12    Q  Mr. Katsafaros is in Chicago?
13    A  Correct.
14    Q  And you're in La Jolla; are you not?
15    A  Correct.
16    Q  Is that an official GLB branch in addition to
17  being -- hold on.  Is that an official GLB branch?
18    A  The La Jolla office?
19    Q  Yes.
20    A  No.
21    Q  Have you reported to GLB that you work out of
22  the La Jolla office?
23    A  Yes, they know.
24    Q  Before then, you worked out of the Irvine
25  office?

Exhibit _2_____    Page _67_

Page 218

1    A  Correct.
2    Q.  During the time you were in the Irvine office,
3  did you have a branch office manager?
4    A  I personally don't know.  I never have the
5  branch manager sign this.  I sign this.  I overnight
6  this to Penson.  Penson gets a signed copy from him.
7    Q  Meaning, Mr. Katsafaros?
8    A  Yes.
9    Q  While you were in Irvine, did you have a
10  branch office manager?
11    A  No.  I've really never had a branch manager
12  office anywhere.  This is just a document that Frank
13  McDonald has used.
14    Q  I'm not worried about the document, actually.
15  I'm talking separately from the document.  Who, if
16  anyone, was your supervisor at GLB in -- during the
17  time that you worked in the Irvine office?
18    A  Robert Lechman.
19    Q  Now that you've moved to La Jolla, who is your
20  supervisor at GLB?
21    A  On the property, there's no one.  I speak with
22  Robert Lechman every day.  I speak with Gus Katsafaros
23  every day.
24    Q  I see.  Now, other than Mr. Lechman, is anyone
25  else your supervisor?

Page 219

1    A  No.
2    Q  Mr. Katsafaros is not?
3    A  I just told you Mr. Lechman and Mr. Katsafaros
4  both supervise me.
5    Q  My apologies.  Why don't we go off the record
6  at 5:20, please.
7       (Recess.)
8       MR. TERCERO:  We are back on the record at
9  5:37.  During the course of our break, there were no
10  communications of substance between the witness and
11  counsel, on one hand, and the staff of the commission,
12  on the other.  Would you agree, Counsel?
13       MR. YOUNG:  Yes.
14  BY MR. TERCERO:
15    Q  Mr. Frederick, a couple questions about the
16  back-office system.  Does the back-office system keep
17  track of just the master account, or does it track more
18  than the master account?
19    A  It tracks the master account, all the
20  subaccounts underneath it.
21    Q  Does it, also, track the Tuco J.P. Morgan
22  accounts?
23    A  No.
24    Q  If a member -- trader member was to make a
25  deposit into -- it goes to the Chase account; correct?

Page 220

1    A  Correct.
2    Q  If around that time a member asks for a
3  withdrawal, another one --
4    A  Uh-huh.
5    Q  -- you testified earlier that you might use
6  the deposited funds in the Chase account to pay the
7  distribution request; is that right?
8    A  Correct.
9    Q  Now, for both of those transactions, you will
10  enter for the deposit a credit into the back-office
11  system?
12    A  Correct.
13    Q  And a debit into the back-office system for
14  the distribution?
15    A  Correct.
16    Q  At some point, does the money deposited,
17  actually, go into the master account?
18    A  Some months, it does.  Some months, it
19  doesn't.  It depends on how much money is on deposit
20  when the money is deposited.  When I need to pay a
21  distribution, if I have $10,000 in deposits, I'm not
22  going to wire them to the Penson account.  If I have
23  50,000 or more and don't have any trader distributions,
24  then I would wire them to the trading account.
25    Q  If you don't, actually, do the -- if you

Page 221

1  don't, actually, provide that money, if you don't,
2  actually, send the money from a deposit into the master
3  account, isn't there a discrepancy between the
4  back-office system and what a trader member would,
5  actually, think they've got because you haven't
6  reflected that money by placing it into the master
7  account?
8    A  As far as if you want to look at it as
9  accounting purposes, yes, you're correct.
10    Q  Okay.  Why are there three accounts of Tuco at
11  GLB?
12    A  We had the 21314075.  That is what was the
13  original account.  That was set up for everyone to
14  trade in.  That was set up on a per-thousand pricing
15  for clearing purposes.
16       When I started doing a per-stock clearing
17  rate, they wanted me to open a different account.  They
18  said we can't do two different types of pricing in one
19  account.  If someone is trading per stock, put them in
20  this account.  Per thousand, put them in this account.
21       The third account Penson requested once I
22  started using Light Speed Trading.  Penson requested I
23  open a separate account.  They still
24  cross-collateralize the two accounts.  They want all
25  Light Speed traders to be in that account.  Anyone that

Exhibit ___2___ Page.___68___    56  (Pages 218 to 221)

**Page 222**

1 trades on the Light Speed needs to be in the 0155
2 account.
3    Q  The 0155 is the third account.  All the
4 trading that occurs at Light Speed goes into that
5 account, but that's, nevertheless, merged into the 075
6 account?
7    A  Right.
8    Q  What trading goes into the 0755 account?
9    A  All the others in the 0155.  You can't be in
10 that account unless you trade on Light Speed.
11    Q  T-3 -- you charge T-3 16 cents per thousand
12 shares traded as the commission?
13    A  Right.
14    Q  They charge their folks $3?
15    A  No.  They charge around, probably, 6 to $7 on
16 average.
17    Q  6 to $7 per thousand?
18    A  Yes.
19    Q  Do they input that commission rate into any
20 software package to calculate?
21    A  Light Speed, yes.  Every time one of their
22 traders signs up, those guys only -- T-3 only trades on
23 Light Speed.  Whenever they fill a form out, they have
24 to tell Light Speed this is the commission this person
25 is set at.

**Page 223**

1    Q  Now, they trade through Tuco through GLB;
2 correct?
3    A  Correct.
4    Q  So does -- are there two sets of software or
5 one software that is used for the T-3 account?  What
6 I'm trying to figure out is, when you set the
7 commission rate with Light Speed for Tuco, the 16 cents
8 per thousand, do you, also, include the 6 to 7 cents on
9 a trader-by-trader basis depending on what the
10 commission rate is?
11    A  The 6 to $7 you mean?
12    Q  Yes.
13    A  That goes to Penson.  That gets deducted out
14 to the subaccount, goes to Penson, goes to GLB, comes
15 back to me.
16    Q  When you tell Light Speed this is the
17 commission rate, you say $6 and 16 cents; is that
18 correct?
19    A  No.  I say $6.
20    Q  You just say $6?
21    A  Right, because all the commission is taken
22 out.  Once the money gets up to GLB, you saw the
23 commissions on the rec.  All the commissions are taken
24 out there before I'm paid out.  If T-3 owes $50 million
25 in commission and there's $2 million up here, before I

**Page 224**

1 collect, the 50,000 has to come out of the $2 million,
2 whatever that 16 cents would add up to.  If they do 200
3 million shares, there's going to $32,000 charged for
4 that account.
5    Q  So the 16 cents per thousand is or is not a
6 commission?
7    A  It is a commission.
8    Q  But it's not taken out through the software;
9 it's taken out by GLB?
10    A  Correct.
11    Q  I see.
12    A  That's what the rec, one of the exhibits --
13 the rec showed where all the commissions are, actually,
14 paid.
15    Q  Now, next question.  Why does T-3 use Tuco
16 Trading as opposed to setting up its own account at GLB
17 or similar brokerage firm?
18    A  Because they couldn't get the same clearing
19 costs we have.  We do a lot more business than they do.
20 The more business you do, the cheaper your rate at
21 clearing firms is.  So it was somewhat economies of
22 scale.  That's really why people will come trade with
23 us because we can charge them less commission than
24 they're going to find somewhere else.  We do so much
25 business.  Our rates are much cheaper than a lot of

**Page 225**

1 people's rates.
2    Q  What percentage of the trading in the Tuco
3 accounts at GLB is T-3 trading?
4    A  On average, 200 million shares a month.  I
5 would say, on average, in our account, it's 1 and a
6 half million so 15 percent, 20 percent, maybe,
7 somewhere around there.
8    Q  15 percent of the overall trading in the Tuco
9 GLB accounts is T-3 trading?
10    A  Right, volume-wise.
11    Q  Number of shares?
12    A  Yes.
13    Q  Which is how the commission is calculated?
14    A  Right.  Right.
15    MR. SEARLES:  What did you mean when you said
16 you provide them with leverage?
17    THE WITNESS:  They put 2 million.  Normally,
18 let's say they deposited.  They put $2 million in.  If
19 they were in a regular trading account, they would only
20 get $8 million of buying power.  We provide them extra
21 buying power.
22    MR. SEARLES:  20-to-1?
23    THE WITNESS:  Not 20-to-1.
24    MS. ESON:  Is anyone at T-3 an associated
25 person like yourself?

Exhibit ___2___  Page ___67___

Page 226

1    THE WITNESS: A licensed person?
2    MS. ESON: Yes.
3    THE WITNESS: No other.
4    MS. ESON: They could not get the commissions
5 you're being paid from GLB?
6    THE WITNESS: Three or four have their
7 licenses. They left their own firm. One was
8 Schonfeld. The other one was -- I can't remember their
9 name. More than likely, they will put their license
10 with GLB.
11    MR. TERCERO: Let me show you a couple of
12 documents.
13    (Government Exhibit 20 was marked for
14    identification by the court reporter.)
15 BY MR. TERCERO:
16    Q  Could you take a look at it, and let me know
17 if you recognize it.
18    A  Yes, I do.
19    Q  What is that?
20    A  An e-mail to Kent Woo.
21    MS. ESON: What number is this?
22    MR. TERCERO: This is Exhibit 20.
23    Q  Is this an e-mail you sent to him on or about
24 February 7th?
25    A  Yes.

Page 227

1    Q  Did you write the e-mail?
2    A  Yes, I did.
3    MR. TERCERO: Let me now hand you what's been
4 marked today as Government Exhibit 21.
5    (Government Exhibit 21 was marked for
6    identification by the court reporter.)
7 BY MR. TERCERO:
8    Q  Could you take a look at it, and let me know
9 if you recognize it?
10    A  Yes, I do.
11    Q  What is it?
12    A  It is a bank statement from Tuco Trading.
13    Q  For Tuco Trading; correct?
14    A  For Tuco Trading, yes.
15    Q  Those are for the J.P. Morgan Chase accounts?
16    A  Correct.
17    Q  This is what you can download from the
18 computer?
19    A  Yes.
20    Q  How far back does the computer access provide
21 you?
22    A  It provides from the date of the opening of
23 the accounts.
24    Q  At J.P. Morgan Chase?
25    A  Yes.

Page 228

1    MR. TERCERO: Since you showed me a document
2 during the course of today, could you take a look at
3 that document? I've made a photocopy.
4    (Government Exhibit 22 was marked for
5    identification by the court reporter.)
6 BY MR. TERCERO:
7    Q  Do you recognize that?
8    A  Yes, I do.
9    Q  What is it?
10    A  A copy of the front and back of my business
11 card.
12    Q  Are you the one who put together the business
13 card?
14    A  Yes.
15    Q  Mr. Frederick, do you use any of the member
16 traders' net profits to pay for expenses of Tuco?
17    A  No.
18    Q  Do you use it for any other purpose?
19    A  No.
20    Q  Now, there was a wire transfer. If you look
21 at the January -- look at the January 31st, 2008,
22 account of about $1.5 million debit to you. It looks
23 like it's an interoffice bank transfer. For the
24 record, on Government Exhibit 21, it appears on page 6,
25 and the date of it is January 29th.

Page 229

1    A  Uh-huh.
2    Q  Why did you transfer the money back to
3 yourself?
4    A  I borrowed $1.5 million from Bob Lechman to
5 cover a margin call, and he wired it to my personal
6 account. I wired it to Chase. Obviously, if you have
7 this, it's right here on 1/24. The money came from me.
8 I deposited $1.5 million.
9    Q  So Mr. Lechman provided you with a loan?
10    A  Yes.
11    Q  When did he do so?
12    A  I would assume around 1/24, whatever date the
13 money came in.
14    Q  Are you -- can you say with assurance that it
15 was January 2008?
16    A  No, I can't. It was either December or
17 January. You can look at the bank records and tell,
18 though.
19    Q  The loan occurred either in December 2007 or
20 January 2008?
21    A  Correct.
22    Q  This was to meet a margin call?
23    A  I don't know if this particular one was to
24 meet a margin call, or he was just loaning me money due
25 to financing me because he hadn't paid me for December

58 (Pages 226 to 229)

Exhibit _____2_____  Page _____70_____

**Page 230**

1  or January yet.
2    Q  From December 2007 to January 2008, at some
3  point, he did make a loan to you?
4    A  Yes, so I could facilitate my business because
5  he hadn't paid me yet.
6    Q  I see.  If you had not yet received that
7  money, what would have happened to the business?
8    A  I wouldn't have to be able to pay out traders
9  or pay people out.
10    Q  Did you have a margin call that you needed to
11  meet?
12    A  Yes, I did.
13    Q  In addition to whatever you could borrow from
14  Mr. McDonald, you needed to borrow money from
15  Mr. Lechman?
16    A  Yes.
17    Q  You said Mr. Lechman.  Is that his individual
18  capacity or some other capacity?
19    A  Individual.
20    Q  Is it documented?
21    A  As far as a document from him?
22    Q  Yeah.  Is there some kind of loan?  Did you
23  sign a note or something?
24    A  No.  I've known Bob for two years and done
25  business with him.

**Page 231**

1    Q  So it was a handshake deal?
2    A  Yes.
3    Q  Did you pay the money back?
4    A  I did.
5    Q  When?
6    A  1/29.
7    Q  The entry on page 6 of Government Exhibit 21,
8  on 1/29, there's the book transfer debit.  It goes to
9  you.  Did you then turn around and pay Mr. Lechman?
10    A  Yes.
11    Q  And what was the form of the payment?
12    A  Wire transfer.
13    Q  Wire transfer.  Okay.
14    MS. ESON:  Why did the money go directly into
15  Tuco Trading from Mr. Lechman?
16    THE WITNESS:  That's how he preferred I do it,
17  that the money go to me.  I put it in the Tuco Trading
18  account.
19    MS. ESON:  Do you know why?
20    THE WITNESS:  He sent the money to me.  I
21  don't know why he wanted to do it that way.  No.
22    MS. ESON:  Did you have any discussion with
23  him about that?
24    THE WITNESS:  No, I didn't.  I mean, I don't.
25    MS. ESON:  Did you know ahead of time it was

**Page 232**

1  going into your personal account?
2    THE WITNESS:  Yes, I did.
3    MS. ESON:  How did you know that?
4    THE WITNESS:  He -- normally, if he has ever
5  wired me money, he always wires to my personal account
6  because if it's GLB he always wires to my personal
7  account.  He doesn't wire to Tuco Trading because I'm
8  the licensed person.
9    MS. ESON:  In this case, the money was not
10  coming from GLB but Mr. Lechman personally?
11    THE WITNESS:  I believe it came from him
12  personally.
13  BY MR. TERCERO:
14    Q  At some point, did you begin the process of
15  trying to purchase a broker-dealer?
16    A  Yes.
17    Q  When?
18    A  I've been talking about it since October.
19    Q  2007?
20    A  Yes.
21    Q  Okay.  Talking with whom?
22    A  Direct Access Brokerage Services in Chicago.
23    Q  You wish to purchase them?
24    A  Yes.
25    Q  Why do you purchase a brokerage firm?

**Page 233**

1    A  Because it's very difficult for me to
2  facilitate my business the way it is now as far as
3  getting paid, getting paid here, there and wait until
4  the rec comes out, and it puts me two to three months
5  behind on trying to figure out what my actual bills
6  are.
7    Q  You're trying to buy a broker-dealer
8  registered with the Securities and Exchange Commission?
9    A  Yes.  It's a NASD broker-dealer.
10    Q  It's, also, registered with the SEC?
11    A  I would assume so.  I believe it would have to
12  be.  I don't know the rules on that.
13    Q  Do you plan to continue conducting the
14  business that you're conducting currently with Tuco
15  Trading?
16    A  Yes.  I don't know compliance-wise how it
17  needs to be set up.  I've talked to NRS, who is a
18  compliance firm that helps you get set up in a BD or
19  buy a BD.  They tell you this is the process.  You need
20  a compliance person.  You need a COO.  The CEO has to
21  have a 24, where it has to be located, where two of the
22  three main people are.  That's the process I've started
23  anyway.
24    Q  Is it fair to say that Tuco has no one
25  account, bank, brokerage, commodities or otherwise,

Exhibit ___2___  Page ___59___  (Pages 230 to 233)

Page 234

1  that is solely for its trader members' funds?
2      A  No.
3      Q  It doesn't have one?
4      A  No.  You know all the -- you know all of the
5  accounts that we have.
6      Q  In each of them, there's some commingling of
7  member trader money and Tuco money?
8      A  Yes.
9      MS. ESON:  If you're not tracking the amount
10  of funds in the master account that belongs to Tuco,
11  how could you answer confidently that you are not using
12  member trader profit to pay Tuco's expenses?
13      THE WITNESS:  I wouldn't say -- am I using
14  money in that account?  Yes, I am.  Am I using traders'
15  profit, traders' capital?  Yeah, I am to pay expenses.
16  I don't get paid money from the BD in an expedient
17  amount of time to run my business.  I'm not saying for
18  sure I'm taking from their initial deposit or capital
19  in buying into the LLC.
20      MR. SEARLES:  Do your members know you're
21  using their money in this way?
22      THE WITNESS:  No, they don't.  They don't know
23  how the broker-dealer runs, what time basis I get paid.
24      MR. SEARLES:  Don't you represent to them
25  through the subaccounts that you create that their

Page 235

1  funds are safe and secure?
2      THE WITNESS:  Correct.
3      MR. SEARLES:  That, in fact, is not true?
4      THE WITNESS:  If we are negative $300,000,
5  then you're absolutely right.  It is not true.
6  BY MR. TERCERO:
7      Q  Well, if you're negative anything, it's not
8  true?
9      A  100 percent.
10      Q  100 percent means yes?
11      A  Yes.
12      Q  Okay.  All right.  Mr. Frederick, we don't
13  have further questions for you at this time.  If for
14  any reason we need to contact you, we will do so
15  through your counsel.  You are afforded an opportunity
16  to make any clarifying remarks or additional remarks,
17  and Counsel, also, gets an opportunity to ask any
18  clarifying follow-up questions.
19      MR. TERCERO:  Do you have any questions of
20  witness?
21      MR. YOUNG:  No questions.
22      MR. TERCERO:  No statement from the witness?
23      MR. YOUNG:  Nothing further.
24      MR. TERCERO:  We are off the record at 6
25  o'clock on the 13th of February 2008.

Page 236

1      I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3      That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10  testimony given.
11      Further, that if the foregoing pertains to
12  the original transcript of a deposition in a Federal
13  Case, before completion of the proceedings, review of
14  the transcript [  ] was [  ] was not requested.
15      I further certify that I am neither
16  financially interested in the action nor a relative or
17  employee of any attorney of any of the parties.
18      IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20
21  Dated:_____
22
23
24                     _____
                        BETH A. FELIX
25                     CSR No. 12766

Exhibit ____2____ Page ____72____

Page 220

1                    PROOFREADER'S CERTIFICATE

2

3   In the Matter of:   TUCO TRADING, LLC

4   Witness:            Douglas Frederick

5   File Number:        LA-03458-A

6   Date:               Wednesday, February 13, 2008

7   Location:           Los Angeles, California

8

9

10       This is to certify that I, Laurie Andrews (the

11  undersigned), do hereby swear and affirm that the attached

12  proceedings before the U.S. Securities and Exchange

13  Commission were held according to the record and that this is

14  the original, complete, true and accurate transcript that has

15  been compared to the reporting or recording accomplished at

16  the hearing.

17

18

19

20  _Laurie Andrews_              _2/15/08_

21  (Proofreader's Name)          (Date)

22

23

24

25

EXHIBIT __2__ PAGE __72 A__

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

# REPORTER'S CERTIFICATE

I, _____Beth Felix_____, reporter, hereby certify

that the foregoing transcript of ___219___ pages is a complete, true and accurate

transcript of the testimony indicated, held on ___2/13/08_____ at

_____LARO_____ in the matter of:

_____Tuco Trading, LLC_____

_____

I further certify that this proceeding was recorded by me, and that the foregoing transcript

has been prepared under my direction.

Date: ___2/15/08_____

Official Reporter: ___Beth Felix/LA___

*Diversified Reporting Services, Inc.*

EXHIBIT ___2___ PAGE ___72B___

**Diversified Reporting Services, Inc.**
**(202) 467-9200    Fax (202) 296-9220**

# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

### Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena

### False Statements and Documents

Section 1001 of Title 18 of the United States Code provides as follows:

> Whoever, in any matter within the jurisdiction of any department or agency of the United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined under this title or imprisoned not more than five years, or both.

### Testimony

If your testimony is taken, you should be aware of the following:

1. *Record.* Your testimony will be transcribed by a reporter. If you desire to go off the record, please indicate this to the Commission employee taking your testimony, who will determine whether to grant your request. The reporter will not go off the record at your, or your counsel's, direction.

2. *Counsel.* You have the right to be accompanied, represented and advised by counsel of your choice. Your counsel may advise you before, during and after your testimony; question you briefly at the conclusion of your testimony to clarify any of the answers you give during testimony; and make summary notes during your testimony solely for your use. If you are accompanied by counsel, you may consult privately.

If you are not accompanied by counsel, please advise the Commission employee taking your testimony whenever during your testimony you desire to be accompanied, represented and advised by counsel. Your testimony will be adjourned to afford you the opportunity to arrange to do so.

You may be represented by counsel who also represents other persons involved in the Commission's investigation. This multiple representation, however, presents a potential conflict of interest if one client's interests are or may be adverse to another's. If you are represented by counsel who also represents other persons involved in the investigation, the Commission will assume that you and counsel have discussed and resolved all issues concerning possible conflicts of interest. The choice of counsel, and the responsibility for that choice, is yours.

3. *Transcript Availability.* Rule 6 of the Commission's Rules Relating to Investigations, 17 CFR 203.6, states:

> A person who has submitted documentary evidence or testimony in a formal investigative proceeding shall be entitled, upon written request, to procure a copy of his documentary evidence or a transcript of his testimony on payment of the appropriate fees: *Provided, however,* That in a nonpublic formal investigative proceeding the Commission may for good cause deny such request. In any event, any witness, upon proper identification, shall have the right to inspect the official transcript of the witness' own testimony.

If you wish to purchase a copy of the transcript of your testimony, the reporter will provide you with a copy of the appropriate form. Persons requested to supply information voluntarily will be allowed the rights provided by this rule.

4. *Perjury.* Section 1621 of Title 18 of the United States Code provides as follows:

> Whoever . . . having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly .... willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true... is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years or both . . . .

Exhibit ___3___   Page ___73___

GOVERNMENT EXHIBIT

5. *Fifth Amendment and Voluntary Testimony.* Information you give may be used against you in any federal, state, local or foreign administrative, civil or criminal proceeding brought by the Commission or any other agency.

You may refuse, in accordance with the rights guaranteed to you by the Fifth Amendment to the Constitution of the United States, to give any information that may tend to incriminate you or subject you to fine, penalty or forfeiture.

If your testimony is not pursuant to subpoena, your appearance to testify is voluntary, you need not answer any question, and you may leave whenever you wish. Your cooperation is, however, appreciated.

6. *Formal Order Availability.* If the Commission has issued a formal order of investigation, it will be shown to you during your testimony, at your request. If you desire a copy of the formal order, please make your request in writing.

## Submissions and Settlements

Rule 5(c) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(c), states:

> Persons who become involved in . . . investigations may, on their own initiative, submit a written statement to the Commission setting forth their interests and position in regard to the subject matter of the investigation. Upon request, the staff, in its discretion, may advise such persons of the general nature of the investigation, including the indicated violations as they pertain to them, and the amount of time that may be available for preparing and submitting a statement prior to the presentation of a staff recommendation to the Commission for the commencement of an administrative or injunction proceeding. Submissions by interested persons should be forwarded to the appropriate Division Director, Regional Director, or District Administrator with a copy to the staff members conducting the investigation and should be clearly referenced to the specific investigation to which they relate. In the event a recommendation for the commencement of an enforcement proceeding is presented by the staff, any submissions by interested persons will be forwarded to the Commission in conjunction with the staff memorandum.

The staff of the Commission routinely seeks to introduce submissions made pursuant to Rule 5(c) as evidence in Commission enforcement proceedings, when the staff deems appropriate.

Rule 5(f) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(f), states:

> In the course of the Commission's investigations, civil lawsuits, and administrative proceedings, the staff, with appropriate authorization, may discuss with persons involved the disposition of such matters by consent, by settlement, or in some other manner. It is the policy of the Commission, however, that the disposition of any such matter may not, expressly or impliedly, extend to any criminal charges that have been, or may be, brought against any such person or any recommendation with respect thereto. Accordingly, any person involved in an enforcement matter before the Commission who consents, or agrees to consent, to any judgment or order does so solely for the purpose of resolving the claims against him in that investigative, civil, or administrative matter and not for the purpose of resolving any criminal charges that have been, or might be, brought against him. This policy reflects the fact that neither the Commission nor its staff has the authority or responsibility for instituting, conducting, settling, or otherwise disposing of criminal proceedings. That authority and responsibility are vested in the Attorney General and representatives of the Department of Justice.

## Freedom of Information Act

The Freedom of Information Act, 5 U.S.C. 552 (the "FOIA"), generally provides for disclosure of information to the public. Rule 83 of the Commission's Rules on Information and Requests, 17 CFR 200.83, provides a procedure by which a person can make a written request that information submitted to the Commission not be disclosed under the FOIA. That rule states that no determination as to the validity of such a request will be made until a request for disclosure of the information under the FOIA is received. Accordingly, no response to a request that information not be disclosed under the FOIA is necessary or will be given until a request for disclosure under the FOIA is received. If you desire an acknowledgment of receipt of your written request that information not be disclosed under the FOIA, please provide a duplicate request, together with a stamped, self-addressed envelope.

## Authority for Solicitation of Information

*Persons Directed to Supply Information Pursuant to Subpoena.* The authority for requiring production of information is set forth in the subpoena. Disclosure of the information to the Commission is mandatory, subject to the valid assertion of any legal right or privilege you might have.

*Persons Requested to Supply Information Voluntarily.* One or more of the following provisions authorizes the Commission to solicit the information requested: Sections 19 and/or 20 of the Securities Act of 1933; Section 21 of the Securities Exchange Act of 1934; Section 321 of the Trust Indenture Act of 1939; Section 42 of the Investment Company Act of 1940; Section 209

Exhibit 3      Page 74

of the Investment Advisers Act of 1940; and 17 CFR 202.5. Disclosure of the requested information to the Commission is voluntary on your part.

## Effect of Not Supplying Information

*Persons Directed to Supply Information Pursuant to Subpoena.* If you fail to comply with the subpoena, the Commission may seek a court order requiring you to do so. If such an order is obtained and you thereafter fail to supply the information, you may be subject to civil and/or criminal sanctions for contempt of court. In addition, if the subpoena was issued pursuant to the Securities Exchange Act of 1934, the Investment Company Act of 1940, and/or the Investment Advisers Act of 1940, and if you, without just cause, fail or refuse to attend and testify, or to answer any lawful inquiry, or to produce books, papers, correspondence, memoranda, and other records in compliance with the subpoena, you may be found guilty of a misdemeanor and fined not more than $1,000 or imprisoned for a term of not more than one year, or both.

*Persons Requested to Supply Information Voluntarily.* There are no direct sanctions and thus no direct effects for failing to provide all or any part of the requested information.

## Principal Uses of Information

The Commission's principal purpose in soliciting the information is to gather facts in order to determine whether any person has violated, is violating, or is about to violate any provision of the federal securities laws or rules for which the Commission has enforcement authority, such as rules of securities exchanges and the rules of the Municipal Securities Rulemaking Board. Facts developed may, however, constitute violations of other laws or rules. Information provided may be used in Commission and other agency enforcement proceedings. Unless the Commission or its staff explicitly agrees to the contrary in writing, you should not assume that the Commission or its staff acquiesces in, accedes to, or concurs or agrees with, any position, condition, request, reservation of right, understanding, or any other statement that purports, or may be deemed, to be or to reflect a limitation upon the Commission's receipt, use, disposition, transfer, or retention, in accordance with applicable law, of information provided.

## Routine Uses of Information

The Commission often makes its files available to other governmental agencies, particularly United States Attorneys and state prosecutors. There is a likelihood that information supplied by you will be made available to such agencies where appropriate. Whether or not the Commission makes its files available to other governmental agencies is, in general, a confidential matter between the Commission and such other governmental agencies.

Set forth below is a list of the routine uses which may be made of the information furnished.

1. To coordinate law enforcement activities between the SEC and other federal, state, local or foreign law enforcement agencies, securities self-regulatory organizations, and foreign securities authorities.

2. By SEC personnel for purposes of investigating possible violations of, or to conduct investigations authorized by, the federal securities laws.

3. Where there is an indication of a violation or potential violation of law, whether civil, criminal or regulatory in nature, and whether arising by general statute or particular program statute, or by regulation, rule or order issued pursuant thereto, the relevant records in the system of records may be referred to the appropriate agency, whether federal, state, or local, a foreign governmental authority or foreign securities authority, or a securities self-regulatory organization charged with the responsibility of investigating or prosecuting such violation or charged with enforcing or implementing the statute or rule, regulation or order issued pursuant thereto.

4. In any proceeding where the federal securities laws are in issue or in which the Commission, or past or present members of its staff, is a party or otherwise involved in an official capacity.

5. To a federal, state, local or foreign governmental authority or foreign securities authority maintaining civil, criminal or other relevant enforcement information or other pertinent information, such as current licenses, if necessary to obtain information relevant to an agency decision concerning the hiring or retention of an employee, the issuance of a security clearance, the letting of a contract, or the issuance of a license, grant or other benefit.

6. To a federal, state, local or foreign governmental authority or foreign securities authority, in response to its request, in connection with the hiring or retention of an employee, the issuance of a security clearance, the reporting of an investigation of an employee, the letting of a contract, or the issuance of a license, grant or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

7. In connection with proceedings by the Commission pursuant to Rule 102(e) of its Rules of Practice, 17 CFR 201.102(e).

Exhibit __3__    Page __75__

8. When considered appropriate, records in this system may be disclosed to a bar association, the American Institute of Certified Public Accountants, a state accountancy board or other federal, state, local or foreign licensing or oversight authority, foreign securities authority, or professional association or self-regulatory authority performing similar functions, for possible disciplinary or other action.

9. In connection with investigations or disciplinary proceedings by a state securities regulatory authority, a foreign securities authority, or by a self-regulatory organization involving one or more of its members.

10. As a data source for management information for production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained or for related personnel management functions or manpower studies, and to respond to general requests for statistical information (without personal identification of individuals) under the Freedom of Information Act or to locate specific individuals for personnel research or other personnel management functions.

11. In connection with their regulatory and enforcement responsibilities mandated by the federal securities laws (as defined in Section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), or state or foreign laws regulating securities or other related matters, records may be disclosed to national securities associations that are registered with the Commission, the Municipal Securities Rulemaking Board, the Securities Investor Protection Corporation, the federal banking authorities, including but not limited to, the Board of Governors of the Federal Reserve System, the Comptroller of the Currency, and the Federal Deposit Insurance Corporation, state securities regulatory or law enforcement agencies or organizations, or regulatory law enforcement agencies of a foreign government, or foreign securities authority.

12. To any trustee, receiver, master, special counsel, or other individual or entity that is appointed by a court of competent jurisdiction or as a result of an agreement between the parties in connection with litigation or administrative proceedings involving allegations of violations of the federal securities laws (as defined in Section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)) or the Commission's Rules of Practice, 17 CFR 202.100 - 900, or otherwise, where such trustee, receiver, master, special counsel or other individual or entity is specifically designated to perform particular functions with respect to, or as a result of, the pending action or proceeding or in connection with the administration and enforcement by the Commission of the federal securities laws or the Commission's Rules of Practice.

13. To any persons during the course of any inquiry or investigation conducted by the Commission's staff, or in connection with civil litigation, if the staff has reason to believe that the person to whom the record is disclosed may have further information about the matters related therein, and those matters appeared to be relevant at the time to the subject matter of the inquiry.

14. To any person with whom the Commission contracts to reproduce, by typing, photocopy or other means, any record within this system for use by the Commission and its staff in connection with their official duties or to any person who is utilized by the Commission to perform clerical or stenographic functions relating to the official business of the Commission.

15. Inclusion in reports published by the Commission pursuant to authority granted in the federal securities laws (as defined in Section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)).

16. To members of advisory committees that are created by the Commission or by the Congress to render advice and recommendations to the Commission or to the Congress, to be used solely in connection with their official designated functions.

17. To any person who is or has agreed to be subject to the Commission's Rules of Conduct, 17 CFR 200.735-1 to 735-18, and who assists in the investigation by the Commission of possible violations of federal securities laws (as defined in Section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), in the preparation or conduct of enforcement actions brought by the Commission for such violations, or otherwise in connection with the Commission's enforcement or regulatory functions under the federal securities laws.

18. Disclosure may be made to a Congressional office from the record of an individual in response to an inquiry from the Congressional office made at the request of that individual.

19. To respond to inquiries from Members of Congress, the press and the public which relate to specific matters that the Commission has investigated and to matters under the Commission's jurisdiction.

20. To prepare and publish information relating to violations of the federal securities laws as provided in 15 U.S.C. 78c(a)(47)), as amended.

21. To respond to subpoenas in any litigation or other proceeding.

22. To a trustee in bankruptcy.

4

**Exhibit** _3_ **Page** _76_

23. To any governmental agency, governmental or private collection agent, consumer reporting agency or commercial reporting agency, governmental or private employer of a debtor, or any other person, for collection, including collection by administrative offset, federal salary offset, tax refund offset, or administrative wage garnishment, of amounts owed as a result of Commission civil or administrative proceedings.

*Small Business Owners:* The SEC always welcomes comments on how it can better assist small businesses. If you have comments about the SEC's enforcement of the securities laws, please contact the Office of Chief Counsel in the SEC's Division of Enforcement at 202-942-4530 or the SEC's Small Business Ombudsman at 202-942-2950. If you would prefer to comment to someone outside of the SEC, you can contact the Small Business Regulatory Enforcement Ombudsman at http://www.sba.gov/ombudsman or toll free at 888-REG-FAIR. The Ombudsman's office receives comments from small businesses and annually evaluates federal agency enforcement activities for their responsiveness to the special needs of small business.

Exhibit ___3___ Page ___77___