ORIGINAL

1  DONALD W. SEARLES, Cal. Bar No. 135705
   SearlesD@sec.gov
2  KELLY BOWERS, Cal. Bar No. 164007
   BowersK@sec.gov
3  J. CINDY ESON, Cal. Bar. No. 219782
   EsonJC@sec.gov
4  ROBERTO A. TERCERO, Cal. Bar No. 143760
   TerceroR@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission
   Rosalind R. Tyson, Acting Regional Director
7  Andrew Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036
   Telephone: (323) 965-3998
9  Facsimile: (323) 965-3908

```
FILED
MAR 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

10

11              UNITED STATES DISTRICT COURT

12            SOUTHERN DISTRICT OF CALIFORNIA

13

14

15  SECURITIES AND EXCHANGE          Case No.: 08 CV 0400 DMS BLM
    COMMISSION,
16                                   **DECLARATION OF ROBERTO A. TERCERO IN
17              Plaintiff,           SUPPORT OF PLAINTIFF SECURITIES AND
                                     EXCHANGE COMMISSION'S *EX PARTE*
18       vs.                         MOTION FOR A TEMPORARY RESTRAINING
                                     ORDER AND ORDERS: (1) FREEZING ASSETS;
19  TUCO TRADING, LLC, and DOUGLAS G. (2) APPOINTING A TEMPORARY RECEIVER;
    FREDERICK,                       (3) GRANTING EXPEDITED DISCOVERY; (4)
20                                   PROHIBITING THE DESTRUCTION OF
              Defendants.            DOCUMENTS; (5) REQUIRING ACCOUNTINGS;
21                                   AND (6) ORDER TO SHOW CAUSE RE
                                     PRELIMINARY INJUNCTIONS AND
22                                   APPOINTMENT OF A RECEIVER**

23                                   **VOLUME II**

24

25

26

27

28

TABLE OF CONTENTS - EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Certified - Tuco's Certificate of Existence with Status in Good Standing, Articles of Organization, and Annual List of Managers or Managing Members; Certified – Annual List of Managers or Managing Members, dated July 8, 2007 | 9 |
| 2 | Testimony Transcript of Douglas G. Frederick | 13 |
| 3 | SEC Supplemental Information Form 1662 | 73 |
| 4 | Printout of Tuco's website (www.tuco.com) | 78 |
| 5 | Tuco's New Account Package | 105 |
| 6 | November 2006 through November 2007 settlement statement for Frederick's commissions from GLB Trading | 153 |
| 7 | December 2007 bank account statement for Tuco's JPMorganChase account number 000000722923067 and account number 000000722923075 | 179 |
| 8 | December 2007 account statement for Tuco's Advantage Futures LLC account number L MH006 A0535 | 192 |
| 9 | December 2007 Statement of Account for Tuco's Evolution Financial account number 11532603 | 223 |
| 10 | Portions of December 2007 Statement of Account for Tuco's GLB Trading account number 2131-4075, account number 2132-0155, and account number 2131-7813 | 225 |
| 11 | December 2007 Monthly Commodity Statement for Tuco's MF Global Inc. account number E 480 HSP1 SP404 | 229 |
| 12 | December 2007 Account Summary for Tuco's ViewTrade account number 49363559 | 234 |
| 13 | December 2007 Account Summary for Tuco's Wedbush Morgan Securities account number 8244-9330 and account number 8244-9331 | 237 |
| 14 | E-mail from Frederick to Kent L. Woo, dated February 4, 2008, attaching a spreadsheet of Tuco's traders' equity balances as reflected in Tuco's back office system as of December 31, 2007 | 241 |
| 15 | E-mail from Frederick to Kent L. Woo, dated February 12, 2008, attaching a revised spreadsheet of Tuco's traders' equity balances as reflected in Tuco's back office system as of December 31, 2007 | 248 |
| 16 | E-mail from Frederick to Kent L. Woo, dated February 12, 2008, attaching spreadsheets noting revisions to Tuco's traders' equity balances as reflected in Tuco's back office system as of December 31, 2007 | 256 |
| 17 | Wires transfers from GLB Trading to Frederick for the period November 15 to December 28, 2007 | 294 |
| 18 | Wire transfers to Frederick on January 8 and January 15, 2008, a true and correct copy of which is attached hereto as Exhibit 18 | 308 |
| 19 | Tuco's back office system snapshot for trader Rick Boensche for the period January to December 2007 | 311 |
| 20 | E-mail from Frederick to Kent L. Woo, dated November 26, 2007, attaching Lending Agreement between Tuco and Frank McDonald | 313 |



TRADING SOLUTIONS FOR THE ACTIVE TRADER

# ABOUT US

GOVERNMENT EXHIBIT



**Tuco Trading, LLC** was formed by a team of people that are dedicated to educating people in the financial markets. With over 20 years experience in all types of trading, our team will equip you with the tools to succeed in trading. Electronic trading levels the playing field so that any person with the right skills and quick execution capabilities can make profitable trades.

home | about us | trading room | education | technology | locations | contact us

**For more information, call (858) 454-5044**

Tuco Trading - About Us

http://www.tuco.com/aboutus.htm (1 of 2) 2/6/2008 5:04:31 AM

Exhibit ___4___ Page ___78___

Tuco Trading - About Us

Exhibit __4__ Page __79__

Tuco Trading – Premier Professional Direct Access Trading, Training, Technology, and Leverage

# TUCO
## Trading, LLC

## TRADING SOLUTIONS FOR THE ACTIVE TRADER

# HOME



**Tuco Trading, LLC** is a private equity trading firm with 20 years of experience in all types of trading. Our team will equip you with rapid execution and support you need to succeed. Choosing the right trading firm is an important choice in order to level the playing field so that you can make profitable trades. When you succeed we succeed!

**WHAT KIND OF TRADER ARE YOU? LET US HELP YOU REACH YOUR GOALS.**

For more information call (858) 454-5044

1. **Professional Trader:** Best trade execution, low fees, and support? Learn More
2. **Scalper:** High volume with high expectations? Learn More
3. **Active Swing Trader:** Learn Technical analysis from a Pro
4. **Remote Trader:** Want a Virtual Trading Room and no commute? Learn More, Feel like you are involved with a professional trading room from the comfort of your home.
5. **Apprentice Trader:** Need a Mentor? Learn More

**Do you have what it takes to trade for a living?**

**Many are called, few will achieve. Be one of the few.**

Exhibit 4    Page 80

Tuco Trading – Premier Professional Direct Access Trading, Training, Technology, and Leverage

"Whatever happens in the stock market today has happened before and will happen again"

For more information, call (858) 454-5044

home | about us | trading room | education | technology | locations | contact us

Exhibit ___4___ Page ___81___

Tuco Trading - Learn from Successful Traders - Complete Training Program

# TUCO Trading, LLC

## TRADING SOLUTIONS FOR THE ACTIVE TRADER

# TRADING ROOM

### TUCO VIRTUAL TRADING ROOM



**Testimonials**

*"A Tuco trader called out MA as a trade he was entering. I didn't have MA on my watch list, and so I pulled up the stock to check it out. I liked the trade, entered and made $280 in two minutes. Even if I don't trade like Mike, I still find the service invaluable for the call outs and to link my home office to the trading room."*

*- L Hyatt*

*"I logged in from home and heard that Tuco traders were actively trading GLW. I*

http://www.tuco.com/tradingroom.htm (1 of 2)2/6/2008 5:04:36 AM

Exhibit 4 Page 82

Tuco Trading - Learn from Successful Traders - Complete Training Program

*proceeded to trade GLW*
*throughout the day and made*
*$2500.00"*

*- G. Estep*

home | about us | trading room | education | technology | locations | contact us

**For more information, call (858) 454-5044**

http://www.tuco.com/tradingroom.htm (2 of 2)2/6/2008 5:04:36 AM

Exhibit ___4___ Page ___83___



Tuco Trading - Learn to Profit from Stock Market Moves – Professional Trader Training Program

**TUCO Trading, LLC**

## TRADING SOLUTIONS FOR THE ACTIVE TRADER

# EDUCATION

Tuco Trading uses a hands-on approach to take people new to the equity markets and teach them how to trade. Proper education and strict discipline ensures success in trading. Without a guide the financial markets are to complex to tackle alone.

Education is our number one priority and without guidance, the odds are against you to succeed. Whether you are in an office and working as a team or, you desire one on one training with an experienced trader is a great way to learn the basics. Weekly seminars and daily coaching will give you the extra edge to be a successful trader. Our mentoring program will give you the opportunity to learn and develop new trading styles.

Proven proprietary trading techniques enable you to gain good experience and open your mind to different styles of trading during your learning stages. Different trading styles will fit different types of people's personalities.

The types of trading that we teach range from swing trading (holding positions throughout the trading day) to scalping, which requires speed and discipline to trade shares quickly for many small profits.

With our training program, you will have the edge you need to succeed

**To request information about our mentorship program, click here.**

*"I have been trading for 5 years now from my home, once I started with Tuco I learned the basics to take my trading to the next level"*

Exhibit ___4___ Page ___84___

http://www.tuco.com/education.htm (1 of 2)2/6/2008 5:04:38 AM

Tuco Trading - Learn to Profit from Stock Market Moves – Professional Trader Training Program

**For more information, call (858) 454-5044**

home || about us || trading room || education || technology || locations || contact us

http://www.tuco.com/education.htm (2 of 2)2/6/2008 5:04:38 AM

Exhibit 4 Page 85

TRADING SOLUTIONS FOR THE ACTIVE TRADER

# TECHNOLOGY



We offer state of the art proprietary trading software that is developed with speed in mind. One of the edges that you have been a professional trader is speed of execution. Professional trading software combined with direct connections to the marketplace will enable you to get the best execution possible.

Our trading software accommodates any type of trading style. The software is constantly being improved both for efficiency as well as for trader's custom changes to the software.

Special dedicated data and execution internet lines are put in place to provide faster connection speed. Data redundancy ensures that systems, if they go down, are quickly replaced in seconds, and downtime is kept to a minimum. We know that technology is what traders rely on the most to do their job, and only the best equipment and staff are found to ensure consistent uptime.

## EXECUTION SOFTWARE

Designed for speed and rapid order execution, our order execution software is a direct access institutional trading platform, complete with order routing & management, portfolio allocation, risk management, and flexible strategy creation tools for single order, basket, and block trading.

Exhibit _____4_____ Page _____86_____

Tuco Trading – Direct Market Access Software, Fast Execution, Quantitative Analysis Software, and Risk Analysis

## Features

- Keyboard Hotkeys for rapid order entry
- Personalization of screen layout
- Streaming Level II data
- Multiple ECN and NYSE books
- Real time alerts
- Position monitors and management
- Direct data from each exchange
- Order entry screen can be linked to outside charting software such as Esignal and Qcharts
- Basket Trading

## Control Panel

Control Panel

## Level II Order Entry

Customizable Order Entry window features Level I data, Level II data, and the trade tape

Level II

In addition to standard orders, we have specialized hotkeys designed to blast multiple markets with orders simultaneously, and smart keys designed to find the best price in all trading markets.

## NYSE OpenBook

We feature access to NYSE OpenBook, which can be linked to the Order entry screen. This window also has the ability to display the ECN books.

NYSE OpenBook

The 'Account Manager' window shows your Orders, Positions, Executions, Trades, and a Summary of your activity.

You have the ability to open up multiple account manager windows and you can tailor these windows to your suit personal preferences.

Each account manager can be positioned independently throughout your desktop to cater to your specific

Exhibit _4_  Page _87_

Tuco Trading – Direct Market Access Software, Fast Execution, Quantitative Analysis Software, and Risk Analysis

needs.

## Orders

Orders

## Executions

Executions

## Message Monitor

Message Monitor

## Summary

Summary

home | about us | trading room | education | technology | locations | contact us

**For more information, call (858) 454-5044**

http://www.tuco.com/technology.htm (3 of 3)2/6/2008 5:04:41 AM

Exhibit ___4___   Page___88___

# TUCO
## Trading, LLC

TRADING SOLUTIONS FOR THE ACTIVE TRADER

# LOCATIONS



INTERNATIONAL

IN ADDITION TO OUR MANY REMOTE TRADERS AROUND THE UNITED STATES AND AROUND THE WORLD WE HAVE LOCATIONS IN THE FOLLOWING CITIES

## UNITED STATES

LA JOLLA, CA

SAN FRANCISCO, CA

CHICAGO, IL

PORTLAND, OR

AUSTIN, TX

HOUSTON, TX

Tuco Trading – Trading Office Locations – Professional Trader Facilities

http://www.tuco.com/locations.htm (1 of 2)2/6/2008 5:04:42 AM

Exhibit __4__  Page 89

QINGDAO, CHINA

MEXICO CITY, MEXICO

For more information, call (858) 454-5044

[home] [about us] [trading room] [education] [technology] [locations] [contacts]

Tuco Trading – Trading Office Locations – Professional Trader Facilities

http://www.tuco.com/locations.htm (2 of 2) 2/6/2008 5:04:42 AM

Exhibit ___4___ Page ___90___



Tuco Trading - Contact Us

# CONTACT US

## TRADING SOLUTIONS FOR THE ACTIVE TRADER

Tuco Trading, LLC

909 Prospect St Suite 224

La Jolla, CA 92037

For more information, email or call (858) 454-5044.

To open an account, click here.

Tuco Trading - Contact Us

[home]| [about us] | [trading room] | [education] | [technology] | [locations] | [contact us]

**For more information, call (858) 454-5044**

Exhibit ___4___ Page __92__



Exhibit ___4___ Page 93

For more information, call (949)477-9000

Tuco Trading - Contact Us

Exhibit ___4___ Page__94__

TRADING SOLUTIONS FOR THE ACTIVE TRADER

# CONTACT US

**TUCO**
Trading, LLC

Name:

Email:

Phone:

Address:

City State Zip:

avg monthly volume:

Trading experience:

Referred by:

How I found Tuco

I am most interested in: training opportunities

comments

Submit

Tuco Trading - Contact Us

http://www.tuco.com/accounts.htm (1 of 2)2/6/2008 5:04:44 AM

Exhibit ___4___ Page ___95___

For more information, call (949)477-9000

Tuco Trading - Contact Us

Exhibit ___4___  Page _9e_

# TUCO
## Trading, LLC

TRADING SOLUTIONS FOR THE ACTIVE TRADER

# CONTACT US

Name:

Email:

Phone:

Address:

City State Zip:

avg monthly volume:

Trading experience

Referred by

How I found Tuco

I am most interested in    convenient locations

comments:

[Submit]

home | about us | trading room | education | technology | locations | contact us

Tuco Trading - Contact Us

http://www.tuco.com/accounts.htm (1 of 2)2/6/2008 5:04:44 AM

Exhibit 4 Page 97

For more information, call (949)477-9000

Tuco Trading - Contact Us

http://www.tuco.com/faccounts.htm (2 of 2)2/6/2008 5:04:44 AM

Exhibit ___4___ Page___98___



CONTACT US

TRADING SOLUTIONS FOR THE ACTIVE TRADER.

Name:
Email:
Phone:
Address:
City State Zip
avg monthly volume
Trading experience
Referred by
How I found Tuco
I am most interested in    remote trading
comments

Submit

home | about us | trading room | education | technology | locations | contact us

Tuco Trading - Contact Us

http://www.tuco.com/accounts.htm (1 of 2)2/6/2008 5:04:44 AM

Exhibit ___4___    Page __99__

For more information, call (949)477-9000

Tuco Trading - Contact Us

Exhibit ___4___  Page _100_



TRADING SOLUTIONS FOR THE ACTIVE TRADER

# CONTACT US

Name:

Email:

Phone:

Address:

City/State/Zip

avg monthly volume:

Trading experience

Referred by

How I found Tuco:

I am most interested in    excellent trader support

comments:

Submit

Tuco Trading - Contact Us

http://www.tuco.com/accounts.htm (1 of 2)2/6/2008 5:04:44 AM

Exhibit   4   Page  101

For more information, call (949)477-9000

Tuco Trading - Contact Us

Exhibit ___4___ Page 102



TRADING SOLUTIONS FOR THE ACTIVE TRADER

# CONTACT US

Name:

Email:

Phone:

Address:

City State Zip:

avg monthly volume:

Trading experience:

Referred by:

How I found Tuco:

I am most interested in: low commissions

comments:

Submit

home | about us | trading room | education | technology | locations | contact us

Exhibit ___4___ Page 103

For more information, call (949)477-9000

Tuco Trading - Contact Us

Exhibit ___4___ Page 104