Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR -4 AM 8:47
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ CP _____ DEPUTY

Securities and Exchange Commission

vs

Tuco Trading, LLC, and Douglas G. Frederick

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0400 DMS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donald Searles, Roberto A. Tercero
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.           3/4/08
         CLERK                    DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)