UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br>TUCO TRADING, LLC and<br>DOUGLAS G. FREDERICK,<br><br>　　　　　Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**SUPPLEMENTAL ORDER TO TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS; (2) APPOINTING A TEMPORARY RECEIVER; (3) REQUIRING ACCOUNTINGS; (4) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (5) GRANTING EXPEDITED DISCOVERY; AND (6) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF A PERMANENT RECEIVER** |

　　　　On March 5, 2008, this Court granted in part, and denied in part, the Plaintiff Securities and Exchange Commission's ("Commission") *Ex Parte* Motion For A Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Appointing a Temporary Receiver; (3) Requiring Accountings; (4) Prohibiting The Destruction Of Documents, (5) Granting Expedited Discovery; and (6) Order To Show Cause Re Preliminary Injunction and Appointment of a Permanent Receiver (the "Order").

　　　　Following the issuance of the Order a further telephonic hearing was held on March 5, 2008, concerning the scope of the Order and the Temporary Receiver's powers thereunder.  At that telephonic hearing the Commission was represented by Roberto A. Tercero and Donald W.

- 1 -

Searles, defendants were represented by Michele R. Fron of Keesel, Young & Logan, and the Temporary Receiver Tom Lennon was represented by David Osias of Allen Matkins, LLP.

Based upon that telephonic hearing, the Order is hereby supplemented, as follows:

IT IS FURTHER ORDERED that Defendants Tuco and Frederick and their subsidiaries, affiliates, officers, agents, servants, employees, and attorneys, and any other persons in active concert or participation with any of them, including members of Tuco, are restrained and enjoined from any and all activity, transactions or other conduct not in the "ordinary course of business" of Tuco. The "ordinary course of business" shall have the same meaning as used in Section 363 of the Bankruptcy Code (11 U.S.C. § 363) and construed by the courts. Should the Temporary Receiver advise any of the defendants or others that he does not believe that an activity, transaction or other conduct is in the ordinary course of business, then that activity, transaction or other conduct shall be restrained and enjoined unless and until the Temporary Receiver consents or this Court issues an order authorizing the activity, transaction or other conduct.

IT IS FURTHER ORDERED that, until March 20, 2008, or as otherwise ordered by this Court, Tuco and its subsidiaries, affiliates, members, officers, agents, servants, employees and attorneys shall not withdraw any cash, securities or other assets from any accounts at any bank, financial institution, or brokerage firm, held in the name of, for the benefit of, or over which signatory authority is held by Tuco or its subsidiaries, affiliates, members officers, agents, servants, employees or attorneys or any persons in active concert or participation with any of them, unless the Temporary Receiver confirms that the person or entity requesting the withdrawal: (1) has a contractual right to withdrawal prior to March 20, 2008; or (2) the requested withdrawal is in the ordinary course of business for the specific trader's account at issue; or (3) other exigent circumstances are demonstrated warranting a withdrawal prior to March 20, 2008. In no event shall the authorized withdrawal exceed 50% of the positive net equity in the trader's account at issue. Desire to withdraw funds to trade through another broker-dealer is not an exigent circumstance. The scope of this prohibition shall apply, but is not limited to, the accounts set forth below:

| Bank/ Entity Name | Account Name | Account Number(s) |
|---|---|---|
| GLB Trading, Inc. | Tuco Trading LLC Master Account of YU31 | 2131-4075 |
| GLB Trading, Inc. | Tuco Trading LLC Sub-Account #1 of 21314075 | 2132-0155 |
| GLB Trading, Inc. | Tuco Trading, LLC | 2131-7813 |
| JP Morgan Chase Bank | Tuco Trading LLC Operating Account | 000000722923067 |
| JP Morgan Chase Bank | Tuco Trading LLC Tuco Wire Account | 000000722923075 |
| Wedbush Financial | Tuco Trading LLC c/o Doug Frederick | 8244-9330 |
| Wedbush Financial | Tuco Trading LLC Income and Expense Account | 8244-9331 |
| Evolution Financial | Tuco Trading LLC | 1153-2603 |
| View Trade | Tuco Trading LLC | 4936-3559 |
| MF Global, Inc. | Tuco Trading LLC | E-480-HSP1-SP404 |
| Advantage Futures, LLC | Tuco Trading LLC-Mstr | MH006-A0535 |

IT IS FURTHER ORDERED the Temporary Receiver shall file and serve his accounting and report by March 14, 2008 and be present, with his accountant, at Court on March 19, 2008.

**IT IS SO ORDERED.**

DATED: March 6, 2008

UNITED STATES DISTRICT JUDGE