STEPHEN YOUNG, CASB No. 58711
**steve.young@kyl.com**
MICHELE R. FRON, CASB No. 134704
**michele.fron@kyl.com**
AUDETTE PAUL MORALES, CASB No. 216631
**audette.morales@kyl.com**
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
TUCO TRADING, LLC and
DOUGLAS G. FREDERICK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08 CV 0400 DMS (BLM) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| TUCO TRADING, LLC, and DOUGLAS G. FREDERICK, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the Stephen Young, Michele R. Fron and Audette Paul Morales of Keesal, Young & Logan will act as counsel of record for Defendants

///
///
///

1 | TUCO TRADING, LLC and DOUGLAS G. FREDERICK.  The contact information is
2 | below:

      STEPHEN YOUNG, CASB No. 58711
      **steve.young@kyl.com**
      MICHELE R. FRON, CASB No. 134704
      **michele.fron@kyl.com**
      AUDETTE PAUL MORALES, CASB No. 216631
      **audette.morales@kyl.com**
      KEESAL, YOUNG & LOGAN
      A Professional Corporation
      400 Oceangate, P.O. Box 1730
      Long Beach, California  90801-1730
      Telephone:   (562) 436-2000
      Facsimile:   (562) 436-7416

DATED: March 6, 2008

*/s/ Stephen Young*
STEPHEN YOUNG
MICHELE R. FRON
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
TUCO TRADING, LLC and DOUGLAS G. FREDERICK
E-mail:  steve.young@kyl.com
        michele.fron@kyl.com
        audette.morales@kyl.com