STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
MICHELE R. FRON, CASB No. 134704
michele.fron@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
TUCO TRADING, LLC and
DOUGLAS G. FREDERICK

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08 CV 0400 DMS (BLM) |
| Plaintiff, | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| vs. | **CIV. LR 40.2** |
| TUCO TRADING, LLC, and DOUGLAS G. FREDERICK, | |
| Defendants. | |

Pursuant to Local Rule 40.2, Defendants TUCO TRADING, LLC. and DOUGLAS G. FREDERICK file the following Notice of Parties with Financial Interest:

///

///

---

KYL_LB1136145

- 1 -

Case No. 08 CV 0400 DMS BLM

NOTICE OF PARTY WITH FINANCIAL INTEREST
CIV. LR 40.2

1       Douglas Frederick owns 100% of the A shares of Tuco Trading, LLC.

4   DATED: March 6, 2008

```
                                    /s/ Stephen Young
                                    _____
                                    STEPHEN YOUNG
                                    MICHELE R. FRON
                                    AUDETTE PAUL MORALES
                                    KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendants
                                    TUCO TRADING, LLC and DOUGLAS G.
                                    FREDERICK
                                    E-mail:  steve.young@kyl.com
                                             Michele.fron@kyl.com
                                             Audette.morales@kyl.com
```