```
STEPHEN YOUNG, CASB No. 58711
steve.young@kyl.com
MICHELE R. FRON, CASB No. 134704
michele.fron@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

Attorneys for Defendants
TUCO TRADING, LLC and
DOUGLAS G. FREDERICK
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,<br><br>    Defendants. | Case No. 08 CV 0400 DMS (BLM)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the Stephen Young, Michele R. Fron and Audette Paul Morales of Keesal, Young & Logan will act as counsel of record for Defendants

///

///

///

---

KYL_LB1136148                        - 1 -                    Case No. 08 CV 0400 DMS BLM
NOTICE OF APPEARANCE

TUCO TRADING, LLC and DOUGLAS G. FREDERICK. The contact information is below:

> STEPHEN YOUNG, CASB No. 58711
> **steve.young@kyl.com**
> MICHELE R. FRON, CASB No. 134704
> **michele.fron@kyl.com**
> AUDETTE PAUL MORALES, CASB No. 216631
> **audette.morales@kyl.com**
> KEESAL, YOUNG & LOGAN
> A Professional Corporation
> 400 Oceangate, P.O. Box 1730
> Long Beach, California 90801-1730
> Telephone:   (562) 436-2000
> Facsimile:   (562) 436-7416

DATED: March 6, 2008

> *[signature]*
> STEPHEN YOUNG
> MICHELE R. FRON
> AUDETTE PAUL MORALES
> KEESAL, YOUNG & LOGAN
> Attorneys for Defendants
> TUCO TRADING, LLC and DOUGLAS G. FREDERICK
> E-mail: steve.young@kyl.com
>         michele.fron@kyl.com
>         audette.morales@kyl.com