```
 1
 2  STEPHEN YOUNG, CASB No. 58711
    steve.young@kyl.com
 3  MICHELE R. FRON, CASB No. 134704
    michele.fron@kyl.com
 4  AUDETTE PAUL MORALES, CASB No. 216631
    audette.morales@kyl.com
 5  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 6  400 Oceangate, P.O. Box 1730
    Long Beach, California 90801-1730
 7  Telephone:  (562) 436-2000
    Facsimile:  (562) 436-7416
 8
    Attorneys for Defendants
 9  TUCO TRADING, LLC and
    DOUGLAS G. FREDERICK
10
11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13
14
    SECURITIES AND EXCHANGE           )  Case No. 08 CV 0400 DMS (BLM)
15  COMMISSION,                       )
                                      )
16                     Plaintiff,     )  NOTICE OF APPEARANCE
                                      )
17        vs.                         )
                                      )
18  TUCO TRADING, LLC, and DOUGLAS G. )
    FREDERICK,                        )
19                                    )
                       Defendants.    )
20                                    )
                                      )
21
22
23  TO THE CLERK OF THE COURT AND ALL PARTIES:
24        PLEASE TAKE NOTICE that the Stephen Young, Michele R. Fron and Audette
25  Paul Morales of Keesal, Young & Logan will act as counsel of record for Defendants
26  ///
27  ///
28  ///
```

KYL_LB1136148                     - 1 -                Case No. 08 CV 0400 DMS BLM
NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | TUCO TRADING, LLC and DOUGLAS G. FREDERICK.  The contact information is |
| 2 | below: |
| 3 | |
| 4 | STEPHEN YOUNG, CASB No. 58711 |
|   | **steve.young@kyl.com** |
| 5 | MICHELE R. FRON, CASB No. 134704 |
|   | **michele.fron@kyl.com** |
| 6 | AUDETTE PAUL MORALES, CASB No. 216631 |
|   | **audette.morales@kyl.com** |
| 7 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 8 | 400 Oceangate, P.O. Box 1730 |
|   | Long Beach, California  90801-1730 |
| 9 | Telephone:   (562) 436-2000 |
|   | Facsimile:    (562) 436-7416 |
| 10 | |
| 11 | |
| 12 | DATED:  March 6, 2008 |
| 13 | STEPHEN YOUNG |
|    | MICHELE R. FRON |
| 14 | AUDETTE PAUL MORALES |
|    | KEESAL, YOUNG & LOGAN |
| 15 | Attorneys for Defendants |
|    | TUCO TRADING, LLC and DOUGLAS G. FREDERICK |
| 16 | E-mail:  steve.young@kyl.com |
|    |            michele.fron@kyl.com |
| 17 |            audette.morales@kyl.com |