DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**CERTIFICATE OF SERVICE OF TEMPORARY RESTRAINING ORDER AND SUPPLEMENTAL ORDER TO TEMPORARY RESTRAINING ORDER** |

I, TED FATES, declare and state as follows:

1.      I am an attorney at law, licensed to practice before this Court, and am member of the firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys for the Temporary Receiver Thomas F. Lennon in the above-captioned matter.

2.      On March 6, 2008, I personally served the following documents on the individuals listed below:

    A.    TEMPORARY RESTRAINING ORDER AND ORDERS:
          (1) APPOINTING A TEMPORARY RECEIVER; (2) REQUIRING
          ACCOUNTINGS; (3) PROHIBITING THE DESTRUCTION OF
          DOCUMENTS; (4) GRANTING EXPEDITED DISCOVERY; AND
          (5) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
          AND APPOINTMENT OF A PERMANENT RECEIVER ("TRO";
          and

B. SUPPLEMENTAL ORDER TO TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS; (2) APPOINTING A TEMPORARY RECEIVER; (3) REQUIRING ACCOUNTINGS; (4) PROHIBITING THE DESTRUCTION OF DOCUMENTS; (5) GRANTING EXPEDITED DISCOVERY; AND (6) ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF A PERMANENT RECEIVER ("**Supplemental Order to TRO**")

| Name | Title | Method of Service |
|---|---|---|
| Douglas G. Frederick | Defendant | Personal Service at the offices of Tuco Trading, LLC 909 Prospect Street, Suite 224 La Jolla, CA 92037 |
| Adam Korsin | Employee/independent contractor of Defendant Tuco Trading, LLC | Personal Service at the offices of Tuco Trading, LLC 909 Prospect Street, Suite 224 La Jolla, CA 92037 |
| Jarrod Vrazel | Employee/independent contractor of Defendant Tuco Trading, LLC | Personal Service at the offices of Tuco Trading, LLC 909 Prospect Street, Suite 224 La Jolla, CA 92037 |
| Mike Kestler | Employee/independent contractor of Defendant Tuco Trading, LLC | Personal Service at the offices of Tuco Trading, LLC 909 Prospect Street, Suite 224 La Jolla, CA 92037 |

3. I am informed that on March 7, 2008, Douglas G. Frederick served by e-mail the TRO on the following individuals. A copy of Mr. Frederick's e-mail is attached hereto as Exhibit A.

| Name | Title | Method of Service |
|---|---|---|
| Ben Ball | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: ben@tuco.com |
| Lu Chi-Shen | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: lu@tuco.com |
| Anthony Lee | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: anthony@tuco.com |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

692745.01/SD

4. On March 7, 2008, I served by e-mail the **Supplemental Order to TRO** on the following individuals. A copy of my e-mail is attached hereto as Exhibit B.

| Name | Title | Method of Service |
|---|---|---|
| Ben Ball | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: ben@tuco.com |
| Lu Chi-Shen | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: lu@tuco.com |
| Anthony Lee | Employee/independent contractor of Defendant Tuco Trading, LLC | E-mail: anthony@tuco.com |

5. Both Mr. Frederick and I were not able to personally serve Ben Ball, Lu Chi-Shen, and Anthony Lee because they were either on vacation or working in Defendants' Dallas, Texas office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008, at San Diego, California.

/s/ Ted Fates
Ted Fates

## Fates, Ted

| | |
|---|---|
| **From:** | frederick.doug@gmail.com on behalf of Doug Frederick [doug@tuco.com] |
| **Sent:** | Friday, March 07, 2008 2:09 PM |
| **To:** | lu@tuco.com; Ben Ball; anthony@tuco.com; audette.morales@kyl.com; Fron, Michele; Fates, Ted |
| **Subject:** | service of temporary restraining order and supplemental orders |

This is the documentation that we discussed with you yesterday.

--
Regards,

Doug Frederick
Tuco Trading, LLC
909 Prospect Street #224
La Jolla, California 92037
doug@tuco.com
(312) 286-1894

Exhibit  A
Page  1 of 1

3/7/2008

**Perry, Anne**

---

| | |
|---|---|
| **From:** | Fates, Ted |
| **Sent:** | Friday, March 07, 2008 6:42 PM |
| **To:** | lu@tuco.com; Ben Ball; anthony@tuco.com |
| **Cc:** | 'Doug Frederick'; Fron, Michele; audette.morales@kyl.com; Perry, Anne |
| **Subject:** | RE: service of temporary restraining order and supplemental orders |

Attached is the Supplement to the Temporary Restraining Order that Mr. Frederick emailed to you earlier today.

Ted Fates
Counsel for Thomas F. Lennon, Temporary Receiver


Ted Fates | Allen Matkins Leck Gamble Mallory & Natsis LLP | 501 W. Broadway, 15th Floor | San Diego, CA 92101 | (619) 235-1527 | tfates@allenmatkins.com

Exhibit _B_
Page _1 of 1_

3/7/2008

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )  ss.:
COUNTY OF SAN DIEGO      )

On March 10, 2008, I served the document(s) described as: **CERTIFICATE OF SERVICE OF TEMPORARY RESTRAINING ORDER AND SUPPLEMENTAL ORDER TO TEMPORARY RESTRAINING ORDER** on the interested parties in this action by

__X__ placing the true copies thereof enclosed in a sealed envelope(s) addressed as stated on the attached service list.

__X__ By mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ By electronic mail: I caused the documents to be e-mailed to the e-mail address of the addressees as stated on the attached service list.

_____ By facsimile transmission from facsimile machine telephone number (619) 233-1158. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

_____ By personal service: I hand delivered the documents to the individuals as stated on the attached service list.

_____ By Federal Express or other overnight delivery service, for delivery on the next business day.

Executed on March 10, 2008, at San Diego, California. I declare under penalty of perjury that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Anne Perry | _(Signature)_ |
|---|---|
| (Type or print name) | |

**SERVICE LIST**

| | |
|---|---|
| Roberto A. Tercero, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: (313) 965-3998<br>Facsimile: (323) 965-3908<br>E-mail: terceror@sec.gov | Attorney for Securities and Exchange Commission |
| J. Stephen Young, Esq.<br>Audette Paul Morales, Esq.<br>Michele R. Fron, Esq.<br>Keesal Young & Logan<br>400 Oceangate, Second Floor<br>Long Beach, CA 90802-1730<br>Telephone: (562) 436-2000<br>Facsimile: (562) 436-7416<br>E-mail: steve.young@kyl.com<br>audette.morales@kyl.com<br>michele.fron@kyl.com | Attorneys for Defendants Tuco Trading, LLC and Douglas G. Frederick |