USDC Case No.: 3:08-cv-00400 DMS-BLM
KYL File No.: 6910-1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           }
                              } ss.:
COUNTY OF LOS ANGELES         }

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Oceangate, P.O. Box 1730, Long Beach, CA 90801-1730.

On **March 7, 2008**, I served the foregoing document described as **NOTICE OF APPEARANCE (as to Michele R. Fron, Esq.)** on the parties in this action as follows:

Roberto A. Tercero, Esq.                    Attorneys for Plaintiff
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036
Tel: (323) 965-3998
Fax: (323) 965-3908
E-Mail: TerceroR@sec.gov

☒ **CM / ECF:** The document was electronically served on the parties to this action via the USDC Southern District of California CM / ECF system upon electronic filing of above-described document.

Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 11, 2008**, at Long Beach, California.

*Pamela Lopez*
_____
Pamela Lopez