DONALD W. SEARLES, Cal. Bar No. 135705
SearlesD@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
TerceroR@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
Andrew Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,<br><br>　　　　Defendants. | Case No.: 08 CV 00400 DMS (BLM)<br><br>**CERTIFICATE OF SERVICE RE *EX PARTE* MOTION**<br><br>OSC HEARING:<br>DATE: MARCH 21, 2008<br>TIME: 11:20 A.M.<br>PLACE: COURTROOM OF THE HON. JUDGE DANA M. SABRAW (CTRM 10) |

CERTIFICATE OF SERVICE

Pursuant to CivLR 5.2, I hereby certify that I am a member of the bar of this Court and that I served by hand the following documents upon Defendants Douglas G. Frederick and Tuco Trading, LLC, by serving by hand its managing member, Douglas G. Frederick:

1. Plaintiff Securities And Exchange Commission's Ex Parte Motion For Temporary Restraining Order And Orders: (1) Freezing Assets; (2) Appointing A Temporary Receiver; (3) Requiring Accountings; (4) Prohibiting The Destruction Of Documents; (5) Granting Expedited Discovery; And (6) Order To Show Cause Re Preliminary Injunction And Appointment Of A Permanent Receiver;

2. Memorandum Of Points And Authorities In Support Of Plaintiff Securities And Exchange Commission's Ex Parte Motion For A Temporary Restraining Order And Orders: (1) Freezing Assets; (2) Appointing A Temporary Receiver; (3) Granting Expedited Discovery; (4) Prohibiting The Destruction Of Documents; (5) Requiring Accountings; And (6) Order To Show Cause Re Preliminary Injunctions And Appointment Of A Receiver;

3. Temporary Restraining Order And Orders: (1) Freezing Assets; (2) Appointing A Temporary Receiver; (3) Requiring Accountings; (4) Prohibiting The Destruction Of Documents; (5) Granting Expedited Discovery; And (6) Order To Show Cause Re Preliminary Injunction And Appointment Of A Permanent Receiver [Proposed Order];

4. Declaration Of Roberto A. Tercero In Support Of Plaintiff Securities And Exchange Commission's Ex Parte Motion For A Temporary Restraining Order And Orders: (1) Freezing Assets; (2) Appointing A Temporary Receiver; (3) Granting Expedited Discovery; (4) Prohibiting The Destruction Of Documents; (5) Requiring Accountings; And (6) Order To Show Cause Re Preliminary Injunctions And Appointment Of A Receiver [Volumes I – IV];

5. Declaration Of Kent L. Woo In Support Of Plaintiff Securities And Exchange Commission's Ex Parte Motion For A Temporary Restraining Order And Orders: (1) Freezing Assets; (2) Appointing A Temporary Receiver; (3) Granting Expedited Discovery; (4) Prohibiting The Destruction Of Documents; (5) Requiring Accountings; And (6) Order To Show Cause Re Preliminary Injunctions And Appointment Of A Receiver [Volumes I And Ii]; And

6. Recommendation By Plaintiff Securities And Exchange Commission That Thomas F. Lennon Be Appointed Temporary Receiver.

Dated: March 11, 2008     /s/ Roberto A. Tercero
                          Roberto A. Tercero
                          Attorney for Plaintiff
                          Securities and Exchange Commission

CERTIFICATE OF SERVICE

Pursuant to CivLR 5.2, I hereby certify that I am a member of the bar of this Court and that, on March 11, 2008, I served by e-mail the following document – Certificate of Service Re *Ex Parte* Motion – upon the following individuals at the e-mail addresses below:

| *Counsel to Defendants Tuco Trading, LLC and Douglas G. Frederick* | *Counsel to Receiver Thomas F. Lennon* |
|---|---|
| J. Stephen Young<br>Michele R. Fron<br>Audette Paul Morales<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90802-1730<br>T/562-436-2000 (General)<br>F/562-436-7416<br>E/steve.young@kyl.com<br>E/michele.fron@kyl.com<br>E/audette.morales@kyl.com | David Osias<br>Deb Riley<br>Ted Fates<br>Allen Matkins Leck Gamble<br>  Mallory & Natsis LLP<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101-1158<br>T/619-233-1155<br>F/619-233-1158<br>E/dosias@allenmatins.com<br>E/driley@allenmatkins.com<br>E/tfates@allenmatkins.com |

Dated:  March 11, 2008          /s/ Roberto A. Tercero
                                Roberto A. Tercero
                                Attorney for Plaintiff
                                Securities and Exchange Commission