**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
STATEMENT OF FINANCIAL CONDITION OF
Douglas Frederick**

I.   **Estimated Statement of Assets and Liabilities as of 2/29/08:**

A.   **Assets:**

List all assets owned by you, your spouse, or any other member of your household, directly or indirectly, and all assets which are subject to your or your spouse's possession, enjoyment, or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.

| | | |
|---|---|---|
| 1. | Cash | $2,699.20 Dort. Fed.<br>$22,908.38 Chase |
| 2. | Cash Surrender Value of Insurance | None |
| 3. | Accounts Receivable | None |
| 4. | Loans or Notes Receivable | None |
| 5. | Real Estate | None |
| 6. | Furniture and Household Goods | approx. $5,000 |
| 7. | Automobiles | approx. $62,000 |
| 8. | Securities | None |
| 9. | Partnership Interests | None |
| 10. | Net Value of Ownership Interest in Business | approx. $3 million as of 2/29/08 (Tuco Trading) |
| 11. | Individual Retirement Accounts (IRAs) | None |
| 12. | Keogh Accounts or Plans | None |
| 13. | 401(k) Accounts or Plans | None |
| 14. | Other Pension Assets | None |
| 15. | Annuities | None |

| | | |
|---|---|---|
| 16. | Prepaid Expenses or Liabilities | None |
| 17. | Credit Balances on Credit Cards | None |
| 18. | Business desk - personal | $1,000 |
| | **Total Assets** | $93,607.58 w/o Tuco value<br>$3,093,607.58 w/Tuco value included |

## B.    Liabilities

List all liabilities, including but not limited to the items listed below.

| | | |
|---|---|---|
| 1. | Mortgages | None |
| 2. | Auto Loans | $52,345.80 as of 3/9/08 |
| 3. | Credit Card Debt | $40,649.13 |
| 4. | Loans on Insurance policies | None |
| 5. | Installment Loans | None |
| 6. | Other Loans or Notes Payable (personal loan) | $3,250 |
| 7. | Accrued Real Estate Taxes | None |
| 8. | Judgments/Settlements Owed | None |
| | **Total Liabilities** | -$116,244.93 |

## C.    Net Worth (Assets Minus Liabilities)

**-$22,637.35 w/o Tuco business value;
+$2,977,362.65 with Tuco value included**

D.    For each asset with a fair market value of greater than describe the asset, state the form of ownership (e.g., individual, joint, beneficial interest), provide a fair market value and explain how fair market value was determined  (e.g., appraisal, comparison, estimate, etc.).

1.    Chase checking account ending 2607 – individual account in the name of Douglas G. Frederick with Tamara Frederick (spouse)

as authorized signatory.  Value as of 2/29/08 was $22,908.38 per account statement.

2.    Furniture/household goods – joint ownership with Tamara Fredrick.  Estimated value of $5,000.

3.    Automobiles:

   a.    2000 Hummer held individually by Douglas Frederick. Estimated current value = $50,000.

   b.    2002 Yukon XL held individually by Tamara Fredrick. Estimated current value = $12,000

4.    Net value of ownership interest in business, Tuco Trading, LLC is estimated to be $3,000,000 as of 2/29/08.  Douglas Frederick is 100% owner of Tuco Trading, LLC.

E.    For each liability, indicate the date incurred; the original amount of the liability; the length of the obligation; the interest rate, the collateral or security; if any, who is responsible for the obligation; the outstanding balance; the name(s) and address(es) of all obligee(s); and your relationship (if any) to each creditor.

1.    Automobile loan:

   E-Loan, Inc. loan for $57,865 originated 7/24/07 with an interest rate at 8.79% annually until 7/23/12.  Security for loan is the car.  Douglas Frederick is responsible for the loan.  Outstanding balance is $52,345.80 as of 3/9/08.

   Address:
   E-Loan, Inc.
   6230 Stoneridge Mall Road
   Pleasanton, CA  94588

2.    Personal loan:

   Personal loan taken for $29.500 in 2003 from Paresh Patel, address:  2652 N. Heritage Avenue, Chicago, Illinois 60614. current balance is $3,250.  there is no repayment deadline and no collateral pledged.  Douglas Frederick is individually liable for this debt.

3.    Credit cards:

       a.    Bank of America – account ending 1915 for Douglas
           Frederick.  Balance as of December 2007 = $0.  Annual
           interest rate as of December 2007 = 9.90%
           Address:
           Bank of America
           P.O. Box 17309
           Baltimore, MD  21297-1309

       b.    Providian – account ending 5016 for Douglas Frederick.
           Balance as of September 2007 = $0.  Interest rate as of
           August 2007 = 31.49%
           Address:
           P.O. Box 660433
           Dallas, TX  75266-0433

       c.    Capital One – account ending 5989 for Douglas Frederick.
           Balance as of 2/29/08 = $1,712.55.  Interest rate = 5.67%
           Address:
           P.O. Box 60024
           City of Industry, CA 91716-002475266-0433

       d.    American Express– account ending 91000 for Douglas
           Frederick.  Balance as of 2/3/08 = $6,298.49 and no
           corresponding interest rate.
           Address:
           American Express
           Box 0001
           Los Angeles, CA 90096-0001

       e.    Art Van – account ending 1464 for Douglas Frederick.
           Balance as of 2/21/08 = $3,193.  Interest rate = 23.9%
           Address:
           Retail Services
           P.O. Box 50107
           City of Industry, CA 91716-0107

       f.    Bank of America – account ending 6578 for Douglas
           Frederick.  Balance as of 2/6/08 = $14,224.61.  Interest
           rate = 7.9%
           Address:
           Bank of America
           P.O. Box 15713
           Wilmington, DE  19886-5713

     g.     Macy's Card– account ending 2020 for Tamara Fredrick
Balance as of 2/1/08 = $418.83.  Interest rate = 22.9%
Address:
Macy's
P.O. Box 689195
Des Moines, IA 50368-9195

     h.     Capital One – account ending 8200 for Tamara Fredrick.
Balance as of 2/7/08 = $2,470.  Interest through 11/08 =
0%
Address:
Capital One
(to be provided)

     i.     Citi Platinum Select – account ending 4928.  Tamara
Fredrick.  Balance ending 2/1/08:  $14,860.44.  Interest
rate – to be provided.
Address:
Citi Cards
P.O. Box 6401
The Lakes, NV  88901-6401

     j.     Citi Dividend Platinum Select – account ending 7120.
Tamara Fredrick.  Balance ending 2/20/08:  $17,471.21.
Interest rate – to be provided.
Address:
Citi Cards
P.O. Box 6414
The Lakes, NV  88901-6414

**F.**     List all securities or commodities brokerage accounts and accounts at banks or other financial institutions in your name; under your control; in which you have or had a beneficial interest; or to which you are or were a signatory since November 1, 2005.  For each account, specify the location of the account, account number and balance in cash or securities.

No securities or commodities brokerage accounts for Douglas Frederick, individually, or Tamara Fredrick, individually.

     1.     Chase Bank account ending 2607 for Douglas Frederick.
Balance as of 2/27/08 = $22,908.38
Address:
JP Morgan Chase Bank
P.O. Box 260180
Baton Rouge, CA  70826-0180

2.    Dort Federal account ending 77381 for Tamara Fredrick.
Balance as of 3/9/08 = $2,699.20
Address:  (not currently available)

3.    Irwin Union Bank account ending 8701, custodial acct for son,
Jack Frederick.  Balance as of 12/31/07 = $5,593.80, earning
1.05% annual percentage yield

4.    Corporate – business accounts under Douglas Frederick's control
or in which he has a beneficial interest:

| Bank/ Entity Name | Account Name | Account Numbers |
| --- | --- | --- |
| GLB Trading, Inc. | Tuco Trading LLC Master Account of YU31 | XXXX-4075 Balance:  $1,374,680.25 as of 2/29/08 |
| GLB Trading, Inc. | Tuco Trading LLC Master Account #1 of 21314075 | XXXX-0155 Balance:  $5,170,830.45 as of 2/29/08 |
| GLB Trading, Inc. | Tuco Trading, LLC | XXXX-7813 Balance:  $1,080.17 as of 2/29/08 |
| JP Morgan Chase Bank | Tuco Trading LLC Operating Account | XXXX3067 Balance:  $512,891,94 as of 2/29/08 |
| JP Morgan Chase Bank | Tuco Trading LLC Tuco Wire Account | XXXX3075 Balance:  $176,202.47 as of 2/29/08 |
| Wedbush Financial | Tuco Trading LLC c/o Doug Frederick | XXXX9330 Balance:  $7,079.84 as of 2/29/08 |
| Wedbush Financial | Tuco Trading LLC Income and Expense Account | XXXX9331 Balance:  $1.37 (negative balance) as of 2/29/08 |
| Evolution Financial | Tuco Trading LLC | XXXX2603 Closed – $0 balance |
| View Trade | Tuco Trading LLC | XXXX3559 Balance:  $454,737.32 as of 2/29/08 |

| Bank/ Entity Name | Account Name | Account Numbers |
|---|---|---|
| MF Global, Inc. | Tuco Trading LLC | XXXXSP404<br>Balance: $62,127.62 as of 2/29/08 |
| Advantage Futures, LLC | Tuco Trading LLC–Mstr | XXXX0535<br>Balance: $75,186.71 as of 2/29/08 |
| JP Morgan Chase Bank | Lanai Account | XXXX3992<br>Balance: approx. $15 current balance |
| View Trade | Tuco Trading LLC | XXXX0059<br>Balance: $720.64 as of 12/31/07 |

**G.**    List any 401 (k) plans, pension plans, Keogh plans, individual retirement accounts, profit sharing plans, thrift plans, life insurance policies or annuities, in which you have an interest, vested or otherwise. For each account or plan, specify the account name, the location of the account, account number and balance, and the terms of withdrawal or loan options.

None.

**H.**    List all credit cards or lines of credit in your name or to which you are a signatory, including the name of the credit issuer, account number, credit limit, and amount of indebtedness.

Please see response to E, above.

## II.    Cash Flow Information

### A.    Income/Receipts

List all money or other income received from any source on a monthly basis by you, your spouse, or any other member of your household, identifying the source, recipient, and amount. For any income received on a basis other than monthly, convert to a <u>monthly basis</u> for the purposes of this statement.

| | Description | Source | Amount |
|---|---|---|---|
| 1. | Salary Wages | Tuco – Douglas Frederick | $25,000 for 2/8; $0 going forward |

| Description | Source | Amount |
|---|---|---|
| 2. Commissions/Advances | None – included in salary | 0 |
| 3. Consulting Fees | Tuco – Tamara Fredrick | approx. $500/month prorated |
| 4. Dividends | None | 0 |
| 5. Interest | Chase | estimate less than $25.00 |
| 6. Annuities | None | |
| 7. Pensions | None | |
| 8. Rents/Royalties | None | $400 monthly |
| 9. Sales of Assets (Net) | None | |
| 10. Repayment of Loans | None | |
| 11. Payments on obligations made on your behalf by others | See 11 directly below | $5,180 thru 3/08 ($0 thereafter) |
| 12. Fringe Benefits (e.g., car) | None other than items in #11 directly below | |
| 13. Alimony/Child Support | None | |
| 14. Gifts/bonuses | None | |
| **Total Receipts** | | $30,705 (incl. salary and item #11 below) or $525 (w/o salary and item 11 below). |

## A.     Income/Receipts (Breakdown of Items Above)

11.   Rent and other living expenses paid:

| | |
|---|---|
| Rent in San Diego | $4,500 |
| Pool Maintenance and Gardener | $250 |
| San Diego Gas & Electric | $450 estimated average |
| AT&T Phone | $80 estimated average |
| Direct TV | $148 |
| **Total** | $5,428[1] |

**B.    List all monthly expenditures for whatever purpose for you or your household for the past 12 months, identifying the purpose and the amount, including projected expenses. For any expenditure which varies from month to month, indicate a range of amounts and the average amount on a monthly basis.**

| | Description | Amount |
|---|---|---|
| 1. | Rent | None thru 3/08 |
| 2. | Food | est.  $1,000 |
| 3. | Utilities | None thru 3/08 |
| 4. | Payment on Loans | None (except auto below) |
| 5. | Real Estate Taxes | None |
| 6. | Insurance Premiums | $35 Renters Insurance |
| 7. | Medical Expenses | estimated $400–$500[2] |
| 8. | Automobile Expenses | est. $800 incl. insurance and monthly expenses |
| 9. | Alimony/Child Support | None |
| 10. | Income Taxes | $244 in 2006; est. $0 for 2007 |
| 11. | Auto Loan | $1,195.29 ELoan |
| 12. | Other household expenses (including | est. $500 |

---

[1] Originally estimated this amount to be $5,180.  Revised estimate is set forth above.

[2] Used an average of $450 for purposes of the total expenditures below.

| Description | Amount |
|---|---|
| clothes & supplies) | |
| 13. Housecleaning | est. $300 |
| Total Expenses/Disbursements | $4,524.29 using 2006 tax return info and excluding $5,428 expenses paid thru Tuco |
| | $9,708.29 using 2007 tax estimate and incl. $5,428 expenses[3] |

## III. Other Information

**A.**    List any disbursement having a value of $1000 or more, made on your behalf, or on behalf of your spouse or children, by any other person or entity since November 1, 2006, the amount of the disbursement, and the name and address of the person or entity who made the disbursement.

Nothing other than is/will be reflected in financial statement for Tuco Trading, LLC.

**B.**    List all transfers of cash in an amount of $1000 or more, or assets or property with a cost or fair market value of $1000 or more, made by you since November 1, 2006, and, if applicable, identify the value of the asset, the consideration received, and the relationship of the transferror to the transferee, or indicate that no such transfers have been made.

Periodic transfers to son, Jack Frederick, in account held at Irwin Union Bank. Account ending 8701. Balance in account as of December 31, 2007 was $5,593.80. Account opened in 2002 and periodic deposits have been made since that time..

**C.**    Identify any financial institution accounts (other than those identified in Item I.F. above) in which you have deposited more than $1000 since November 1, 2006, or indicate that no such deposits have been made.

None.

**D.**    List all dependents, their ages, and whether or not they reside with you.

---

[3] If you anticipate unusual expenses in the coming 12 months, please describe them.

Jack Frederick, 5–1/2 years old, yes.

E.    Attach federal income tax returns filed by you or on your behalf (including personal, trust, or business returns) during the years 2006 through 2007.

2006 Tuco Trading, LLC tax return attached.

F.    Attach any federal gift tax returns filed by you or your spouse during the years 2006 through 2007.

None.

G.    Attach any financial statement which the declarant has prepared during the years 2006 through 2007 for any purpose (e.g., such as a financial statement provided to a bank to secure a loan).

None.

H.    Attach copies of documents evidencing all outstanding loans for which you or your spouse is either a lender or borrower.

Attached copy of check reflecting balance on personal loan of $3,250. Also attached original loan documents and provided balance owing as of 3/9/08 of $52,345.80.

I.    Attach copies of all securities, commodities, bank, or other financial institution account statements for the past 12 months in your or your spouse's name, under your or your spouse's control, or in which you or your spouse has a beneficial interest.

Attached to extent currently available.  Corporate business documents are/will be attached to financial statement for Tuco Trading, LLC

*Securities and Exchange Commission v. Tuco Trading, LLC, et al.*
USDC Case No.:  3:08-cv-00400 DMS-BLM
KYL File No.:  6910-1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA          }
                                              } ss.:
COUNTY OF LOS ANGELES }

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 400 Oceangate, P.O. Box 1730, Long Beach, CA 90801-1730.

   On **March 11, 2008**, I served the foregoing document described as **UNITED STATES SECURITIES AND EXCHANGE COMMISSION STATEMENT OF FINANCIAL CONDITION OF DOUGLAS FREDERICK** on the parties in this action as follows:

Roberto A. Tercero, Esq.
Donald Searles, Esq.
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036
Tel:  (323) 965-3998
Fax: (323) 965-3908
E-Mail:  TerceroR@sec.gov

Attorneys for Plaintiff

David L. Osias, Esq.
Ted Fates, Esq.
Allen Matkins Leck Gamble
 Mallory & Natsis LLP
501 West Broadway, 15th Floor
San Diego, CA  92101-3541
Tel:  (619) 233-1155
Fax: (619) 233-1158
E-Mail:  dosias@allenmatkins.com

Attorneys for Receiver
Thomas F. Lennon

☑ **CM / ECF:**  The document was electronically served on the parties to this action via the USDC Southern District of California CM / ECF system upon electronic filing of above-described document.

☑ **BY OVERNIGHT COURIER:**  I deposited such document with UPS for next day delivery to the addressee.

   Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on **March 11, 2008**, at Long Beach, California.

*Penny Vining*
—————————————
PENNY VINING

KYL_LB1136742