**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**STATEMENT OF FINANCIAL CONDITION OF**
**Tuco Trading, LLC**

I. **Estimated Statement of Assets and Liabilities as of 2/29/08:**

    A. **Assets:**

List all assets owned by you, your spouse, or any other member of your household, directly or indirectly, and all assets which are subject to your or your spouse's possession, enjoyment, or control, regardless of whether legal title or ownership is held by a relative, trustee, lessor, or any other intermediary, including but not limited to the categories indicated below.

| | | |
|---|---|---|
| 1. | Cash | $7,835,731.04 |
| 2. | Cash Surrender Value of Insurance | None |
| 3. | Accounts Receivable | $3,544,165 (reflected in III.A.1.–3 below) |
| 4. | Loans or Notes Receivable | None |
| 5. | Real Estate | None |
| 6. | Furniture and Household Goods | $52,035 |
| 7. | Automobiles | None |
| 8. | Securities | None |
| 9. | Partnership Interests | $0 |
| 10. | Net Value of Ownership Interest in Business | 100% Tuco Trading |
| 11. | Individual Retirement Accounts (IRAs) | None |
| 12. | Keogh Accounts or Plans | None |
| 13. | 401(k) Accounts or Plans | None |
| 14. | Other Pension Assets | None |
| 15. | Annuities | None |
| 16. | Prepaid Expenses or Liabilities | $45,000 to Keesal, |

|     |     |     |
| --- | --- | --- |
|     |     | Young & Logan |
| 17. | Credit Balances on Credit Cards | None |
| 18. | Other (Itemize) | None |
|     | **Total Assets** | $11,476,931.04 |

**B.   Liabilities**

List all liabilities, including but not limited to the items listed below.

|     |     |     |
| --- | --- | --- |
| 1.  | Mortgages | None |
| 2.  | Auto Loans | None |
| 3.  | Credit Card Debt American Express #11005 | $16,111.70 as of 2/18/08 but paid in full each month |
| 4.  | Loans on Insurance policies | None |
| 5.  | Installment Loans | None |
| 6.  | Other Loans or Notes Payable | None |
| 7.  | Accrued Real Estate Taxes | None |
| 8.  | Judgments/Settlements Owed | None |
| 9.  | Legal Fees - Keesal, Young & Logan | $18,394 as of 2/29/08 |
| 10. | Tuco Trading, LLC Member's Equity | $10,445,973 |
|     | **Total Liabilities** | $10,480,478 (including American Express balance) |
|     |     | $10,464,367 (excluding American Express balance) |
| C.  | **Net Worth (Assets Minus Liabilities)** | **$996,453 (including American Express balance) or $980,341.30 (without American** |

                                                    **Express balance included)**

D. For each asset with a fair market value of greater than describe the asset, state the form of ownership (e.g., individual, joint, beneficial interest), provide a fair market value and explain how fair market value was determined (e.g., appraisal, comparison, estimate, etc.).

See attached spreadsheets entitled:

1. "Tuco Trading Equipment and Furniture – San Diego Estimated Values";

2. "Tuco Trading Equipment and Furniture – Chicago Estimated Values"; and

3. "Tuco Trading Equipment and Furniture – Dallas Estimated Values."

E. For each liability, indicate the date incurred; the original amount of the liability; the length of the obligation; the interest rate, the collateral or security; if any, who is responsible for the obligation; the outstanding balance; the name(s) and address(es) of all obligee(s); and your relationship (if any) to each creditor.

American Express card ending 11005. Balance ending 2/18/08: $16,111.70. Paid in full each month.

F. List all securities or commodities brokerage accounts and accounts at banks or other financial institutions in your name; under your control; in which you have or had a beneficial interest; or to which you are or were a signatory since November 1, 2005. For each account, specify the location of the account, account number and balance in cash or securities.

| **Bank/ Entity Name** | **Account Name** | **Account Numbers** |
|---|---|---|
| GLB Trading, Inc. | Tuco Trading LLC Master Account of YU31 | XXXX-4075<br>Balance: $1,374,680.25 as of 2/29/08 |
| GLB Trading, Inc. | Tuco Trading LLC Master Account #1 of 21314075 | XXXX-0155<br>Balance: $5,170,830.45 as of 2/29/08 |
| GLB Trading, Inc. | Tuco Trading, LLC | XXXX-7813<br>Balance: $1,080.17 as of 2/29/08 |

| Bank/ Entity Name | Account Name | Account Numbers |
|---|---|---|
| JP Morgan Chase Bank | Tuco Trading LLC Operating Account | XXXX3067<br>Balance: $512,891,94 as of 2/29/08 |
| JP Morgan Chase Bank | Tuco Trading LLC Tuco Wire Account | XXXX3075<br>Balance: $176,202.47 as of 2/29/08 |
| Wedbush Financial | Tuco Trading LLC c/o Doug Frederick | XXXX-9330<br>Balance: $7,079.84 as of 2/29/08 |
| Wedbush Financial | Tuco Trading LLC Income and Expense Account | XXXX-9331<br>Balance: $1.37 (negative balance) as of 2/29/08 |
| Evolution Financial | Tuco Trading LLC | XXXX-2603<br>Closed – $0 balance |
| View Trade | Tuco Trading LLC | XXXX-3559<br>Balance: $454,737.32 as 2/29/08 |
| MF Global, Inc. | Tuco Trading LLC | XXXXSP404<br>Balance: $62,127.62 as of 2/29/08 |
| Advantage Futures, LLC | Tuco Trading LLC–Mstr | XXXX0535<br>Balance: $75,186.71 as of 2/29/08 |
| JP Morgan Chase Bank | Lanai Account | XXXX3992<br>Balance: approx. $15 current balance |
| View Trade | Tuco Trading LLC | XXXX-0059<br>Balance: $720.64 as of 12/31/07 |

G.   List any 401 (k) plans, pension plans, Keogh plans, individual retirement accounts, profit sharing plans, thrift plans, life insurance policies or annuities, in which you have an interest, vested or otherwise. For each account or plan, specify the account name, the location of the account, account number and balance, and the terms of withdrawal or loan options.

None.

H. List all credit cards or lines of credit in your name or to which you are a signatory, including the name of the credit issuer, account number, credit limit, and amount of indebtedness.

American Express card ending 11005. Balance ending 2/18/08: $16,111.70. Paid in full each month.

## II. Cash Flow Information

### A. Income/Receipts

List all money or other income received from any source on a monthly basis by you, your spouse, or any other member of your household, identifying the source, recipient, and amount. For any income received on a basis other than monthly, convert to a monthly basis for the purposes of this statement.

| | **Description** | **Source** | **Amount** |
|---|---|---|---|
| 1. | Interest Owed | Penson | $170,147.17 as of 1/31/08 |
| 2. | Commissions Owed | GLB | est. $2,554,028 as of 2/28/08 |
| 3. | ECN Fees Owed | Nyfix | $819,990 (fixed–not monthly) |
| 4. | Dividends | None | |
| 5. | Interest | $25 wiring account per 2007 1099; estimate | $50 or less yearly or $4.17 monthly |
| 6. | Annuities | Same on operating account | |
| 7. | Pensions | None | |
| 8. | Rents/Royalties | Rental of office space in La Jolla office | $400 monthly |
| 9. | Sales of Assets (Net) | None | |
| 10. | Repayment of Loans | None | |
| 11. | Payments on obligations made on | None | |

| | **Description** | **Source** | **Amount** |
|---|---|---|---|
| | your behalf by others | | |
| 12. | Fringe Benefits (e.g., car) | None | |
| 13. | Alimony/Child Support | N/A | |
| 14. | Gifts/bonuses | N/A | |
| 15. | Commissions on Accounts Outside Tuco Proprietary Account | GLB | $57,544 average monthly |
| **Total Receipts** | | | Currently $3,602,113.20; $2,611,976.10 on a monthly basis (excludes Penson interest owed on a go forward basis and Nyfix ECN fees) |

**B.   Expenses/Disbursements**

List all monthly expenditures for whatever purpose for you or your household for the past 12 months, identifying the purpose and the amount, including projected expenses. For any expenditure which varies from month to month, indicate a range of amounts and the average amount on a monthly basis.

| | **Description** | **Amount** |
|---|---|---|
| 1. | Rent | See below = $14,611.80 |
| 2. | Supplies | See below = $1,600 |
| 3. | Utilities | See below = $19,370.51 |
| 4. | Water – Culligan | $41.10 as of 2/10/08 statement |
| 5. | Parking – La Jolla | $450 |
| 6. | Insurance Premiums | $79.17 (or $475 bi-yearly) |
| 7. | Cleaning Expenses (Housekeeping) | $750 |

Case 3:08-cv-00400-DMS-BLM   Document 22   Filed 03/11/2008   Page 7 of 11

...

|  | Description | Amount |
|---|---|---|
| 8. | Douglas Frederick – Expenses through 3/08 only | See below = $928 |
| 9. | Security Services Expenses | $99.04 (or $297.12 quarterly) |
| 10. | 2006 taxes for Tuco Trading | $0; estimate for 2007 = $0 |
| 11. | Blue Cross Blue Shield | $988 |
| 12. | Payroll | $9,866 |
| 13. | Fees Paid to Consultants | $204,868.17 |
| 14. | Payroll Taxes | $2,400 |
| 15. | Various | See below = $1,216,586.80 |
|  | Total Expenses/Disbursements | $1,482,443.55 |

**B.   Expenses/Disbursements (breakdown of items above)**

1. Rent

| | |
|---|---|
| La Jolla office rent (includes electric) | $8,261.80 |
| Dallas office rent (includes electric) | $550 |
| Chicago rent | $1,300 |
| Douglas Frederick's home | $4,500 (through 3/08 only) |
| Total: | $14,611.80 |

2. Supplies

| | |
|---|---|
| La Jolla supplies | estimated $500 |
| Chicago supplies | estimated $1,100 |
| Total: | $1,600 |

3. Utilities

Phone:

|  |  |
|---|---|
| AT&T Acct. #3325 thru 1/24/08 | $326.14 |
| AT&T Acct. #4860 thru 1/28/08 | $420.76 |
| Sprint Acct. #9809 thru 2/6/08 | $168.72 |
| Sprint Acct. #9603 thru 1/24/08 | $153.09 |
| Total: | $1,068.71 |

Internet:

|  |  |
|---|---|
| Next Level Internet (statement date 2/24/08) | $1,980.00 |

Cable:

|  |  |
|---|---|
| Time Warner | $110 approximately monthly |
| **Total** | **$19,370.51** |

8. Douglas Frederick Expenses (through 3/08 only)

|  |  |  |
|---|---|---|
| a) | AT&T | $80 |
| b) | Direct TV Home | $148 |
| c) | Pool and Gardener | $250 |
| d) | San Diego Gas & Electric | $450 |
| **Total** |  | **$928[1]** |

15. Various

|  |  |  |
|---|---|---|
| a) | ADP | $160 |
| b) | Lightspeed | $1,214,926.80 |
| c) | DAS | $1,000 |

---

[1] Originally estimated on personal financial statement to be approximately $680, but revised estimate is $928.

|     |                |           |
|-----|----------------|-----------|
| d)  | Spartan        | $0        |
| e)  | Other Expenses | $500      |
| **Total** | | $1,216,586.80 |

III. **Other Information**

A. List any disbursement having a value of $1000 or more, made on your behalf, or on behalf of your spouse or children, by any other person or entity since November 1, 2005, the amount of the disbursement, and the name and address of the person or entity who made the disbursement.

N/A

B. List all transfers of cash in an amount of $1000 or more, or assets or property with a cost or fair market value of $1000 or more, made by you since November 1, 2005, and, if applicable, identify the value of the asset, the consideration received, and the relationship of the transferror to the transferee, or indicate that no such transfers have been made.

N/A.

C. Identify any financial institution accounts (other than those identified in Item I.F. above) in which you have deposited more than $1000 since November 1, 2005, or indicate that no such deposits have been made.

None.

D. List all dependents, with you.

N/A.

E. Attach federal income tax returns filed by you or on your behalf (including personal, trust, or business returns) during the years 2006 through 2007.

2006 Tuco Trading tax return attached.

F. Attach any federal gift tax returns filed by you or your spouse during the years 2005 through 2007.

None.

G. Attach any financial statement which the declarant has prepared during the years 2005 through 2007 for any purpose (e.g., such as a financial statement provided to a bank to secure a loan).

None.

H. Attach copies of documents evidencing all outstanding loans for which you or your spouse is either a lender or borrower.

None.

I. Attach copies of all securities, commodities, bank, or other financial institution account statements for the past 12 months in your or your spouse's name, under your or your spouse's control, or in which you or your spouse has a beneficial interest.

Attached bank statements for 2/29/08 for Chase bank accounts: XXXX3067, XXXX3075 and XXXX3992.

*Securities and Exchange Commission v. Tuco Trading, LLC, et al.*
USDC Case No.: 3:08-cv-00400 DMS-BLM
KYL File No.: 6910-1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      }
                         } ss.:
COUNTY OF LOS ANGELES }

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Oceangate, P.O. Box 1730, Long Beach, CA 90801-1730.

     On **March 11, 2008**, I served the foregoing document described as **UNITED STATES SECURITIES AND EXCHANGE COMMISSION STATEMENT OF FINANCIAL CONDITION OF TUCO TRADING, LLC** on the parties in this action as follows:

| | |
|---|---|
| Roberto A. Tercero, Esq.<br>Donald Searles, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Tel: (323) 965-3998<br>Fax: (323) 965-3908<br>E-Mail: TerceroR@sec.gov<br><br>Attorneys for Plaintiff | David L. Osias, Esq.<br>Ted Fates, Esq.<br>Allen Matkins Leck Gamble<br>  Mallory & Natsis LLP<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101-3541<br>Tel: (619) 233-1155<br>Fax: (619) 233-1158<br>E-Mail: dosias@allenmatkins.com<br><br>Attorneys for Receiver<br>Thomas F. Lennon |

☒ **CM / ECF:** The document was electronically served on the parties to this action via the USDC Southern District of California CM / ECF system upon electronic filing of above-described document.

☒ **BY OVERNIGHT COURIER:** I deposited such document with UPS for next day delivery to the addressee.

     Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on **March 11, 2008**, at Long Beach, California.

*/s/ Penny Vining*
_____
PENNY VINING