DONALD W. SEARLES, Cal. Bar No. 135705
SearlesD@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
TerceroR@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
Andrew Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>vs.<br><br>TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,<br><br>   Defendants. | Case No.: 08 CV 400 DMS (BLM)<br><br>**JOINT MOTION FOR JUDGMENT OF PERMANENT INJUNCTION AS TO DEFENDANTS TUCO TRADING, LLC AND DOUGLAS G. FREDERICK AND ORDERS: (1) FREEZING TUCO'S ASSETS; (2) APPOINTING A PERMANENT RECEIVER TUCO; AND (3) PROHIBITING THE DESTRUCTION OF DOCUMENTS**<br><br>OSC HEARING:<br>DATE: MARCH 21, 2008<br>TIME: 11:30 A.M.<br>PLACE: CTRM OF THE HON. JUDGE SABRAW<br>(COURTROOM 10)<br><br>NO HEARING REQUIRED |

1  Pursuant to CivLR 7.2, Plaintiff Securities and Exchange Commission ("Commission"), Defendant Tuco Trading, LLC ("Tuco"), and Defendant Douglas G. Frederick ("Frederick" and collectively the "Parties") hereby move for an order, a copy of which is being submitted electronically to the Court, entitled Judgment of Permanent Injunction as to Defendants Tuco Trading, LLC and Douglas G. Frederick and Orders: (1) Freezing Tuco's Assets; (2) Appointing a Permanent Receiver over Tuco; and (3) Prohibiting the Destruction of Documents ("Judgment"). The Parties have agreed to the entry of the Judgment to resolve the issues to be addressed at the March 21, 2008 hearing on the Court's Order to Show Cause re Preliminary Injunction and Appointment of a Permanent Receiver [Docket Entry 7].

Good cause exists to grant the Parties' Joint Motion. Defendants Tuco and Frederick have consented to the entry of the Judgment in the form submitted to the Court without admitting or denying the allegations in the Commission's complaint. Defendant Tuco's and Frederick's consents are being filed concurrently with this Joint Motion. Defendant Tuco has also consented to the entry of an order appointing Thomas F. Lennon as permanent receiver ("Receiver") over Tuco. The Receiver will then be able to focus upon completing a full and accurate accounting and marshalling assets for an equitable distribution to Tuco's sub-accountholders (the traders). Defendant Tuco has also consented to the entry of an order freezing its assets, and both Defendants have consented to an order prohibiting the destruction of documents. Finally, entry of the Judgment will resolve this action except for the distribution of assets and setting the amounts, if any, of disgorgement, prejudgment interest, and civil penalties against Tuco and Frederick.

///
///
///
///
///
///
///

1  The Parties, therefore, respectfully request that the Court grant the Joint Motion and enter
2  the Judgment.
3                                              Respectfully submitted,
4
5
6  DATED: March 14, 2008
7                                              DONALD W. SEARLES
                                                ROBERTO A. TERCERO
8                                               Attorneys for Plaintiff
                                                Securities and Exchange Commission
9
10                                             Respectfully submitted,
11
12
13
14 DATED: March 14, 2008
                                                STEPHEN YOUNG
15                                              MICHELE R. FRON
                                                AUDETTE PAUL MORALES
16                                              Attorneys for Defendants
                                                Tuco Trading, LLC and Douglas G. Frederick
17
18
19
20
21
22
23
24
25
26
27
28

-2-

08cv400

<u>CERTIFICATE OF SERVICE</u>

Pursuant to CivLR 5.2, I hereby certify that I am a member of the bar of this Court and that, on March 14, 2008, I served by e-mail the following document – Joint Motion for Judgment of Permanent Injunction as to Defendants Tuco Trading, LLC and Douglas G. Frederick and Orders: (1) Freezing Tuco's Assets; (2) Appointing a Permanent Receiver over Tuco; and (3) Prohibiting the Destruction of Documents – upon the following individuals at the e-mail addresses below:

| *Counsel to Defendants Tuco Trading, LLC and Douglas G. Frederick*<br><br>J. Stephen Young<br>Michele R. Fron<br>Audette Paul Morales<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90802-1730<br>T/562-436-2000 (General)<br>F/562-436-7416<br>E/steve.young@kyl.com<br>E/michele.fron@kyl.com<br>E/audette.morales@kyl.com | *Counsel to Receiver Thomas F. Lennon*<br><br>David Osias<br>Deb Riley<br>Ted Fates<br>Allen Matkins Leck Gamble<br>  Mallory & Natsis LLP<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101-1158<br>T/619-233-1155<br>F/619-233-1158<br>E/dosias@allenmatins.com<br>E/driley@allenmatkins.com<br>E/tfates@allenmatkins.com |
|---|---|

Dated: March 14, 2008

/s/ Roberto A. Tercero
Roberto A. Tercero
Attorney for Plaintiff
Securities and Exchange Commission