```
 1  DAVID L. OSIAS (BAR NO. 091287)
    DEBRA A. RILEY (BAR NO. 151925)
 2  TED FATES (BAR NO. 227809)
    ALLEN MATKINS LECK GAMBLE
 3    MALLORY & NATSIS LLP
    501 West Broadway, 15th Floor
 4  San Diego, California 92101-3541
    Phone: (619) 233-1155
 5  Fax: (619) 233-1158
    E-Mail: dosias@allenmatkins.com
 6          driley@allenmatkins.com
            tfates@allenmatkins.com
 7
    Attorneys for Permanent Receiver Thomas F. Lennon
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08-CV-0400 DMS (BLM) |
|---|---|
| Plaintiff, | DECLARATION OF TED FATES IN SUPPORT OF RECEIVER'S APPLICATION FOR ORDER IN AID OF RECEIVERSHIP: |
| v. | |
| TUCO TRADING, LLC and DOUGLAS G. FREDERICK, | (1) ALLOWING NOTICE BY EMAIL TO MEMBERS OF DEFENDANT TUCO TRADING; |
| Defendants. | (2) PROVIDING THAT COMMISSIONS EARNED OR PAYABLE TO DEFENDANT FREDERICK ARE PROPERTY OF THE TUCO RECEIVERSHIP ESTATE; |
| | (3) AUTHORIZING THE RECEIVER TO ENTER INTO A TEMPORARY TRANSACTION WITH GLB TRADING, INC.; AND |
| | (4) GRANTING ANCILLARY RELIEF |

I, Ted Fates, declare and state as follows:

1. I am an attorney with Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel for Thomas F. Lennon ("Receiver"), the Court-appointed permanent receiver for Tuco Trading, LLC ("Tuco"). I am one of the attorneys primarily responsible for handling this matter on behalf of the Receiver. The following facts are within my own personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath.

2. On March 18, 2008, I emailed a copy of the Receiver's Application for Order in Aid of Receivership ("Application") in draft form to Robert Tercero and Donald Searles of the Securities and Exchange Commission ("SEC"). Pursuant to the letter attached hereto as Exhibit A, I am informed that the SEC supports all aspects of the Application with the exception of the proposed temporary transaction with GLB. As noted in the letter, the SEC neither supports nor opposes this portion of the Application and takes no position on the contemplated temporary transaction. Per the SEC's suggestion, the estimated date for filing of the Receiver's report and accounting was adjusted from June 30, 2008 to May 30, 2008 in the final draft of the Application.

3. On March 18, 2008, I emailed a copy of the Application in draft form to counsel for Defendant Douglas Frederick. I am informed that Mr. Frederick does not oppose the relief requested in the Application and acknowledges that the terms and conditions of the contemplated temporary transaction with GLB are accurately described in the Application.

4. On March 18, 2008, I emailed a copy of the Application in draft form to Robert Lechman, President of GLB Trading, Inc. ("GLB"). I am informed that GLB does not oppose the relief requested in the Application and acknowledges that the terms and conditions of the contemplated temporary transaction with GLB are accurately described in the Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2008, at San Diego, CA.

/s/ Ted Fates
Ted Fates



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
LOS ANGELES REGIONAL OFFICE**
11TH FLOOR
5670 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90036-3648

Roberto A. Tercero
Senior Counsel
Telephone: (323) 965-3891
Facsimile: (323) 965-4513
E-Mail: TerceroR@sec.gov

March 18, 2008

BY ELECTRONIC MAIL

Ted Fates, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-1158

     RE:    SEC v. TUCO TRADING, LLC, ET AL. (SEC FILE NO. LA-3458)
               USDC CASE NO. 08 CV 400 DMS (BLM)

Dear Mr. Fates:

     Thank you for your e-mail earlier today regarding the Receiver's application attached to the e-mail. Donald Searles and I have reviewed it and respond as follows:

- *Allowing Notice by E-Mail to the Class B Members.* We support this portion of the application.

- *Commissions Earned or Payable to Douglas G. Frederick as Property of the Receivership Estate.* We support this portion of the application.

- *Authorizing the Receiver to Enter into a Temporary Transaction with GLB Trading, Inc.* The Commission neither supports nor opposes this portion of the application. The Commission, however, notes that all parties to this action, and all parties to the transaction including the Receiver, are obligated to comply with the federal securities laws and the orders in this action. The Commission at this time takes no position whether the contemplated transaction actually complies with the federal securities laws or the orders in this action.

- *Granting Ancillary Relief.* The Commission supports this portion of the application, except Part 1, regarding the timing of the Receiver's report. The Commission supports a May 30, 2008, rather than a June 30, 2008 deadline.

Ted Fates, Esq.
March 18, 2008
Page 2

Please contact me or Donald Searles if you have any questions.

Very truly yours,

*Roberto A. Tercero*
Roberto A. Tercero
Senior Counsel

Copies:  Donald W. Searles, Esq.
         *and*
         See Attached Distribution List

J:\COMMON\TUCO TRADING\LITIGATION-ADMINISTRATIVE
PROCEEDINGS\CORRESPONDENCE\FATES (03-18-2008).DOC

Exhibit ___A___
Page ___2 of 3___

Ted Fates, Esq.
March 18, 2008
Page 3

## Distribution List

| *Counsel to Defendants Tuco Trading, LLC and Douglas G. Frederick*<br><br>J. Stephen Young<br>Michele R. Fron<br>Audette Paul Morales<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90802-1730<br>T/562-436-2000<br>F/562-436-7416<br>E/steve.young@kyl.com<br>E/michele.fron@kyl.com<br>E/audette.morales@kyl.com | *Receiver*<br><br>Thomas F. Lennon<br>Thomas F. Lennon, Inc.<br>7777 Alvarado Rd., Suite 712<br>La Mesa, CA 91941-3688<br>T/619-668-6680<br>F/619-465-9288<br>E/tlennon@tflinc.com<br>W/www.tflinc.com |
|---|---|
| *GLB Trading, Inc.*<br><br>Robert Lechman<br>President<br>GLB Trading, Inc.<br>3333 Michelson Suite 620<br>Irvine, CA 92612<br>T/949-955-1966<br>F/949-955-1909<br>E/robert@glbtrading.com | *Counsel to the Receiver, Thomas F. Lennon*<br><br>David Osias<br>Ted Fates<br>Allen Matkins Leck Gamble<br>   Mallory & Natsis LLP<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101-1158<br>T/619-233-1155<br>F/619-233-1158<br>E/dosias@allenmatins.com<br>E/ tfates@allenmatkins.com |
|  | *Accountant to the Receiver*<br>William H. Ling<br>3655 Ruffin Road, Suite 320<br>San Diego, CA 92123<br>T/858-467-4770<br>F/858-467-4779<br>E/wling@whling.com<br>W/www.whling.com |