DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Permanent Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08-CV-00400 DMS (BLM) |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| TUCO TRADING, LLC and DOUGLAS G. FREDERICK, | |
| Defendants. | |

## **PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      )  ss.:
COUNTY OF SAN DIEGO   )

On March 19, 2008, I served the document(s) described as:

1. **RECEIVER'S APPLICATION FOR ORDER IN AID OF RECEIVERSHIP:**
   (1) ALLOWING NOTICE BY EMAIL TO MEMBERS OF DEFENDANT TUCO TRADING;
   (2) PROVIDING THAT COMMISSIONS EARNED OR PAYABLE TO DEFENDANT FREDERICK ARE PROPERTY OF THE TUCO RECEIVERSHIP ESTATE;
   (3) AUTHORIZING THE RECEIVER TO ENTER INTO A TEMPORARY TRANSACTION WITH GLB TRADING, INC.; AND
   (4) GRANTING ANCILLARY RELIEF

2. **DECLARATION OF TED FATES IN SUPPORT OF RECEIVER'S APPLICATION FOR ORDER IN AID OF RECEIVERSHIP**

3. **[PROPOSED] ORDER GRANTING RECEIVER'S APPLICATION FOR ORDER IN AID OF RECEIVERSHIP**

on the interested parties in this action by

__X__ placing the true copies thereof enclosed in a sealed envelope(s) addressed as stated on the attached service list.

__X__ By mail: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ By electronic mail: I caused the document to be e-mailed to the e-mail address of the addressee as stated on the attached service list.

_____ By facsimile transmission from facsimile machine telephone number (619) 233-1158. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

_____ By personal service: I caused the document to be delivered by hand to the office of the addressee.

_____ By Federal Express or other overnight delivery service, for delivery on the next business day.

Executed on March 19, 2008, at San Diego, California. I declare under penalty of perjury that the above is true and correct.

__X___ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Anne Perry
(Type or print name)

*Anne Perry*
(Signature)

## SERVICE LIST

| | |
|---|---|
| Donald W. Searles, Esq.<br>Roberto A. Tercero, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: (313) 965-3998<br>Facsimile: (323) 965-3908<br>E-mail:  searlesd@sec.gov<br>          terceror@sec.gov | Attorneys for Securities and Exchange Commission |
| J. Stephen Young, Esq.<br>Audette Paul Morales, Esq.<br>Michele R. Fron, Esq.<br>Keesal Young & Logan<br>400 Oceangate, Second Floor<br>Long Beach, CA 90802-1730<br>Telephone: (562) 436-2000<br>Facsimile: (562) 436-7416<br>E-mail:  steve.young@kyl.com<br>          audette.morales@kyl.com<br>          michele.fron@kyl.com | Attorneys for Defendants Tuco Trading, LLC and Douglas G. Frederick |
| James S. Barber, Esq.<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>Telephone: (312) 606-7712<br>Facsimile: (312) 606-7500<br>E-mail:  jbarber@clausen.com | Attorneys for GLB Trading, Inc. |