UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUCO TRADING, LLC and<br>DOUGLAS G. FREDERICK,<br><br>　　　　　Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**ORDER GRANTING RECEIVER'S APPLICATION FOR ORDER IN AID OF RECEIVERSHIP** |

　　　The Court having considered the Receiver's Application for Order in Aid of Receivership ("Application") and good cause appearing therefor, hereby orders as follows:

　　　1.　　The Application is hereby approved;

　　　2.　　Service on all Members of Tuco by email shall be deemed proper and effective service of all required notices, pleadings, orders, and related documents;

　　　3.　　The Commissions, as defined in the Application, are property of the Tuco receivership estate under Part VIII of the Judgment, subject to immediate turnover to the Receiver upon receipt by Frederick;

　　　4.　　The Receiver is authorized to enter into a temporary transaction with GLB on the terms and conditions described in the Application;

1      5.    The Receiver's initial report required under Local Civil Rule 66.1.e. may be filed in
2  conjunction with the accounting required under Part VIII.E. of the Judgment.  Interim reports of
3  the Receiver shall be filed approximately every 120 days thereafter;

4      6.    The Receiver may use any depository approved by the United States Trustee's
5  Office for the Southern District of California for all banking needs in connection with this case.
6  The Receiver shall report on the status of all receivership bank accounts in his initial and interim
7  reports, but is not required to deliver to the clerk bank statements and/or cancelled checks on a
8  monthly basis;

9      7.    To the extent that federal receivership law does not address issues that arise in the
10 administration of the Tuco receivership estate, the Bankruptcy Code, Bankruptcy Rules and cases
11 interpreting them shall govern; and

12     8.    The Receiver and his professionals may apply to the Court for interim payment of
13 fees and costs approximately every 120 days.

15 IT IS SO ORDERED.

16 Dated: March 19, 2008

17                                        Hon. Dana M. Sabraw
                                          United States District Judge