1  DONALD W. SEARLES, Cal. Bar No. 135705
   SearlesD@sec.gov
2  ROBERTO A. TERCERO, Cal. Bar No. 143760
   TerceroR@sec.gov
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Rosalind R. Tyson, Acting Regional Director
5  Andrew Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
6  Los Angeles, California  90036
   Telephone:  (323) 965-3998
7  Facsimile: (323) 965-3908

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12

13 | SECURITIES AND EXCHANGE         | Case No.: 08 CV 00400 DMS (BLM)
   | COMMISSION,                     |
14 |                                 | **NOTICE OF APPEARANCE**
   |         Plaintiff,              |
15 |                                 |
   |    vs.                          |
16 |                                 |
   | TUCO TRADING, LLC, and DOUGLAS G.|
17 | FREDERICK,                      |
   |                                 |
18 |         Defendants.             |

19

20

...

Notice of Appearance                                          08cv400

1  TO THE CLERK OF THE COURT AND ALL PARTIES:

2      PLEASE TAKE NOTICE that Donald W. Searles will act as counsel of record for

3  Plaintiff Securities and Exchange Commission, together with Roberto A. Tercero.  The contact

4  information for Mr. Searles is below:

        Donald W. Searles
        Senior Trial Attorney
        U.S. Securities & Exchange Commission
        Los Angeles Regional Office
        5670 Wilshire Blvd., 11th Floor
        Los Angeles, CA 90036
        (w) 323 965-4573
        (c) 213 590 7962
        searlesd@sec.gov

DATED: March 27, 2008

                                              Donald W. Searles
                                              Attorneys for Plaintiff
                                              Securities and Exchange Commission

CERTIFICATE OF SERVICE

Pursuant to CivLR 5.2, I hereby certify that I am a member of the bar of this Court and that, on March 27, 2008, I served by e-mail the following document – NOTICE OF APPEARANCE – upon the following individuals at the e-mail addresses below:

| Counsel to Defendants Tuco Trading, LLC and Douglas G. Frederick | Counsel to Receiver Thomas F. Lennon |
|---|---|
| J. Stephen Young<br>Michele R. Fron<br>Audette Paul Morales<br>Keesal, Young & Logan<br>400 Oceangate, P.O. Box 1730<br>Long Beach, CA 90802-1730<br>T/562-436-2000 (General)<br>F/562-436-7416<br>E/steve.young@kyl.com<br>E/michele.fron@kyl.com<br>E/audette.morales@kyl.com | David Osias<br>Deb Riley<br>Ted Fates<br>Allen Matkins Leck Gamble<br>  Mallory & Natsis LLP<br>501 W. Broadway, 15th Floor<br>San Diego, CA 92101-1158<br>T/619-233-1155<br>F/619-233-1158<br>E/dosias@allenmatins.com<br>E/driley@allenmatkins.com<br>E/tfates@allenmatkins.com |

Dated: March 27, 2008

/s/ Donald W. Searles
Donald W. Searles
Attorney for Plaintiff
Securities and Exchange Commission