UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**ORDER GRANTING RECEIVER'S EX PARTE APPLICATION FOR ORDER APPROVING SALE OF OFFICE FURNITURE AND EQUIPMENT** |

The Court having considered the Receiver's Ex Parte Application for Order Approving Sale of Office Furniture and Equipment ("Application") and good cause appearing therefor, hereby orders as follows:

1. The Application is granted;

2. The sale of Equipment, on the terms described in the Application, is approved.

IT IS SO ORDERED.

Dated: May 5, 2008

Hon. Dana M. Sabraw
United States District Judge