UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------X

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08 CV 00400 DMS (BLM) |
| Plaintiff, | |
| - against - | STIPULATION FOR SUBSTITUTION OF COUNSEL |
| TUCO TRADING, LLC and DOUGLAS G. FREDERICK, | |
| Defendants. | |

-------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that Sadis & Goldberg LLP is hereby substituted as Counsel of record for defendants TUCO TRADING, LLC and DOUGLAS G. FREDERICK, in the place and stead of Keesal, Young & Logan.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, correspondence and filings in this matter be served upon Sadis & Goldberg LLP as follows:

> Sadis & Goldberg LLP
> Dennis Hirsch, Esq.
> Attorneys for Defendants
> Tuco Trading, LLC and
> Douglas G. Frederick
> 50 California Street, Suite 2320
> San Francisco, CA 94111
> (415) 490-0561

Keesal, Young & Logan may be removed from Service of all pleadings, filings, notices and correspondence in this matter.

Dated: April 25, 2008

J. Stephen Young
Michele R. Fron
Keesal, Young & Logan
400 Oceangate, P.O. Box 1730
Long Beach, CA 90801-1730
Phone: (562) 436-2000
Fax: (562) 436-7416

Dennis Hirsch
Sadis & Goldberg LLP
50 California Street, Suite 2320
San Francisco, CA 94111
(415) 490-0561

KYL_LB1142880

Agreed and Accepted by:



Tuco Trading, LLC
Douglas G. Frederick

TO: Securities and Exchange Commission
Rosalind R. Tyson, Acting Regional Director
Andrew Petillon, Associate Regional Director
Donald Searles
Roberto Tercero
Attorneys for Plaintiff
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
(323) 965-3998

Thomas F. Lennon, Receiver
7777 Alvarado Road, Suite 712
La Mesa, CA 91941
(619) 668-6680

David Osias
Theodore Fates
Attorneys for Receiver
Allen Matkins Leck Gamble & Mallory & Natsis LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-3541
Tel: (619) 233-1155

*Securities and Exchange Commission v. Tuco Trading, LLC, et al.*
USDC Case No.: 3:08-cv-00400 DMS-BLM
KYL File No.: 6910-1

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        }
                           } ss.:
COUNTY OF LOS ANGELES      }

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Oceangate, P.O. Box 1730, Long Beach, CA 90801-1730.

On **May 15, 2008**, I served the foregoing document described as **STIPULATION FOR SUBSTITUTION OF COUNSEL** on the parties in this action as follows:

| | |
|---|---|
| Rosalind R. Tyson, Acting Regional Director<br>Andrew Petillon, Associate Regional Director<br>Donald W. Searles, Esq.<br>searlesd@sec.gov<br>Roberto A. Tercero, Esq.<br>TerceroR@sec.gov<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Tel: (323) 965-3998<br>Fax: (323) 965-3908<br><br>Attorneys for Plaintiff | David L. Osias, Esq.<br>dosias@allenmatkins.com<br>Ted Fates, Esq.<br>tfates@allenmatkins.com<br>Allen Matkins Leck Gamble<br>   Mallory & Natsis LLP<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101-3541<br>Tel: (619) 233-1155<br>Fax: (619) 233-1158<br><br>Attorneys for Receiver<br>Thomas F. Lennon |
| Dennis R. Hirsch, Esq.<br>drhirsch@sglawyers.com<br>Daniel Viola, Esq.<br>dviola@sglawyers.com<br>Sadis & Goldberg<br>551 Fifth Avenue, 21st Floor<br>New York, NY 10176<br><br>Attorneys for Defendants<br>TUCO TRADING, LLC and<br>DOUGLAS G. FREDERICK | Thomas F. Lennon, President<br>Thomas F. Lennon, Inc.<br>7777 Alvarado Road, Suite 712<br>La Mesa, CA 91941<br>Tel: (619) 668-6680<br>Fax: (619) 465-9288<br>tlennon@tflinc.com |

☒ **E MAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e mail addresses exhibited therewith. I did not receive, within a reasonable time after the

KYL_LB1136628

*Securities and Exchange Commission v. Tuco Trading, LLC, et al.*
USDC Case No.: 3:08-cv-00400 DMS-BLM
KYL File No.: 6910-1

transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY MAIL:** I deposited such envelope(s) in the mail at Long Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposition for mailing in this declaration.

       Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       Executed on **May 15, 2008**, at Long Beach, California.

_____
Penny Vining

KYL_LB1136628