

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 29 2008

MOLLY DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff - Appellee,

V.

TUCO TRADING, LLC; DOUGLAS C. FREDERICK,

    Defendants - Appellants.

No. 08-55881

D.C. No. 3:08-cv-00400-DMS-BLM

**TIME SCHEDULE ORDER**

---

The parties shall meet the following time schedule:

| | |
|---|---|
| **Mon., May 19, 2008** | Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1; |
| **Thu., May 29, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Mon., June 9, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Wed., June 18, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Fri., July 18, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |

| | |
|---|---|
| **Wed., September 3, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Fri., October 3, 2008** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

                                          FOR THE COURT:

                                          Molly C. Dwyer
                                          Clerk of Court


                                          Pablo Garcia
                                          Deputy Clerk