**EXHIBIT B**

TUCO RECEIVER'S ACCOUNTS - FUNDS RECEIVED MARCH, APRIL AND THROUGH MAY 15, 2008
TUCO TRADING LLC - RECEIVER'S ACCOUNTS

| | DATE | DESCRIPTION | |
|---|---|---|---|
| MARCH: | 18-Mar | CHASE - 722923067 TT OPERATING ACCOUNT | 611,428.34 |
| | 25-Mar | WEDBUSH MORGAN-CHECK -ACCTS 8244-9330 & 9331 | 7,071.37 |
| | 26-Mar | ADVANTAGE FUTURES LLC-CHECK-MH0006-A0535 & A0537 | 82,802.35 |
| | 27-Mar | GLB TRADING WIRE TO D FREDERICK AND SUBSEQUENT WIRE TO TFL- COMMISSIONS | 399,071.50 |
| | 31-Mar | MANN FINANCIAL GLOBAL-CHECK-E480 HSP1-sp404 & E480 HSP1-sp422 | 60,547.05 |
| | | FUNDS FROM ENTITIES | 1,160,920.61 |
| | 31-Mar | CALIFORNIA BANK INTEREST | 718.28 |
| | | TOTAL RECEIPTS | 1,161,638.89 |
| | | | |
| APRIL: | 1-Apr | GLB TRADING - COMMISSIONS | 500,000.00 |
| | 2-Apr | J. GRESHAM | 12,617.50 |
| | 4-Apr | JP MORGAN CHASE | 39,400.37 |
| | 8-Apr | PENSON FINANCIAL | 496,284.22 |
| | 9-Apr | GLB TRADING - COMMISSIONS | 543,934.38 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,980.00 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,932.73 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,932.58 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,927.77 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,877.04 |
| | 16-Apr | MB TRADING FUTURES INC. | 1,691.21 |
| | | FUNDS FROM ENTITIES | 1,603,577.80 |
| | 30-Apr | CALIFORNIA BANK INTEREST | 4,320.92 |
| | | TOTAL RECEIPTS | 1,607,898.72 |
| | | | |
| MAY: | 15-May | PENSON FINANCIAL | 7,087,293.49 |
| | | | |
| | | TOTAL RECEIPTS THROUGH 5/15/08 | 9,856,831.10 |

Exhibit  B
Page  1 of 2

THOMAS F. LENNON, INC., RECEIVER
TUCO TRADING LLC
COMBINED BANK ACTIVITY
THROUGH MAY 15, 2008

|  | Combined Activity |
|---|---:|
| Beginning Balance | - |
| Receipts |  |
|    Transfers from Old Accounts | 9,851,792 |
|    Other Receipts |  |
|    Interest | 5,039.20 |
|    Miscellaneous |  |
|       Total Receipts | 9,856,831 |
| Disbursements |  |
|    Contract Labor | - |
|    Office Supplies and Copying | - |
|    Payroll | 59,099 |
|    Postage and couriers | 218 |
|    Telephone/Utilities | 1,656 |
|    Administrative | - |
|    Internet and WEB Services | 4,742 |
|    Rent, Moving and Storage | 9,864 |
|    Payroll Tax and Health Insurance | 112 |
|    Payroll fees | 350 |
|    Bank Fees | 361 |
|    Miscellaneous | 1,117 |
|       Total Disbursements | 77,518 |
| Ending Balance at May 15, 2008 | 9,779,314 |

Exhibit B
Page 2 of 2

**EXHIBIT C**

Members of Tuco,

Pursuant to a Judgment entered by the United States District Court for the Southern District of California on March 17, 2008, I have been appointed permanent receiver for Tuco Trading, LLC. I am working diligently to conduct an accounting of Tuco's financial condition as directed by the Court. At this time, I am unable to allow any withdrawals by Tuco members. However, I expect to propose an interim distribution to the Court in the coming weeks so that some amount can be distributed to members prior to April 15, 2008. At this time, we do not know what the amount or the percentage of such a distribution would be.

A website has been set up with information on the case. The website address is http://www.tflinc.com/cases_tuco.html. Please review the information available on the website and direct any questions or concerns to my office at the address, telephone number, fax or e-mail address provided below, rather than to Tuco directly. My office has obtained your contact information from the records of Tuco Trading. To ensure that you continue to receive notices about this case, you must contact my office with any changes to your street address, e-mail address, or telephone number.

I will be sending additional emails with updates about the case in the coming weeks. You will be informed immediately if and when an interim distribution will be made.

Thomas F. Lennon
Permanent Receiver for Tuco Trading, LLC

7777 Alvarado Road, Suite 712, La Mesa, California 91941

(619) 462 9531 Fax: (619) 465 9288

E-Mail: tlennon@tflinc.com

Exhibit C
Page 1 of 1

**EXHIBIT D**

Tuco Members,

Since my appointment by the Court as temporary receiver (which has since become a permanent appointment), I, along with my forensic accountant, have been working diligently to analyze the business of Tuco Trading, summarize the company's books and records, and reconcile those records with statements and reports received from banks, broker-dealers and other outside sources. The company's books and records were not kept up to date, and therefore require substantial work to update and reconcile them. As a result, we will not be able to prepare and file the 2007 tax return for Tuco Trading as of the April 15, 2008 deadline. I have obtained an extension from the IRS until October 15, 2008 for Tuco's 2007 tax return. K-1 statements for each Tuco member will be issued when the 2007 tax return is filed. Please plan accordingly with respect to your own tax returns and consult with your accountant on these matters.

We will continue to work diligently on a full accounting of the company and preparing the 2007 tax return. I will keep you informed on the status of these tasks.

We are also working diligently to secure funds in the Tuco accounts at the various broker-dealers that Tuco used, including GLB Trading. Due to unexpected complications in closing out remaining open positions in the Tuco accounts at GLB, there will be a delay in the release of these funds. We are working with GLB and the clearing firm, Penson Financial Services, to resolve these issues. Nevertheless, our request for authorization to make an interim distribution must be temporarily postponed. It is still possible that an interim distribution could be proposed and approved in sufficient time to make payments to members prior to April 15, 2008. It is also very possible, however, that a distribution will not be made until a later date. The percentage of member balances that we would propose to distribute depends on the outcome of our current efforts to resolve pending issues already mentioned, as well as ongoing forensic accounting analysis of the company's financial condition. Accordingly, we do not currently know what amount we would be able to propose be distributed.

Again, I will keep you posted on these and other relevant issues as we know more.

Sincerely,

Thomas F. Lennon
Receiver for Tuco Trading, LLC

Exhibit _D_
Page _1 of 1_