1  DAVID L. OSIAS (BAR NO. 091287)
   DEBRA A. RILEY (BAR NO. 151925)
2  TED FATES (BAR NO. 227809)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
4  San Diego, California 92101-3541
   Phone: (619) 233-1155
5  Fax: (619) 233-1158
   E-Mail: dosias@allenmatkins.com
6          driley@allenmatkins.com
           tfates@allenmatkins.com
7
   Attorneys for Temporary Receiver Thomas F. Lennon
8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12  SECURITIES AND EXCHANGE            Case No. 08-CV-00400 DMS (BLM)
    COMMISSION,
13
                  Plaintiff,           **PROOF OF SERVICE**
14
         v.
15                                     Date:    July 18, 2008
    TUCO TRADING, LLC and              Time:    1:30 p.m.
16  DOUGLAS G. FREDERICK,              Ctrm:    10
                                       Judge:   Hon. Dana M. Sabraw
17                Defendants.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

698118.01/SD

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF SAN DIEGO   )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On June 2, 2008, I served the document(s) described as:

1. **NOTICE OF HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**

2. **FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**

on the interested parties in this action by

__X__ By mail: By placing the true copies thereof enclosed in a sealed envelope(s) addressed as stated on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ By electronic mail: I caused the document to be e-mailed to the e-mail address of the addressee as stated on the attached Service List.

Executed on June 2, 2008, at San Diego, California. I declare under penalty of perjury that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Anne Perry_____          _____(Signature)_____
  (Type or print name)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

698118.01/SD

-2-

<u>SERVICE LIST</u>

**By E-mail and U.S. First Class Mail**

| | |
|---|---|
| Donald W. Searles, Esq.<br>Roberto A. Tercero, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: (313) 965-3998<br>Facsimile: (323) 965-3908<br>E-mail: searlesd@sec.gov<br>             terceror@sec.gov | Attorneys for Securities and Exchange Commission |
| Daniel G. Viola, Esq.<br>Dennis R. Hirsch, Esq.<br>Sadis & Goldberg LLP<br>551 Fifth Avenue, 21st Floor<br>New York, NY 10176<br>Telephone: (212) 573 8038<br>E-mail: dviola@sglawyers.com<br>             drhirsch@sglawyers.com | Attorneys for Defendant Douglas G. Frederick |
| James S. Barber, Esq.<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>Telephone: (312) 606-7712<br>Facsimile: (312) 606-7500<br>E-mail: jbarber@clausen.com | Attorneys for GLB Trading, Inc. |
| Mark G. Hanchet, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2695<br>E-mail: mhanchet@mayerbrown.com | Attorneys for Penson Financial |

**Tuco Creditors**

*By U.S. First Class Mail:*

| | |
|---|---|
| Sterling Financial Systems, Inc.<br>225 W. Washington Street, Ste. 1014<br>Chicago, IL 60606 | Sprint<br>PO Box 79357<br>City of Industry, CA 91716-9357 |
| ACTIV Financial Systems, Inc.<br>1607 East Taft Avenue, Suite 101<br>Wheaton, IL 60187 | DAS<br>Attn: Karen Gentile<br>1717 Route 6<br>Carmel, NV 10512 |
| Woncey Inc.<br>Attn: Tom Wilbeck<br>2735 N. Lincoln #2S<br>Chicago, IL 60614 | AT&T<br>2600 Camino Ramon<br>Room 4W902<br>San Ramon, CA 94583-5000 |
| Justin Brewer<br>1730 N. Clark Street #1609<br>Chicago, IL 60614 | Culligan<br>NW 5120, P.O. Box 1450<br>Minneapolis, MN 55485-5120 |
| Dave Halperin<br>1720 Post Rd. East #111<br>Westport, Ct 06880 | Time Warner<br>8949 Ware Court<br>San Diego, CA 92121-2275 |
| Torc<br>2 Rector Street, 17th Floor<br>New York, NY 10006 | National Regulatory Services<br>33443 Treasury Center<br>Chicago, IL 60694-3400 |
| Lightspeed<br>Attn: Steven Gatti, Esq.<br>Clifford Chance<br>2001 K Street NW<br>Washington, DC 20006-1001 | Next Level<br>P.O. Box 502661<br>San Diego, CA 92150-2661 |
| Foster, Kallen, and Smith<br>Attn: Chester H. Foster, Jr.<br>3825 W. 192nd Street<br>Homewood, IL 60430 | Prospect Plaza Holdings, LLC<br>625 Broadway, Suite 915<br>San Diego, CA 92101 |
| ADT<br>P.O. Box 371956<br>Pittsburgh, PA 15250-7956 | Carol Billie Oshana<br>Basile Law Firm<br>180 N LaSalle, Suite 1450<br>Chicago, IL 60601 |
| J. Stephen Young, Esq.<br>Audette Paul Morales, Esq.<br>Michele R. Fron, Esq.<br>Keesal Young & Logan<br>400 Oceangate, Second Floor<br>Long Beach, CA 90802-1730 | |