DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Temporary Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>    Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS**<br><br>Date:     July 18, 2008<br>Time:    1:30 p.m.<br>Ctrm:    10<br>Judge:   Hon. Dana M. Sabraw |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

698268.01/SD

## PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS

STATE OF CALIFORNIA   )
                     ) ss.:
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On June 2, 2008, I caused to be served on all known Tuco Members the document described as:

**NOTICE OF HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**

by electronic mail direct to all known Tuco Members in the Receiver's database for this case. No list of names or e-mail addresses is provided herewith due to confidentiality issues; such list will be provided to the Court upon request.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 2, 2008, at San Diego, California.

_____Anne Perry_____     _____(Signature)_____
(Type or print name)

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

698268.01/SD

-2-