DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Temporary Receiver Thomas F. Lennon

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**NOTICE OF HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**<br><br>Date:     July 18, 2008<br>Time:     1:30 p.m.<br>Ctrm:     10<br>Judge:    Hon. Dana M. Sabraw<br>Location: 940 Front Street<br>              San Diego, CA 92101 |

　　　　PLEASE TAKE NOTICE that Thomas F. Lennon ("Receiver"), the Court-appointed permanent receiver for Tuco Trading, LLC, has filed with the Court his First Interim Report of Permanent Receiver and Petition for Further Instructions ("First Interim Report") pursuant to Civil Local Rule 66.1.e and the Court's Order in Aid of Receivership entered on March 19, 2008. The First Interim Report details the Receiver's activity since his appointment as temporary receiver on March 5, 2008.

　　　　PLEASE TAKE FURTHER NOTICE that a hearing on the First Interim Report will be held on July 18, 2008, at 1:30 p.m., before the Honorable Dana M. Sabraw, in Courtroom No.10

1  of the United States District Court for the Southern District of California located at 940 Front
2  Street, San Diego, California 92101.

4  Dated: June 2, 2008                    ALLEN MATKINS LECK GAMBLE
                                          MALLORY & NATSIS LLP

6                                         By: /s/ David L. Osias
                                              DAVID L. OSIAS
7                                             Attorneys for Receiver Thomas F. Lennon