**FILED**

JUN 27 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | No. 08-55881 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:08-cv-00400-DMS<br>Southern District of California,<br>San Diego |
| v. | |
| TUCO TRADING, LLC; et al., | ORDER |
| Defendants - Appellants. | |

A review of the record suggests that this court may lack jurisdiction over the appeal because the notice of appeal was filed on May 19, 2008, more than 60 days after the district court entered judgment on March 17, 2008. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B).

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of jurisdiction. If appellants elect to show cause, a response may be filed within 8 days after service of the memorandum.

If appellants do not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

HS/MOATT

Briefing is suspended pending further order of the court.

For the Court:

Molly Dwyer
Clerk of Court

By: Helene Silverberg
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

HS/MOATT

2