DONALD W. SEARLES, Cal. Bar No. 135705
Email: SearlesD@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
Email: TerceroR@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew Petillon, Associate Regional Director
John M. McCoy III, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08 CV 00400 DMS (BLM)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO PERMANENT RECEIVER'S FIRST INTERIM REPORT**<br><br>DATE:     JULY 18, 2008<br>TIME:     1:30 P.M.<br>PLACE:    COURTROOM 10<br>JUDGE:    HON. DANA M. SABRAW |

Plaintiff Securities and Exchange Commission ("Commission") submits this response to the First Interim Report of Permanent Receiver and Petition for Further Instructions, which was filed on June 2, 2008. The Commission concurs with the Permanent Receiver's schedule to complete this Receivership no later than December 31, 2008, including a claims process, the submission of a proposed plan of distribution, and a final payment of administrative expenses and distribution of all Receivership estate assets.

The Commission understands that the Receiver will apply for an order authorizing an interim distribution and will file and serve a response once the Receiver's application is filed.

Dated: July 3, 2008                               Respectfully submitted,


/s/ Donald W. Searles
DONALD W. SEARLES
ROBERTO A. TERCERO
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648
Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On July 3, 2008, I served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO PERMANENT RECEIVER'S FIRST INTERIM REPORT** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **INTERNATIONAL REGISTERED MAIL, RETURN RECEIPT REQUESTED:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of International Registered Mail, Return Receipt Requested at Los Angeles, California, with International Registered Mail, Return Receipt Requested postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 3, 2008

_Magnolia M. Marcelo_
Magnolia M. Marcelo

**SEC v. TUCO TRADING and DOUGLAS G. FREDERICK**
United States District Court – Southern District of California
Case No. 08 CV 00400 DMS (BLM)
(LA-3458)

SERVICE LIST

**By Electronic Mail:**

Daniel G. Viola, Esq.
Sadis & Goldberg LLP
551 5th Avenue, 21st Floor
New York, NY 10176
Telephone: (212) 573-8038
Facsimile: (212) 573-8140
Email: dviola@sglawyers.com
***Counsel to Defendant Douglas G. Frederick***

Dennis R. Hirsch, Esq.
Sadis & Goldberg LLP
50 California Street, Suite 2320
San Francisco, CA 94111
Telephone: (415) 490-0563
Facsimile: (415) 391-1377
Email: drhirsch@sglawyers.com
***Counsel to Defendant Douglas G. Frederick***

David L. Osias, Esq.
Debra A. Riley, Esq.
Ted Fates, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-1158
Telephone: (619) 233-1155
Facsimile: (619) 233-1158
Email: dosias@allenmatins.com
Email: driley@allenmatkins.com
Email: tfates@allenmatkins.com
***Counsel to Receiver Thomas F. Lennon***

James S. Barber, Esq.
Clausen Miller P.C.
10 S. LaSalle Street
Chicago, IL 60603
Telephone: (312) 606-7712
Facsimile: (312) 606-7500
Email: jbarber@clausen.com
***Counsel to GLB Trading, Inc.***

Mark G. Hanchet, Esq.
Mayer Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2695
Email: mhanchet@mayerbrown.com
**Counsel to Penson Financial Services**

**By U.S. First Class Mail:**

Sterling Financial Systems, Inc.
225 W. Washington Street, Suite 1014
Chicago, IL 60606

Sprint
P.O. Box 79357
City of Industry, CA 91716-9357

ACTIV Financial Systems, Inc.
1607 E. Taft Avenue, Suite 101
Wheaton, IL 60187

DAS
Attn: Karen Gentile
1717 Route 6
Carmel, NY 10512

Woncey Inc.
Attn: Tom Wilbeck
2735 N. Lincoln #2S
Chicago, IL 60614

AT&T
2600 Camino Ramon, Room 4W902
San Ramon, CA 94583-5000

Justin Brewer
1730 N. Clark Street, #1609
Chicago, IL 60614

Culligan
NW 5120, P.O. Box 1450
Minneapolis, MN 55485-5120

Dave Halperin
1720 Post Road East, #111
Westport, CT 06880

Time Warner
8949 Ware Court
San Diego, CA 92121-2275

```
 1 │   Torc
   │   2 Rector Street, 17th Floor
 2 │   New York, NY 10006
   │
 3 │   National Regulatory Services
   │   33443 Treasury Center
 4 │   Chicago, IL 60694-3400
   │
 5 │   Lightspeed
   │   Attn: Steven Gatti, Esq.
 6 │   Clifford Chance
   │   2001 K Street NW
 7 │   Washington, DC 20006-1001
   │
 8 │   Next Level
   │   P.O. Box 502661
 9 │   San Diego, CA 92150-2661
   │
10 │   Foster, Kallen, and Smith
   │   Attn: Chester H. Foster, Jr.
11 │   3825 W. 192nd Street
   │   Homewood, IL 60430
12 │
   │   Prospect Plaza Holdings, LLC
13 │   625 Broadway, Suite 915
   │   San Diego, CA 92101
14 │
   │   ADT
15 │   P.O. Box 371956
   │   Pittsburgh, PA 15250-7956
16 │
   │   Carol Billie Oshana
17 │   Basile Law Firm
   │   180 N. LaSalle, Suite 1450
18 │   Chicago, IL 60601
   │
19 │   J. Stephen Young, Esq.
   │   Audette Paul Morales, Esq.
20 │   Michele R. Fron, Esq.
   │   Keesal Young & Logan
21 │   400 Oceangate, 2nd Floor
   │   Long Beach, CA 90802-1730
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```