DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Permanent Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08-CV-0400 DMS (BLM)<br><br>**DECLARATION OF TED FATES IN SUPPORT OF RECEIVER'S MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTION**<br><br>Date:  July 25, 2008<br>Time:  1:30 p.m.<br>Ctrm:  10<br>Judge: Hon. Dana M. Sabraw |

I, Ted Fates, declare and state as follows:

1. I am an attorney with Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel for Thomas F. Lennon ("Receiver"), the Court-appointed permanent receiver for Tuco Trading, LLC ("Tuco"). I am one of the attorneys primarily responsible for handling this matter on behalf of the Receiver. The following facts are within my own personal knowledge and, if called upon to do so, I could and would competently testify thereto under oath.

2. On June 24, 2008, I emailed a copy of the Receiver's Motion for Order Authorizing Interim Distribution ("Motion") in draft form to Robert Tercero and Donald Searles of the

1 Securities and Exchange Commission ("SEC"). I am informed that the SEC does not oppose the
2 Motion.

3     3.    On June 24, 2008, I emailed a copy of the Motion in draft form to counsel for
4 Defendant Douglas Frederick. To date, Mr. Frederick has not stated a position with respect to the
5 Motion.

6     4.    On June 24, 2008, I emailed a copy of the Motion in draft form to counsel for
7 creditor Lightspeed. Lightspeed has asserted that it is owed more than $1.3 million by Tuco,
8 making it by far the largest non-member creditor of the Tuco receivership estate. I am informed
9 that Lightspeed does not oppose the Motion.

10     I declare under penalty of perjury that the foregoing is true and correct.
11     Executed on July 10, 2008, at San Diego, CA.

13     /s/ Ted Fates
    Ted Fates