1   DAVID L. OSIAS (BAR NO. 091287)
    DEBRA A. RILEY (BAR NO. 151925)
2   TED FATES (BAR NO. 227809)
    ALLEN MATKINS LECK GAMBLE
3     MALLORY & NATSIS LLP
    501 West Broadway, 15th Floor
4   San Diego, California 92101-3541
    Phone:  (619) 233-1155
5   Fax:  (619) 233-1158
    E-Mail:  dosias@allenmatkins.com
6           driley@allenmatkins.com
            tfates@allenmatkins.com
7
    Attorneys for Permanent Receiver Thomas F. Lennon
8

9                   UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11

12  SECURITIES AND EXCHANGE             Case No. 08-CV-00400 DMS (BLM)
    COMMISSION,
13
                Plaintiff,              **PROOF OF SERVICE**
14
         v.
15                                      Date:      July 25, 2008
    TUCO TRADING, LLC and               Time:      1:30 p.m.
16  DOUGLAS G. FREDERICK,               Ctrm:      10
                                        Judge:     Hon. Dana M. Sabraw
17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA      )
                           )  ss.:
3  COUNTY OF SAN DIEGO      )

4

5      I am employed in the County of San Diego, State of California.  I am over the age of 18
and not a party to the within action.  My business address is 501 West Broadway, 15th Floor,
6  San Diego, California 92101-3541.

7      On July 10, 2008, I served the document(s) described as:

8  **1.   NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING
         INTERIM DISTRIBUTION**
9  **2.   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
         RECEIVER'S MOTION FOR ORDER AUTHORIZING INTERIM
10       DISTRIBUTION**
11 **3.   DECLARATION OF TED FATES IN SUPPORT OF RECEIVER'S MOTION
         FOR ORDER AUTHORIZING INTERIM DISTRIBUTION**
12 **4.   [PROPOSED] ORDER AUTHORIZING INTERIM DISTRIBUTION**

13 on the interested parties in this action by

14      __X__ By mail:  By placing the true copies thereof enclosed in a sealed envelope(s)
addressed as stated on the attached Service List.  I am "readily familiar" with the firm's practice
15 of collection and processing correspondence for mailing.  Under that practice it would be
deposited with the U.S. postal service on that same day with postage thereon fully prepaid at
16 San Diego, California in the ordinary course of business.  I am aware that on motion of the
party served, service is presumed invalid if the postal cancellation date or postage meter date is
17 more than one day after date of deposit for mailing in affidavit.

18

19      __X__ By electronic mail:  I caused the document to be e-mailed to the e-mail address
of the addressee as stated on the attached Service List.

20      Executed on July 10, 2008, at San Diego, California.  I declare under penalty of perjury
that the above is true and correct.
21

22      __X__ (Federal) I declare that I am employed in the office of a member of the bar of
this court at whose direction the service was made.

23

24

25  _____          _____
         Anne Perry                          (Signature)
26    (Type or print name)

27

28

<u>SERVICE LIST</u>

*By E-mail and U.S. First Class Mail*

| | |
|---|---|
| Donald W. Searles, Esq.<br>Roberto A. Tercero, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: (313) 965-3998<br>Facsimile: (323) 965-3908<br>E-mail:　　searlesd@sec.gov<br>　　　　　terceror@sec.gov | Attorneys for Securities and Exchange Commission |
| Daniel G. Viola, Esq.<br>Dennis R. Hirsch, Esq.<br>Sadis & Goldberg LLP<br>551 Fifth Avenue, 21st Floor<br>New York, NY 10176<br>Telephone: (212) 573 8038<br>E-mail:　　dviola@sglawyers.com<br>　　　　　drhirsch@sglawyers.com | Attorneys for Defendant Douglas G. Frederick |
| James S. Barber, Esq.<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>Telephone: (312) 606-7712<br>Facsimile: (312) 606-7500<br>E-mail:　　jbarber@clausen.com | Attorneys for GLB Trading, Inc. |
| Mark G. Hanchet, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2695<br>E-mail:　　mhanchet@mayerbrown.com | Attorneys for Penson Financial |

**Tuco Creditors**

*By U.S. First Class Mail:*

| | |
|---|---|
| Sterling Financial Systems, Inc.<br>225 W. Washington Street, Ste. 1014<br>Chicago, IL 60606 | DAS<br>Attn: Karen Gentile<br>1717 Route 6<br>Carmel, Ny 10512 |
| ACTIV Financial Systems, Inc.<br>1607 East Taft Avenue, Suite 101<br>Wheaton, IL 60187 | AT&T<br>2600 Camino Ramon<br>Room No. 4W902<br>SRV, CA 94583 |
| Woncey Inc.<br>Attn: Tom Wilbeck<br>2735 N. Lincoln #2S<br>Chicago, Illinois 60614 | National Regulatory Services<br>33443 Treasury Center<br>Chicago, IL 60694-3400 |
| Justin Brewer<br>1730 N. Clark Street #1609<br>Chicago, Illinois 60614 | Prospect Plaza Holdings, LLC<br>625 Broadway, Suite 915<br>San Diego, Ca. 92101 |
| Dave Halperin<br>1720 Post Rd. East #111<br>Westport, Ct 06880 | Carol Billie Oshana<br>Basile Law Firm<br>180 N LaSalle, Suite 1450<br>Chicago, IL 60601 |
| Torc<br>2 Rector Street, 17th Floor<br>New York, NY 10006 | Bank of America<br>Legal Department<br>P.O. Box 21848<br>Greensboro, NC 27420-1848 |
| Lightspeed<br>Attn: Steven Gatti, Esq.<br>Clifford Chance<br>2001 K Street NW<br>Washington, DC 20006-1001 | Internal Revenue Service<br>Cincinnati OH 45999 |
| Foster, Kallen, and Smith<br>Attn: Chester H. Foster, Jr.<br>3825 W. 192nd Street<br>Homewood, IL 60430 | Nevada Department of Taxation<br>Grant Sawyer Office Building<br>555 E. Washington Avenue, Suite 300<br>Las Vegas, NV 89101 |
| J. Stephen Young, Esq.<br>Audette Paul Morales, Esq.<br>Michele R. Fron, Esq.<br>Keesal Young & Logan<br>400 Oceangate, Second Floor<br>Long Beach, CA 90802-1730 | |