DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Permanent Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>　　　　Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS**<br><br>Date:　　July 25, 2008<br>Time:　　1:30 p.m.<br>Ctrm:　　10<br>Judge:　　Hon. Dana M. Sabraw |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

700176.01/SD

Case No. 08-CV-0400 DMS (BLM)

**PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS**

STATE OF CALIFORNIA            )
                               ) ss.:
COUNTY OF SAN DIEGO            )

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

      On July 10, 2008, I caused to be served on all known Tuco Members the document described as:

**NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTION**

by electronic mail direct to all known Tuco Members in the Receiver's database for this case. No list of names or e-mail addresses is provided herewith due to confidentiality issues; such list will be provided to the Court upon request.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on July 10, 2008, at San Diego, California.

| Anne Perry | _Anne Perry_ (Signature) |
|---|---|
| (Type or print name) | |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

700176.01/SD

-2-

Case No. 08-CV-0400 DMS (BLM)