# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendant. | CASE NO. 08cv0400 DMS (BLM)<br><br>**ORDER RE: HEARING** |

A hearing on the first interim report of the receiver is currently scheduled for July 18, 2008. The Court has reviewed the receiver's report and the Plaintiff's response thereto, and finds this matter suitable for submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: July 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge

- 1 -    08cv0400