DAVID L. OSIAS (BAR NO. 091287)
DEBRA A. RILEY (BAR NO. 151925)
TED FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax:  (619) 233-1158
E-Mail: dosias@allenmatkins.com
        driley@allenmatkins.com
        tfates@allenmatkins.com

Attorneys for Temporary Receiver Thomas F. Lennon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>　　　　　Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**NOTICE RE HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**<br><br>Date:　　　July 18, 2008<br>Time:　　　1:30 p.m.<br>Ctrm:　　　10<br>Judge:　　Hon. Dana M. Sabraw<br>Location: 940 Front Street<br>　　　　　San Diego, CA 92101 |

　　　PLEASE TAKE NOTICE that pursuant to the attached Order of the Honorable Dana M. Sabraw, the hearing on the Receiver's First Interim Report has been taken off calendar. This matter will be taken under submission without oral argument and no appearances are required.

Dated: July 14, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ David L. Osias
　　DAVID L. OSIAS
　　Attorneys for Receiver Thomas F. Lennon

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08cv0400 DMS (BLM)<br><br>**ORDER RE: HEARING** |

A hearing on the first interim report of the receiver is currently scheduled for July 18, 2008. The Court has reviewed the receiver's report and the Plaintiff's response thereto, and finds this matter suitable for submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: July 14, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.:
COUNTY OF SAN DIEGO  )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

On July 14, 2008, I served the document(s) described as:

**NOTICE RE HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**

on the interested parties in this action by

__X__ By mail: By placing the true copies thereof enclosed in a sealed envelope(s) addressed as stated on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ By electronic mail: I caused the document to be e-mailed to the e-mail address of the addressee as stated on the attached Service List.

Executed on July 14, 2008, at San Diego, California. I declare under penalty of perjury that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Anne Perry_____          _____/s/ Anne Perry_____
(Type or print name)                    (Signature)

# SERVICE LIST

**By E-mail and U.S. First Class Mail**

| | |
|---|---|
| Donald W. Searles, Esq.<br>Roberto A. Tercero, Esq.<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Telephone: (313) 965-3998<br>Facsimile: (323) 965-3908<br>E-mail:     searlesd@sec.gov<br>             terceror@sec.gov | Attorneys for Securities and Exchange Commission |
| Daniel G. Viola, Esq.<br>Dennis R. Hirsch, Esq.<br>Sadis & Goldberg LLP<br>551 Fifth Avenue, 21st Floor<br>New York, NY 10176<br>Telephone: (212) 573 8038<br>E-mail:     dviola@sglawyers.com<br>             drhirsch@sglawyers.com | Attorneys for Defendant Douglas G. Frederick |
| James S. Barber, Esq.<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, Illinois 60603<br>Telephone: (312) 606-7712<br>Facsimile: (312) 606-7500<br>E-mail:     jbarber@clausen.com | Attorneys for GLB Trading, Inc. |
| Mark G. Hanchet, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2695<br>E-mail:     mhanchet@mayerbrown.com | Attorneys for Penson Financial |

## Tuco Creditors

*By U.S. First Class Mail:*

| | |
|---|---|
| Sterling Financial Systems, Inc.<br>225 W. Washington Street, Ste. 1014<br>Chicago, IL 60606 | Sprint<br>PO Box 79357<br>City of Industry, CA 91716-9357 |
| ACTIV Financial Systems, Inc.<br>1607 East Taft Avenue, Suite 101<br>Wheaton, IL 60187 | DAS<br>Attn: Karen Gentile<br>1717 Route 6<br>Carmel, NV 10512 |
| Woncey Inc.<br>Attn: Tom Wilbeck<br>2735 N. Lincoln #2S<br>Chicago, IL 60614 | AT&T<br>2600 Camino Ramon<br>Room 4W902<br>San Ramon, CA 94583-5000 |
| Justin Brewer<br>1730 N. Clark Street #1609<br>Chicago, IL 60614 | Culligan<br>NW 5120, P.O. Box 1450<br>Minneapolis, MN 55485-5120 |
| Dave Halperin<br>1720 Post Rd. East #111<br>Westport, Ct 06880 | Time Warner<br>8949 Ware Court<br>San Diego, CA 92121-2275 |
| Torc<br>2 Rector Street, 17th Floor<br>New York, NY 10006 | National Regulatory Services<br>33443 Treasury Center<br>Chicago, IL 60694-3400 |
| Lightspeed<br>Attn: Steven Gatti, Esq.<br>Clifford Chance<br>2001 K Street NW<br>Washington, DC 20006-1001 | Next Level<br>P.O. Box 502661<br>San Diego, CA 92150-2661 |
| Foster, Kallen, and Smith<br>Attn: Chester H. Foster, Jr.<br>3825 W. 192nd Street<br>Homewood, IL 60430 | Prospect Plaza Holdings, LLC<br>625 Broadway, Suite 915<br>San Diego, CA 92101 |
| ADT<br>P.O. Box 371956<br>Pittsburgh, PA 15250-7956 | Carol Billie Oshana<br>Basile Law Firm<br>180 N LaSalle, Suite 1450<br>Chicago, IL 60601 |
| J. Stephen Young, Esq.<br>Audette Paul Morales, Esq.<br>Michele R. Fron, Esq.<br>Keesal Young & Logan<br>400 Oceangate, Second Floor<br>Long Beach, CA 90802-1730 | |