| | |
|---|---|
| 1 | DAVID L. OSIAS (BAR NO. 091287) |
| | DEBRA A. RILEY (BAR NO. 151925) |
| 2 | TED FATES (BAR NO. 227809) |
| | ALLEN MATKINS LECK GAMBLE |
| 3 |   MALLORY & NATSIS LLP |
| | 501 West Broadway, 15th Floor |
| 4 | San Diego, California 92101-3541 |
| | Phone: (619) 233-1155 |
| 5 | Fax: (619) 233-1158 |
| | E-Mail: dosias@allenmatkins.com |
| 6 |        driley@allenmatkins.com |
| |        tfates@allenmatkins.com |
| 7 | |
| | Attorneys for Temporary Receiver Thomas F. Lennon |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08-CV-00400 DMS (BLM) |
| Plaintiff, | **PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS** |
| v. | |
| TUCO TRADING, LLC and DOUGLAS G. FREDERICK, | Date: July 18, 2008<br>Time: 1:30 p.m.<br>Ctrm: 10<br>Judge: Hon. Dana M. Sabraw |
| Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

701035.01/SD

**PROOF OF SERVICE BY E-MAIL ON TUCO MEMBERS**

STATE OF CALIFORNIA ) 
                                ) ss.: 
COUNTY OF SAN DIEGO )

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101-3541.

      On July 14, 2008, I caused to be served on all known Tuco Members the document described as:

**NOTICE RE HEARING ON FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON AND PETITION FOR FURTHER INSTRUCTIONS**

by electronic mail direct to all known Tuco Members in the Receiver's database for this case. No list of names or e-mail addresses is provided herewith due to confidentiality issues; such list will be provided to the Court upon request.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on July 14, 2008, at San Diego, California.

_____Anne Perry_____        _____/s/ Anne Perry_____ 
(Type or print name)                            (Signature)