DONALD W. SEARLES, Cal. Bar No. 135705
SearlesD@sec.gov
ROBERTO A. TERCERO, Cal. Bar No. 143760
TerceroR@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,<br><br>　　　　　Defendants. | Case No. 08 CV 400 DMS (BLM)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTION**<br><br>DATE:　　JULY 25, 2008<br>TIME:　　1:30 P.M.<br>PLACE:　COURTROOM 10<br>JUDGE:　THE HON. DANA M. SABRAW |

Plaintiff Securities and Exchange Commission ("Commission"), having received and considered the Receiver's Notice of Motion and Motion for Order Authorizing Interim Distribution ("Receiver's Motion"), and the supporting papers filed therewith, states that it has no opposition to the Receiver's Motion to make an interim distribution to the Class B Members and other creditors of Tuco in the amount of 40% of their Preliminary Claims.

Respectfully submitted,

DATED: July 15, 2008

/s/ Donald W. Searles
DONALD W. SEARLES
ROBERTO A. TERCERO
Attorneys for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On July 15, 2008, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER AUTHORIZING INTERIM DISTRIBUTION** on all the parties to this action addressed as stated on the attached service list:

[X] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

   [ ] **INTERNATIONAL REGISTERED MAIL, RETURN RECEIPT REQUESTED:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of International Registered Mail, Return Receipt Requested at Los Angeles, California, with International Registered Mail, Return Receipt Requested postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 15, 2008                             /s/ Donald W. Searles
                                                Donald W. Searles

**SEC v. TUCO TRADING and DOUGLAS G. FREDERICK**
**United States District Court – Southern District of California**
**Case No. 08 CV 00400 DMS (BLM)**
**(LA-3458)**

SERVICE LIST

Daniel G. Viola, Esq.
Sadis & Goldberg LLP
551 5th Avenue, 21st Floor
New York, NY 10176
Telephone:  (212) 573-8038
Facsímile:  (212) 573-8140
Email:  dviola@sglawyers.com
*Counsel to Defendant Douglas G. Frederick*

Dennis R. Hirsch, Esq.
Sadis & Goldberg LLP
50 California Street, Suite 2320
San Francisco, CA 94111
Telephone:  (415) 490-0563
Facsímile:  (415) 391-1377
Email:  drhirsch@sglawyers.com
*Counsel to Defendant Douglas G. Frederick*

David L. Osias, Esq.
Debra A. Riley, Esq.
Ted Fates, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-1158
Telephone:  (619) 233-1155
Facsímile:  (619) 233-1158
Email: dosias@allenmatins.com
Email: driley@allenmatkins.com
Email: tfates@allenmatkins.com
*Counsel to Receiver Thomas F. Lennon*