UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No. 08-CV-00400 DMS (BLM)<br><br>**ORDER APPROVING FIRST INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON** |

The Court having considered the First Interim Report of Permanent Receiver, Thomas F. Lennon ("Receiver"), for Tuco Trading, LLC, hereby orders as follows:

1. The Receiver's First Interim Report is hereby approved.

2. The receivership shall continue pursuant to the Judgment, Order in Aid of Receivership, and any supplemental orders issued by the Court.

3. The Receiver shall file another report to update the Court and parties in interest in approximately 120 days.

IT IS SO ORDERED.

Dated: July 17, 2008

Hon. Dana M. Sabraw
United States District Judge