# FRIER LEVITT
ATTORNEYS AT LAW

19 Microlab Road
Suite A
Livingston, NJ 07039
(973) 535-1660
Attorneys for T3 Capital, LLC.
E-mail: jlevitt@frierlevitt.com
mgreenberg@frierlevitt.com

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | CASE NO.: 08-CV-0400 DMS (BLM) |
| v. | **CREDITOR, T3 CAPITAL LLC'S LIMITED OBJECTION TO RECEIVER'S MOTION FOR INTERIM DISTRIBUTION** |
| **TUCO TRADING, LLC.** and **DOUGLAS G. FREDERICK** | |
| Defendants. | |
| | Date: July 25, 2008 |
| | Time 1:30 p.m. |
| | Place: Courtroom 10 |
| | Judge: The Honorable Dana M. Sabraw |

i

**JONATHAN E. LEVITT, ESQ.,** attorney for Creditor, T3 Capital, LLC, hereby submits this limited opposition to the Receiver's Motion for an Order Authorizing Interim Distribution.

1. T3 Capital, LLC (hereinafter "T3") and/or its predecessor entity was a Class B member of Defendant, Tuco Trading, LLC (hereinafter "Tuco").

2. The Receiver has filed a motion seeking an Order authorizing it to make an interim distribution to Class B Members and other creditors of Tuco in the amount of forty percent (40%) of their Preliminary Claims.

3. The Receiver has requested the authority to hold back a Class B Member's 40% distribution based on the Receiver's discretion.

4. T3 has entered into a settlement in principal with the Receiver, Tuco, and Douglas Frederick. The written Settlement Agreement and Release is being circulated among the Defendants and the Receiver for execution.

5. Once fully executed, the Receiver will submit the Agreement for Court approval.

6. If the Settlement Agreement is not executed or the Court disapproves the Settlement Agreement, T3 reserves the right to object to the Receiver's retention of authority to hold back T3's interim distribution.

Dated: July 21, 2008                                    Respectfully submitted,

                                                        /s/ Jonathan E. Levitt
                                                        Jonathan E. Levitt, Esq.
                                                        FRIER & LEVITT, LLC
                                                        Attorneys for Creditor
                                                        T3 Capital, LLC