# FRIER LEVITT
ATTORNEYS AT LAW

19 Microlab Road
Suite A
Livingston, NJ 07039
(973) 535-1660
Attorneys for T3 Capital, LLC.
E-mail:  jlevitt@frierlevitt.com
        mgreenberg@frierlevitt.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>     Plaintiff,<br>v.<br>TUCO TRADING, LLC. and DOUGLAS G. FREDERICK | CASE NO.: 08-CV-0400 DMS (BLM)<br><br>PROOF OF SERVICE |

I am over the age of 18 years and not a party to this action.  My business address is

   19 Microlab Road, Suite A, Livingston, New Jersey 07039

   Telephone No.:  (973) 535-1660;    Facsimile No.:  (973) 535-0650

On July 21, 2008, I caused to be served the document entitled **CREDITOR, T3 CAPITAL'S OPPOSITION TO RECEIVER'S MOTION FOR AN ORDER AUTHORIZING FIRST INTERIM DISTRIBUTION** on all the parties to this action addressed as stated on the attached service list:

[ X ]    **ELECTRONIC MAIL**:  By transmitting the document by electronic mail to be electronic mail address as stated on the attached service list.

[ X ]    (**Federa**l) I declare that I am an attorney of the law firm of Frier & Levitt, LLC.  Jonathan E. Levitt, LLC has been admitted to this Court *pro hac vice*.  Service was made at his direction.  I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 21, 2008                     /s/ Michelle L. Greenberg, Esq.
                                         Michelle L. Greenberg, Esq.

1

SERVICE LIST

Daniel G. Viola, Esq.
Sadis & Goldberg LLP
551 5th Avenue, 21st Floor
New York, NY 10176
Tel.: (212)573-8038
Fax.: (212) 573-8140
Email: dviola@sglawyers.com
Counsel for Defendant, Douglas G. Frederick

Ted Fates, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP
501 W. Broadway, 15th Floor
San Diego, CA 92101-1158
Tel.: (619) 233-1155
Fax.: (619) 233-1158
Email: tfates@allenmatkins.com
Counsel to Receiver Thomas F. Lennon