# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>vs.<br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendant. | CASE NO. 08cv0400 DMS (BLM)<br><br>**ORDER RE: HEARING** |

A hearing on the receiver's motion for order authorizing interim distribution is currently scheduled for July 25, 2008. The Court has reviewed the motion and T3 Capital's limited objection, and finds this matter suitable for submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: July 24, 2008

HON. DANA M. SABRAW
United States District Judge