UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 08-CV-00400 DMS (BLM) |
|---|---|
| Plaintiff, | **ORDER AUTHORIZING INTERIM DISTRIBUTION** |
| v. | |
| TUCO TRADING, LLC and DOUGLAS G. FREDERICK, | Date Heard: July 25, 2008<br>Time:   1:30 p.m.<br>Ctrm:   10 |
| Defendants. | Judge:   Hon. Dana M. Sabraw |

The motion of Thomas F. Lennon, the court-appointed permanent receiver (the "Receiver") for Tuco Trading, LLC ("Tuco") for an Order Authorizing Interim Distribution, came on for hearing before this Court on July 18, 2008.

The Court having considered the pleadings and papers on file in support of the Motion and any oppositions thereto, adequate notice having been provided to interested parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1.   The Motion is granted.

2. The Receiver is authorized make an interim distribution to the Members and other creditors of Tuco in the amount of 40% of their Preliminary Claims.

IT IS SO ORDERED.

Dated: July 24, 2008

Hon. Dana M. Sabraw
United States District Judge