**FILED**
AUG 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 08 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TUCO TRADING, LLC; et al.,<br><br>Defendants - Appellants. | No. 08-55881<br><br>D.C. No. 3:08-cv-00400-DMS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of the letter from the Office of the Clerk, U.S. District Court for the Southern District of California, indicating that the Notice of Appeal was filed on May 16, 2008 rather than May 19, 2008. Because the district court entered judgment on March 17, 2008, the filing of the Notice of Appeal on May 16, 2008 was timely. *See* Fed. R. App. P. 4(a)(1)(B). Accordingly, the court's June 27, 2008 order to show cause is discharged.

The opening brief and excerpts of record are due October 3, 2008; the answering brief is due November 3, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

HS/MOATT