1  DANIEL G. VIOLA, Pro Hac Vice
   dviola@sglawyers.com
2  DENNIS R. HIRSCH, Cal. Bar No. 194243
   drhirsch@sglawyers.com
3
   SADIS & GOLDBERG LLP
4  50 California Street, Suite 2320
   San Francisco, California 94111
5  Tel: (415) 490-0563

6  Counsel for Defendants
   Tuco Trading LLC and Douglas G. Frederick
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10
   SECURITIES AND EXCHANGE           )   Case No.: 08 CV 00400 DMS (BLM)
11 COMMISSION,                       )
                                     )   DEFENDANTS TUCO TRADING LLC AND
12 Plaintiff,                        )   DOUGLAS G. FREDERICK'S NOTICE OF
                                     )   MOTION UNDER FED.R.CIV.P. 60(B)(6) FOR
13 vs.                               )   VACATUR OF THE JUDGMENT
                                     )
14 TUCO TRADING, LLC and             )   DATE:         September 19, 2008
   DOUGLAS G. FREDERICK,             )   TIME:         1:30 p.m.
15                                   )   COURTROOM:    10
                                     )   Hon.          Hon. Dana M. Sabraw
16 Defendants.                       )

17
   **TO ALL INTERESTED PARTIES:**
18

19    **PLEASE TAKE NOTICE** that on September 19, 2008, at 1:30 p.m., in Courtroom 10 of

20 the above-entitled Court at 940 Front Street, San Diego, California 92101, Defendants Tuco

21 Trading, LLC and Douglas G. Frederick ("Defendants") hereby give notice for motion under

22 FED.R.CIV.P. 60(b)(6) for vacatur of the judgment.

23
      In support of the Motion, the Defendants Tuco Trading, LLC and Douglas G. Frederick
24
   submit a Memorandum of Law, as well as the declaration of defendant Douglas G. Frederick.
25

26    Procedural Requirements: If you oppose this Motion, you are required to file your written

27 opposition with the Office of the Clerk, United States District Court, Southern District of California,

28
   {00122766.DOC}
                                                SEC V. TUCO AND FREDERICK, CASE NO. 08-CV-00400

1 | 880 Front Street, Room 4290, San Diego, CA 92101-8900, and serve the same on the undersigned
2 | via e-mail so as to be received by the undersigned no later than September 5, 2008.
3 |     IF YOU FAIL TO FILE AND SERVE AN OPPOSITION by the above date, the Court may grant the requested relief without further notice.

Dated: August 8, 2008

SADIS & GOLDBERG, LLP

By: Daniel G. Viola, Esq., Pro Hac Vice
Dennis R. Hirsch, Cal. Bar No.: 194243
Attorneys for Defendants
Tuco Trading LLC and Douglas G. Frederick
50 California Street, Suite 2320
San Francisco, CA 94111
Telephone: (415) 490-0561
Facsimile: (415) 391-1377
E-MAIL: dviola@sglawyers.com
          drhirsch@sglawyers.com

{00122766.DOC}