## CERTIFICATE OF SERVICE

In the Matter of Securities and Exchange Commission
v.
Tuco Trading, LLC and Douglas G. Frederick

United States District Court, Southern District of California
Case No.: 08 CV 00400 DMS (BLM)

I, Daniel G. Viola, admitted pro hac vice to this Court, over the age of 18, and not a party to this case, certify that on August 8, 2008, a copy of the foregoing

**DEFENDANT DOUGLAS G. FREDERICK'S NOTICE OF MOTION UNDER FED.R.CIV.P. 60(B)(6) FOR VACATUR OF THE JUDGMENT, DEFENDANT DOUGLAS G. FREDERICK'S MEMORANDUM IN SUPPORT OF HIS MOTION UNDER FED.R.CIV.P. 60(B)(6) FOR OF THE JUDGMENT AND DECLARATION OF DEFENDANT DOUGLAS G. FREDERICK IN SUPPORT OF HIS MOTION UNDER FED.R.CIV.P. 60(B)(6) VACATUR OF THE JUDGMENT**

was emailed and placed in a Federal Express depository for overnight delivery addressed to:

Donald W. Searles, Esq.
searlesd@sec.gov
Roberto A. Tercero, Esq.
terceror@sec.gov
Los Angeles Regional Office
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648
Tel: (323) 965-3998
Fax: (323) 965-3908
Attorneys for Plaintiff

David L. Osias, Esq.
dosias@allenmatkins.com
Ted Fates, Esq.
tfates@allenmatkins.com
Allen Matkins Leck Gamble Mallaroy & Natsis LLP
501 West Broadway, 15th Floor
San Diego, CA 92101-3541
Tel: (619) 233-1155
Fax: (619) 233-1158
Attorneys for Receiver Thomas F. Lennon

Dated: New York, New York
       August 8, 2008

_____
Daniel G. Viola, Pro Hac Vice

{00122788.DOC}