# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>vs.<br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>    Defendant. | CASE NO. 08cv0400 DMS (BLM)<br><br>**ORDER TO SHOW CAUSE** |

On August 8, 2008, Defendants Tuco Trading LLC and Douglas G. Frederick filed a motion for vacatur of the judgment. That motion is currently scheduled for hearing on September 19, 2008. After a review of the docket, however, it appears these Defendants have already filed a notice of appeal of the judgment, which appeal is pending before the Ninth Circuit. Accordingly, the Court hereby orders counsel for Defendants Tuco and Frederick to show cause whether this Court has jurisdiction to decide the motion for vacatur in light of the pending appeal. Counsel shall file a response to this Order on or before **August 29, 2008**.

**IT IS SO ORDERED**.

DATED: August 19, 2008

_____
HON. DANA M. SABRAW
United States District Judge