DENNIS R. HIRSCH, Cal. Bar No. 194243
drhirsch@sglawyers.com
DANIEL G. VIOLA, Pro Hac Vice
dviola@sglawyers.com

SADIS & GOLDBERG LLP
50 California Street, Suite 2320
San Francisco, California 94111
Tel: (415) 490-0563

Counsel for Defendants
Tuco Trading LLC and Douglas G. Frederick

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendants. | Case No.: 08 CV 00400 DMS (BLM)<br><br>**DECLARATION OF DENNIS R. HIRSCH IN OPPOSITION TO THE COURT-ISSUED ORDER TO SHOW CAUSE RELATING TO JURISDICTION** |

I, DENNIS R. HIRSCH, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1. I am an attorney admitted to practice law by the State of California and by the Southern District of California, among others. I am a partner at Sadis and Goldberg LLP, counsel for defendants Tuco Trading LLC and Douglas G. Frederick.

2. I make this declaration in opposition to the Court-issued order to show cause whether the Court retains jurisdiction over the matter, including jurisdiction over the defendants' Fed.R.Civ.P. Rule 60(b) motion seeking vacatur of the judgment.

3. The issue is now moot as defendants have recently filed, pursuant to Federal Rule of Appellate Procedure 42(b), a stipulation signed by all parties withdrawing the Notice of Appeal and dismissing the appeal itself. A copy of the stipulation filed with the Ninth Circuit Court of Appeals is attached hereto as Exhibit 1.

4. Accordingly, as the appeal is being withdrawn and dismissed, this Court retains full jurisdiction. G.C. and K.B. Investments, Inc. v. Wilson, 326 F.3d 1096 (9th Cir. 2003)("Jurisdiction was proper in the district court because the Wilsons had voluntarily dismissed their appeal from the district court's judgment…").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008, at San Francisco, California.

s/Dennis R. Hirsch
Dennis R. Hirsch, Esq.
Sadis & Goldberg LLP
Counsel for Defendants