UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff-Appellee,

-against-

TUCO TRADING, LLC, and DOUGLAS G. FREDERICK,

                            Defendants-Appellants.

-----------------------------------------------------------------X

No. 08-55881

D.C. No. 3:08-cv-00400-DMS
Southern District of California,
San Diego

**STIPULATION OF DISMISSAL PURSUANT TO FRAP 42(b)**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Appellate Procedure 42(b), by and between the respective parties hereto, that the Notice of Appeal of Defendants-Appellants filed with this Court on May 16, 2008 is voluntarily dismissed and that the appeal of this matter is also dismissed. All costs and fees, if any, shall be paid by defendants-appellants.

Therefore, it is stipulated and agreed that the Notice of Appeal and the appeal be and hereby are dismissed with costs and fees, if any, payable by defendants-appellants.

Dated: August 26, 2008

*/s/ Donald W. Searles*

Donald W. Searles
US Securities and Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036-3648
(323)965-4573
(393)965-3908 (fax)
searlesd@sec.gov

Dated: August 22, 2008

SADIS & GOLDBERG LLP

*/s/ Dennis Hirsch*

Dennis Hirsch
Counsel for Defendants-Appellants
50 California Street
Suite 2320
San Francisco, CA 94111
(415) 490-0561
(415) 391-1377 (fax)
drhirsch@sglawyers.com

{00123361.DOC}