## CERTIFICATE OF SERVICE

In the Matter of Securities and Exchange Commission
v.
Tuco Trading, LLC and Douglas G. Frederick

United States District Court, Southern District of California
Case No.: 08 CV 00400 DMS (BLM)

I, Daniel G. Viola, admitted pro hac vice to this Court, over the age of 18, and not a party to this case, certify that on August 29, 2008, a copy of the foregoing

**DECLARATION OF DENNIS R. HIRSCH IN OPPOSITION TO THE COURT-ISSUED ORDER TO SHOW CAUSE RELATING TO JURISDICATION**

was emailed and placed in a Federal Express depository for overnight delivery addressed to:

| | |
|---|---|
| Donald W. Searles, Esq.<br>searlesd@sec.gov<br>Roberto A. Tercero, Esq.<br>terceror@sec.gov<br>Los Angeles Regional Office<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036-3648<br>Tel: (323) 965-3998<br>Fax: (323) 965-3908<br>Attorneys for Plaintiff | David L. Osias, Esq.<br>dosias@allenmatkins.com<br>Ted Fates, Esq.<br>tfates@allenmatkins.com<br>Allen Matkins Leck Gamble Mallaroy &<br>Natsis LLP<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101-3541<br>Tel: (619) 233-1155<br>Fax: (619) 233-1158<br>Attorneys for Receiver Thomas F. Lennon |

Dated: New York, New York
August 29, 2008

Daniel G. Viola, Pro Hac Vice

{00124131.DOC}