**FILED**

UNITED STATES COURT OF APPEALS

SEP 02 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 08-55881 |
| Plaintiff - Appellee, | D.C. No. 3:08-cv-00400-DMS-BLM Southern District of California, San Diego |
| v. | |
| TUCO TRADING, LLC; et al., | |
| Defendants - Appellants. | ORDER |



The stipulation to dismiss the appeal under Federal Rules of Appellate

Procedure 42(b) is granted.  The costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this court.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of Court
>
> Grace S. Santos
> Deputy Clerk
> Ninth Circuit Rule 27-7/Advisory Note to Rule 27
>    and Ninth Circuit 27-10