**Tercero, Roberto A.**

| | |
|---|---|
| **From:** | frederick.doug@gmail.com on behalf of Doug Frederick [doug@tuco.com] |
| **Sent:** | Saturday, February 09, 2008 7:25 AM |
| **To:** | Tercero, Roberto A. |
| **Cc:** | Eson, J. Cindy |
| **Subject:** | Re: Tuco Trading, LLC (MLA-3458) |

After further consideration I have hired Steve Young to represent me. I will have him contact you to arrange for a convenient time to meet.

On Feb 7, 2008 3:02 PM, Tercero, Roberto A. <TerceroR@sec.gov> wrote:

> Mr. Frederick -
>
> This e-mail confirms that you have agreed to provide voluntary testimony under oath to the Commission through its staff on Monday, February 11, 2007, at 9:30 a.m.. Testimony will take place at the Commission's Los Angeles Regional Office, which is located at 5670 Wilshire Blvd., 11th Floor, Los Angeles, CA 90036. The office is located at the corner of Wilshire Blvd. and Hauser Blvd., which is about 7 blocks to the west of La Brea Ave. When you arrive, please ask for me or Cindy Eson.
>
> Finally, attached is the Commission's SEC Form 1662, which includes a List of Routine Uses of information provided to the Commission. This form has other important information for you. Please read it carefully.
>
> If you have any questions, please contact me or Ms. Eson. Thank you.
>
> - Bob
>
> Roberto A. Tercero | Senior Counsel
> Securities and Exchange Commission
> 5670 Wilshire Boulevard, 11th Floor
> Los Angeles, California 90036
> T/323-965-3891 | F/323-965-4513
> TerceroR@sec.gov
>
> <<1662-2004.pdf>>

--
Regards,

Doug Frederick
Tuco Trading, LLC

Exhibit 2   Page 7

8/25/2008

909 Prospect Street #224
La Jolla, California 92037
doug@tuco.com
(312) 286-1894

8/25/2008

Exhibit 2   Page 8