## Tercero, Roberto A.

**From:** Tercero, Roberto A.
**Sent:** Monday, March 03, 2008 9:54 AM
**To:** 'TDelaney@Penson.com'
**Subject:** In the Matter of Tuco Trading, LLC

**Attachments:** 1662-2004.pdf

Dear Mr. Delaney,

This e-mail confirms our telephone conversation just a few minutes ago.

The Securities and Exchange Commission is conducting an investigation concerning possible violations of the antifraud and broker-dealer registration provisions of the federal securities laws. The Commission requests that Penson Financial Services place a voluntary hold on the brokerage accounts of Tuco Trading, LLC and Douglas G. Frederick. By voluntary hold, the Commission requests that Penson not allow and funds or securities to be withdrawn from the accounts, although trading may occur in the accounts. The account numbers are: (A) at GLB Trading, Inc. 2131-4075, 2132-0155, 2131-7813; (B) at Evolution Financial 1153-2603; and (C) at View Trade 4946-3559. Please note that this is a voluntary request being made.

This inquiry is confidential and should not be construed as an indication that any violation of law has occurred, nor should it be construed as a reflection upon any security, person or entity. Enclosed is a form entitled Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena (Form 1662).

Thank you for your attention to this matter. Please contact me with any questions.

Roberto A. Tercero | Senior Counsel
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
T/323-965-3891 | F/323-965-4513
TerceroR@sec.gov



1662-2004.pdf (34 KB)

1

Exhibit 4 Page 16