ADMINISTRATIVE PROCEEDING
FILE NO. 3-13004

UNITED STATES OF AMERICA
Before the
SECURITIES AND EXCHANGE COMMISSION
May 19, 2008

| | |
|---|---|
| In the Matter of | ORDER FOLLOWING PREHEARING CONFERENCE |
| DOUGLAS G. FREDERICK | |

The Securities and Exchange Commission (Commission) instituted administrative proceedings pursuant to Section 15(b) of the Securities Exchange Act of 1934 against Douglas G. Frederick (Frederick) on April 8, 2008.

I held a telephonic prehearing conference on May 15, 2008. At the prehearing conference, Frederick's new counsel stated that he expects to challenge the consent injunction entered by the court in Securities and Exchange Commission v. Tuco Trading, LLC, Civil Action No. 08 CV 00400 DMS (BLM), (S.D.Cal.) (Mar. 17, 2008). Frederick's position is not sufficient grounds to delay disposition of this proceeding. See Joseph P. Galluzzi, 55 S.E.C. 1110, 1116 n.21 (2002).[1] There are no issues of material fact in dispute, thus I GRANTED the Division of Enforcement's (Division) request for leave to file a motion for summary disposition, and I allowed Frederick an opportunity to pursue his arguments in a separate motion. 17 C.F.R. § 201.250. The parties agreed to the following procedural schedule, which I ORDERED:

July 15, 2008:   Motions for summary disposition from the Division and Frederick;

July 30, 2008:   Oppositions to the motions; and

August 8, 2008:  Replies from the Division and Frederick.

Brenda P. Murray
Chief Administrative Law Judge

---

[1] If the underlying injunction is vacated, Frederick may ask the Commission to reconsider any sanctions imposed upon him. See Gary L. Jackson, 48 S.E.C. 435, 438 n.3 (1986).

Exhibit 6   Page 21