# CERTIFICATE OF SERVICE

**Securities and Exchange Commission**
**v.**
**Tuco Trading, LLC and Douglas G. Frederick**

**United States District Court, Southern District of California**
**Case No.: 08 CV 00400 DMS (BLM)**

I, Francis Bigelow, an associate of the law firm Sadis & Goldberg LLP, over the age of 18, and not a party to this case, certify that on September 12, 2008, a copy of the foregoing

**DECLARATION OF DOUGLAS G. FREDERICK IN FURTHER SUPPORT OF THE MOTION UNDER FED.R.CIV.P. 60(b)(6) FOR VACATUR OF THE JUDGMENT AND DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE RULE (60)(b) MOTION**

was placed in a Federal Express depository for overnight delivery addressed to:

| | |
|---|---|
| Donald W. Searles, Esq. | David L. Osias, Esq. |
| searlesd@sec.gov | dosias@allenmatkins.com |
| Roberto A. Tercero, Esq. | Ted Fates, Esq. |
| terceror@sec.gov | tfates@allenmatkins.com |
| Los Angeles Regional Office | Allen Matkins Leck Gamble Mallaroy & |
| Securities and Exchange Commission | Natsis LLP |
| 5670 Wilshire Boulevard, 11th Floor | 501 West Broadway, 15th Floor |
| Los Angeles, CA 90036-3648 | San Diego, CA 92101-3541 |
| Tel: (323) 965-3998 | Tel: (619) 233-1155 |
| Fax: (323) 965-3908 | Fax: (619) 233-1158 |
| Attorneys for Plaintiff | Attorneys for Receiver Thomas F. Lennon |

Dated: New York, New York
September 12, 2008

_____
Francis Bigelow, Esq.

{00124888.DOC}