# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TUCO TRADING, LLC and DOUGLAS G. FREDERICK,<br><br>Defendant. | CASE NO. 08cv0400 DMS (BLM)<br><br>**ORDER RE: HEARING** |

A hearing on the Receiver's final report and request to be discharged is currently scheduled for December 18, 2009. The Court finds this matter suitable for submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on December 18, 2009.

**IT IS SO ORDERED**.

DATED: December 11, 2009

_____
HON. DANA M. SABRAW
United States District Judge